**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____  Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | 450 S. Western, LLC, a California limited liability company |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 20-0389219 |
| 4. | Debtor's address | **Principal place of business**<br><br>450 South Western Ave., #201<br>Los Angeles, CA 90020<br>Number, Street, City, State & ZIP Code<br><br>Los Angeles<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Official Form 201           Voluntary Petition for Non-Individuals Filing for Bankruptcy           page 1

Debtor  **450 S. Western, LLC, a California limited liability company**    Case number (*if known*)
Name

7. **Describe debtor's business**    A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☐ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __0053__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ■ Chapter 11. *Check all that apply*:
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   - ■ No.
   - ☐ Yes.

   If more than 2 cases, attach a separate list.
   District _____ When _____ Case number _____
   District _____ When _____ Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    - ■ No
    - ☐ Yes.

    List all cases. If more than 1, attach a separate list
    Debtor _____ Relationship _____
    District _____ When _____ Case number, if known _____

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

Debtor  **450 S. Western, LLC, a California limited liability company**  Case number (*if known*) _____
        Name

11. **Why is the case filed in *this district*?**
    *Check all that apply:*
    
    ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
    
    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
    
    ■ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.
    
    **Why does the property need immediate attention?** (*Check all that apply.*)
    
    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____
    
    ☐ It needs to be physically secured or protected from the weather.
    
    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    
    ☐ Other _____
    
    **Where is the property?** _____
       Number, Street, City, State & ZIP Code
    
    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
           Contact name _____
           Phone _____

---

**Statistical and administrative information**

13. **Debtor's estimation of available funds**
    *Check one:*
    
    ■ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**
    
    ☐ 1-49
    ■ 50-99
    ☐ 100-199
    ☐ 200-999
    
    ☐ 1,000-5,000
    ☐ 5001-10,000
    ☐ 10,001-25,000
    
    ☐ 25,001-50,000
    ☐ 50,001-100,000
    ☐ More than 100,000

15. **Estimated Assets**
    
    ☐ $0 - $50,000
    ☐ $50,001 - $100,000
    ☐ $100,001 - $500,000
    ☐ $500,001 - $1 million
    
    ☐ $1,000,001 - $10 million
    ☐ $10,000,001 - $50 million
    ■ $50,000,001 - $100 million
    ☐ $100,000,001 - $500 million
    
    ☐ $500,000,001 - $1 billion
    ☐ $1,000,000,001 - $10 billion
    ☐ $10,000,000,001 - $50 billion
    ☐ More than $50 billion

16. **Estimated liabilities**
    
    ☐ $0 - $50,000
    ☐ $50,001 - $100,000
    ☐ $100,001 - $500,000
    ☐ $500,001 - $1 million
    
    ☐ $1,000,001 - $10 million
    ☐ $10,000,001 - $50 million
    ■ $50,000,001 - $100 million
    ☐ $100,000,001 - $500 million
    
    ☐ $500,000,001 - $1 billion
    ☐ $1,000,000,001 - $10 billion
    ☐ $10,000,000,001 - $50 billion
    ☐ More than $50 billion

Debtor **450 S. Western, LLC, a California limited liability company**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/10/2020
           MM / DD / YYYY

X /s/ Richard J. Laski
Signature of authorized representative of debtor

Richard J. Laski
Printed name

Title  **Chief Restructuring Officer**

**18. Signature of attorney**

X /s/ Aram Ordubegian
Signature of attorney for debtor

Date  1/10/2020
      MM / DD / YYYY

**Aram Ordubegian**
Printed name

**Arent Fox LLP**
Firm name

**555 West Fifth Street, 48th Floor**
**Los Angeles, CA 90013-1065**
Number, Street, City, State & ZIP Code

Contact phone  213.629.7400   Email address  Aram.Ordubegian@arentfox.com

**185142 CA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name: 450 S. Western, LLC, a California limited liability company

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    1/10/2020    X  /s/ Richard J. Laski
Signature of individual signing on behalf of debtor

