## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at ___PASADENA___ , California.

Date: ___1/24/2020___

Richard J. Laski *
Signature of Debtor 1

_____
Signature of Debtor 2

        * Solely in capacity as Chief Restructuring Officer

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                    Page 1          **F 1015-2.1.STMT.RELATED.CASES**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **450 S. Western, LLC, a California limited liability company** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | **2:20-bk-10264-ER** |

■ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Alice Kang dba King Donkatsu 450 South Western Ave., #305 FC4 Los Angeles, CA 90020** | | **Security Deposit** | **Subject to Setoff** | | | **$10,688.00** |
| **Belmont Two Investments Holdings LLC and Admire Capital Lending, LLC c/o Kevin D. Hughes, Esq. 1999 Avenue of the Stars, Ste 1100 Los Angeles, CA 90010** | | **Loan** | **Unliquidated Disputed** | | | **$11,884,341.00** |
| **CNP Gaju #1, Inc. and Dong Hun Yoo dba Hyunghoon Tendon 450 South Western Ave., #305 FC1 Los Angeles, CA 90020** | | **Security Deposit** | **Subject to Setoff** | | | **$9,576.00** |
| **CNP Gaju #2, Inc. and Dong Hun Yoo dba Seoul Pho 450 South Western Ave., #305 FC2 Los Angeles, CA 90020** | | **Security Deposit** | **Subject to Setoff** | | | **$9,254.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor | 450 S. Western, LLC, a California limited liability company | | Case number *(if known)* | 2:20-bk-10264-ER | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Dadream, Inc. dba Bornga 450 South Western Ave., #308-312 Los Angeles, CA 90020 | | Security Deposit | Subject to Setoff | | | $30,851.30 |
| David S. Kim & Associates 3731 Wilshire Blvd. #910 Los Angeles, CA 90010 | | Services Rendered | Disputed | | | $274,672.76 |
| Dong Hyuk Lee dba Beut 450 South Western Ave., #305 FC3 Los Angeles, CA 90020 | | Security Deposit | Subject to Setoff | | | $9,422.00 |
| Eunice Y. Tak c/o Dan Lee METAL Law Group, LLP 725 S. Figueroa St., Suite 3065 Los Angeles, CA 90017 | | Lost Wages | Disputed | | | $90,000.00 |
| Gaju Nail 450 South Western Ave., #215-A Los Angeles, CA 90020 | | Security Deposit | Subject to Setoff | | | $12,560.00 |
| JD Plumbing Development, Inc. 6705 Waring Ave. #1 Los Angeles, CA 90038 | | Services Rendered | Disputed | | | $18,900.00 |
| Kirsch Kohn & Bridge LLP 21550 W Oxnard St #200 Woodland Hills, CA 91367 | | | Disputed | | | $9,731.41 |
| Kreation Enterprise Corp. dba Etude W Salon 450 South Western Ave., #221 Los Angeles, CA 90020 | | Security Deposit | Subject to Setoff | | | $31,488.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

| Debtor | **450 S. Western, LLC, a California limited liability company** | | Case number *(if known)* | **2:20-bk-10264-ER** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Mealtop USA dba Meal Top 450 South Western Ave., #307 Los Angeles, CA 90020** | | **Security Deposit** | **Subject to Setoff** | | | **$9,723.60** |
| **Partner Engineering and Science, Inc. 505 East Huntland Dr., Suite 510 Austin, TX 78752** | | **Services Rendered** | **Disputed** | | | **$8,000.00** |
| **Philmont Management Inc. 3450 Wilshire Blvd #850 Los Angeles, CA 90010** | | **Services Rendered** | **Disputed** | | | **$1,835,561.32** |
| **Sino-US Investment and Management Consultant Limited c/o Felix Woo, FTW Law Group 601 South Figueroa Street, Ste 4050 Los Angeles, CA 90017** | | **EB-5 Fees** | **Disputed** | | | **$4,187,958.33** |
| **SoCal Lien Solution, LLC c/o Sagar Parikh Beverly Hills Law Corp. 433 N. Camden Drive, 6th Floor Beverly Hills, CA 90210** | | **Services Rendered** | **Disputed** | | | **$21,800.00** |
| **Square Mixx LA, Inc. c/o Dan Lee METAL Law group, LLP 725 S. Figueroa St., Suite 3065 Los Angeles, CA 90017** | | **Lease claim** | **Disputed** | | | **$3,000,000.00** |
| **Walter Kim dba BMB Medical Group 450 South Western Ave., #205 Los Angeles, CA 90020** | | **Security Deposit** | **Subject to Setoff** | | | **$16,100.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | 450 S. Western, LLC, a California limited liability company | | Case number *(if known)* | | 2:20-bk-10264-ER | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Warren Wi Kim dba Ye Teahuse 450 South Western Ave., #315 Los Angeles, CA 90020** | | **Security Deposit** | **Subject to Setoff** | | | **$11,360.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**450 S. Western, LLC, a California limited liability company**__

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   __**2:20-bk-10264-ER**__

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................................  $    **63,900,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................................  $    **1,113,394.65**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................................  $    **65,013,394.65**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................  $    **44,302,118.57**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................  $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................  +$    **26,292,503.07**

4.   Total liabilities ...........................................................................................................................
    Lines 2 + 3a + 3b      $    **70,594,621.64**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **450 S. Western, LLC, a California limited liability company**

United States Bankruptcy Court for the:     CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **2:20-bk-10264-ER**

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**      **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of
debtor's interest

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **Pacific City Bank** | **Checking Account** | 0081 | $253.50 |
| 3.2. | **Pacific City Bank** | **Checking** | 0917 | $11,346.27 |
| 3.3. | **Settlement Trust Account, DMS Law** | **Checking** | | $747,922.36 |
| 3.4. | **Pacific City Bank** | **Checking** | 0480 | $0.00 |
| 3.5. | **Royal Business Bank** | **Checking Account** | 0487 | $148.28 |
| 3.6. | **Royal Business Bank** | **EB-5 Money Market Business Account** | 1425 | $2,047.04 |

4.     **Other cash equivalents** *(Identify all)*

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **450 S. Western, LLC, a California limited liability company** | Case number *(If known)* | **2:20-bk-10264-ER** |
|---|---|---|---|
| | Name | | |

**5.** **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $761,717.45 |
|---|---|

---

**Part 2:**    **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

- ■ No. Go to Part 3.
- ☐ Yes Fill in the information below.

