| | |
|---|---|
| TIMOTHY J. YOO (SBN 155531)<br>JULIET Y. OH (SBN 211414)<br>LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.<br>10250 Constellation Boulevard, Suite 1700<br>Los Angeles, California 90067<br>Telephone: (310) 229-1234<br>Facsimile: (310) 229-1244<br>Email: tjy@lnbyb.com, jyo@lnbyb.com<br><br>Attorneys for Admire Capital Lending, LLC and<br>Belmont Two Investment Holdings, LLC | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>450 S. WESTERN, LLC, a California limited liability company,<br><br>                    Debtor and Debtor in Possession. | Lead Case No.: 2:20-bk-10264-ER<br><br>Chapter 11 Case |
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**<br><br>**STIPULATION BY AND AMONG DEBTOR, ADMIRE CAPITAL LENDING, LLC, AND BELMONT TWO INVESTMENT HOLDINGS, LLC TO EXTEND THE TIME PERIOD WITHIN WHICH CIVIL ACTION MAY BE REMOVED PURSUANT TO 28 U.S.C. § 1452 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 9027** |

PLEASE TAKE NOTE that the order titled ORDER APPROVING STIPULATION BY AND AMONG DEBTOR, ADMIRE CAPITAL LENDING, LLC, AND BELMONT TWO INVESTMENT HOLDINGS, LLC TO EXTEND THE TIME PERIOD WITHIN WHICH CIVIL ACTION MAY BE REMOVED PURSUANT TO 28 U.S.C. § 1452 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 9027 was lodged on April 6, 2020 and is attached. This order relates to the motion which is docket number 110.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.BK.NOTICE.LODGMENT**

1  TIMOTHY J. YOO (SBN 155531)
2  JULIET Y. OH (SBN 211414)
   LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
3  10250 Constellation Boulevard, Suite 1700
   Los Angeles, California 90067
4  Telephone: (310) 229-1234
   Facsimile: (310) 229-1244
5  Email: tjy@lnbyb.com, jyo@lnbyb.com

6
   Attorneys for Admire Capital Lending, LLC and
7  Belmont Two Investment Holdings, LLC

8

9 **UNITED STATES BANKRUPTCY COURT**

10 **CENTRAL DISTRICT OF CALIFORNIA**

11 **LOS ANGELES DIVISION**

12

13

| | |
|---|---|
| 14 In re | Case No. 2:20-bk-10264-ER |
| 15 **450 S. WESTERN, LLC, a California limited liability company,** | Chapter 11 |
| 16 Debtor and Debtor-in-Possession | **ORDER APPROVING STIPULATION BY AND AMONG DEBTOR, ADMIRE CAPITAL LENDING, LLC, AND BELMONT TWO INVESTMENT HOLDINGS, LLC TO EXTEND THE TIME PERIOD WITHIN WHICH CIVIL ACTION MAY BE REMOVED PURSUANT TO 28 U.S.C. § 1452 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 9027** |
| | [No Hearing Required Unless Requested] |

- 1 -

1   The Court, having considered that certain *"Stipulation By And Among Debtor, Admire Capital Lending, LLC, And Belmont Two Investment Holdings, LLC To Extend The Time Period Within Which Civil Action May Be Removed Pursuant To 28 U.S.C. § 1452 And Federal Rule Of Bankruptcy Procedure 9027"* [Doc. No. 110] (the "Stipulation") entered into by and among 450 S. Western, LLC, the debtor and debtor-in-possession in the above-captioned Chapter 11 bankruptcy case (the "Debtor"), Admire Capital Lending, LLC, and Belmont Two Investment Holdings, LLC, and good cause appearing therefor,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Stipulation is approved in its entirety.

2. The deadline for removing that certain action pending before the Los Angeles Superior Court titled *Admire Capital Lending, LLC, et al. v. 450 S. Western, LLC* and bearing the case number BC664871 (the "State Court Action") to this Court, pursuant to 28 U.S.C. § 1452 and Rule 9027 of the Federal Rules of Bankruptcy Procedure, is extended through the later of (a) July 8, 2020, (b) thirty (30) days after the entry of an order terminating the automatic stay with respect to the State Court Action, or (c) thirty (30) days after a trustee qualifies in the Debtor's Chapter 11 case but not later than 180 days after the order for relief, without prejudice to the right of any of the parties to seek further extensions of such deadline.

IT IS SO ORDERED.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **NOTICE OF LODGMENT OF STIPULATION BY AND AMONG DEBTOR, ADMIRE CAPITAL LENDING, LLC, AND BELMONT TWO INVESTMENT HOLDINGS, LLC TO EXTEND THE TIME PERIOD WITHIN WHICH CIVIL ACTION MAY BE REMOVED PURSUANT TO 28 U.S.C. § 1452 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 9027** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 6, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **M Douglas Flahaut**     flahaut.douglas@arentfox.com
- **Jeffrey T Gwynn**     jgwynn@vervelaw.com
- **Mark S Horoupian**     mhoroupian@sulmeyerlaw.com, dwalker@sulmeyerlaw.com;mhoroupian@ecf.inforuptcy.com
- **Christian T Kim**     ckim@dumas-law.com, ckim@ecf.inforuptcy.com
- **Richard J Laski (TR)**     rlaski@wilshirellc.com
- **John P Lee**     jlee@kspllaw.com, admin@kspllaw.com
- **Won Lee**     dlee@metallawgroup.com
- **David W. Meadows**     david@davidwmeadowslaw.com
- **Juliet Y Oh**     jyo@lnbrb.com, jyo@lnbrb.com
- **Aram Ordubegian**     ordubegian.aram@arentfox.com
- **Sagar Parikh**     SP@BeverlyHillsLawCorp.com
- **Dean G Rallis**     drallis@afrct.com, msinclair@afrct.com;AFRCTECF@afrct.com;mpham@afrct.com;drallis@ecf.courtdrive.com
- **Victor A Sahn**     vsahn@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com;dlee@metallawgroup.com;dlee@ecf.inforuptcy.com
- **Lovee D Sarenas**     lovee.sarenas@lewisbrisbois.com
- **United States Trustee (LA)**     ustpregion16.la.ecf@usdoj.gov
- **Christopher K.S. Wong**     christopher.wong@arentfox.com, yvonne.li@arentfox.com
- **Hatty K Yip**     hatty.yip@usdoj.gov
- **Timothy J Yoo**     tjy@lnbyb.com

**2. SERVED BY UNITED STATES MAIL**: On **April 6, 2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*None.*

☐ *Service information continued on attached page*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                          **F 9013-3.1.PROOF.SERVICE**

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 6, 2020**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*None.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 6, 2020 | Stephanie Reichert | /s/ Stephanie Reichert |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                       **F 9013-3.1.PROOF.SERVICE**