Kenderton S. Lynch (SB 90604)
*kenlynchlawyer@aol.com*
Stephanie L. Krafchak (SB 113865)
*skrafchak@mac.com*
KRAFCHAK & LYNCH
567 W Channel Islands Blvd, No. 332
Port Hueneme, CA 93041
Tel. 310.772.0034
Fax 310.772.0121

Attorneys for Secured Creditor, Evergreen Capital Assets, LP.

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALFORNIA,**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | Case No. 2:20-bk-10264 - ER |
| 450 S. Western, LLC, a California limited liability company, | Chapter 11 |
| Debtor. | SECURED CREDITOR EVERGREEN CAPITAL ASSETS, LP'S LIMITED OPPOSITION TO DEBTOR'S MOTION TO APPROVE STIPULATION WITH FIRST, SECOND, AND THIRD LIENHOLDERS REGARDING THE AUTOMATIC STAY, FORBEARANCE AND RELATED MATTERS [Docket #138] |
| | Hearing Date: July 8, 2020<br>Time:           10:00 a.m.<br>Courtroom:  1568<br>Place:          255 East Temple<br>                     Los Angeles, CA 90012 |

**TO:  THE HONORABLE ERNEST M. ROBLES, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, AND ALL OTHER INTERESTED PARTIES:**

Secured creditor Evergreen Capital Assets, LP ("Evergreen") files this limited opposition to the

Motion to Approve Stipulation with First, Second and Third Lienholders Regarding the Automatic Stay,

- 1 -

Forbearance and Related Matters ("Motion") filed by the debtor and debtor-in possession 450 S. Western LLC ("Debtor") (Docket No. 138).

The Motion seeks, among other things, an order allowing the secured claim of G 450, LLC ("G 450 Claim") in the amount of $30,063,331.49 plus interest accruing at the rate of 5% per annum (or $3,898.21 per day).

On June 22, 2020, counsel for Evergreen contacted Debtor's counsel to discuss certain issues concerning the G 450 Claim. The issues raised by Evergreen such as (i) the rate of interest, (ii) professional service fees paid, (iii) the amount of interest paid, (iv) the manner in which interest was calculated, and (v) a contingent funds reserved to pay for possible future attorneys' fees and/or costs, are complex and require additional investigation and analysis which may include a complete review of the history of payments made by the Debtor to G 450's predecessor. Accordingly, it is not appropriate to allow the G 450 Claim at this time.

On June 23, 2020, the Debtor granted Evergreen an extension to file an opposition to the Motion. See Docket # 142 and 145.

Counsel for the Debtor, Evergreen, G 450 and the Committee have engaged in preliminary negotiations in an effort to resolve these matters. While the parties have worked diligently together there has not been sufficient time to fully address the issues, in part because the parties lack certain information, and need to conduct further investigation and analysis. The benefit to the Estate could be a multi-million-dollar reduction in the G 450 Claim.

On June 27, 2020, Debtor's counsel informed counsel for Evergreen that the Debtor would no longer seek approval of that portion of the Motion that would give G 450 an allowed claim, Evergreen need not file an opposition to the Motion and that the parties would continue to try to work together. Evergreen appreciates the efforts by the Debtor, its Chief Restructuring (?) Officer and counsel for continuing to work collaboratively toward a resolution of the issues concerning the G 450 Claim. While Evergreen expects that negotiations will continue and that a resolution of the issues concerning the G 450 Claim is

possible, for the avoidance of doubt, Evergreen is not waiving any objections it has or may have in the future to the G 450 Claim and reserves its right to file an objection to the G 450 Claim in the future if the parties are unable to reach an agreement with respect to the G 450 Claim. The objections that Evergreen may raise include but not limited to objections to (i) the rate of interest charged, (ii) professional service fees paid, (iii) the amount of interest paid, (iv) the manner in which interest was calculated, (v) a contingent fund reserved to pay for possible future attorneys' fees and/or costs, and, any other issues related to the G 450 Claim that may arise.

Based on the foregoing Evergreen respectfully requests that the Motion be denied as filed. Alternatively, that any approval and allowance of G 450 Claim be stricken from the Motion and an order entered denying approval and allowance of G 450's Claim.

Dated: July 29, 2020                                          KRAFCHAK & LYNCH

<u>/s/ Kenderton S. Lynch</u>
Kenderton S. Lynch

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
KRAFCHAK & LYNCH 657 W Channel Islands Blvd, No. 332, Port Hueneme, CA 93041


A true and correct copy of the foregoing document entitled (*specify*): SECURED CREDITOR EVERGREEN CAPITAL ASSETS, LP'S LIMITED OPPOSITION TO DEBTOR'S MOTION TO APPROVE STIPULATION WITH FIRST, SECOND, AND THIRD LIENHOLDERS REGARDING THE AUTOMATIC STAY, FORBEARANCE AND RELATED MATTERS [Docket #138]_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 29, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Jesse S Finlayson**    jfinlayson@ftrlfirm.com, bmendoza@ftrlfirm.com
- **M Douglas Flahaut**    flahaut.douglas@arentfox.com
- **Maria L Garcia**    Maria.L.Garcia@lewisbrisbois.com
- **Jeffrey T Gwynn**    jgwynn@vervelaw.com
- **Mark S Horoupian**    mhoroupian@sulmeyerlaw.com, mhoroupian@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com
- **Christian T Kim**    ckim@dumas-law.com, ckim@ecf.inforuptcy.com
- **Richard J Laski (TR)**    rlaski@wilshirellc.com
- **John P Lee**    jlee@kspllaw.com, admin@kspllaw.com
- **Won Lee**    dlee@metallawgroup.com
- **Kenderton S Lynch**    kenlynchlaw@aol.com
- **David W. Meadows**    david@davidwmeadowslaw.com
- **Juliet Y Oh**    jyo@lnbrb.com, jyo@lnbrb.com
- **Aram Ordubegian**    ordubegian.aram@arentfox.com
- **Sagar Parikh**    SP@BeverlyHillsLawCorp.com
- **Dean G Rallis**    drallis@hahnlawyers.com, marias@hahnlawyers.com;mpham@hahnlawyers.com;drallis@ecf.courtdrive.com;drallis@ecf.inforuptcy.com
- **Victor A Sahn**    vsahn@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com; cblair@ecf.inforuptcy.com;dlee@metallawgroup.com;dlee@ecf.inforuptcy.com
- **Lovee D Sarenas**    lovee.sarenas@lewisbrisbois.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Christopher K.S. Wong**    christopher.wong@arentfox.com, yvonne.li@arentfox.com
- **Felix T Woo**    fwoo@ftwlawgroup.com, admin@ftwlawgroup.com
- **Hatty K Yip**    hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov
- **Timothy J Yoo**    tjy@lnbyb.com

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) June 29, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Honorable Ernest M. Robles,** United States Bankruptcy Court, Central District of California, Edward R. Roybal Federal Building and Courthouse, 255 E. Temple Street, Suite 1560 / Courtroom 1568
Los Angeles, CA 90012

**Lewis Brisbois Bisgaard & Smith** 633 W 5th Street, Ste 4000, Los Angeles, CA 90071

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 29, 2020 | K. Lynch | /s/ K. Lynch |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**