David W. Meadows (CA Bar No. 137052)
**LAW OFFICES OF DAVID W. MEADOWS**
1801 Century Park East, Suite 1235
Los Angeles, California 90067
Telephone: 310-557-8490
Facsimile: 310-557-8493
Email: david@davidwmeadowslaw.com

Counsel to Secured Creditors G 450, LLC, Pontis Capital, LLC, and Five West Capital, LP

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | 2:20-bk-10264-ER |
| **450 S. WESTERN, LLC,** | Chapter 11 |
| Debtor and Debtor in Possession | **STATEMENT OF SECURED CREDITORS G 450, LLC, PONTIS CAPITAL, LLC, AND FIVE WEST CAPITAL, LP IN REPLY TO: (1) THE OMNIBUS REPLY TO OPPOSITIONS TO THE MOTION TO APPROVE STIPULATION WITH FIRST, SECOND, AND THIRD LIENHOLDERS REGARDING THE AUTOMATIC STAY, FORBEARANCE, AND RELATED MATTERS (DKT. NO. 150), (2) THE OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS [DKT. NO. 146] AND THE LIMTED OBJECTION AND RESERVATION OF RIGHTS BY EVERGREEN CAPITAL ASSETS, LP [DKT. NO. 149]** |
| | Date: July 8, 2020<br>Time: 10:00 a.m.<br>Place: Courtroom 1568<br>255 E. Temple Street<br>Los Angeles, CA 90012 |

TO THE HONORABLE ERNEST M. ROBLES, UNITED STATES BANKRUPTCY JUDGE AND ALL PARTIES IN INTEREST:

Secured creditors G 450, LLC, Pontis Capital, LLC and Five West Capital, LLC (collectively "Secured Creditors") submit the following statement in reply to the "*Omnibus Reply to Oppositions to the Motion to Approve Stipulation with First, Second, and Third Lienholders Regarding the Automatic Stay, Forbearance, and Related Matters*" (the "Debtor's Reply") (Dkt. No. 150), and in reply to the same oppositions addressed by the Debtor's Reply, namely, that by the Official Committee of Unsecured Creditors (the "Committee's Objection") [Dkt. No. 146] and by Evergreen Capital Assets, LP [Dkt. No. 149] (the "Evergreen Objection").

## SUMMARY STATEMENT

The Secured Creditors are the holders of the first, second and third priority consensual liens against the Debtor's property. The Debtor's "*Motion to Approve Stipulation with First, Second, and Third Lienholders Regarding the Automatic Stay, Forbearance, and Related Matters*" (the "Motion") [Dkt. 138] represented and still represents a good faith settlement between the Secured Lenders and the Debtor. In light of issues raised, the allowance of the first position lender claim, G 450, LLC, has been withdrawn from the proposed stipulation. The allowance of the claim was efficient for issues later in the case should they arise with respect to credit bidding, but the allowance of the claim at this time was not a critical component of the stipulation. Hence, it was readily agreed to remove that component from the stipulation.

The balance of the original stipulation contains negotiated provisions that the Secured Lenders, and presumably the Debtor, believed could have been ordered had the Secured Lenders filed their respective motions for relief from the automatic stay under Section 362(d)(3) of the Bankruptcy Code. A proposed, draft amended stipulation has been circulated among the Secured Lenders, the Debtor and

the Committee.    It is attached as Exhibit 1 to the Debtor's Reply.    The proposed amended stipulation further represents an effort to reach a consensual proposed order that could otherwise be the result of a hearing on motions for relief from stay.

The Secured Creditors are confident that all parties will continue the efforts to reach a consensual outcome.

DATED:  July 1, 2020                    THE LAW OFFICES OF DAVID W. MEADOWS


                                         By:      /s/ David W. Meadows
                                                David W. Meadows

                                         Counsel for Secured Creditors G 450, LLC, Pontis Capital, LLC, and Five West Capital, LP

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1801 Century Park East, Suite 1235, Los Angeles, CA 90067.

A true and correct copy of the foregoing document entitled: **STATEMENT OF SECURED CREDITORS G 450, LLC, PONTIS CAPITAL, LLC, AND FIVE WEST CAPITAL, LP IN REPLY TO: (1) THE OMNIBUS REPLY TO OPPOSITIONS TO THE MOTION TO APPROVE STIPULATION WITH FIRST, SECOND, AND THIRD LIENHOLDERS REGARDING THE AUTOMATIC STAY, FORBEARANCE, AND RELATED MATTERS (DKT. NO. 150), (2) THE OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS ( [DKT. NO. 146] AND THE LIMTED OBJECTION AND RESERVATION OF RIGHTS BY EVERGREEN CAPITAL ASSETS, LP [DKT. NO. 149]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d) – as modified by Covid-19 standing order; and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 4/6/20, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _____, I caused to be served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, _____ I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/1/2020 | David W. Meadows | /s/ David W. Meadows |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                          **F 9013-3.1.PROOF.SERVICE**

1. **Continued (Via ECF):**

Office of the United States Trustee:  Hatty K. Yip on via ECF @ United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

Counsel to the Debtor and Debtor in Possession**:**  Via ECF @ **Aram Ordubegian**   ordubegian.aram@arentfox.com  **M Douglas Flahaut**   flahaut.douglas@arentfox.com; **Christopher K.S. Wong**   christopher.wong@arentfox.com; yvonne.li@arentfox.com

Counsel to the Official Unsecured Creditors Committee:
**Amy L. Goldman**   Amy.Goldman@lewisbrisbois.com
**Lovee D Sarenas**   lovee.sarenas@lewisbrisbois.com

**ECF Notice Parties:**

- **Jesse S Finlayson**   jfinlayson@ftrlfirm.com, bmendoza@ftrlfirm.com
- **M Douglas Flahaut**   flahaut.douglas@arentfox.com
- **Maria L Garcia**   Maria.L.Garcia@lewisbrisbois.com
- **Jeffrey T Gwynn**   jgwynn@vervelaw.com
- **Mark S Horoupian**   mhoroupian@sulmeyerlaw.com, mhoroupian@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com
- **Christian T Kim**   ckim@dumas-law.com, ckim@ecf.inforuptcy.com
- **Richard J Laski (TR)**   rlaski@wilshirellc.com
- **John P Lee**   jlee@kspllaw.com, admin@kspllaw.com
- **Won Lee**   dlee@metallawgroup.com
- **Kenderton S Lynch**   kenlynchlaw@aol.com
- **David W. Meadows**   david@davidwmeadowslaw.com
- **Juliet Y Oh**   jyo@lnbrb.com, jyo@lnbrb.com
- **Aram Ordubegian**   ordubegian.aram@arentfox.com
- **Sagar Parikh**   SP@BeverlyHillsLawCorp.com
- **Dean G Rallis**   drallis@hahnlawyers.com, marias@hahnlawyers.com;mpham@hahnlawyers.com;drallis@ecf.courtdrive.com;drallis@ecf.inforuptcy.com
- **Victor A Sahn**   vsahn@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com;dlee@metallawgroup.com;dlee@ecf.inforuptcy.com
- **Lovee D Sarenas**   lovee.sarenas@lewisbrisbois.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Christopher K.S. Wong**   christopher.wong@arentfox.com, yvonne.li@arentfox.com
- **Felix T Woo**   fwoo@ftwlawgroup.com, admin@ftwlawgroup.com
- **Hatty K Yip**   hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov
- **Timothy J Yoo**   tjy@lnbyb.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE