1 | Aram Ordubegian (SBN 185142)
  | M. Douglas Flahaut (SBN 245558)
2 | Christopher K.S. Wong (SBN 308048)
  | **ARENT FOX LLP**
3 | 555 West Fifth Street, 48th Floor
  | Los Angeles, CA 90013-1065
4 | Telephone:   213.629.7400
  | Facsimile:    213.629.7401
5 | Emails:    aram.ordubegian@arentfox.com
  |               douglas.flahaut@arentfox.com
6 |               christopher.wong@arentfox.com

7 | General Bankruptcy and Restructuring Counsel for
  | Debtor and Debtor-In-Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| In re | Case No. 2:20-bk-10264-ER |
|---|---|
| **450 S. WESTERN, LLC, a California Limited Liability Company,** | Chapter 11 |
| Debtor and Debtor-in-Possession | **NOTICE OF AUGUST 2020 MONTHLY FEE STATEMENT OF WILSHIRE PARTNERS OF CA, LLC IN ITS ROLE AS THE DEBTOR'S CHIEF RESTRUCTURING OFFICER** |

TO THE HONORABLE ERNEST M. ROBLES, UNITED STATES BANKRUPTCY JUDGE; AND ALL INTERESTED PARTIES:

**PLEASE TAKE NOTICE THAT** this Monthly Fee Statement is hereby filed and served on behalf of Wilshire Partners of CA, LLC, the Court-approved CRO for above-captioned chapter 11 debtor and debtor-in-possession (the "Debtor") in compliance with those procedures approved by the Court's *Order Granting Motion for Order (1) Approving Engagement Agreement of Wilshire Partners of CA LLC and (2) Authorizing Monthly Fee Statement Procedures and Payment* [Dkt. No. 52].

**PLEASE TAKE FURTHER NOTICE THAT** as set forth in **Exhibit 1** hereto Wilshire Partners of CA, LLC seeks $30,075.50 in fees and expenses at this time for the period beginning

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS/22253586.1

on August 1, 2020 and continuing through and including August 31, 2020. As set forth in Exhibit 1, 52.1 hours of professional time was incurred by Richard Laski, 23.5 hours of professional time was incurred by Amy Thibodeaux, and $75.50 of expenses were incurred.

**PLEASE TAKE FURTHER NOTICE THAT** detailed time records for the preceding month for all Wilshire Partners of CA, LLC professionals will be served on the Office of the United States Trustee along with this Fee Statement and may be obtained by any interested party by requesting same in writing from Richard Laski by emailing him at rlaski@wilshirellc.com.

**PLEASE TAKE FURTHER NOTICE THAT** any interested party with standing before the Court shall have ten (10) days from the service of the Fee Statement to object to such Fee Statement by filing such objection with the Court and serving it on Wilshire Partners of CA, LLC as well as counsel for the Debtor. If an objection to this Fee Statement is timely filed, a hearing on the approval of the Fee Statement shall be set by the Debtor and the fees requested shall be subject to review and approval by the Court. If no objection is filed timely or such objection is ultimately resolved, the Debtor is authorized to pay Wilshire Partners of CA, LLC the amount set forth in this Fee Statement, provided that the Debtor has sufficient unencumbered funds and/or the amounts requested are otherwise provided for in the Court-approved cash collateral budget.

Dated: September 2, 2020

**WILSHIRE PARTNERS OF CA, LLC**

By: _____
Richard J. Laski

AFDOCS/22253586.1

# EXHIBIT 1

# WILSHIRE PARTNERS, LLC.

**470 Maylin Street**
**Pasadena, CA  91105**
*(EIN: 16-1606362)*
*(716) 868-8483*

*Invoice #: 083120*                                                                                                                                       **September 1, 2020**

450 S. Western, LLC
c/o Joshua Park
450 S. Western Ave.  #101
Los Angeles, CA  90020

**Invoice for Chief Restructuring Officer (CRO) Services for the period ended 8/31/20:**

For professional services rendered as the Chief Restructuring Officer of 450 S. Western, LLC.  CRO Services include meetings, emails, phone conversations and correspondence with attorneys, lenders, financial advisors, brokers, prospective buyers and others as required to meet the restructuring and operating needs of the company in accordance with the Engagement Agreement effective December 27, 2019.

|  | **Hours** | **Fees** |
|---|---:|---:|
| **Richard Laski - Chief Restructuring Officer Services - per attached schedule** | 52.1 | $ 26,050.00 |
| **Amy Thibodeaux - Accounting and CRO Support Services - per attached schedule** | 23.5 | $ 4,112.50 |
| Plus: Amount carried forward from prior month in accordance with Supplemental Declaration dated 1/21/20 | | $ 6,780.00 |
| **Total Current Period CRO Services Provided** | | $ 36,942.50 |
| Less: Amount to be carried forward to next month in accordance with Supplemental Declaration dated 1/21/20 | | $ (6,942.50) |
| **Net Invoice for CRO Services provided** | | $ 30,000.00 |
| | | |
| **Expenses:** | | |
| **Round trip mileage to Koreatown** (30 miles round trip x $.50) x 3 Trips | | $ 45.00 |
| **Printing, copying and scanning** (305 pages at 10 cents per page) | | $ 30.50 |
| **Total Amount of this Invoice** | | **$ 30,075.50** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Arent Fox LLP, Gas Company Tower, 555 West Fifth Street, 48th Floor, Los Angeles, CA 90013.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF AUGUST 2020 MONTHLY FEE STATEMENT OF WILSHIRE PARTNERS OF CA, LLC IN ITS ROLE AS THE DEBTOR'S CHIEF RESTRUCTURING OFFICER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) **9/03/2020** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **9/03/2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**JUDGE**