**Richard J. Laski**
Printed name

**Chief Restructuring Officer**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | 450 S. Western, LLC, a California limited liability company |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Belmont Two Investments Holdings LLC and Admire Capital Lending, LLC<br>c/o S. Young Lim, Esq<br>3530 Wilshire Blvd., Suite 1300<br>Los Angeles, CA 90010 | | Loan | Unliquidated Disputed | | | $11,884,341.00 |
| BMB Medical<br>450 S Western Ave. #205<br>Los Angeles, CA 90020 | | Security Deposit | Subject to Setoff | | | $16,100.00 |
| Bornga<br>450 S Western Ave. #308-312<br>Los Angeles, CA 90020 | | Security Deposit | Subject to Setoff | | | $30,851.30 |
| Buet<br>450 S Western Ave. #305 FC3<br>Los Angeles, CA 90020 | | Security Deposit | Subject to Setoff | | | $9,422.00 |
| David S. Kim & Associates<br>3731 Wilshire Blvd. #910<br>Los Angeles, CA 90010 | | Services Rendered | Disputed | | | $274,672.76 |

Debtor **450 S. Western, LLC, a California limited liability company**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Eunice Y. Tak c/o Dan Lee METAL Law Group, LLP 725 S. Figueroa St., Suite 3065 Los Angeles, CA 90017 | | Lost Wages | Disputed | | | $90,000.00 |
| Gaju Nail 450 S. Western Ave. #201 Los Angeles, CA 90020 | | Security Deposit | Subject to Setoff | | | $12,560.00 |
| Hyung Hoon 450 S Western Ave. #305 FC1 Los Angeles, CA 90020 | | Security Deposit | Subject to Setoff | | | $9,576.00 |
| JD Plumbing Development, Inc. 6705 Waring Ave. #1 Los Angeles, CA 90038 | | Services Rendered | Disputed | | | $18,900.00 |
| King Donkatsu 450 S Western Ave. #305 FC4 Los Angeles, CA 90020 | | Security Deposit | Subject to Setoff | | | $10,688.00 |
| Kirsch Kohn & Bridge LLP 21550 W Oxnard St #200 Woodland Hills, CA 91367 | | | Disputed | | | $9,731.00 |
| Kreation Enterprise Corp. 450 S Western Ave. #201 Los Angeles, CA 90020 | | Security Deposit | Subject to Setoff | | | $31,488.00 |
| Mealtop 450 S Western Ave. #307 Los Angeles, CA 90020 | | Security Deposit | Subject to Setoff | | | $9,723.60 |
| New Creation Engineering and Builders, Inc. 17809 Clark Ave. Bellflower, CA 90706 | | Services Rendered | | | | $350,000.00 |

Debtor  **450 S. Western, LLC, a California limited liability company**
        Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| One Stop Financial Consulting, Inc.<br>c/o Kim, Shapiro, Park & Lee APLC<br>3435 Wilshire Blvd. #2050<br>Los Angeles, CA 90010 | | Judgement | | | | $93,167.00 |
| Philmont Management Inc.<br>3450 Wilshire Blvd #850<br>Los Angeles, CA 90010 | | Services Rendered | Disputed | | | $1,835,561.32 |
| Sino-US Investment and Management Consultant Limited<br>c/o Felix Woo,<br>Dentons US LLP<br>601 South Figueroa Street, Ste 2500<br>Los Angeles, CA 90017 | | EB-5 Fees | Disputed | | | $4,187,958.33 |
| SoCal Lien Solution, LLC<br>c/o Sagar Parikh<br>Beverly Hills Law Corp.<br>433 N. Camden Drive, 6th Floor<br>Beverly Hills, CA 90210 | | Services Rendered | Disputed | | | $21,800.00 |
| Square Mixx LA, Inc.<br>c/o Dan Lee<br>METAL Law group, LLP<br>725 S. Figueroa St., Suite 3065<br>Los Angeles, CA 90017 | | Lease claim | Disputed | | | $3,000,000.00 |
| Ye Teahouse<br>450 S Western Ave. #315<br>Los Angeles, CA 90020 | | Security Deposit | Subject to Setoff | | | $11,360.00 |