---

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

- ☐ No. Go to Part 4.
- ■ Yes Fill in the information below.

**11.** **Accounts receivable**

11a. 90 days old or less:

| 271,424.00 | - | 0.00 | = .... | $271,424.00 |
|---|---|---|---|---|
| face amount | | doubtful or uncollectible accounts | | |

**12.** **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | $271,424.00 |
|---|---|

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

- ■ No. Go to Part 5.
- ☐ Yes Fill in the information below.

---

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

- ■ No. Go to Part 6.
- ☐ Yes Fill in the information below.

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No. Go to Part 7.
- ☐ Yes Fill in the information below.

---

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No. Go to Part 8.
- ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** **Furniture Equipment** | $0.00 | **Est. FMV** | $5,000.00 |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **450 S. Western, LLC, a California limited liability company** | Case number *(If known)* | **2:20-bk-10264-ER** |
|---|---|---|---|
| | Name | | |

| 40. | **Office fixtures** **Market shelves** | $74,253.20 | Book Value | $74,253.20 |
|---|---|---|---|---|

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$79,253.20

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

---

**Part 8:**　**Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

---

**Part 9:**　**Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **450 S. Western Ave., Los Angeles, CA 90020 APN 5503-014-020 Commercial retail 1.67 Acres** | 100% Owner | $42,881,100.58 | Appraisal | $63,900,000.00 |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$63,900,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com　　　　　　　　　Best Case Bankruptcy

| Debtor | **450 S. Western, LLC, a California limited liability company** | Case number *(If known)* | **2:20-bk-10264-ER** |
|---|---|---|---|
| | Name | | |

☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
■ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites**<br>**www.californiamp.com** | **$0.00** | **N/A** | **$1,000.00** |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** | | | |

66.    **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | $1,000.00 |
|---|---|

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | **450 S. Western, LLC, a California limited liability company** | Case number *(If known)* | **2:20-bk-10264-ER** |
|---|---|---|---|
| | Name | | |

---

**Part 12:**   **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $761,717.45 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $271,424.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $79,253.20 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.................................................................> | | $63,900,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,113,394.65 | + 91b. $63,900,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $65,013,394.65 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name   **450 S. Western, LLC, a California limited liability company**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **2:20-bk-10264-ER**

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|
| **2.1** | **Evergreen Capital Assets LP**<br>Creditor's Name<br><br>**c/o Kevin D. Hughes, Esq. Foundation Law Group LLP 1999 Avenue of the Stars, Ste 1100 Los Angeles, CA 90067**<br>Creditor's mailing address<br><br>**kevin@foundationlaw.com**<br>Creditor's email address, if known<br><br>**Date debt was incurred 07/01/2019**<br>Last 4 digits of account number<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. G450 LLC**<br>**2. Pontis Capital, LLC**<br>**3. Five West Capital, LP**<br>**4. New Creation Engineering and**<br>**5. Evergreen Capital Assets LP**<br>**6. One Stop Financial Consulting, Inc.**<br>**7. Los Angeles County Tax Collector**<br>**8. Los Angeles County Tax Collector** | Describe debtor's property that is subject to a lien<br>**450 S. Western Ave., Los Angeles, CA 90020 APN 5503-014-020 Commercial retail 1.67 Acres**<br><br>Describe the lien<br>**Secured Loan; Fifth Lien**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | **$1,270,356.78** | **$63,900,000.00** |
| **2.2** | **Five West Capital, LP** | Describe debtor's property that is subject to a lien | | **$5,895,833.44** | **$63,900,000.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| | |
|---|---|
| Debtor | **450 S. Western, LLC, a California limited liability company** |

Name

| Case number (if know) | **2:20-bk-10264-ER** |
|---|---|

---

Creditor's Name

**c/o Jason S. Kim, Esq
Blank Rome LLP
2029 Century Park East, 6th
Los Angeles, CA 90020**

Creditor's mailing address

**450 S. Western Ave., Los Angeles, CA 90020
APN 5503-014-020
Commercial retail
1.67 Acres**

**Describe the lien**

**Secured Loan; Third Lien**

Is the creditor an insider or related party?

**jkim@blankrome.com**

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred
05/14/2015**

Last 4 digits of account number

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an
interest in the same property?**
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **G450 LLC** |
|---|---|

Creditor's Name

**c/o Jason S. Kim, Esq
Blank Rome LLP
2029 Century Park East, 6th
Floor
Los Angeles, CA 90067**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**450 S. Western Ave., Los Angeles, CA 90020
APN 5503-014-020
Commercial retail
1.67 Acres**

**Describe the lien**

**Secured Loan; First Lien**

$30,056,878.32    $63,900,000.00

Is the creditor an insider or related party?