Honorable Ernest M. Robles
United States Bankruptcy Court
255 E. Temple Street, Suite 1560
Los Angeles, CA 90012

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/03/2020 | AYLIN SOOKASSIANS | /s/ Aylin Sookassians |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                **F 9013-3.1.PROOF.SERVICE**

AFDOCS/22633038.1

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Jesse S Finlayson on behalf of Creditor Philmont Management, Inc.
jfinlayson@ftrlfirm.com, bmendoza@ftrlfirm.com

M Douglas Flahaut on behalf of Debtor 450 S. Western, LLC, a California limited liability company
flahaut.douglas@arentfox.com

Maria L Garcia on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF 450 S. WESTERN, LLC
Maria.L.Garcia@lewisbrisbois.com

Jeffrey T Gwynn on behalf of Creditor New Creation Engineering and Builders, Inc.
jgwynn@vervelaw.com

Mark S Horoupian on behalf of Interested Party Courtesy NEF
mhoroupian@sulmeyerlaw.com, mhoroupian@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com

Christian T Kim on behalf of Interested Party Christian Kim
ckim@dumas-law.com, ckim@ecf.inforuptcy.com

Richard J Laski (TR)
rlaski@wilshirellc.com

John P Lee on behalf of Creditor One Stop Financial Consulting, Inc.
jlee@kspllaw.com, admin@kspllaw.com

John P Lee on behalf of Creditor Richvest Asset Holdings, LLC.
jlee@kspllaw.com, admin@kspllaw.com

Won Lee on behalf of Attorney Square Mixx LA, Inc.
dlee@metallawgroup.com

Won Lee on behalf of Attorney Eunice Y. Tak
dlee@metallawgroup.com

Kenderton S Lynch on behalf of Creditor Evergreen Capital Assets, LP
kenlynchlaw@aol.com

Kenderton S Lynch on behalf of Interested Party Courtesy NEF
kenlynchlaw@aol.com

David W. Meadows on behalf of Creditor G 450 LLC
david@davidwmeadowslaw.com

David W. Meadows on behalf of Creditor G 450, LLC, Pontis Capital, LLC, and Five West Capital, LP
david@davidwmeadowslaw.com

David W. Meadows on behalf of Interested Party Courtesy NEF
david@davidwmeadowslaw.com

Juliet Y Oh on behalf of Interested Party Admire Capital Lending, LLC
jyo@lnbrb.com, jyo@lnbrb.com

Juliet Y Oh on behalf of Interested Party Belmont Two Investment Holdings, LLC
jyo@lnbrb.com, jyo@lnbrb.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                          **F 9013-3.1.PROOF.SERVICE**

AFDOCS/22633038.1

Juliet Y Oh on behalf of Interested Party Courtesy NEF
jyo@lnbrb.com, jyo@lnbrb.com

Aram Ordubegian on behalf of Debtor 450 S. Western, LLC, a California limited liability company
ordubegian.aram@arentfox.com

Sagar Parikh on behalf of Creditor SoCal Lien Solutions, LLC
SP@BeverlyHillsLawCorp.com

Amelia Puertas-Samara on behalf of Debtor 450 S. Western, LLC, a California limited liability company
itcdbgc@edd.ca.gov, itcdgc@edd.ca.gov

Dean G Rallis, Jr on behalf of Interested Party Courtesy NEF
drallis@hahnlawyers.com,
marias@hahnlawyers.com;mpham@hahnlawyers.com;drallis@ecf.courtdrive.com;drallis@ecf.inforuptcy.com

Victor A Sahn on behalf of Interested Party Courtesy NEF
vsahn@sulmeyerlaw.com,
pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com;dlee@metallawgroup.com;dlee@ecf.inforuptcy.com

Lovee D Sarenas on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF 450 S. WESTERN, LLC
lovee.sarenas@lewisbrisbois.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Christopher K.S. Wong on behalf of Debtor 450 S. Western, LLC, a California limited liability company
christopher.wong@arentfox.com, yvonne.li@arentfox.com

Felix T Woo on behalf of Creditor SINO-US INVESTMENT AND MANAGEMENT CONSULTANT LIMITED
fwoo@ftwlawgroup.com, admin@ftwlawgroup.com

Hatty K Yip on behalf of U.S. Trustee United States Trustee (LA)
hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov

Timothy J Yoo on behalf of Interested Party Courtesy NEF
tjy@lnbyb.com

**2. SERVED BY UNITED STATES MAIL**:

**UNITED STATES TRUSTEE**

United States Trustee (LA)
Attn: Hatty K. Yip
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017

**SECURED CREDITORS**

Evergreen Capital Assets LP
c/o Kevin Hughes
Foundation Law Group LLP
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                              F 9013-3.1.PROOF.SERVICE

AFDOCS/22633038.1

Five West Capital, LP
440 S. Vermont #301
Los Angeles, CA 90020

Five West Capital, LP
c/o Jason S. Kim, Esq
Blank Rome LLP
2029 Century Park East, 6th
Los Angeles, CA 90067-2907

G450 LLC and Pontis Capital, LLC
c/o Jason S. Kim, Esq
Blank Rome LLP
2029 Century Park East, 6th Floor
Los Angeles, CA 90067

Internal Revenue Services
P.O. Box 7346
Philadelphia, PA 19101-7346

Los Angeles County Tax Collector
P.O. Box 54018
Los Angeles, CA 90054

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

AFDOCS/22633038.1