## UNANIMOUS WRITTEN CONSENT OF MEMBERS AND MANAGER OF 450 S. WESTERN, LLC

Dated: January 7, 2020

The undersigned, constituting all of the members and the manager ("Members") of 450 S. Western, LLC., a California limited liability company ("Company"), do hereby take the following actions on behalf of the Company by unanimous written consent:

WHEREAS, the Members have reviewed the liabilities and liquidity of the Company and fully considered the strategic alternatives available to the Company and the impact of the decisions authorized herein on the Company's business;

WHEREAS, the Members wish to appoint and confirm Richard J. Laski of Wilshire Partners of CA, LLC as Chief Restructuring Officer ("CRO") and ratify all acts and actions of such officer so taken on behalf of the Company;

WHEREAS, the Members wish to authorize the CRO to file a voluntary petition on behalf of the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Central District of California (the "Bankruptcy Court"); and

NOW, THEREFORE, be it resolved that the Members hereby take the following actions:

### Election of Chief Restructuring Officer

RESOLVED, that the following person is elected to the offices of the Company indicated opposite their name below, effective immediately. Such person shall serve until he resigns or is terminated:

Richard J. Laski            Chief Restructuring Officer.

FURTHER RESOLVED, that any officer of the Company is authorized, empowered and directed on behalf of the Company and in its name to execute and deliver any and all further instruments or documents required to be executed and delivered by or on behalf of the Company and to perform, or cause to be performed, any and all acts required of the Company or to do, or cause to be done, such other acts and things as such officers may in their discretion deem necessary or appropriate to carry out the purpose and intent of the foregoing resolutions.

### Ratification of Engagement Letter

FURTHER RESOLVED, that the certain engagement letter dated December 27, 2019, between the Company and Wilshire Partners of CA, LLC whereby Wilshire Partners of CA, LLC was engaged to provide certain CRO and financial advisory services was entered into in good faith and is judged to be in the best interest of the Company and therefore is hereby ratified, approved, and confirmed in all respects as an authorized act of the Company.

AFDOCS/17240189.3

### Authorization of CRO to Commence A Bankruptcy Case

**FURTHER RESOLVED**, that the CRO is hereby authorized to determine, based upon the Company's condition, subsequent events, and advice of counsel, whether it is desirable and in the best interests of this Company, its creditors, its members, and other parties in interest, to file a petition for relief under the Bankruptcy Code on behalf of the Company.

**FURTHER RESOLVED**, that the CRO is hereby authorized to also determine, based upon the Company's condition, subsequent events, and advice of counsel, whether a filing petition under chapter 11 of the Bankruptcy Code best serves the interests of this Company, its creditors, its members, and other parties in interest.

**FURTHER RESOLVED**, that, if the CRO makes such determinations, a petition under chapter 11 of the Bankruptcy Code is to be filed as submitted by the CRO. Such a petition is hereby approved and adopted in all respects, and the CRO is hereby authorized and directed, on behalf of and in the name of this Company, to execute and verify such a petition and to cause the petition to be filed with the Bankruptcy Court.

**FURTHER RESOLVED**, that—in connection with commencing, sustaining, or successfully terminating a proceeding under chapter 11 of the Bankruptcy Code—the CRO is hereby authorized to negotiate, execute, deliver, perform and file any and all additional documents, schedules, statements, lists, papers, agreements, certificates and/or instruments (or any amendments or modifications thereto) and to take any and all other actions that the CRO deems necessary and proper, including retaining and employing legal counsel.

*[Signature Page to Follow]*

IN WITNESS WHEREOF, the undersigned have executed the foregoing unanimous written consent as of the date first written above.

_____
Hyun Soon Rhee
Member & Manager

_____
Steffany Rhee
Member

_____
David Rhee
Member

3

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Aram Ordubegian<br>555 West Fifth Street, 48th Floor<br>Los Angeles, CA 90013-1065<br>213.629.7400 Fax: 213.629.7401<br>California State Bar Number: **185142 CA**<br>Aram.Ordubegian@arentfox.com | |

☐ *Debtor(s) appearing without an attorney*
■ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**450 S. Western, LLC, a California limited liability company**

Debtor(s).