**jkim@blankrome.com**

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred
05/20/2019**

Last 4 digits of account number

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an
interest in the same property?**
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Los Angeles County Tax Collector** |
|---|---|

Creditor's Name

**P.O. Box 54018
Los Angeles, CA 90054**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**450 S. Western Ave., Los Angeles, CA 90020
APN 5503-014-020
Commercial retail
1.67 Acres**

**Describe the lien**

**Property Tax**

$1,672,794.41    $63,900,000.00

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

---

| Debtor | 450 S. Western, LLC, a California limited liability company | Case number (if know) | 2:20-bk-10264-ER |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**
**2017-2019**
**Last 4 digits of account number**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Los Angeles County Tax Collector** | **Describe debtor's property that is subject to a lien** | $246,421.96 | $63,900,000.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 54018
Los Angeles, CA 90054**

Creditor's mailing address

**450 S. Western Ave., Los Angeles, CA 90020
APN 5503-014-020
Commercial retail
1.67 Acres**

**Describe the lien**
**Property Tax**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/10/2019**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **New Creation Engineering and** | **Describe debtor's property that is subject to a lien** | $350,000.00 | $63,900,000.00 |
|---|---|---|---|---|

Creditor's Name

**Builders, Inc.
c/o Brian Chun
17809 Clark Ave
Bellflower, CA 90706**

Creditor's mailing address

**450 S. Western Ave., Los Angeles, CA 90020
APN 5503-014-020
Commercial retail
1.67 Acres**

**Describe the lien**
**Secured Loan; Fourth Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 3 of 5

| Debtor | **450 S. Western, LLC, a California limited liability company** | Case number (if know) | **2:20-bk-10264-ER** |
|---|---|---|---|
| | Name | | |

| 2.7 | **One Stop Financial Consulting, Inc.** | Describe debtor's property that is subject to a lien | $93,167.00 | $63,900,000.00 |
|---|---|---|---|---|

Creditor's Name

**c/o Kim, Shapiro, Park & Lee APLC**
**3435 Wilshire Blvd. #2050**
**Los Angeles, CA 90010**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**450 S. Western Ave., Los Angeles, CA 90020**
**APN 5503-014-020**
**Commercial retail**
**1.67 Acres**

**Describe the lien**
**Judgement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Pontis Capital, LLC** | Describe debtor's property that is subject to a lien | $4,716,666.66 | $63,900,000.00 |
|---|---|---|---|---|

Creditor's Name

**c/o Jason S. Kim, Esq.**
**Blank Rome LLP**
**2029 Century Park East, 6th Floor**
**Los Angeles, CA 90067**

Creditor's mailing address

**jkim@blankrome.com**

Creditor's email address, if known

**Date debt was incurred**
**08/21/2014**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**450 S. Western Ave., Los Angeles, CA 90020**
**APN 5503-014-020**
**Commercial retail**
**1.67 Acres**

**Describe the lien**
**Secured Loan; Second Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $44,302,118.57 |
|---|---|---|

**Part 2:**  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **450 S. Western, LLC, a California limited liability company** | Case number (*if know*) | **2:20-bk-10264-ER** |
|---|---|---|---|
| | Name | | |

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __450 S. Western, LLC, a California limited liability company__

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) __2:20-bk-10264-ER__

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**Alice Kang**<br>**dba King Donkatsu**<br>**450 South Western Ave., #305 FC4**<br>**Los Angeles, CA 90020**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Security Deposit__<br><br>Is the claim subject to offset? ☐ No ■ Yes | $10,688.00 |
| **3.2** Nonpriority creditor's name and mailing address<br>**Belmont Two Investments Holdings LLC and Admire Capital Lending, LLC**<br>**c/o Kevin D. Hughes, Esq.**<br>**1999 Avenue of the Stars, Ste 1100**<br>**Los Angeles, CA 90010**<br><br>Date(s) debt was incurred __9/2015__<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  __Loan__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $11,884,341.00 |
| **3.3** Nonpriority creditor's name and mailing address<br>**CNP Gaju #1, Inc. and Dong Hun Yoo**<br>**dba Hyunghoon Tendon**<br>**450 South Western Ave., #305 FC1**<br>**Los Angeles, CA 90020**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Security Deposit__<br><br>Is the claim subject to offset? ☐ No ■ Yes | $9,576.00 |
| **3.4** Nonpriority creditor's name and mailing address<br>**CNP Gaju #2, Inc. and Dong Hun Yoo**<br>**dba Seoul Pho**<br>**450 South Western Ave., #305 FC2**<br>**Los Angeles, CA 90020**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Security Deposit__<br><br>Is the claim subject to offset? ☐ No ■ Yes | $9,254.00 |

| Debtor | 450 S. Western, LLC, a California limited liability company | Case number (if known) | 2:20-bk-10264-ER |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,851.30 |
|---|---|---|---|

**Dadream, Inc.**
**dba Bornga**
**450 South Western Ave., #308-312**
**Los Angeles, CA 90020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Security Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☒ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $274,672.76 |
|---|---|---|---|

**David S. Kim & Associates**
**3731 Wilshire Blvd. #910**
**Los Angeles, CA 90010**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred **2017**

Basis for the claim:  **Services Rendered**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,422.00 |
|---|---|---|---|

**Dong Hyuk Lee**
**dba Beut**
**450 South Western Ave., #305 FC3**
**Los Angeles, CA 90020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Security Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☒ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,215.00 |
|---|---|---|---|

**Eden Beauty LLC**
**dba Aritaum**
**450 South Western Ave., #208**
**Los Angeles, CA 90020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Security Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☒ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90,000.00 |
|---|---|---|---|

**Eunice Y. Tak**
**c/o Dan Lee**
**METAL Law Group, LLP**
**725 S. Figueroa St., Suite 3065**
**Los Angeles, CA 90017**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Lost Wages**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,560.00 |
|---|---|---|---|

**Gaju Nail**
**450 South Western Ave., #215-A**
**Los Angeles, CA 90020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Security Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☒ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,796,917.65 |
|---|---|---|---|