CASE NO.:
CHAPTER: **11**

### VERIFICATION OF MASTER MAILING LIST OF CREDITORS

[LBR 1007-1(a)]

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __5__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 1/10/2020

Signature of Debtor 1 *

Date: _____

Signature of Debtor 2 (joint debtor) (if applicable)

Date: _____

Signature of Attorney for Debtor (if applicable)

\* Richard J. Laski, solely in his capacity as Chief Restructuring Officer

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015    F 1007-1.MAILING.LIST.VERIFICATION

450 S. Western, LLC, a California
limited liability company
450 South Western Ave., #201
Los Angeles, CA 90020


Aram Ordubegian
Arent Fox LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065


Admire Capital Lending, LLC
c/o S. Young Lim, Esq
3530 Wilshire Blvd., Suite 1300
Los Angeles, CA 90010


Aritaum
450 S Western Ave. #208
Los Angeles, CA 90020


Belmont Two Investments Holdings
LLC
c/o S. Young Lim, Esq
3530 Wilshire Blvd., Suite 1300
Los Angeles, CA 90010


BMB Medical
450 S Western Ave. #205
Los Angeles, CA 90020


Bornga
450 S Western Ave. #308-312
Los Angeles, CA 90020


Buet
450 S Western Ave. #305 FC3
Los Angeles, CA 90020

David S. Kim & Associates
3731 Wilshire Blvd. #910
Los Angeles, CA 90010


Eunice Y. Tak
c/o Dan Lee
METAL Law Group, LLP
725 S. Figueroa St., Suite 3065
Los Angeles, CA 90017


Evergreen Capital Assets LP
c/o Kevin Hughes
Foundation Law
2049 Century Park East, #2460
Los Angeles, CA 90067


Five West Capital, LP
440 S. Vermont #301
Los Angeles, CA 90020


G450 LLC
c/o Jason S. Kim, Esq
Blank Rome LLP
2029 Century Park East, 6th Floor
Los Angeles, CA 90067


Gaju Nail
450 S. Western Ave. #201
Los Angeles, CA 90020


Hyun Soon Rhee
450 S. Western Ave. #101
Los Angeles, CA 90020


Hyung Hoon
450 S Western Ave. #305 FC1
Los Angeles, CA 90020

JD Plumbing Development, Inc.
6705 Waring Ave. #1
Los Angeles, CA 90038


King Donkatsu
450 S Western Ave. #305 FC4
Los Angeles, CA 90020


Kreation Enterprise Corp.
450 S Western Ave. #201
Los Angeles, CA 90020


Los Angeles County Tax Collector
P.O. Box 54018
Los Angeles, CA 90054


Mealtop
450 S Western Ave. #307
Los Angeles, CA 90020


Myungrang Hotdog
450 S Western Ave. #313
Los Angeles, CA 90020


New Creation Engineering and
Builders, Inc.
17809 Clark Ave.
Bellflower, CA 90706


One Stop Financial Consulting, Inc.
c/o Kim, Shapiro, Park & Lee APLC
3435 Wilshire Blvd. #2050
Los Angeles, CA 90010

Partner Engineering and Science,
Inc.
505 East Huntland Dr., Suite 510
Austin, TX 78752


Philmont Management Inc.
3450 Wilshire Blvd #850
Los Angeles, CA 90010


Pontis Capital, LLC
c/o Jason S. Kim, Esq.
Blank Rome LLP
2029 Century Park East, 6th Floor
Los Angeles, CA 90067


Seol Pho
450 S Western Ave. #305 FC2
Los Angeles, CA 90020


Sino-US Investment and Management
Consultant Limited
c/o Felix Woo, Dentons US LLP
601 South Figueroa Street, Ste 2500
Los Angeles, CA 90017


SoCal Lien Solution, LLC
c/o Sagar Parikh Beverly Hills Law
Corp.
433 N. Camden Drive, 6th Floor
Beverly Hills, CA 90210


Square Mixx LA, Inc.
c/o Dan Lee
METAL Law group, LLP
725 S. Figueroa St., Suite 3065
Los Angeles, CA 90017


Vanilla (E Young Collection)
450 S Western Ave . #209
Los Angeles, CA 90020

```
Ye Teahouse
450 S Western Ave. #315
Los Angeles, CA 90020
```