**Hyun Soon Rhee**
**450 South Western Ave., #201**
**Los Angeles, CA 90020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Loans**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | 450 S. Western, LLC, a California limited liability company | Case number (if known) | 2:20-bk-10264-ER |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,900.00 |
|---|---|---|---|

**JD Plumbing Development, Inc.**
6705 Waring Ave. #1
Los Angeles, CA 90038

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Rendered**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,731.41 |
|---|---|---|---|

**Kirsch Kohn & Bridge LLP**
21550 W Oxnard St #200
Woodland Hills, CA 91367

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,488.00 |
|---|---|---|---|

**Kreation Enterprise Corp.**
**dba Etude W Salon**
450 South Western Ave., #221
Los Angeles, CA 90020

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Security Deposit**

Is the claim subject to offset? ☐ No  ☑ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,723.60 |
|---|---|---|---|

**Mealtop USA**
**dba Meal Top**
450 South Western Ave., #307
Los Angeles, CA 90020

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Security Deposit**

Is the claim subject to offset? ☐ No  ☑ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,000.00 |
|---|---|---|---|

**Partner Engineering and Science, Inc.**
505 East Huntland Dr., Suite 510
Austin, TX 78752

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Rendered**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,835,561.32 |
|---|---|---|---|

**Philmont Management Inc.**
3450 Wilshire Blvd #850
Los Angeles, CA 90010

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **03/2017**

Last 4 digits of account number _

Basis for the claim:  **Services Rendered**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,697.50 |
|---|---|---|---|

**PPS-Capital Inc. and Dong Hun Yoo**
**dba Myungrang Hotdog**
450 South Western Ave., #313
Los Angeles, CA 90020

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Security Deposit**

Is the claim subject to offset? ☐ No  ☑ Yes

---

| Debtor | **450 S. Western, LLC, a California limited liability company** | Case number (if known) | **2:20-bk-10264-ER** |
|---|---|---|---|
| | Name | | |

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,685.20** |
|---|---|---|---|

**Se Woon Park**
**dba E Young Collection**
**450 South Western Ave., #209**
**Los Angeles, CA 90020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Security Deposit__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,187,958.33** |
|---|---|---|---|

**Sino-US Investment and Management**
**Consultant Limited**
**c/o Felix Woo, FTW Law Group**
**601 South Figueroa Street, Ste 4050**
**Los Angeles, CA 90017**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __EB-5 Fees__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,800.00** |
|---|---|---|---|

**SoCal Lien Solution, LLC**
**c/o Sagar Parikh Beverly Hills Law**
**Corp.**
**433 N. Camden Drive, 6th Floor**
**Beverly Hills, CA 90210**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Services Rendered__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000,000.00** |
|---|---|---|---|

**Square Mixx LA, Inc.**
**c/o Dan Lee**
**METAL Law group, LLP**
**725 S. Figueroa St., Suite 3065**
**Los Angeles, CA 90017**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Lease claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,100.00** |
|---|---|---|---|

**Walter Kim**
**dba BMB Medical Group**
**450 South Western Ave., #205**
**Los Angeles, CA 90020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Security Deposit__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,360.00** |
|---|---|---|---|

**Warren Wi Kim**
**dba Ye Teahouse**
**450 South Western Ave., #315**
**Los Angeles, CA 90020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Security Deposit__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Debtor | **450 S. Western, LLC, a California limited liability company** | Case number (if known) | **2:20-bk-10264-ER** |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 26,292,503.07 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 26,292,503.07 |

**Fill in this information to identify the case:**

Debtor name     **450 S. Western, LLC, a California limited liability company**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **2:20-bk-10264-ER**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Lease at 450 South Western Ave. Property for suite 305/FC4.**<br>State the term remaining — **Expires 02/28/24**<br>List the contract number of any government contract | **Alice Kang**<br>**dba King Donkatsu**<br>**450 South Western Ave., #305 FC4**<br>**Los Angeles, CA 90020** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Lease at 450 South Western Ave. Property for suite 204.**<br>State the term remaining — **Expires 2/27/2024**<br>List the contract number of any government contract | **BMB Nail & Spa**<br>**450 South Western Ave., #204**<br>**Los Angeles, CA 90020** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — **Lease at 450 South Western Ave. Property for suite 305/FC1.**<br>State the term remaining — **Expires 08/15/24**<br>List the contract number of any government contract | **CNP Gaju #1, Inc. and Dong Hun Yoo**<br>**dba Hyunghoon Tendon**<br>**450 South Western Ave., #305 FC1**<br>**Los Angeles, CA 90020** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — **Lease at 450 South Western Ave. Property for suite 305/FC2.**<br>State the term remaining — **Expires 08/14/24**<br>List the contract number of any government contract | **CNP Gaju #2, Inc. and Dong Hun Yoo**<br>**dba Seoul Pho**<br>**450 South Western Ave., #305 FC2**<br>**Los Angeles, CA 90020** |

| Debtor 1 | 450 S. Western, LLC, a California limited liability company | | Case number *(if known)* | **2:20-bk-10264-ER** |
|---|---|---|---|---|
| | First Name      Middle Name      Last Name | | | |

**■ Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease at 450 South Western Ave. Property for suite 308, 309, 310, 311 and 312.** | |
|---|---|---|---|
| | | **Expires 07/31/26** | **Dadream, Inc.** |
| | State the term remaining | | **dba Bornga** |
| | | | **450 South Western Ave., #308-312** |
| | List the contract number of any government contract | | **Los Angeles, CA 90020** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Private Security & Patrol Service** | |
|---|---|---|---|
| | State the term remaining | **month-to-month** | **DF Security, Inc.** |
| | | | **2975 Wilshire Blvd., #512** |
| | List the contract number of any government contract | | **Los Angeles, CA 90010** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Lease at 450 South Western Ave. Property for suite 305/FC3.** | |
|---|---|---|---|
| | State the term remaining | **Expires 04/20/24** | **Dong Hyuk Lee** |
| | | | **dba Beut** |
| | List the contract number of any government contract | | **450 South Western Ave., #305 FC3** |
| | | | **Los Angeles, CA 90020** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Lease at 450 South Western Ave. Property for suite 208.** | |
|---|---|---|---|
| | State the term remaining | **Expires 01/16/21** | **Eden Beauty LLC** |
| | | | **dba Aritaum** |
| | List the contract number of any government contract | | **450 South Western Ave., #208** |
| | | | **Los Angeles, CA 90020** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Lease at 450 South Western Ave. Property for suite 314.** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/31/21** | **Fodariche Inc.** |
| | | | **dba Mimimyunga** |
| | List the contract number of any government contract | | **450 South Western Ave., #314** |
| | | | **Los Angeles, CA 90020** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Lease at 450 South Western Ave. Property for suite 101.** | |
|---|---|---|---|
| | State the term remaining | **Expires 11/14/35** | **Gaju Market Corporation** |
| | | | **dba Gaju Market, California Market** |
| | | | **450 South Western Ave., #201** |
| | | | **Los Angeles, CA 90020** |

| Debtor 1 | 450 S. Western, LLC, a California limited liability company | | Case number (if known) | **2:20-bk-10264-ER** |
|---|---|---|---|---|
| | First Name       Middle Name       Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Lease at 450 South Western Ave. Property for suite 201 as office.** | |
|---|---|---|---|
| | State the term remaining | **Expires 06/30/22** | **Gaju Market Corporation** |
| | List the contract number of any government contract | | **450 South Western Ave., #201**<br>**Los Angeles, CA 90020** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Lease at 450 South Western Ave. Property for suite 305/FC5.** | |
|---|---|---|---|
| | State the term remaining | **Expires 5/31/24** | **Jahyun Judy Hong**<br>**dba Happy Family 2.0, Jungabok** |
| | List the contract number of any government contract | | **450 South Western Ave., #305 FC5**<br>**Los Angeles, CA 90020** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Lease at 450 South Western Ave. Property for suite 216.** | |
|---|---|---|---|
| | State the term remaining | **Expires 06/30/22** | **Jay Hyung**<br>**dba Donginbi** |
| | List the contract number of any government contract | | **450 South Western Ave., #216**<br>**Los Angeles, CA 90020** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Lease at 450 South Western Ave. Property for suite 217.** | |
|---|---|---|---|
| | State the term remaining | **Expires 06/30/25** | **Kreation Enterprise Corp.**<br>**dba Etude W Salon** |
| | List the contract number of any government contract | | **450 South Western Ave., #221**<br>**Los Angeles, CA 90020** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Lease at 450 South Western Ave. Property for suites 218, 219 and 221.** | |
|---|---|---|---|
| | State the term remaining | **Expires 11/14/25** | **Kreation Enterprise Corp.**<br>**dba Etude W Salon** |
| | List the contract number of any government contract | | **450 South Western Ave., #221**<br>**Los Angeles, CA 90020** |

| Debtor 1 | 450 S. Western, LLC, a California limited liability company | | Case number (if known) | **2:20-bk-10264-ER** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Lease at 450 South Western Ave. Property for suite 215-A.** | |
|---|---|---|---|
| | State the term remaining | **Expires 10/14/20** | **Lee's Orchid Inc. dba Gaju Flower 450 South Western Ave., #215-A Los Angeles, CA 90020** |
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Lease at 450 South Western Ave. Property for suite 307.** | |
|---|---|---|---|
| | State the term remaining | **Expires 05/12/24** | **Mealtop USA dba Meal Top 450 South Western Ave., #307 Los Angeles, CA 90020** |
| | List the contract number of any government contract | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Lease at 450 South Western Ave. Property for suite 214.** | |
|---|---|---|---|
| | State the term remaining | **Expires 06/30/22** | **Myeong Ho Hwang dba Elsis 450 South Western Ave., #214 Los Angeles, CA 90020** |
| | List the contract number of any government contract | | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Lease at 450 South Western Ave. Property for suite 215-B.** | |
|---|---|---|---|
| | State the term remaining | **Expires 04/30/22** | **Myeong Ho Hwang dba Guardian Computer 450 South Western Ave., #215-B Los Angeles, CA 90020** |
| | List the contract number of any government contract | | |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Lease at 450 South Western Ave. Property for suite 213.** | |
|---|---|---|---|
| | State the term remaining | **Expires 04/30/25** | **Pacific City Bank 450 South Western Ave., #213 Los Angeles, CA 90020** |
| | List the contract number of any government contract | | |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Lease at 450 South Western Ave. Property for suite 203 and 222.** | |
|---|---|---|---|
| | State the term remaining | **Expires 08/16/21** | **Pink Gulliver, Inc. dba Bella Vita 450 South Western Ave., #222 Los Angeles, CA 90020** |

| Debtor 1 | 450 S. Western, LLC, a California limited liability company | | Case number *(if known)* | **2:20-bk-10264-ER** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | List the contract number of any government contract | _____ | |
|---|---|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Lease at 450 South Western Ave. Property for suite 313.** | |
| | State the term remaining | **Expires 03/31/23** | **PPS-Capital Inc. and Dong Hun Yoo dba Myungrang Hotdog 450 South Western Ave., #313 Los Angeles, CA 90020** |
| | List the contract number of any government contract | _____ | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Lease at 450 South Western Ave. Property for suite 209.** | |
| | State the term remaining | **Expires 08/14/24** | **Se Woon Park dba E Young Collection 450 South Western Ave., #209 Los Angeles, CA 90020** |
| | List the contract number of any government contract | _____ | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Lease at 450 South Western Ave. Property for rooftop.** | |
| | State the term remaining | **Expires 03/07/2024** | **T-Mobile West, LLC 450 South Western Ave., #(P5-A) Los Angeles, CA 90020** |
| | List the contract number of any government contract | _____ | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Lease at 450 South Western Ave. Property for suite 215-C.** | |
| | State the term remaining | **Expires 08/30/20** | **Tae Ub Yoon dba Yoon's Watch Co. 450 South Western Ave., #215-C Los Angeles, CA 90020** |
| | List the contract number of any government contract | _____ | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Lease at 450 South Western Ave. Property for suite 207.** | |
| | State the term remaining | **Expires 07/30/2024** | **Verizon 450 South Western Ave., #207 Los Angeles, CA 90020** |
| | List the contract number of any government contract | _____ | |

| Debtor 1 | 450 S. Western, LLC, a California limited liability company | | | Case number *(if known)* | **2:20-bk-10264-ER** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Lease at 450 South Western Ave. Property for suites 205, 206.** | |
|---|---|---|---|
| | State the term remaining | **Expires 11/28/2028** | **Walter Kim dba BMB Medical Group 450 South Western Ave., #205 Los Angeles, CA 90020** |
| | List the contract number of any government contract | | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Lease at 450 South Western Ave. Property for suite 315 and 316.** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/14/24** | **Warren Wi Kim dba Ye Teahouse 450 South Western Ave., #315 Los Angeles, CA 90020** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name __**450 S. Western, LLC, a California limited liability company**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) __**2:20-bk-10264-ER**__

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                         12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **David Rhee** | **450 South Western Ave., #201 Los Angeles, CA 90020** | **G450 LLC** | ■ D __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **David Rhee** | **450 South Western Ave., #201 Los Angeles, CA 90020** | **Belmont Two Investments Holdings** | ☐ D _____ <br> ■ E/F __3.2__ <br> ☐ G _____ |
| 2.3 | **Gaju Market Corporation** | **450 South Western Ave., #201 Los Angeles, CA 90020** | **Belmont Two Investments Holdings** | ☐ D _____ <br> ■ E/F __3.2__ <br> ☐ G _____ |
| 2.4 | **Hyun Rhee the Trustee of the Richard Rhee Testamentary Trust** | **450 South Western Ave., #201 Los Angeles, CA 90020** | **Belmont Two Investments Holdings** | ☐ D _____ <br> ■ E/F __3.2__ <br> ☐ G _____ |
| 2.5 | **Hyun Soon Rhee** | **450 South Western Ave., #201 Los Angeles, CA 90020** | **G450 LLC** | ■ D __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |

| Debtor | 450 S. Western, LLC, a California limited liability company | Case number *(if known)* | **2:20-bk-10264-ER** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Hyun Soon Rhee** | **450 South Western Ave., #201 Los Angeles, CA 90020** | **Belmont Two Investments Holdings** | ☐ D _____ ■ E/F __3.2__ ☐ G _____ |
| 2.7 | **Steffany Rhee** | **450 South Western Ave., #201 Los Angeles, CA 90020** | **G450 LLC** | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.8 | **Steffany Rhee** | **450 South Western Ave., #201 Los Angeles, CA 90020** | **Belmont Two Investments Holdings** | ☐ D _____ ■ E/F __3.2__ ☐ G _____ |

Case 2:20-bk-10264-ER    Doc 41    Filed 01/24/20    Entered 01/24/20 18:05:20    Desc
Main Document    Page 30 of 42

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **450 S. Western, LLC, a California limited liability company** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | **2:20-bk-10264-ER** |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 1/24/2020    X 
Signature of individual signing on behalf of debtor

**Richard J. Laski**
Printed name

**Chief Restructuring Officer**
Position or relationship to debtor

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **450 S. Western, LLC, a California limited liability company**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:20-bk-10264-ER**

☐ Check if this is an
amended filing

Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2020** to **Filing Date** | ■ Operating a business ☐ Other _____ | **$169,152.00** |
| **For prior year:** From **1/01/2019** to **12/31/2019** | ■ Operating a business ☐ Other _____ | **$3,020,324.23** |
| **For year before that:** From **1/01/2018** to **12/31/2018** | ■ Operating a business ☐ Other _____ | **$3,233,732.32** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

Debtor  __450 S. Western, LLC, a California limited liability company__    Case number *(if known)* **2:20-bk-10264-ER**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1. **LADWP**<br>**PO Box 51111**<br>**Los Angeles, CA 90051** | **10/30/19,**<br>**10/31/19,**<br>**11/27/19,**<br>**12/30/19** | **$105,752.03** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  __Utilities__ |
| 3.2. **Wemeno Company, LLC**<br>**3435 Wilshire Blvd., Ste. 2170**<br>**Los Angeles, CA 90010** | **11/4/19,**<br>**12/10/19,**<br>**1/3/19** | **$61,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  __Consulting Services__ |
| 3.3. **Fisher & Wolfe LLP**<br>**9401 Wilshire Blvd #640**<br>**Beverly Hills, CA 90212** | **11/28/19** | **$18,740.13** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  __Professional Fees and Retainer__ |
| 3.4. **Alpha Infinity Construction, Inc.**<br>**1914 Naomi Ave, 2nd Floor**<br>**Los Angeles, CA 90011** | **12/16/19,**<br>**1/7/20** | **$16,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other __ |
| 3.5. **Law Office of Daniel M. Shapiro**<br>**1366 E Palm St**<br>**Altadena, CA 91001-2042** | **1/7/20** | **$300,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  __Professional Fees and Retainer__ |
| 3.6. **Arent Fox LLP**<br>**c/o Aram Ordubegian**<br>**555 West Fith Street, 48th Floor**<br>**Los Angeles, CA 90013** | **1/7/20** | **$600,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  __Professional Fees and Retainer__ |
| 3.7. **Wilshire Partners of CA, LLC**<br>**470 Maylin St**<br>**Pasadena, CA 91105** | **1/7/20** | **$41,262.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  __Professional Fees and Retainer__ |

Debtor    __450 S. Western, LLC, a California limited liability company__    Case number *(if known)*  __2:20-bk-10264-ER__

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.8.   **Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | **1/9/20** | **$7,452.23** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __Taxes__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **Joshua Park**<br>**3435 Wilshire Blvd. #1075**<br>**Los Angeles, CA 90010**<br>**Chief Financial Officier** | **Various** | **$268,762.30** | **Salary** |
| 4.2.   **Hyun Soon Rhee**<br>**450 South Western Ave., #201**<br>**Los Angeles, CA 90020**<br>**Member** | **Various** | **$268,762.30** | **Salary and Member Payments** |
| 4.3.   **Steffany Rhee**<br>**450 South Western Ave., #201**<br>**Los Angeles, CA 90020**<br>**Member** | **Various** | **$14,517.54** | **Salary** |
| 4.4.   **David Rhee**<br>**450 South Western Ave., #201**<br>**Los Angeles, CA 90020**<br>**Member** | **Various** | **$50,273.67** | **Salary** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

| Debtor | 450 S. Western, LLC, a California limited liability company | | Case number *(if known)* | 2:20-bk-10264-ER |

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Admire Capital Lending LLC, et al. v. 450 S. Western, LLC**<br>BC664871 | **Civil** | **Los Angeles Superior Court<br>Stanley Mosk Courthouse<br>111 North Hill Street<br>Los Angeles, CA 90012** | ☐ Pending<br>■ On appeal<br>☐ Concluded |
| 7.2. | **450 S. Western, LLC v. Admire Capital Lending, LLC, et al.**<br>18STCV05636 | **Civil** | **Los Angeles Superior Court<br>Stanley Mosk Courthouse<br>111 North Hill Street<br>Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Evergreen Capital Assets LP v. 450 S. Western, LLC et al.**<br>19STCV46153 | **Foreclosure** | **Los Angeles Superior Court<br>Stanley Mosk Courthouse<br>111 North Hill Street<br>Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Square Mixx LA Inc v. 450 S Western LLC et al.**<br>BC711005 | **Civil** | **Los Angeles Superior Court<br>Stanley Mosk Courthouse<br>111 North Hill Street<br>Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **450 S Western LLC v. Square Mixx LA Inc**<br>BC722012 | **Civil** | **Los Angeles Superior Court<br>Stanley Mosk Courthouse<br>111 North Hill Street<br>Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **450 S Western LLC v. Square Mixx LA Inc**<br>BC722277 | **Civil** | **Los Angeles Superior Court<br>Stanley Mosk Courthouse<br>111 North Hill Street<br>Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **450 S Western LLC v. Square Mixx LA Inc**<br>BC722278 | **Civil** | **Los Angeles Superior Court<br>Stanley Mosk Courthouse<br>111 North Hill Street<br>Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **450 S Western LLC v. Square Mixx LA Inc**<br>BC722279 | **Civil** | **Los Angles Superior Court<br>Stanley Mosk Courthouse<br>111 North Hill Street<br>Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **Eunice Y. Tak v. 450 S. Western LLC, et al.**<br>19STCV12979 | **Civil** | **Los Angeles Superior Court<br>Spring Street Courthouse<br>312 North Spring Street<br>Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10<br>. | **450 S Western LLC v. Square Mixx LA Inc**<br>BC722010 | **Civil** | **Los Angeles Superior Court<br>Stanley Mosk Courthouse<br>111 North Hill Street<br>Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11<br>. | **Rhee David v. Admire Capital Lending LLC et al.**<br>19STCV32953 | **Civil** | **Los Angeles Superior Court<br>Stanley Mosk Courthouse<br>111 North Hill Street<br>Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    __450 S. Western, LLC, a California limited liability company__    Case number *(if known)* __2:20-bk-10264-ER__

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.12. | **Five West, LP VS 450 S. Western, LLC, et al.**<br>**19STCV22032** | **Civil** | **Los Angeles Superior Court**<br>**Stanley Mosk Courthouse**<br>**111 North Hill Street**<br>**Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. | **Otion Partners Group Inc et al. v. 450 S Western LLC et al.**<br>**BC714783** | **Civil** | **Los Angeles Superior Court**<br>**Stanley Mosk Courthouse**<br>**111 North Hill Street**<br>**Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14. | **One Stop Financial Consulting Inc et al. v. 450 S Western LLC**<br>**BC596025** | **Civil** | **Los Angeles Superior Court**<br>**Stanley Mosk Courthouse**<br>**111 North Hill Street**<br>**Los Angeles, CA 90012** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.15. | **450 S. Western, LLC a California Limited Liability Coompany v. Fodariche Inc., a California Corporation**<br>**19STCV37892** | **Civil** | **Los Angeles Superior Court**<br>**Stanley Mosk Courthouse**<br>**111 North Hill Street**<br>**Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16. | **450 S Western LLC v. Square Mixx LA Inc**<br>**BC722276** | **Civil** | **Los Angeles Superior Court**<br>**Stanley Mosk Courthouse**<br>**111 North Hill Street**<br>**Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17. | **450 S. Western, LLC, a California limited liability company v. Pink Gulliver, Inc., a California corporation**<br>**19STCV37899** | **Civil** | **Los Angeles Superior Court**<br>**Stanley Mosk Courthouse**<br>**111 North Hill Street**<br>**Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18. | **Admire Capital Lending LLC et al. v. 450 S Western LLC**<br>**BC664871** | **Civil** | **Los Angeles Superior Court**<br>**Stanley Mosk Courthouse**<br>**111 North Hill Street**<br>**Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.19. | **450 S Western LLC et al. v. Wilshire Bank**<br>**BC586990** | **Civil** | **Los Angeles Superior Court**<br>**Stanley Mosk Courthouse**<br>**111 North Hill Street**<br>**Los Angeles, CA 90012** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8.   Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**    **Certain Gifts and Charitable Contributions**

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Debtor    **450 S. Western, LLC, a California limited liability company**    Case number *(if known)*    **2:20-bk-10264-ER**

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Innovative Charity, Inc**<br>**11352 Miramar Pkwy**<br>**Miramar, FL 33025** | **Monetary donation** | **07/02/2019** | **$5,000.00** |
| | Recipients relationship to debtor | | | |
| 9.2. | **Nanoom Christian Fellowship**<br>**1927 James M Wood Blvd.**<br>**Los Angeles, CA 90006** | **Monetary donation** | **4/28/19, 5/5/19,**<br>**5/12/19,**<br>**5/19/19,**<br>**5/26/19,**<br>**10/20/19,**<br>**12/18/19** | **$8,150.00** |
| | Recipients relationship to debtor | | | |
| 9.3. | **Antioch Mission Church**<br>**659 S Westmoreland Ave**<br>**Los Angeles, CA 90005** | **Monetary Donation** | **9/1/19,**<br>**11/17/19,**<br>**12/1/19,**<br>**12/15/19** | **$4,000.00** |
| | Recipients relationship to debtor | | | |

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

Debtor   **450 S. Western, LLC, a California limited liability company**          Case number *(if known)*   **2:20-bk-10264-ER**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Arent Fox LLP**<br>**555 West 5th Street, 48th Floor**<br>**Los Angeles, CA 90013** | | **1/14/19, 5/16/19, 11/26/19, 01/07/2020** | **$642,445.00** |

Email or website address
**aram.ordubegian@arentfox.com**

Who made the payment, if not debtor?

---

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:   Personally Identifiable Information**

| Debtor | 450 S. Western, LLC, a California limited liability company | Case number *(if known)*  2:20-bk-10264-ER |
|---|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ☑ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ☑ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ☑ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | 450 S. Western, LLC, a California limited liability company | Case number (if known) | 2:20-bk-10264-ER |

Report all notices, releases, and proceedings known, regardless of when they occurred.

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Seung Hye Seo, CPA**<br>**3450 Wilshire Blvd., Suite 302**<br>**Los Angeles, CA 90010** | **2014-present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.1. | **Seung Hye Seo, CPA**<br>**3450 Wilshire Blvd., Suite 302**<br>**Los Angeles, CA 90010** | **Periodically** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

Debtor    **450 S. Western, LLC, a California limited liability company**                    Case number *(if known)* **2:20-bk-10264-ER**

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Seung Hye Seo, CPA**<br>**3450 Wilshire Blvd., Suite 302**<br>**Los Angeles, CA 90010** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Ladder Capital Finance LLC**<br>**433 Plaza Real, Suite 275**<br>**Boca Raton, FL 33432** |
| 26d.2. **Morgan Stanley, Fixed Income Division**<br>**1585 Broadway 25th Floor**<br>**New York, NY 10036** |
| 26d.3. **Benefit Street Partners**<br>**1345 Avenue of Americas, Suite 32A**<br>**New York, NY 10105** |

27. **Inventories**
   Have any inventories of the debtor's property been taken within 2 years before filing this case?

   ■ No
   ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Hyun Soon Rhee** | **450 South Western Ave., #201**<br>**Los Angeles, CA 90020** | **Member** | **10%** |
| **David Rhee** | **450 South Western Ave., #201**<br>**Los Angeles, CA 90020** | **Member** | **45%** |
| **Steffany Rhee** | **450 South Western Ave., #201**<br>**Los Angeles, CA 90020** | **Member** | **45%** |
| **Joshua Park** | **3435 Wilshire Blvd. #1075**<br>**Los Angeles, CA 90010** | **Chief Financial Officer** | **0%** |
| **Richard J. Laski** | **Wilshire Partners of CA, LLC**<br>**470 Maylin St**<br>**Pasadena, CA 91105** | **Chief Restructuring Officer** | **0%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in**

Debtor    **450 S. Western, LLC, a California limited liability company**    Case number *(if known)*    **2:20-bk-10264-ER**

control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 **Hyun Soon Rhee**<br>**450 South Western Ave., #201**<br>**Los Angeles, CA 90020** | $308,979.81 | **Various** | **Salary and Member Payments** |
| **Relationship to debtor**<br>**Member** | | | |
| 30.2 **David Rhee**<br>**450 South Western Ave., #201**<br>**Los Angeles, CA 90020** | $50,273.67 | **Various** | **Salary** |
| **Relationship to debtor**<br>**Member** | | | |
| 30.3 **Steffany Rhee**<br>**450 South Western Ave., #201**<br>**Los Angeles, CA 90020** | $14,517.54 | **Various** | **Salary** |
| **Relationship to debtor**<br>**Member** | | | |
| 30.4 **Joshua Park**<br>**3435 Wilshire Blvd. #1075**<br>**Los Angeles, CA 90010** | $268,762.30 | **Various** | **Salary** |
| **Relationship to debtor**<br>**Chief Financial Officer** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Debtor    450 S. Western, LLC, a California limited liability company    Case number *(if known)*    2:20-bk-10264-ER

---

Part 14:    **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    1/24/2020

_____    Richard J. Laski
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **Chief Restructuring Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
□ Yes