JESSE S. FINLAYSON, SBN 179443
*jfinlayson@ftrlfirm.com*
MATTHEW E. LILLY, SBN 218143
*mlilly@ftrlfirm.com*
**FINLAYSON TOFFER
ROOSEVELT & LILLY LLP**
15615 Alton Parkway, Suite 250
Irvine, CA 92618
Telephone:  949.759.3810
Facsimile:   949.759.3812

Attorneys for Secured Creditor
Philmont Management, Inc.

## UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 2:20-bk-10264-ER |
| 450 S. WESTERN AVE., LLC, | Chapter 7 |
| Debtor and<br>Debtor-in-Possession. | **LIMITED OPPOSITION AND RESERVATION OF RIGHTS RE THE DEBTOR'S MOTION FOR AN ORDER: (1) AUTHORIZING BIDDING PROCEDURES FOR THE SALE OF ESTATE PROPERTY; (2) APPROVING THE SALE OF PROPERTY UNDER 11 U.S.C. § 363 FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES, SUBJECT TO HIGHER AND BETTER OFFERS; AND (3) APPROVING THE FORM AND MANNER OF NOTICE; DECLARATION OF BRIAN PARK**<br><br>**Hearing:**<br>Date:  October 14, 2020<br>Time:  10:00 a.m. (Pacific standard time)<br>Place: Courtroom 1568<br>255 E. Temple St.<br>Los Angeles, CA 90012 |

Secured Creditor Philmont Management, Inc. ("Philmont") submits the following Opposition and Reservation of Rights in response to the Motion for an Order: (1) Authorizing Bidding Procedures for the Sale of Estate Property; (2) Approving the Sale of Property under 11 U.S.C. § 363 Free and Clear of Liens, Claims, and Encumbrances, Subject to Higher and Better Offers; and (3) Approving the Form and Manner of Notice [ECF. No. 188] (the "Motion") filed by Debtor and Debtor-in-Possession 450 S. Western, LLC (the "Debtor"):

## I.  INTRODUCTION

Philmont does not oppose the Debtor's proposed sale of the real property located at 450 S. Western Ave., Los Angeles, California (the "Property") free and clear of claims, liens, and encumbrances, including Philmont's mechanic's lien.  The Motion, however, does not seek and the Court should not authorize the payment of any purported senior secured claims from the sale proceeds without the agreement of all affected parties or a reserve sufficient to pay all "disputed" secured creditors in full.

## II.  FACTS

Philmont is a General Building Contractor licensed by the California State License Board and doing business since 1997.  Attached Declaration of Brian Park ("Park Decl.") at ¶ 3.  Philmont specializes in new construction, tenant improvement, and adaptive reuse for live/work buildings.  *Id.*

Prior to bankruptcy, the Debtor contracted with Philmont to perform certain tenant improvements at the Property.  *Id.* at ¶ 4.  The building improvements included a kiosk at suite 212, a food court on the third floor, and a salon at suite 221 (the "Project").  *Id.*  Philmont commenced work on the Project in or about March 2017.  *Id.* at ¶¶ 4-5, Ex. A.  Philmont performed significant work on the Project but due to, among other things, the Debtor's failure to timely pay Philmont over $2 million for work performed, the Project was not completed.  *Id.* at ¶ 6.

1

On December 19, 2019, Philmont recorded a mechanic's lien against the Property in the amount of $2,361,878,40. *Id.* at ¶¶ 9-12, Exs. D-E.

On January 10, 2020, the Debtor filed this bankruptcy case under chapter 11 of the United States Bankruptcy Code. ECF. No. 1.

On April 29, 2020, Philmont filed a Notice of Perfection of Mechanic's Lien under 11 U.S.C. § 546(b) in the Debtor's bankruptcy case. *Id.* at ¶ 10, Ex. D.

On May 28, 2020, Philmont filed a timely Proof of Claim in the Debtor's bankruptcy case. *Id.* at ¶ 11, Ex. E.

On September 23, 2020, the Debtor filed the Motion seeking approval to sell the Property to Evergreen Capital Assets LP ("Evergreen") for $45,591,000 plus a credit bid or the highest bidder free and clear of claims, liens, and encumbrances. ECF. No. 188. The Motion identifies a total of nine (9) secured liens against the Property. *Id.* at 27-28 of 54. The Motion contends that three (3) of those liens are subject to a bona fide dispute, including the Philmont mechanic's lien.[1] *Id.* at 29-33 of 54. The proposed buyer—Evergreen—allegedly holds the seventh priority lien against the Property. *Id.* at 27-28 of 54. The Motion also apparently contends that the Philmont mechanic's lien is the most junior (ninth priority) lien on the on the Property. *Id.*

The Motion does not expressly seek authorization to pay any purported secured claims from the sale proceeds. The Purchase Agreement, however, contains a proposed "carve-out" of up to $500,000.00 paid to the bankruptcy estate "immediately upon the close of escrow" out of Evergreen's allegedly seventh priority secured claim. ECF No. 180 at 29 of 68 (Purchase Agmt. at § 8.8). The Purchase Agreement

---

[1] Philmont does not contest that its secured claim is subject to a "bona fide dispute" for purposes of 11 U.S.C. § 363(f)(4). Debtor, however, is wrong that the Philmont mechanic's lien is invalid under either California law and/or the Bankruptcy Code, and Philmont reserves its arguments on this point. Philmont will address these issues in detail if and when an objection to its Proof of Claim is filed. Until that occurs, Philmont's claim is deemed allowed under 11 U.S.C. § 502(a).

2

provides that the carve-out amount paid to the estate upon closing will "not be subject to any secured claims." *Id.* Although not clearly disclosed in the Motion, the carve-out is in effect a payment on account of Evergreen's secured claim.

### III. ARGUMENT

Philmont does not oppose to the Debtor's proposed free-and-clear sale of the Property to Evergreen or the highest bidder provided that all liens on the Property attach to the sale proceeds in same amount, validity, and priority as they held against the Property immediately prior to the sale—which is the only relief requested in the Motion. The Debtor, however, should not be permitted to selectively pay certain secured claims out of the sale proceeds. This is true for two main reasons.

First, the Motion does not request authority to pay secured claims from the sale proceeds. In fact, the Motion lists the "undisputed" portion of the largest lien on the Property held by G450 as "TBD." ECF. No. 188 at 27 of 54. Absent an agreement by the affected parties, including Philmont, the Court should not authorize the payment of potentially tens of millions of dollars of secured claims without proper notice and an opportunity to be heard.[2]

Second, there are serious problems with the Debtor's priority analysis. In the Motion, for example, the Debtor appears to assume that the Philmont mechanic's lien is the most junior (ninth priority) lien on the Property based on the December 19, 2019 recordation date of the lien. This misstates California law. Under section 8450 of the California Civil Code, mechanic's liens "relate back" to the time work first commences on a project. *See Tesco Controls, Inc. v. Monterey Mechanical Co.*, 124 Cal. App. 4th 780, 793 (2004). Specifically, Civil Code section 8450 provides:

---

[2] Philmont acknowledges that it may make practical sense to pay some of the undisputed liens from the sale proceeds at closing where there is no real question as to the amount or priority of the lien and the lien is accruing interest at a high interest rate. Philmont is willing to discuss these issues with the Debtor prior to the hearing on the Motion.

> A lien under this chapter … has priority over a lien, mortgage, deed of trust, or other encumbrance on the work of improvement or the real property on which the work of improvement is situated, that (1) attaches after commencement of the work of improvement or (2) was unrecorded at the commencement of the work of improvement and of which the claimant had no notice.

Cal. Civ. Code § 8450.

Here, Philmont commenced work on the Project in March 2017.  Park Decl. at ¶¶ 4-5, Ex. A.  As a result, the Philmont mechanic's lien is senior to both the One Stop Financial Consulting, Inc. and Evergreen liens, both of which are incorrectly listed as senior to the Philmont mechanic's lien in the Motion.  *Id.* at ¶¶ 7-8, Exs. B-C.  It would be a direct violation of the priority rules and unlawful to pay anything on these junior liens (including the purported "carve-out" from the Evergreen lien) without first paying—or at least reserving in full for—the Philmont mechanic's lien.

## IV.  CONCLUSION

As explained above, there are legitimate questions about both the amounts and priority of the secured claims against the Property.  The Motion does not seek and the Court should not authorize the payment of any purported secured claims from the sale proceeds absent an agreement by the affected parties, including Philmont, or establishment of a reserve sufficient to pay all "disputed" secured creditors in full.  In particular, Philmont requests that the Court direct that no payment should be made on the One Stop Financial Consulting, Inc. and Evergreen liens (including the "carve-out") until the Court resolves the priority issue discussed above.

DATED:  September 30, 2020   FINLAYSON TOFFER
            ROOSEVELT & LILLY LLP

            By:_____*/s/ Jesse S. Finlayson*_____
                  Jesse S. Finlayson

            Attorneys for Secured Creditor Philmont
            Management, Inc.

## <u>DECLARATION OF BRIAN PARK</u>

I, Brian Park, declare as follows:

1.      I am the President of Philmont Management, Inc.  I submit this Declaration in support of the foregoing Opposition and Reservation of Rights.  Unless otherwise indicated, capitalized terms have the meaning given to them in the Opposition and Reservation of Rights.  If called as a witness, I could and would testify accurately and competently to the contents of this Declaration.

2.      The facts stated in the Opposition and Reservation of Rights are true and correct to the best of my knowledge.

3.      Philmont is a General Building Contractor licensed by the California State License Board and doing business since 1997.  Philmont specializes in new construction, tenant improvement, and adaptive reuse for live/work buildings.

4.      Prior to bankruptcy, the Debtor contracted with Philmont to perform certain tenant improvements at the Property.  The Project included a kiosk at suite 212, a food court on the third floor, and a salon at suite 221.  Philmont commenced work on the Project in or about March 2017.

5.      A true and accurate copy of the California Preliminary Notice for the Project dated March 21, 2017, is attached to this Declaration as Exhibit A.

6.       Philmont performed significant work on the Project but due to, among other things, the Debtor's failure to timely pay Philmont over $2 million for work performed, the Project was not completed.

7.      A true and accurate copy of the Abstract of Judgment in the amount of $390,000.00 recorded by One Stop Financial Consulting, Inc. against the Property on May 31, 2017, is attached to this Declaration as Exhibit B.

8.      A true and accurate copy of the Deed of Trust in the amount of $1,200,000.00 recorded by Evergreen against the Property on July 10, 2019, is attached to this Declaration as Exhibit C.

9.    On December 19, 2019, Philmont recorded a mechanic's lien against the Property in the amount of $2,361,878,40.

10.    On April 29, 2020, Philmont filed a Notice of Perfection of Mechanic's Lien under 11 U.S.C. § 546(b) in the Debtor's bankruptcy case.  A true and accurate copy of Philmont's Notice of Perfection of Mechanic's Lien is attached to this Declaration as Exhibit D.

11.    On May 28, 2020, Philmont filed a Proof of Claim in the Debtor's bankruptcy case.  A true and accurate copy of Philmont's Proof of Claim is attached to this Declaration as Exhibit E.

12.    A true and accurate copy of Philmont's recorded mechanic's lien is attached to both its Notice of Perfection of Mechanic's Lien and Proof of Claim.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 29, 2020, at Los Angeles, California.

_____
BRIAN PARK

# EXHIBIT A

# CALIFORNIA PRELIMINARY NOTICE

IN ACCORDANCE WITH SECTION 3097 AND 3098, CALIFORNIA CIVIL CODE
THIS IS NOT A LIEN, THIS IS NOT A REFLECTION ON THE INTEGRITY OF ANY CONTRACTOR OR SUBCONTRACTOR

**CONSTRUCTION LENDER or**
Reputed Construction Lender, if any

Etude Hair Studio At CMP
450 S. Western Ave. #221
Los Angeles, CA 90020-4103

**YOU ARE HEREBY NOTIFIED THAT ...**

Philmont Management, Inc.
(name of person or firm furnishing labor, services, equipment or material)
3450 Wilshire Blvd. Suite 850
(address of person or firm furnishing labor, services, equipment or material)
Los Angeles, CA 90010

has furnished or will furnish labor, services, equipment or materials
of the following general description:
General Contractor
(general description of the labor, services, equipment or material furnished or to be furnished)

**OWNER**    or    **PUBLIC AGENCY**
or Reputed owner     (on public work)
(on private work)

Etude Hair Studio At CMP
450 S. Western Ave. #221
Los Angeles, CA 90020-4103

CONSTRUCTION LOAN NO. _____ (if known)

for the building, structure or other work of improvement located at:
Etude Hair Studio At CMP
(address or description of job site sufficient for identification)
450 S. Western Ave.  #221, LA, CA 90020

The name of the person or firm who contracted for the purchase of
such labor, services, equipment or material is:
Etude Hair STudio At CMP.
(name and address of person or firm)
450 S. Western Ave. #221

Los Ageles, CA 90020

An estimate of the total price of the labor, services, equipment or
materials furnished or to be furnished is:
$ approx.-~~$1,600,000.00
(Dollar amount must be furnished to construction lender - optional as to owner or contractor)

**ORIGINAL CONTRACTOR or**
Reputed Contractor, if any

Philmont Management, Inc.
3450 Wilshire Blvd. Suite 850
Los Angeles, CA 90010
213-380-0159 ext. 208

### NOTICE TO PROPERTY OWNER

If bills are not paid in full for the labor, services, equipment, or materials
furnished or to be furnished, a Mechanic's Lien leading  to the loss, through
court foreclosure proceedings, of all or part     of your property being so
improved may be placed against the property even though you have paid
your contractor in full. You  may wish to protect yourself against this
consequence by (1) requiring your contractor to furnish a signed release by
the   person or firm giving you this notice before making payment to  your
contractor,  or (2) any other method or device which is appropriate under
the circumstances Other than residential homeowners of dwellings
containing fewer than five units,     private project owners must notify the
original contractor and     any lien claimant who has provided the owner
with a preliminary  20-day lien notice in accordance with Section 3097 of the
Civil  Code that a notice of completion or notice of cessation has been
recorded within 10 days of its recordation.  Notice shall be by registered
mail, certified mail, or first-class mail, evidenced by a certificate of mailing.
Failure to notify will extend the deadlines to record a lien.

Trust Funds to which Supplemental Fringe Benefits are payable.
(Material men not required to furnish)

(name)                  (address)

(name)                  (address)

(name)                  (address)

Dated: 3/21/17

                          Accounting Mgr.
Signature                  (title)

Telephone Number 213-380-0159 ext.208

**NOTE: COMPLETE DECLARATION OF SERVICE INFORMATION ON THE FOLLOWING PAGE OF THIS PART.**

**PRIVATE WORK**
**DECLARATION OF SERVICE**
(Section 3097.1 (C) Calif. Civil Code)

## IF BY MAIL

I, Cindy Rhee, declare:
That I served copies of this Preliminary Notice by first class registered/certified mail, postage prepaid, on the lender, owner, and original contractor at their respective addresses as shown on the attached page, on _3/21/17_
(Date)

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on _3/21/17_ at Los Angelels, California.
(Date)

_____
(Signature of person making service)

(Attach receipts and return receipts of registered or certified mail and/or photocopies of record of delivery and receipt maintained by the Post Office)

## IF BY PERSONAL SERVICE

I,         , declare:
That I served copies of this Preliminary Notice on the parties named on the attached page at the places and on the dates shown below;

| | | |
|---|---|---|
| Owner _____ | | Time & Date _____ |
| (place of service) | | |
| Contractor _____ | | Time & Date _____ |
| (place of service) | | |
| Lender _____ | | Time & Date _____ |
| (place of service) | | |

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on _____ at _____ , California.
(Date)

_____
(Signature of person making service)

---

**PUBLIC WORK**
**DECLARATION OF SERVICE**
(Section 3098 Calif. Civil Code)

## IF BY MAIL

I,         , declare:
That I served copies of this Preliminary Notice by first class mail, registered mail, or certified mail, postage prepaid, addressed to the public agency and to the contractor at the addresses as shown on the attached page, on _____ /05.
(Date)

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on _____ at _____ , California.
(Date)

_____
(Signature of person making service)

(Attach receipts and return receipts of registered or certified mail and/or photocopies of record of delivery and receipt maintained by the Post Office)

## IF BY PERSONAL SERVICE

I,         , declare:
That I served copies of this Preliminary Notice on the parties named on the attached page at the places and on the dates shown below;

| | | |
|---|---|---|
| Public agency _____ | | Time & Date _____ |
| (place of service) | | |
| Contractor _____ | | Time & Date _____ |
| (place of service) | | |

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on _____ at _____ , California.
(Date)

_____
(Signature of person making service)

# CALIFORNIA PRELIMINARY NOTICE

IN ACCORDANCE WITH SECTION 3097 AND 3098, CALIFORNIA CIVIL CODE
THIS IS NOT A LIEN, THIS IS NOT A REFLECTION ON THE INTEGRITY OF ANY CONTRACTOR OR SUBCONTRACTOR

CONSTRUCTION LENDER or
Reputed Construction Lender, if any

450 S. Western LLC
450 S. Western Ave. #201
Los Angeles, CA 90020-4103

OWNER        or        PUBLIC AGENCY
or Reputed owner         (on public work)
(on private work)

450 S. Western LLC
450 S. Western Ave. #201
Los Angeles, CA 90020-4103

CONSTRUCTION LOAN NO. _____ (if known)

ORIGINAL CONTRACTOR or
Reputed Contractor, if any

Philmont Management, Inc.
3450 Wilshire Blvd. Suite 850
Los Angeles, CA 90010
213-380-0159 ext. 208

## YOU ARE HEREBY NOTIFIED THAT ...

Philmont Management, Inc.
(name of person or firm furnishing labor, services, equipment or material)
3450 Wilshire Blvd. Suite 850
(address of person or firm furnishing labor, services, equipment or material)
Los Angeles, CA 90010

has furnished or will furnish labor, services, equipment or materials
of the following general description:
General Contractor
(general description of the labor, services, equipment or material furnished or to be furnished)

for the building, structure or other work of improvement located at:
Food Court at California Market Place
(address or description of job site sufficient for identification)
450 S. Western Ave. 3rd Floor, LA, CA 90020

The name of the person or firm who contracted for the purchase of
such labor, services, equipment or material is:
450 S. Western LLC.
(name and address of person or firm)
450 S. Western Ave. 3rd Floor

Los Ageles, CA 90020

An estimate of the total price of the labor, services, equipment or
materials furnished or to be furnished is:
$ approx.~~$250,000.00
(Dollar amount must be furnished to construction lender - optional as to owner or contractor)

Trust Funds to which Supplemental Fringe Benefits are payable.
(Material men not required to furnish)

| (name) | (address) |
| --- | --- |
| (name) | (address) |
| (name) | (address) |

## NOTICE TO PROPERTY OWNER

If bills are not paid in full for the labor, services, equipment, or materials
furnished or to be furnished, a Mechanic's Lien leading  to the loss, through
court foreclosure proceedings, of all or part  of your property being so
improved may be placed against the property even though you have paid
your contractor in full. You  may wish to protect yourself against this
consequence by (1) requiring your contractor to furnish a signed release by
the    person or firm giving you this notice before making payment to  your
contractor, or (2) any other method or device which is appropriate under
the circumstances Other than residential homeowners of dwellings
containing fewer than five units,     private project owners must notify the
original contractor and    any lien claimant who has provided the owner
with a preliminary  20-day lien notice in accordance with Section 3097 of the
Civil  Code that a notice of completion or notice of cessation has been
recorded within 10 days of its recordation. Notice shall be by registered
mail, certified mail, or first-class mail, evidenced by a certificate of mailing.
Failure to notify will extend the deadlines to record a lien.

Dated: 3/20/19

Signature

Accounting Mgr.
(title)

Telephone Number 213-380-0159 ext.208

**NOTE: COMPLETE DECLARATION OF SERVICE INFORMATION ON THE FOLLOWING PAGE OF THIS PART.**

**PRIVATE WORK**
**DECLARATION OF SERVICE**
(Section 3097.1 (C) Calif. Civil Code)

## IF BY MAIL

I, Cindy Rhee, declare:
That I served copies of this Preliminary Notice by first class registered/certified mail, postage prepaid, on the lender, owner, and original contractor at their respective addresses as shown on the attached page, on . 3/21/17
(Date)

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on 3/21/17 at Los Angelels, California.
(Date)

_____
(Signature of person making service)

(Attach receipts and return receipts of registered or certified mail and/or photocopies of record of delivery and receipt maintained by the Post Office)

## IF BY PERSONAL SERVICE

I,       , declare:
That I served copies of this Preliminary Notice on the parties named on the attached page at the places and on the dates shown below;

| Owner | _____ | Time & Date | _____ |
| | (place of service) | | |
| Contractor | _____ | Time & Date | _____ |
| | (place of service) | | |
| Lender | _____ | Time & Date | _____ |
| | (place of service) | | |

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on       , at       , California.
(Date)

_____
(Signature of person making service)

---

**PUBLIC WORK**
**DECLARATION OF SERVICE**
(Section 3098 Calif. Civil Code)

## IF BY MAIL

I,       , declare:
That I served copies of this Preliminary Notice by first class mail, registered mail, or certified mail, postage prepaid, addressed to the public agency and to the contractor at the addresses as shown on the attached page, on
(Date)

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on       ., at       , California.
(Date)

_____
(Signature of person making service)

(Attach receipts and return receipts of registered or certified mail and/or photocopies of record of delivery and receipt maintained by the Post Office)

## IF BY PERSONAL SERVICE

I,       , declare:
That I served copies of this Preliminary Notice on the parties named on the attached page at the places and on the dates shown below;

| Public agency | _____ | Time & Date | _____ |
| | (place of service) | | |
| Contractor | _____ | Time & Date | _____ |
| | (place of service) | | |

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on       , at       , California.
(Date)

_____
(Signature of person making service)

# EXHIBIT B




**This page is part of your document - DO NOT DISCARD**



**20170601727**



**Pages:
0004**

**Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California**

**05/31/17 AT 03:28PM**

| | |
|---|---|
| FEES: | 33.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 33.00 |



**L E A D S H E E T**



**201705313310050**

**00013784703**



**008363565**

**SEQ:
01**

**DAR - Counter (Upfront Scan)**



**THIS FORM IS NOT TO BE DUPLICATED**

*E502868*

RECORDING REQUESTED BY

WHEN RECORDED MAIL TO

NAME Kim, Shapiro, Park, Lee & Ryu

MAILING
3435 wilshire blvd. ste 2050
CITY, STATE, ZIP CODE
Los Angeles CA 90010

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

**TITLE**

Abstract of Judgment

EJ-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, State Bar number, and telephone number)*: |
|---|

Recording requested by and return to:   144210
PAUL PARK, ESQ.
KIM, SHAPIRO, PARK & LEE
3435 WILSHIRE BLVD., STE. 2050
LOS ANGELES, CALIFORNIA 90010
213-380-9200      213-380-9302

[X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD

FOR RECORDER'S USE ONLY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   LOS ANGELES
STREET ADDRESS: 111 NORTH HILL STREET
MAILING ADDRESS:
CITY AND ZIP CODE: LOS ANGELES, CALIFORNIA 90012
BRANCH NAME: CENTRAL

PLAINTIFF: ONE STOP FINANCIAL CONSULTING, INC.;
RICHVEST ASSET HOLDINGS, LLC
DEFENDANT: 450 S. WESTERN, LLC

CASE NUMBER:
BC596025

**ABSTRACT OF JUDGMENT - CIVIL
AND SMALL CLAIMS**   [ ] Amended

FOR COURT USE ONLY

1. The [X] judgment creditor [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      ⌐450 S. WESTERN, LLC
      450 S. WESTERN AVE. #211
      LOS ANGELES, CA 90020⌐

   b. Driver's license No. [last 4 digits] and state:        [X] Unknown
   c. Social security No. [last 4 digits]:                    [X] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or
      mailed to *(name and address):* 450 S. WESTERN, LLC c/o HYUN SOON RHEE, AGENT FOR SERVICE
      4317 BEVERLY BLVD # 200, LOS ANGELES, CA 90004

2. [ ] Information on additional judgment
       debtors is shown on page 2.
3. Judgment creditor *(name and address):*
   ONE STOP FINANCIAL CONSULTING, INC.
   3600 WILSHIRE BLVD., #1214
   LOS ANGELES, CA 90010
   Date: MAY 5, 2017
   PAUL PARK
   _____
   (TYPE OR PRINT NAME)

4. [X] Information on additional judgment
       creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
       a. Date:
       b. Instrument No.:

► _____
   (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $           390,000.00
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date):* 4/17/17
   b. Renewal entered on *(date):*
9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien
        is endorsed on the judgment as follows:
        a. Amount: $
        b. In favor of *(name and address):*

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until
           *(date):*
12. a. [X] I certify that this is a true and correct abstract of
           the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

[SEAL]

SHERRI R. CARTER

This abstract issued on *(date):*
MAY 2 2 2017

Clerk, by                                    KELLY ENCINAS , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2008]

Martin Dean's
ESSENTIAL FORMS™

**ABSTRACT OF JUDGMENT - CIVIL
AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190

ONE STOP

| PLAINTIFF: ONE STOP FINANCIAL CONSULTING, INC.; RICHVEST ASSET HOLDINGS, LLC | CASE NUMBER: |
|---|---|
| DEFENDANT: 450 S. WESTERN, LLC | BC596025 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*
RICHVEST ASSET HOLDINGS, LLC
1955 OAK STREET
PASADENA, CA  91030

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.          Name and last known address

Driver's license no. [last 4 digits]
and state:                              ☐ Unknown
Social security no. [last 4 digits]     ☐ Unknown
Summons was personally served at or mailed to *(address):*

17.          Name and last known address

Driver's license no. [last 4 digits]
and state:                              ☐ Unknown
Social security no. [last 4 digits]     ☐ Unknown
Summons was personally served at or mailed to *(address):*

18.          Name and last known address

Driver's license no. [last 4 digits]
and state:                              ☐ Unknown
Social security no. [last 4 digits]:    ☐ Unknown
Summons was personally served at or mailed to *(address):*

19.          Name and last known address

Driver's license no. [last 4 digits]
and state:                              ☐ Unknown
Social security no. [last 4 digits]:    ☐ Unknown
Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

EJ-001 [Rev. January 1, 2008]
Martin Dean's
ESSENTIAL FORMS™

**ABSTRACT OF JUDGMENT - CIVIL
AND SMALL CLAIMS**

Page 2 of 2

ONE STOP

# EXHIBIT C




**This page is part of your document - DO NOT DISCARD**



## 20190663118



**Pages:**
**0018**

**Recorded/Filed in Official Records**
**Recorder's Office, Los Angeles County,**
**California**

**07/10/19 AT 08:00AM**

| | |
|---|---|
| FEES: | 95.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 150.00 |
| PAID: | 245.00 |



**L E A D S H E E T**



201907100990007

00016843734



009953190

**SEQ:**
**01**

**SECURE - 8:00AM**



**THIS FORM IS NOT TO BE DUPLICATED**

E08_190709_6970493

E269820

RECORDED AT THE REQUEST OF
CHICAGO TITLE COMPANY

**RECORDATION REQUESTED BY:**

EVERGREEN CAPITAL ASSETS LP

**WHEN RECORDED MAIL TO:**

Evergreen Capital Assets LP
3919 Beverly Blvd., Suite 200
Los Angeles, CA 90004

1119094281

FOR RECORDER'S USE ONLY

# DEED OF TRUST

**THIS DEED OF TRUST is dated July 1, 2019 among 450 S. Western, LLC, a California limited liability company, whose address is 450 S. Western Avenue, #201, Los Angeles, CA 90020 (referred to herein as "Trustor"); Evergreen Capital Assets LP, a California limited partnership, whose address is 3919 Beverly Blvd., Suite 200, Los Angeles, CA 90004 (referred to herein sometimes as "Lender" and sometimes as "Beneficiary"); and Chicago Title Company, a California corporation, whose address is 500 N. Brand Blvd., Suite 200, Glendale, California 91203 (referred herein as "Trustee").**

CONVEYANCE AND GRANT.  For valuable consideration, Trustor irrevocably grants, transfers and assigns to Trustee in trust, with power of sale, for the benefit of Beneficiary as Beneficiary, all of Trustor's right, title, and interest in and to the following described real property, together with all existing or subsequently erected or affixed buildings, improvements and fixtures; all easements, rights of way, and appurtenances, all water, water rights and ditch rights (including stock in utilities with ditch or irrigation rights); and all other rights, royalties, and profits relating to the real property, including without limitation all minerals, oil, gas geothermal and similar matters, (the "Real Property") located in Los Angeles County, State of California:

> See Exhibit "A", which is attached to this Deed of Trust and made a part of this
> Deed of Trust as if fully set forth herein.

**The Real Property or its addresses is commonly known as 450 S. Western Avenue, Los Angeles, CA 90020.**

Trustor presently assigns to Lender (also known as Beneficiary in this Deed of Trust) all of Trustor's right, title, and interest in and to all present and future leases of the Property and all Rents from the Property. This is an absolute assignment of Rents made in connection with an obligation secured by real property pursuant to California Civil Code Section 2938. In addition, Trustor grants to Lender a Uniform Commercial Code security interest in the Personal Property and Rents.

**THIS DEED OF TRUST IS GIVEN TO SECURE THE PERFORMANCE OF OBLIGATIONS OF 450 S. WESTERN AVENUE, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, UNDER THAT CERTAIN PROMISSORY NOTE SECURED BY DEED OF TRUST DATED JULY 1, 2019 FOR THE PRINCIPAL SUM OF ONE MILLION TWO HUNDRED THOUSAND DOLLARS**

I

**($1,200,000.00). THIS DEED OF TRUST IS GIVEN AND ACCEPTED ON THE FOLLOWING TERMS:**

**PAYMENT AND PERFORMANCE.** Except as otherwise provided in this Deed of Trust, Trustor shall pay to Beneficiary all amounts secured by this Deed of Trust as they become due.

**POSSESSION AND MAINTENANCE OF THE PROPERTY.** Trustor agrees that Trustor's possession and use of the Property shall be governed by the following provisions:

**Possession and Use.** Until the occurrence of an Event of Default, Trustor may (1) remain in possession and control of the Property; (2) use, operate or manage the Property; and (3) collect the Rents from the Property.

**Duty to Maintain.** Trustor shall maintain the Property in tenantable condition and promptly perform all repairs, replacements, and maintenance necessary to preserve its value.

**Compliance With Environmental Laws.** Trustor represents and warrants to Beneficiary that: (1) During the period of Trustor's ownership of the Property, there has been no use, generation, manufacture, storage, treatment, disposal, release or threatened release of any Hazardous Substance by any person on, under, about or from the Property; (2) Trustor has no knowledge of, or reason to believe that there has been, except as previously disclosed to and acknowledged by Beneficiary in writing, (a) any breach of violation of any Environmental Laws, (b) any use, generation, manufacture, storage, treatment, disposal, release or threatened release of any Hazardous Substance on, under, about or from the Property by any prior owners or occupants of the Property, or (c) any actual or threatened litigation or claims of any kind by any person relating to such matters; and (3) Except as previously disclosed to and acknowledged by Beneficiary in writing, (a) neither Trustor nor any tenant, contractor, agent or other authorized use of the Property shall use, generate, manufacture, store, treat, dispose of or release any hazardous Substance on, under, about, or from the Property; and (b) any such activity shall be conducted in compliance with all applicable federal, state, and local laws, regulations and ordinances, including without limitation all Environmental Laws. Trustor authorizes Beneficiary and its agents to enter upon the Property to make such inspections and tests, at Trustor's expense, as Beneficiary may deem appropriate to determine compliance of the Property with this section of the Deed of Trust. Any inspections or tests made by Beneficiary shall be for Beneficiary's purposes only and shall not be construed to create any responsibility or liability on the part of Beneficiary to Trustor or to any other person. The representations and warranties contained herein are based on Trustor's due diligence in investigating the Property for Hazardous Substances. Trustor hereby (1) releases and waives any future claims against Beneficiary for indemnity or contribution in the event Trustor becomes liable for cleanup or other costs under any such laws; and (2) agrees to indemnify and hold harmless Beneficiary against any and all claims, losses, liabilities, damages, penalties, and expenses which Beneficiary may directly or indirectly sustain or suffer resulting from a breach of this section of the Deed of Trust or as a consequence of any use, generation, manufacture, storage, disposal, release, or threatened release occurring prior to Trustor's ownership or interest in the Property, whether or not the same was or should have been known to Trustor. The provision of the section of the Deed of Trust, including the obligation to indemnify, shall survive the payment of the indebtedness and the satisfaction and reconveyance of the lien of this Deed of Trust and shall not be affected by Beneficiary's acquisition of any interest in the Property, whether by foreclosure or otherwise.

**Nuisance, Waste.** Trustor shall not cause, conduct or permit any nuisance nor commit, permit, or suffer any stripping of or waste on or to the Property or any portion of the Property. Without limiting the generality of the foregoing, Trustor will not remove, or grant

2

to any other party the right to remove, any timer, minerals (including oil and gas), coal, clay, scoria, soil, gravel or rock products without Beneficiary's prior written consent.

**Removal of Improvements.**   Trustor shall not demolish or remove any Improvements from the Real Property without Beneficiary's prior written consent.   As a condition to the removal of any Improvements, Beneficiary may require Trustor to make arrangements satisfactory to Beneficiary to replace such Improvements with Improvements of at least equal value.

**Beneficiary's Right to Enter.**   Beneficiary and Beneficiary's agents and representatives maybe enter upon the Real Property at all reasonable times to attend to Beneficiary's interests and to inspect the Real Property for purposes of Trustor's compliance with the terms and conditions of this Deed of Trust.

**Compliance with Governmental Requirements.**   Trustor shall promptly comply with all laws, ordinances, and regulations, now or hereafter in effect, or all governmental authorities applicable to the use or occupancy of the Property, including without limitation, the Americans With Disabilities Act.   Trustor may contest in good faith any such law, ordinance, or regulation and withhold compliance during any proceeding, Including appropriate appeals, so long as Trustor has notified Beneficiary in writing prior to doing so and so long as, in Beneficiary's opinion, Beneficiary's interests in the Property are not jeopardized.   Beneficiary may require Trustor to post adequate security or a surety bond, reasonably satisfactory to Beneficiary, to protect Beneficiary's interest.

**Duty to Protect.**   Trustor agrees neither to abandon or leave unattended the Property. Trustor shall do all other acts, in addition to those acts set forth above in this section, which from the character and use of the Property are reasonably necessary to protect and preserve the Property.

**DUE ON SALE - CONSENT BY BENEFICIARY.**   Beneficiary may, at Beneficiary's option, declare immediately due and payable all sums secured by this Deed of Trust upon the sale or transfer, without Beneficiary's prior written consent, of all or any part of the Real Property, or any interest in the Real Property. A "sale or transfer" means the conveyance of Real Property or any rights, title or interest in the Real Property; whether legal, beneficial or equitable; whether voluntary or involuntary; whether by outright sale, deed, installment sale contract, land contract, contract for deed, leasehold interest with a term great than three (3) years, lease-option contract, or by sale, assignment, or transfer of any beneficial interest in or to any land trust holding title to the Real Property, or by any other method of conveyance of an interest in the Real Property. However, this option shall not be exercised by Beneficiary if such exercise is prohibited by applicable law.

**TAXES AND LIENS.**  The following provisions relating to the taxes and lien on the Property are part of this Deed of Trust.

**Payment.**   Trustor shall pay when due (and in all events at least ten (10) days prior to delinquency) all taxes, special taxes, assessments, charges (including and water and sewer), fines and impositions levied against or on account of the Property, and shall pay when due all claims for work done on or for services rendered or materials furnished to the Property.   Trustor shall maintain the Property free of all liens having priority over or equal to the interest of Beneficiary under this Deed of Trust, except for the lien of taxes and assessments not due and except as otherwise provided in this Deed of Trust.

**Right to Contest.**   Trustor may withhold payment of any tax, assessment, or claim in connection with a good faith dispute over the obligation to pay, so long as Beneficiary's interest in the Property is not jeopardized.   If a lien arises or is filed as result of nonpayment, Trustor shall within fifteen (15) days after the lien arises or, if a lien is filed,

3

within fifteen (15) days after Trustor has notice of the filing, secure the discharge of the lien, or if requested by Beneficiary, deposit with Beneficiary cash or a sufficient corporate surety bond or other security satisfactory to Beneficiary in an amount sufficient to discharge the lien plus any costs and attorneys' fees, or other charges that could accrue as a result of a foreclosure or sale under the lien. In any contest, Trustor shall defend itself and Beneficiary and shall satisfy any adverse judgment before enforcement against the Property. Trustor shall name Beneficiary as an additional obligee under any surety bond furnished in the contest proceedings.

**Evidence of Payment.** Trustor shall upon demand furnish to Beneficiary satisfactory evidence of payment of the taxes or assessments and shall authorize the appropriate governmental official to deliver to Beneficiary at any time a written statement of the taxes and assessments against the Property.

**Notice of Construction.** Trustor shall notify Beneficiary at least fifteen (15) days before any work is commenced, any services are furnished, or any materials are supplied to the Property, if any mechanic's lien, materialman's lien, or other lien could be asserted on account of the work, services, or materials. Trustor will upon request of Beneficiary furnish to Beneficiary advance assurances satisfactory to Beneficiary that Trustor can and will pay the cost of such improvements.

**PROPERTY DAMAGE INSURANCE.** The following provisions relating to insuring the Property are a part of this Deed of Trust.

**Maintenance of Insurance.** Trustor shall procure and maintain policies of fire insurance with standard extended coverage endorsements on a replacement basis for the full insurable value covering all Improvements on the Real Property in an amount sufficient to avoid application of any coinsurance clause, and with a standard mortgagee clause in favor of Beneficiary. Trustor shall also procure and maintain comprehensive general liability insurance in such coverage amounts as Beneficiary may request with Trustee and Beneficiary being named as additional insured in such liability insurance policies. Additionally, Trustor shall maintain such other insurance, including but not limited to hazard, business interruption, and boiler insurance, as Beneficiary may reasonably require. Notwithstanding the foregoing, in no event shall Trustor be required to provide hazard insurance in excess of the replacement value of the improvements on the Real Property. Policies shall be written in form, amounts, coverages and basis reasonably acceptable to Beneficiary and issued by a company or companies reasonably acceptable to Beneficiary. Unless otherwise provided herein, Trustor, upon request of Beneficiary, will deliver to Beneficiary from time to time the policies or certificates of insurance in form satisfactory to Beneficiary, including stipulation that coverage will not be cancelled or diminished without at least thirty (30) days prior written notice to Beneficiary. Each insurance policy also shall include an endorsement providing that coverage in favor of Beneficiary will not be impaired in any way by any act, omission or default of Trustor or any other person. Should the Real Property be located in an area designated by the Director of the Federal Emergency Management Agency as a special flood hazard area, Trustor agrees to obtain and maintain Federal Flood Insurance, if available, within 45 days after notice is given by Beneficiary that the Property is located in a special flood hazard area, for the full unpaid principal balance of the loan and any prior liens on the property securing the loan, up to the maximum policy limits set under the National Flood Insurance Program, or as otherwise required by Beneficiary, and to maintain such insurance for the term of the loan. Trustor shall deliver to Beneficiary proof of insurance on an annual basis.

**Application of Proceeds.** Trustor shall promptly notify Beneficiary of any loss or damage to the Property. Beneficiary may make proof of loss if Trustor fails to do so within fifteen (15) days of the casualty. If in Beneficiary's sole judgment Beneficiary's

4

security interest in the Property has been impaired, Beneficiary may, at Beneficiary's election, receive and retain the proceeds of any insurance and apply the proceeds to the reduction of the Indebtedness, payment, of any lien affecting the Property, or the restoration and repair of the Property. If the proceeds are to be applied to restoration and repair, Trustor shall repair or replace the damaged or destroyed improvements in a manner satisfactory to Beneficiary. Beneficiary shall, upon satisfactory proof of such expenditure, pay or reimburse Trustor from the proceeds for the reasonable cost of repair or restoration if Trustor is not in default under the Deed of Trust. Any proceeds which have not been disbursed within 180 days after their receipt and which Beneficiary has not committed to the repair or restoration of the Property shall be used first to pay any amount owing to Beneficiary under this Deed of Trust, then to pay accrued interest, and the remainder, if any, shall be applied to the principal balance of the Indebtedness. If Beneficiary holds any proceeds after payment in full of the Indebtedness, such proceeds shall be paid to Trustor as Trustor's interests may appear.

**Trustor's Report on Insurance.** Upon request of Beneficiary, however not more than once a year, Trustor shall furnish to Beneficiary a report on each existing policy of insurance showing: (1) the name of the insurer; (2) the risks insured; (3) the amount of policy; (4) the property insured, the then current replacement value of such property, and the manner of determining that value; and (5) the expiration date of the policy. Trustor shall, upon request of Beneficiary, have an independent appraiser satisfactory to Beneficiary determine the cash value replacement cost of the Property.

**TAX AND INSURANCE RESERVES.** Subject to any limitations set by applicable law, Beneficiary may require Trustor to maintain with Beneficiary reserves for payment of annual taxes, assessments, and insurance premiums, which reserves shall be created by advance payment or monthly payments of a sum estimated by Beneficiary to be sufficient to produce, amounts at least equal to the taxes, assessments, and insurance premiums to be paid. The reserves shall be held by Beneficiary as a general deposit from Trustor, which Beneficiary may satisfy by payment of the taxes, assessments, and insurance premiums required to be paid by Trustor as they become due. Beneficiary shall have the right to draw upon the reserve funds to pay such items, and Beneficiary shall not be required to determine the validity or accuracy of any item before paying it. Nothing in the Deed of Trust shall be construed as requiring Beneficiary to advance other monies for such purposes, and Beneficiary shall not incur any liability for anything it may do or omit to do with respect to the reserve account. Subject to any limitations set by applicable law, if the reserve funds disclose a shortage or deficiency, Trustor shall pay such shortage or deficiency as required by Beneficiary. All amounts in the reserve account are hereby pledged to further secure the Indebtedness, and Beneficiary is hereby authorized to withdraw and apply such amounts on the Indebtedness upon the occurrence of an Event of Default. Beneficiary shall not be required to pay any interest or earnings on the reserve funds unless required by law or agreed to by Beneficiary in writing. Beneficiary does not hold the reserve funds in trust for Trustor, and Beneficiary is not Trustor's agent for payment of the taxes and assessments required to be paid by Trustor.

**BENEFICIARY'S EXPENDITURES.** If any action or proceeding is commenced that would materially affect Beneficiary's interest in the Property or if Trustor fails to comply with any provision of this Deed of Trust, including but not limited to Trustor's failure to discharge or pay when due any amounts Trustor is required to discharge or pay under this Deed of Trust, Beneficiary on Trustor's behalf may (but shall not be obligated to) take any action that Beneficiary deems appropriate, including but not limited to discharging or paying all taxes, lien, security interests, encumbrances and other claims, at any time levied or placed on the Property and paying all costs for insuring, maintaining and preserving the Property. All such expenses will become a part of the Indebtedness. The Deed of Trust also will secure payment of theses amounts. Such right shall be in addition to all other rights and remedies to which Beneficiary may be entitled upon Default.

5

**WARRANTY; DEFENSE OF TITLE.** The following provisions relating to ownership of the Property are a party of this Deed of Trust:

**Title.** Trustor warrants that (a) Trustor holds good and marketable title of record to the Property in fee simple, free and clear of all liens and encumbrances other than those set forth in the Real Property description or in any title insurance policy, title report, or final title opinion issued in favor of, and accepted by, Beneficiary in connection with this Deed of Trust, and (b) Trustor has the full right, power, and authority to execute and deliver this Deed of Trust to Beneficiary.

**Defense of Title.** Subject to the exception in the paragraph above, Trustor warrants and will forever defend the title to the Property against the lawful claims of all persons. In the event any action or proceeding is commenced that questions Trustor's title or the interest of Trustee or Beneficiary under this Deed of Trust, Trustor shall defend the action at Trustor's expense. Trustor may be the nominal party in such proceeding, but Beneficiary shall be entitled to participate in the proceeding and to be represented in the proceeding by counsel of Beneficiary's own choice, and Trustor will deliver, or cause to be delivered, to Beneficiary such instruments as Beneficiary may request from time to time to permit such participation.

**Compliance With Laws.** Trustor warrants that the Property and Trustor's use of the Property complies with all existing applicable laws, ordinances, and regulations of governmental authorities.

**Survival of Representations and Warranties.** All representations, warranties, and agreements made by Trustor in this Deed of Trust shall survive the execution and delivery of this Deed of Trust, shall be continuing in nature, and shall remain in full force and effect until such time as Trustor's Indebtedness shall be paid in full.

**EXISTING INDEBTEDNESS.** The following provisions concerning Existing Indebtedness are a part of this Deed of Trust:

**Existing Lien.** The lien of this Deed of Trust securing the Indebtedness may be secondary and inferior to an existing lien. Trustor expressly covenants and agrees to pay, or see to the payment of, the Existing Indebtedness and to prevent any default on such indebtedness, any default under the instruments evidencing such indebtedness, or any default under any security documents for such indebtedness.

**No Modification.** Trustor shall not enter into any agreement with the holder of any mortgage, deed of trust, or other security agreement which has priority over this Deed of Trust by which that agreement is modified, amended, extended, or renewed without the prior written consent of Lender. Trustor shall neither request nor accept any future advances under any such security agreement without the prior written consent of Lender.

**CONDEMNATION.** The following provisions relating to eminent domain and inverse Condemnation proceedings are a part of this Deed of Trust.

**Proceedings.** If any eminent domain or inverse condemnation proceeding is commenced affecting the Property, Trustor shall promptly notify Beneficiary in writing, and Trustor shall promptly take such steps as may be necessary to pursue or defend the action and obtain the award. Trustor may be the nominal party in any such proceeding, but Beneficiary shall be entitled, at its election, to participate in the proceeding and to be represented in the proceeding by counsel of its own choice, and Trustor will deliver or cause to be delivered to Beneficiary such instruments and documentations as may be required by Beneficiary from time to time to permit participation.

6

**Application of Net Proceeds.** If any award is made or settlement entered into in any condemnation proceedings affecting all or any part of the Property or by any proceedings or purchase in lieu of condemnation, Beneficiary may at its election, and to the extent permitted by law, require that all or any portion of the award or settlement be applied to Indebtedness and to be repayment of all reasonable costs, expenses, and attorneys' fees incurred by Trustee or Beneficiary in connection with the condemnation proceedings.

## IMPOSITION OF TAXES, FEES AND CHARGES BY GOVERNMENTAL AUTHORITIES.

The following provisions relating to governmental taxes, fees and charges are a part of this Deed of Trust:

**Current Taxes, Fees and Charges.** Upon request by Beneficiary, Trustor shall execute such documents in addition to this Deed of Trust and take whatever other action is required by Beneficiary to perfect and continue Beneficiary's lien on the Real Property. Trustor shall reimburse Beneficiary for all taxes, as described below, together with all expenses incurred in recording, perfecting or continuing this Deed of Trust, including without limitation all taxes, fees, documentary stamps, and other charges for recording or registering this Deed of Trust.

**Taxes.** The following shall constitute taxes to which this section applies: (1) a specific tax upon this type of Deed of Trust or upon all or any part of the Indebtedness secured by this Deed of Trust; (2) a specific tax upon Trustor which Trustor is authorized or required to deduct from payments on the Indebtedness secured by this type of Deed of Trust; (3) a tax on this type of Deed of Trust chargeable against the Beneficiary; and (4) a specific tax on all or any portion of the Indebtedness or on payments or principal and interest made by Trustor.

**Subsequent Taxes.** If any tax to which this section applies is enacted subsequent to the date of this Deed of Trust, this event shall have the same effect as an Event of Default, and Beneficiary may exercise any or all of its available remedies for an Event of Default as provided below unless Trustor either (1) pays the tax before it becomes delinquent, or (2) contests the tax as provided above in the Taxes and Lien section and deposits with Beneficiary cash or a sufficient corporate surety bond or other security satisfactory to Beneficiary.

**FURTHER ASSURANCES; ATTORNEY-IN-FACT.** The following provisions relating to further assurances and attorney-in-fact are a part of this Deed of Trust:

**Further Assurances.** At any time, and from time to time, upon request of Beneficiary, Trustor will make, execute and deliver, or will cause to be made, executed or delivered, to Beneficiary or to Beneficiary's designee, and when requested by Beneficiary, cause to be filed, recorded, refiled, or rerecorded, as the case may be, at such times and in such offices and places as Beneficiary may deem appropriate, any and all such mortgages, deeds of trust, security deeds, security agreements, financing statements continuation statements, instruments of further assurance, certificates, and other documents as may, in the sole opinion of Beneficiary, be necessary or desirable in order to effectuate, complete, perfect, continue, or preserve (1) Trustor's obligations under this Deed of Trust and (2) the liens and security interests created by this Deed of Trust as first and prior liens on the Property, whether now owned or hereafter acquired by Trustor. Unless prohibited by law or Beneficiary agrees to the contrary in writing, Trustor shall reimburse Beneficiary for all costs and expenses incurred in connection with the matters referred to in this paragraph.

**Attorney-in- Fact.** If Trustor fails to do any of the things referred to in the preceding paragraph, Beneficiary may do so for and in the name of Trustor and at Trustor's

7

expense. For such purposes, Trustor hereby irrevocably appoints Beneficiary as Trustor's attorney-in-fact for the purpose of making, executing, delivering, filing, recording, and doing all other things as may be necessary or desirable, in Beneficiary's sole opinion, to accomplish the matters referred to in the preceding paragraph.

**FULL PERFORMANCE.** If Trustor pays all the Indebtedness when due, and otherwise performs all the obligations imposed upon Trustor under this Deed of Trust, Beneficiary shall execute and deliver to Trustee a request for full reconveyance and shall execute and deliver to Trustor suitable statements of termination of any financing statement on file evidencing Beneficiary's security interest in the Rents and the Personal Property. Beneficiary may charge Trustor a reasonable reconveyance fee at the time of reconveyance.

**EVENTS OF DEFAULT.** Each of the following, at Beneficiary's option, shall constitute an Event of Default under this Deed of Trust:

**Payment Default.** Trustor fails to make payments when due under the Promissory Note.

**Other Defaults.** Trustor fails to comply with or to perform any other term, obligation, covenant or condition contained in this Deed of Trust or in any of the Related Documents or to comply with or to perform any term, obligation, covenant or condition contained in any other agreement between Lender and Trustor.

**Compliance Default.** Failure to comply with any other term, obligation, covenant or condition contained in this Deed of Trust or any of the Related Documents, including but not limited to, Trustor's failure to provide proof of insurance to Beneficiary on an annual basis and Trustor's failure to timely pay and provide proof of payment of all applicable taxes against the Property.

**Default on Other Payments.** Failure of Trustor within the time required by this Deed of Trust to make any payments for taxes or insurance, or any other payment necessary to prevent filing of or to effect discharge of any lien.

**Default in Favor of Third Parties.** Should Trustor default under any loan, extension of credit, security agreement, purchase or sales agreement, or any other agreement, in favor of any other creditor or person that may materially affect any of Trustor's property or any Trustor's ability to repay the Indebtedness or perform their respective obligations under this Deed of Trust or any of the Related Documents.

**Defective Collateralization.** This Deed of Trust or any of the Related Documents ceases to be in full force and effect (including failure of any collateral document to create a valid and perfected security interest or lien) at any time and for any reason.

**Environmental Default.** Failure to comply with or perform when due any term, obligation, covenant or condition contained in any environmental agreement executed in connection with the Property.

**False Statements.** Any warranty, representation or statement made or furnished to Lender by Trustor or on Trustor's behalf under this Deed of Trust or the Related Documents is false or misleading in any material respect, either now or at the time made or furnished or becomes false or misleading at any time thereafter.

**Death or Insolvency.** The death of Trustor, the insolvency of Trustor, the appointment of a receiver for any part of Trustor's property, any assignment for the benefit of creditors, any type of creditor workout, or the commencement of any proceeding under any bankruptcy or insolvency laws by or against Trustor.

8

**Creditor or Forfeiture Proceedings.** Commencement of foreclosure or forfeiture or proceedings, whether by judicial proceedings, self-help, repossession or any other method, by any creditor of Trustor or by any governmental agency against any property securing the Indebtedness. This includes a garnishment of any of Trustor's accounts, including deposit accounts, with Beneficiary. However, this Event of Default shall not apply if there is a good faith dispute by Trustor as to the validity or reasonableness of the claim which is the basis of the creditor or forfeiture proceeding and if Trustor gives Beneficiary written notice of the creditor or forfeiture proceeding and deposits with Beneficiary monies or a surety bond for the creditor or forfeiture proceeding, in an amount determined by Beneficiary, in it sole discretion, as being an adequate reserve or bond for the dispute.

**Breach of Other Agreement.** Any breach by Trustor under the terms of any other agreement between Trustor and Beneficiary that is not remedied within any grace period provided therein, including without limitation any agreement concerning any indebtedness or other obligation of Trustor to Beneficiary, whether existing now or later.

**Events Affecting Guarantor.** Any of the preceding events occurs with respect to any Guarantor of any of the Indebtedness or any Guarantor dies or becomes incompetent, or revokes or disputes the validity of, or liability under, any Guaranty of the Indebtedness. In the event of a death, Beneficiary, at its option, may, but shall not be required to, permit the Guarantor's estate to assume unconditionally the obligations arising under the guaranty in a manner satisfactory to Beneficiary, and, in doing so, cure any Event of Default.

**Adverse Change.** A material adverse change occurs in Trustor's financial condition, or Beneficiary believes the prospect of payment or performance of the Indebtedness is impaired.

**Right to Cure.** If any default, other than a default in payment is curable and if Trustor has not been given a notice of a breach of the same provision of this Deed of Trust within the preceding twelve (12) months, it may be cured if Trustor, after receiving written notice from Beneficiary demanding cure of such default: (1) cures the default within fifteen (15) days; or (2) if the cure requires more than fifteen (15) days, immediately initiates steps which Beneficiary deems in Beneficiary's sole discretion to be sufficient to cure the default and thereafter continues and completes all reasonable and necessary steps sufficient to produce compliance as soon as reasonably practical.

**RIGHTS AND REMEDIES ON DEFAULT.** If an Event of Default occurs under this Deed of Trust, at any time thereafter, Trustee or Beneficiary may exercise any one or more of the following rights and remedies.

**Election of Remedies.** Election by Beneficiary to pursue any remedy shall not exclude pursuit of any other remedy, and an election to make expenditures or to take action to perform an obligation of Trustor under this Deed of Trust, after Trustor's failure to perform, shall not affect Beneficiary's right to declare a default and exercise its remedies.

**Foreclosures by Sale.** Upon an Event of Default under this Deed of Trust, Beneficiary may declare the entire Indebtedness secured by this Deed of Trust immediately due and payable by delivery to Trustee of written declaration of default and demand for sale and of written notice of default and of election to cause the Property to be sold, which notice Trustee shall cause to be filed for record. Beneficiary also shall deposit with Trustee this Deed of Trust, other documents requested by Trustee, and all documents evidencing expenditures secured hereby. After lapse of such time as may then be required by law following the recordation of the notice of default, and notice of sale having been given as

9

then required by law, Trustee, without demand on Trustor, shall sell the Property at the time and place fixed by it in the notice of sale, either as a whole or in separate parcels, and in such order as it may determine, at public auction to the highest bidder for cash in lawful money of the United States, payable at the time of sale. Trustee may postpone sale of all or any portion of the Property by public announcement at such time and place of sale, and from time to time thereafter may postpone such sale by public announcement at the time fixed by the preceding postponement in accordance with applicable law. Trustee shall deliver to such purchaser its deed conveying the Property so sold, but without any covenant or warranty, express or implied. The recitals in such deed of any matters or facts shall be conclusive proof of the truthfulness thereof. Any person, including Trustor, Trustee or Beneficiary may purchase at such sale. After deducting all costs, fees and expenses of Trustee and of this Trust, including cost of evidence of title in connection with sale, Trustee shall apply the proceeds of sale to payment of: all sums expended under the terms hereof, not then repaid, with accrued interest at the amount allowed by law in effect at the date hereof; all other sums then secured hereby; and the remainder, if any, to the person or persons legally entitled thereto.

**Judicial Foreclosure.** With respect to all or any part of the Real Property, Beneficiary shall have the right in lieu of foreclosure by power of sale to foreclose by judicial foreclosure in accordance with and to the full extent provided by California law.

**Collect Rents.** Beneficiary shall have the right, without notice to Trustor to take possession of and manage the Property and collect the Rents, including amounts past due and unpaid, and apply the net proceeds, over and above Beneficiary's costs, against the Indebtedness. In furtherance of this right, Beneficiary may require any tenant or other user of the Property to make payments of rent or use fees directly to Beneficiary. If the Rents are collected by Beneficiary, then Trustor irrevocably designates Beneficiary as Trustor's attorney-in-fact to endorse instruments received in payment thereof in the name of Trustor and to negotiate the same and collect the proceeds. Payments by tenants or other users to Beneficiary in response to Beneficiary's demand shall satisfy the obligations for which the payments are made, whether or not any proper grounds for the demand existed. Beneficiary may exercise its rights under this subparagraph either in person, by agent, or through a receiver.

**Appoint Receiver.** Beneficiary shall have the right to have a receiver appointed to take possession of all or any part of the Property, with the power to protect and preserve the Property, to operate the Property preceding foreclosure or sale, and to collect the Rents from the Property and apply the proceeds, over and above the cost of the receivership, against the Indebtedness. The receiver may serve without bond if permitted by law. Beneficiary's right to the appointment of a receiver shall exist whether or not the apparent value of the Property exceeds the Indebtedness by a substantial amount. Employment by Beneficiary shall not disqualify a person from serving as a receiver.

**Tenancy at Sufferance.** If Trustor remains in possession of the Property after the Property is sold as provided above or Beneficiary otherwise becomes entitled to possession of the Property upon default of Trustor, Trustor shall become a tenant at sufferance of Beneficiary or the purchaser of the Property and shall, at Beneficiary's option, either (1) pay a reasonable rental for the use of the Property, or (2) vacate the Property immediately upon the demand of Beneficiary.

**Other Remedies.** Trustee or Beneficiary shall have any other right or remedy provided in this Deed of Trust or by law.

**Notice of Sale.** Beneficiary shall give Trustor reasonable notice of the time and place of any public sale of the Personal Property or of the time after which any private sale or

other intended disposition of the Personal Property is to be made. Reasonable notice shall mean notice give at least ten (10) days before the time of the sale or disposition. Any sale of the Personal Property may be made in conjunction with any sale of the Real Property.

**Sale of the Property.** To the extent permitted by applicable law, Trustor hereby waives any and all rights to have the Property marshaled. In exercising its rights and remedies, the trustee or Beneficiary shall be free to sell all or any party to the Property together or separately, in one sale or by separate sales. Beneficiary shall be entitled to bid at any public sale on all or any portion of the Property.

**Attorneys' Fees; Expenses.** If Beneficiary institutes any suit or action to enforce any of the terms of this Deed of Trust, Beneficiary shall be entitled to recover such sum as the court may adjudge reasonable as attorneys' fees at trial and upon any appeal. Whether or not any court action is involved, and to the extent not prohibited by law, all reasonable expenses Beneficiary incurs that in Beneficiary's opinion are necessary at any time for the protection of its interest or the enforcement of its rights shall become a part of the Indebtedness payable on demand and shall bear interest at the rate in the Promissory Note from the date of the expenditure until repaid. Expenses covered by this paragraph include, without limitation, however subject to any limits under applicable law, Beneficiary's attorneys' fees and Beneficiary's legal expenses, whether or not there is a lawsuit, including attorneys' fees and expenses for bankruptcy proceedings (including effort to modify or vacate any automatic stay or injunction), appeals, and any anticipated post-judgment collection services, the cost of searching records, obtaining title reports (including foreclosure reports), surveyors' reports, and appraisal fees, title insurance, and fees for the Trustee, to the extent permitted by applicable law. Trustor also will pay any court costs, in addition to all other sums provided by law.

**Rights of Trustee.** Trustee shall have all of the rights and duties of Beneficiary as set forth in this section.

**POWERS AND OBLIGATIONS OF TRUSTEE.** The following provisions relating to the powers and obligations of Trustee are part of this Deed of Trust:

**Powers of Trustee.** In addition to all powers of Trustee arising as a matter of law, Trustee shall have the power to take the following actions with respect to the Property upon the written request of Beneficiary and Trustor: (a) join in preparing and filing a map or plat of the Real Property, including the dedication of streets or other rights to the public; (b) join in granting any easement or creating any restriction on the Real Property; and (c) join in any subordination or other agreement affecting this Deed of trust or the interest of Beneficiary under this Deed of Trust.

**Obligations to Notify.** Trustee shall not be obligated to notify any other party of pending sale under any other trust deed or lien, or of any action or proceeding in which Trustor, Beneficiary, or Trustee shall be a party, unless the action or proceeding is brought by Trustee.

**Trustee.** Trustee shall meet all qualifications required for Trustee under applicable law. In addition to the rights and remedies set forth above, with respect to all or any part of the Property, the Trustee shall have the right to foreclose by notice and sale, and Beneficiary shall have the right to foreclose by judicial foreclosure, in either case in accordance with and to the full extent provided by applicable law.

**Successor Trustee.** Beneficiary, at Beneficiary's option, may from time to time appoint a successor Trustee to any Trustee appointed under this Deed of Trust by an instrument executed and acknowledged by Beneficiary and recorded in the office of the recorder of

11

Los Angeles County, State of California. The instrument shall contain, in addition to all other matters required by state law, the names of the original Beneficiary, Trustee, and Trustor, the book and page where this Deed of Trust is recorded, and the name and address of the successor trustee, and the instrument shall be executed and acknowledged by Beneficiary or its successors in interest. The successor trustee, without conveyance of the Property, shall succeed to all the title, power, and duties conferred upon the Trustee in this Deed of Trust and by applicable law. This procedure for substitution of Trustee shall govern to the exclusion of all other provisions for substitution.

**Acceptance by Trustee.** Trustee accepts this Trust when this Deed of trust, duly executed and acknowledged, is made a public record as provided by law.

**NOTICES.** Any notice required to be given under this Deed of Trust shall be given in writing, and shall be effective when actually delivered, when actually received by telefacsimile (unless otherwise required by law), when deposited with a nationally recognized overnight courier, or, if mailed, when deposited in the United States mail, as first class, certified or registered mail postage prepaid, directed tot he addresses shown near the beginning of this Deed of trust. Trustor requests that copies of any notices of default and sale be directed to Trustor's address shown near the beginning of this Deed of Trust. All copies of notices of foreclosure from the holder of any lien which has priority over this Deed of Trust shall be sent to Beneficiary's address, as shown near the beginning of this Deed of Trust. Any party may change its address for notices under this Deed of Trust by giving formal written notice to the other parties, specifying that the purpose of the notice is to change the party's address. For notice purposes, Trustor agrees to keep Beneficiary informed at all times of Trustor's current address. Unless otherwise provided or required by law, if there is more than one Trustor, any notice given by Beneficiary to any Trustor is deemed to be notice given to all Trustors.

**STATEMENT OF OBLIGATION FEE.** Beneficiary may collect a fee, not to exceed the maximum amount permitted by law, for furnishing the statement of obligation as provided by Section 2943 of the Civil Code of California.

**MISCELLANEOUS PROVISIONS.** The following miscellaneous provisions are a part of this Deed of Trust:

**Amendments.** No alteration of or amendment to this Deed of Trust shall be effective unless given in writing and signed by the party or parties sought to be charged or bound by the alteration or amendment.

**Caption Headings.** Caption headings in this Deed of Trust are for convenience purposes only and are not to be used to interpret or define the provisions of this Deed of Trust.

**Merger.** There shall be no merger of the interest or estate created by this Deed of Trust with any other interest or estate in the Property at any time held by or for the benefit of Beneficiary in any capacity, without the written consent of Beneficiary.

**Governing Law.** This Deed of Trust will be governed by federal law applicable to Beneficiary and, to the extent not preempted by federal law, the laws of the State of California without regard to its conflicts of law provisions. This Deed of Trust has been accepted by Beneficiary in the State of California.

**Choice of Venue.** If there is a lawsuit, Trustor agrees upon Beneficiary's request to submit to the jurisdiction of the courts of Los Angeles County, State of California.

12

**No Waiver of Beneficiary.**  Beneficiary shall not be deemed to have waived any rights under this Deed of Trust unless such waiver is given in writing ad signed by Beneficiary. No delay or omission on the part of Beneficiary in exercising any right shall operate as a waiver of such right or any other right. A waiver by Beneficiary of a provision of this Deed of Trust shall not prejudice or constitute a waiver of Beneficiary's right otherwise to demand strict compliance with that provision or any other provision of this Deed of Trust. No prior waiver by Beneficiary, nor any course of dealing between Beneficiary and Trustor, shall constitute a waiver of any of Beneficiary's rights or of any of Trustor's obligations as to any future transactions.  Whenever the consent of Beneficiary is required under this Deed of Trust, the granting of such consent by Beneficiary in any instance shall not constitute continuing consent to subsequent instances where such consent is required and in all cases such consent may be granted or withheld in the sole discretion of Beneficiary.

**Severability.**  If a court of competent jurisdiction finds any provision of this Deed of Trust to be illegal, invalid, or unenforceable as to any circumstance, that finding shall not make the offending provision illegal, invalid, or unenforceable as to any other circumstance. If feasible, the offending provision shall be considered modified so that it becomes legal, valid and enforceable.  If the offending provision cannot be so modified, it shall be considered deleted from this Deed of Trust.  Unless otherwise required by law, the illegality, invalidity, or unenforceability of any provision of this Deed of Trust shall not affect the legality, validity or enforceability of any other provision of the Deed of Trust.

**Successors and Assigns.**  Subject to any limitations stated in this Deed of Trust on transfer of Trustor's interest, this Deed of Trust shall be binding upon and inure to the benefit of the parties, their successors and assigns.  If ownership of the Property becomes vested in a person other than Trustor, Beneficiary, without notice to Trustor, may deal with Trustor's successors with reference to this Deed of Trust and the Indebtedness by way of forbearance or extension without releasing Trustor from the obligations of this Deed of Trust or liability under the Indebtedness.

**Time is of the Essence.**  Time is of the essence in the performance of the Deed of Trust.

**DEFINITIONS.**  The following capitalized words and terms shall have the following meanings when used in this Deed of Trust. Unless specifically stated to the contrary, all references to dollar amounts shall mean amounts in lawful money of the United States of America. Words and terms used in the singular shall include the plural, and plural shall include the singular, as the context may require.  Words and terms not otherwise defined in this Deed of Trust shall have the meanings attributed to such terms in the Uniform Commercial Code.

**Beneficiary.**  The word "Beneficiary" means Evergreen Capital Assets LP, a California limited partnership, and its successors and assigns.

**Deed of Trust.**  The words "Deed of Trust" means this Deed of Trust among Trustor, Beneficiary, and Trustee, and includes without limitation all assignment and security interest provisions relating to the Personal Property and Rents.

**Default.**  The word "Default" means the Default set forth in this Deed of Trust in the section titled "Default".

**Environmental Laws.**  The words "Environmental Laws" mean any and all state, federal and local statutes, regulations and ordinances relating to the protection of human health or the environment, including without limitation the Comprehensive Environmental Response, Compensation, and Liability Act of 1980, as amended, 42 U.S.C. Section 9601, et seq. ("CERCLA"), the Superfund Amendments and Reauthorization Act of 1986,

13

Pub. L. No. 99-499 ("SARA"), the Hazardous Materials Transportation Act, 49 U.S.C. Section 1801, et seq., the Resource Conservation and Recovery Act, 42 U.S.C. Section 6901, et seq., Chapters 6.5 through 7.7 of Division 20 of the California Health and Safety Code, Section 25100, et seq., or other applicable state of federal laws, rules, or regulations adopted pursuant thereto.

**Event of Default.** The words "Event of Default" mean any of the events of default set forth in this Deed of Trust in the events of default section of this Deed of Trust.

**Existing Indebtedness.** The words "Existing Indebtedness" mean the indebtedness described in the Existing Liens provision of this Deed of Trust.

**Guarantor.** The word "Guarantor" means any guarantor, surety, or accommodation party of any or all of the Indebtedness.

**Guaranty.** The word "Guaranty" means the guaranty from Guarantor to Beneficiary.

**Hazardous Substances.** The words "Hazardous Substances" mean materials that, because of their quantity, concentration or physical, chemical or infectious characteristics, may cause or pose a present or potential hazard to human health or the environment when improperly used, treated, stored, disposed of, generated, manufactured, transported or otherwise handled. The words "Hazardous Substances" are used in their very broadest sense and include without limitation any and all hazardous or toxic substances, materials or waste as defined by or listed under the Environmental Laws. The term "Hazardous Substances" also includes, without limitation, petroleum and petroleum by-products or any fraction thereof and asbestos.

**Improvements.** The word "Improvements" means all existing and future improvements, buildings, structures, mobile homes affixed on the Real Property, facilities, additions, replacements and other construction on the Real Property.

**Indebtedness.** The word "Indebtedness" means all principal, interest, and other amounts, costs and expenses payable under the Promissory Note dated July 1, 2019, and executed by 450 S. Western, LLC, a California limited liability company.

**Personal Property.** The words "Personal Property" mean all equipment, fixtures, and other articles of personal property now or hereafter owned by Trustor, and now or hereafter attached or affixed to the Real Property; together with all accessions, parts, and additions to, all replacements thereof, and all substitutions for, any of such property; and together with all proceeds (including without limitation all insurance proceeds and refunds of premiums) from any sale or other disposition of the Property.

**Promissory Note.** The words "Promissory Note" means the promissory note in the original principal amount of $1,200,000.00 dated July 1, 2019 and executed by 450 S. Western, LLC, a California limited liability company.

**Property.** The word "Property" means collectively the Real Property and the Personal Property.

**Real Property.** The words "Real Property" mean the real property, interests, interests and rights, as further described in this Deed of Trust.

**Related Documents.** The words "Related Documents" mean all promissory notes, credit agreements, loan agreements, security agreements, mortgages, deeds of trust, security deeds, collateral mortgages, and all other instruments, agreements and documents, whether now or hereafter existing, executed in connection with the Indebtedness; except

14

that the words do not mean any guaranty or environmental agreement, whether now or hereafter existing, executed in connection with the Indebtedness.

**Rents.** The word "Rents" means all present and future leases, rents, revenues, income, issues, royalties, profits, and other benefits derived from the Property together with the cash proceeds of the Rents.

**Trustee.** The word "Trustee" means Chicago Title Company, whose address is 500 N. Brand Blvd., Suite 200, Glendale, California 91203 and any substitute or successor trustees.

**Trustor.** The word "Trustor" means 450 S. Western, LLC, a California limited liability company.

**TRUSTOR ACKNOWLEDGES HAVING READ ALL THE PROVISIONS OF THIS DEED OF TRUST, AND TRUSTOR AGREES TO ITS TERMS.**

**TRUSTOR:**

   **450 S. Western, LLC,**
   **a California limited liability company,**

By: _____
      Hyun Soon Rhee, Managing Member

15

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

## CERTIFICATE OF ACKNOWLEDGMENT

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

On July 8 , 2019, before me, SHEIBA RAJADAS , Notary Public, personally appeared **Hyun Soon Rhee**, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

**I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.**

WITNESS my hand and official seal.

Signature _____

SHEIBA RAJADAS
COMM.# 2237737
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXP. MAY 7, 2022

16

## EXHIBIT "A"

## Legal Description

The land referred to herein is situated in the State of California, County of Los Angeles, and described as follows:

LOTS 1, 2, 3, 4, 37, 38, 39, 40 AND THE SOUTH 10 FEET OF LOT 36 OF TRACT NO. 1624, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 21 PAGE 58 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

SAID LAND IS ALSO ON RECORD OF SURVEY FILED IN BOOK 211 PAGE 99 OF RECORD OF SURVEYS

APN: 5503-014-020

17

# EXHIBIT D

JESSE S. FINLAYSON, SBN 179443
*jfinlayson@ftrlfirm.com*
MATTHEW E. LILLY, SBN 218143
*mlilly@ftrlfirm.com*
**FINLAYSON TOFFER**
**ROOSEVELT & LILLY LLP**
15615 Alton Parkway, Suite 250
Irvine, CA 92618
Telephone:  949.759.3810
Facsimile:   949.759.3812

Attorneys for Secured Creditor
Philmont Management, Inc.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 2:20-bk-10264-ER |
| S. 450 WESTERN AVE., LLC, | Chapter 11 |
| Debtor. | **NOTICE OF PERFECTION OF MECHANIC'S LIEN** |
| | **[11 U.S.C. § 546(b)]** |

Philmont Management, Inc. ("Philmont"), by and through its undersigned

counsel, and without waiving any of its rights, hereby states pursuant to 11 U.S.C.

§ 546(b):

1.     On January 10, 2020, 450 S. Western, LLC (the "Debtor") filed this

bankruptcy case under chapter 11 of the United States Bankruptcy Code.  The Debtor

is the owner of the real property located at 450 S. Western Ave. in Los Angeles,

California (the "Property").

2.     Philmont is a General Building Contractor licensed by the California

State License Board and doing business since 1997.  Philmont specializes in new

construction, tenant improvement, and adaptive reuse for live/work buildings.

3.     Prior to bankruptcy, the Debtor contracted with Philmont to perform

certain tenant improvements at the Property.  The building improvements included a

kiosk at suite 212, a food court on the third floor, and a salon at suite 221

(the "Project").  Philmont performed significant work on the Project but due to, among

other things, the Debtor's failure to timely pay Philmont over $2 million for work

performed, the Project was not completed.

4.     On December 19, 2019, Philmont recorded a mechanic's lien against the

Property for the outstanding sum due from the Debtor in the amount of $2,361,878,40

(the "Mechanic's Lien").  A true and accurate copy of the Mechanic's Lien is attached

to this Notice as Exhibit A.

5.     This Notice is filed for the purpose of maintaining and continuing the

perfection of Philmont's Mechanic's Lien pursuant to 11 U.S.C. § 546(b) to the extent

required by applicable law and not previously provided by informal communications

between Philmont and the Debtor.  Philmont reserves all rights and arguments,

including the right to enforce the Mechanic's Lien, to amend the Mechanic's Lien and

/ / /

/ / /

/ / /

1

this Notice, and to record additional liens to the fullest extent permitted under

applicable law.

DATED:  April 29, 2020

FINLAYSON TOFFER
ROOSEVELT & LILLY LLP

By:_____ /s/ Jesse S. Finlayson_____
            Jesse S. Finlayson

Attorneys for Secured Creditor
Philmont Management, Inc.

# EXHIBIT A

RECORDING REQUESTED BY

Philmont Management Inc.


WHEN RECORDED MAIL TO

Name: **Philmont Management, Inc**


Street Address: **3450 Wilshire Blvd. Suite 850**

City & State: **Los Angeles, CA 90010**

of Document Recorded

20191418112

Has not been compared with original
Original will be returned when    DEC 19 2019
processing has been completed.
LOS ANGELES COUNTY REGISTRAR-RECORDER COUNTY CLERK

(SPACE ABOVE THIS LINE FOR RECORDER'S USE)

# MECHANIC'S LIEN

The undersigned, claimant,

**Philmont Management Inc.**

(Name of person or firm claiming Mechanic's Lien.  Contractors use name exactly as it appears on contractor's license)

claims a Mechanic's Lien upon the following described real property:
City of Los Angeles, County of Los Angeles, California

450 S. Western Ave. Los Angeles, CA 90020,  Lot # 1-4&36-40, Track #1624

General description of property where the work or materials were furnished.  A street address is sufficient, but if possible, use both street address and legal description)

The sum of $ 2,361,878.40 together with interest thereon at the highest legal rate per annum

(Amount of claim due and unpaid)

from ,6/21/2017  is due claimant (after deducting all just credits and offsets) for the following work,

(Date when balance became due)

equipment and/or material furnished by claimant:
**All trades of General contractor's works including Materials, Labor and Equipments.**

(Insert general description of the work, equipment and/or materials furnished)

Claimant furnished the work, equipment and/or materials at the request of, or under contract, with:

450 Western LLC, Food Court,  Etude Salon and Kiosk

(Name of person or firm who ordered or contracted for the work or materials.)

The owners and reputed owners of the property are:

450 Western LLC  450 S. Western Ave.  Los Angeles, CA 90020

(Insert name/address of owner of real property, This can be obtained from the County Recorder or by checking the building permit application at the Building Department)

Firm Name **Philmont Management Inc**

I declare under penalty of perjury under the laws of the
State of California, that the foregoing is true and correct

By: X _____

(Signature of claimant or authorized agent)

### VERIFICATION

I, the undersigned, say: I am the claimant named in the foregoing Mechanic's Lien; I have read said claim of Mechanic's Lien
and know the contents thereof; the same is true of my own knowledge.  I am authorized to execute this Claim of Lien.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **December 17, 2019**, at **Los Angeles**,California.

(Date of signature)     (City where  signed)

X _____

Personal signature of individual who is swearing that the contents of the claim of Mechanic's Lien are true.

1

## **PROOF OF SERVICE**

2

        I am over the age of eighteen years and am not a party to the within action.  I am
employed in the County of Orange, State of California, at the law offices of Finlayson
3    Toffer Roosevelt & Lilly LLP, members of the bar of this Court.  My business address
is 15615 Alton Parkway, Suite 250, Irvine, California 92618.  On April 29, 2020, I
4    served ☑ a true copy / ☐ the original of the foregoing document(s) described as:

5    **NOTICE OF PERFECTION OF MECHANIC'S LIEN**

6    ✓  **BY CM/ECF NOTICE OF ELECTRONIC FILING**:  Pursuant to controlling
General Orders, a true copy will be served by the Court via Notice of Electronic
7    Filing ("NEF") and hyperlink to the document.  I checked the CM/ECF docket for
this case and determined that the parties on the attached Service List are on the
8    Electronic Mail Notice List to receive NEF transmission at the electronic mail
addresses noted.

9

___  **BY UNITED STATES MAIL**:  I enclosed the document(s) in a sealed envelope or
10    package to the parties on the attached Service List and placed it for collection and
mailing, following our ordinary business practices.  I am readily familiar with the
11    firm's practice for collecting and processing correspondence for mailing.  On the
same day that correspondence is placed for collection and mailing, it is deposited in
12    the ordinary course of business with the United States Postal Service, in a sealed
envelope with postage fully prepaid.

13

___  **BY OVERNIGHT DELIVERY**:  I enclosed the document(s) in an envelope or
14    package provided by an overnight delivery carrier and addressed to the parties on
the attached Service List.  I placed the envelope or package for collection and
15    overnight delivery at an office or a regularly utilized drop box of the overnight
delivery carrier.

16

___  **BY ELECTRONIC MAIL**:  I caused the document(s) to be sent to the parties on
17    the attached Service List at the electronic mail addresses listed.

18    ___  **BY FACSIMILE**:  I faxed the document(s) to the parties on the attached Service
List at the fax numbers listed.  No error was reported by the fax machine that I used.
19    A fax transmission record was printed, a copy of which is maintained by this office.

20    ___  **BY MESSENGER SERVICE**:  I provided the document(s) to a professional
messenger service for delivery to the parties on the attached Service List.
21

22        I declare under penalty of perjury under the laws of the United States of America
and the State of California that the foregoing is true and correct.

23        Executed on April 29, 2020.

24                                                    _____
                                                         */s/ Barbara M. Mendoza*
25                                                        Barbara M. Mendoza

26

27

28

*In re S. 450 WESTERN AVE., LLC*
U.S.B.C. C.D. Case No. 2:20-bk-10264-ER

## SERVICE LIST

<u>BY NEF</u>

- M Douglas Flahaut     flahaut.douglas@arentfox.com
- Jeffrey T Gwynn     jgwynn@vervelaw.com
- Mark S Horoupian     mhoroupian@sulmeyerlaw.com,
  dwalker@sulmeyerlaw.com, mhoroupian@ecf.inforuptcy.com,
  ccaldwell@sulmeyerlaw.com
- Christian T Kim     ckim@dumas-law.com, ckim@ecf.inforuptcy.com
- Richard J Laski (TR)     rlaski@wilshirellc.com
- John P Lee     jlee@kspllaw.com, admin@kspllaw.com
- Won Lee     dlee@metallawgroup.com
- David W. Meadows     david@davidwmeadowslaw.com
- Juliet Y Oh     jyo@lnbrb.com, jyo@lnbrb.com
- Aram Ordubegian     ordubegian.aram@arentfox.com
- Sagar Parikh     SP@BeverlyHillsLawCorp.com
- Dean G Rallis     drallis@afrct.com, msinclair@afrct.com,
  AFRCTECF@afrct.com, mpham@afrct.com, drallis@ecf.courtdrive.com
- Victor A Sahn     vsahn@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com,
  pdillamar@ecf.inforuptcy.com, vsahn@ecf.inforuptcy.com,
  cblair@sulmeyerlaw.com, cblair@ecf.inforuptcy.com,
  dlee@metallawgroup.com, dlee@ecf.inforuptcy.com
- Lovee D Sarenas     lovee.sarenas@lewisbrisbois.com
- United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
- Christopher K.S. Wong     christopher.wong@arentfox.com,
  yvonne.li@arentfox.com
- Hatty K Yip     hatty.yip@usdoj.gov
- Timothy J Yoo     tjy@lnbyb.com

# EXHIBIT E

| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | S. 450 WESTERN AVE., LLC |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Central District of California |
| Case number | 2:20-bk-10264-ER |

## Official Form 410

# Proof of Claim

04/19

**Read the instructions before filling out this form.** This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1:  Identify the Claim

| | |
|---|---|
| 1. **Who is the current creditor?** | Philmont Management, Inc.<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor _____ |
| 2. **Has this claim been acquired from someone else?** | ☑ No<br>☐ Yes.  From whom? _____ |
| 3. **Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>Finlayson Toffer Roosevelt & Lilly LLP<br>Name<br>15615 Allton Parkway, Suite 250<br>Number        Street<br>Irvine              CA          92618<br>City              State          ZIP Code<br><br>Contact phone  949-759-3810<br>Contact email  jfinlayson@ftrlfirm.com<br><br>Uniform claim identifier for electronic payments in chapter 13 (if you use one):<br>__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ | **Where should payments to the creditor be sent?** (if different)<br><br>Name<br><br>Number        Street<br><br>City              State          ZIP Code<br><br>Contact phone _____<br>Contact email _____ |
| 4. **Does this claim amend one already filed?** | ☑ No<br>☐ Yes.  Claim number on court claims registry (if known) _____      Filed on ___ / ___ / _____<br>                                                                                          MM  /  DD  /  YYYY |
| 5. **Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No<br>☐ Yes.  Who made the earlier filing? _____ |

Official Form 410                          Proof of Claim                          page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____  ____  ____  ____

**7. How much is the claim?**

$ _____ 2,361,878.40 . **Does this amount include interest or other charges?**

☐ No

☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Material, labor, and equipment provided by general contractor

**9. Is all or part of the claim secured?**

☐ No

☑ Yes. The claim is secured by a lien on property.

**Nature of property:**

☑ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** Mechanic's lien; Notice of Perfection of Mechanic's Lien _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $ 45,000,000.00

**Amount of the claim that is secured:** $ 2,361,878.40

**Amount of the claim that is unsecured:** $ _____ 0.00 (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $ _____ 2,361,878.40

**Annual Interest Rate** (when case was filed) 10.00 %

☑ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check all that apply:*

Amount entitled to priority

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).  $_____

☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).  $_____

☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).  $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).  $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).  $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies.  $_____

\* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

---

**Part 3:  Sign Below**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   05/21/2020
                   MM / DD / YYYY

Signature

**Print the name of the person who is completing and signing this claim:**

| | |
|---|---|
| Name | Brian Park |
| | First name          Middle name          Last name |
| Title | President |
| Company | Philmont Management, Inc. |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | 3450 Wilshire Blvd., #850 |
| | Number       Street |
| | Los Angeles                          CA          90010 |
| | City                                 State        ZIP Code |
| Contact phone | 213-380-0159                     Email |

---

[ Print ]    [ Save As... ]    [ Add Attachment ]                    [ Reset ]

Official Form 410                          **Proof of Claim**                          page 3

## ATTACHMENT 1

Attached hereto are copies of the following documents in support of the attached proof of claim:

A.  Interest calculation.

B.  Notice of Perfection of Mechanic's Lien [11 U.S.C. § 546(b)].

C.  Kiosk signed proposal, dated March 13, 2017, and change order.

D.  Food court signed proposal, dated April 12, 2017.

E.  Etude Salon signed proposal, dated April 14, 2017, and change orders.

F.  Open invoices.

450 Wester, LLC Lien Amount with Interest

By Philmont Management, Inc.


Add Interest rate at 10% / Annum

| Description (Duration for Interest Calculation) | Days | Lien + Interest | Interest Amount | Accumulated Amount |
|---|---|---|---|---|
| from 6/21/17 - 6/30/17 | 10 | $ 1,835,561.32 | $ 5,028.94 | $ 1,840,590.26 |
| from 7/1/17 - 7/31/17 | 31 | $ 1,840,590.26 | $ 15,632.41 | $ 1,856,222.67 |
| from 8/1/17 - 8/31/17 | 31 | $ 1,856,222.67 | $ 15,765.18 | $ 1,871,987.84 |
| from 9/1/17 - 9/30/17 | 30 | $ 1,871,987.84 | $ 15,386.20 | $ 1,887,374.05 |
| from 10/1/17 - 10/31/17 | 31 | $ 1,887,374.05 | $ 16,029.75 | $ 1,903,403.80 |
| from 11/1/17 - 11/30/17 | 30 | $ 1,903,403.80 | $ 15,644.41 | $ 1,919,048.21 |
| from 12/1/17 - 12/31/17 | 31 | $ 1,919,048.21 | $ 16,298.77 | $ 1,935,346.98 |
| 1/1/18 - 1/31/18 | 31 | $ 1,935,346.98 | $ 16,437.19 | $ 1,951,784.17 |
| 2/1/18 - 2/28/18 | 28 | $ 1,951,784.17 | $ 14,972.59 | $ 1,966,756.76 |
| 3/1/18 - 3/31/18 | 31 | $ 1,966,756.76 | $ 16,703.96 | $ 1,983,460.72 |
| 4/1/18 - 4/30/18 | 30 | $ 1,983,460.72 | $ 16,302.42 | $ 1,999,763.14 |
| 5/1/18 - 5/31/18 | 31 | $ 1,999,763.14 | $ 16,984.29 | $ 2,016,747.43 |
| from 6/1/17 - 6/30/17 | 30 | $ 2,016,747.43 | $ 16,576.01 | $ 2,033,323.44 |
| from 7/1/17 - 7/31/17 | 31 | $ 2,033,323.44 | $ 17,269.32 | $ 2,050,592.76 |
| from 8/1/17 - 8/31/17 | 31 | $ 2,050,592.76 | $ 17,415.99 | $ 2,068,008.75 |
| from 9/1/17 - 9/30/17 | 30 | $ 2,068,008.75 | $ 16,997.33 | $ 2,085,006.09 |
| from 10/1/17 - 10/31/17 | 31 | $ 2,085,006.09 | $ 17,708.27 | $ 2,102,714.36 |
| from 11/1/17 - 11/30/17 | 30 | $ 2,102,714.36 | $ 17,282.58 | $ 2,119,996.94 |
| from 12/1/17 - 12/31/17 | 31 | $ 2,119,996.94 | $ 18,005.45 | $ 2,138,002.39 |
| 1/1/18 - 1/31/18 | 31 | $ 2,138,002.39 | $ 18,158.38 | $ 2,156,160.77 |
| 2/1/18 - 2/28/18 | 28 | $ 2,156,160.77 | $ 16,540.41 | $ 2,172,701.18 |
| 3/1/18 - 3/31/18 | 31 | $ 2,172,701.18 | $ 18,453.08 | $ 2,191,154.26 |
| 4/1/18 - 4/30/18 | 30 | $ 2,191,154.26 | $ 18,009.49 | $ 2,209,163.75 |
| 5/1/18 - 5/31/18 | 31 | $ 2,209,163.75 | $ 18,762.76 | $ 2,227,926.51 |
| from 6/1/19 - 6/30/19 | 30 | $ 2,227,926.51 | $ 18,311.72 | $ 2,246,238.23 |
| from 7/1/19 - 7/31/19 | 31 | $ 2,246,238.23 | $ 19,077.64 | $ 2,265,315.87 |

| | | | | | | |
|---|---|---|---|---|---|---|
| from 8/1/19 - 8/31/19 | 31 | $ | 2,265,315.87 | $ | 19,239.67 | $ | 2,284,555.54 |
| from 9/1/19 - 9/30/19 | 30 | $ | 2,284,555.54 | $ | 18,777.17 | $ | 2,303,332.71 |
| from 10/1/19 - 10/31/19 | 31 | $ | 2,303,332.71 | $ | 19,562.55 | $ | 2,322,895.26 |
| from 11/1/19 - 11/30/19 | 30 | $ | 2,322,895.26 | $ | 19,092.29 | $ | 2,341,987.55 |
| from 12/1/19 - 12/31/19 | 31 | $ | 2,341,987.55 | $ | 19,890.85 | $ | 2,361,878.40 |
| Total | | | | $ | 526,317.08 | |

JESSE S. FINLAYSON, SBN 179443
*jfinlayson@ftrlfirm.com*
MATTHEW E. LILLY, SBN 218143
*mlilly@ftrlfirm.com*
**FINLAYSON TOFFER
ROOSEVELT & LILLY LLP**
15615 Alton Parkway, Suite 250
Irvine, CA 92618
Telephone:  949.759.3810
Facsimile:   949.759.3812

Attorneys for Secured Creditor
Philmont Management, Inc.

## UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

| In re | Case No. 2:20-bk-10264-ER |
|---|---|
| S. 450 WESTERN AVE., LLC, | Chapter 11 |
| Debtor. | **NOTICE OF PERFECTION OF MECHANIC'S LIEN** |
| | **[11 U.S.C. § 546(b)]** |

Philmont Management, Inc. ("Philmont"), by and through its undersigned

counsel, and without waiving any of its rights, hereby states pursuant to 11 U.S.C.

§ 546(b):

1.      On January 10, 2020, 450 S. Western, LLC (the "Debtor") filed this

bankruptcy case under chapter 11 of the United States Bankruptcy Code.  The Debtor

is the owner of the real property located at 450 S. Western Ave. in Los Angeles,

California (the "Property").

2.      Philmont is a General Building Contractor licensed by the California

State License Board and doing business since 1997.  Philmont specializes in new

construction, tenant improvement, and adaptive reuse for live/work buildings.

3.      Prior to bankruptcy, the Debtor contracted with Philmont to perform

certain tenant improvements at the Property.  The building improvements included a

kiosk at suite 212, a food court on the third floor, and a salon at suite 221

(the "Project").  Philmont performed significant work on the Project but due to, among

other things, the Debtor's failure to timely pay Philmont over $2 million for work

performed, the Project was not completed.

4.      On December 19, 2019, Philmont recorded a mechanic's lien against the

Property for the outstanding sum due from the Debtor in the amount of $2,361,878,40

(the "Mechanic's Lien").  A true and accurate copy of the Mechanic's Lien is attached

to this Notice as Exhibit A.

5.      This Notice is filed for the purpose of maintaining and continuing the

perfection of Philmont's Mechanic's Lien pursuant to 11 U.S.C. § 546(b) to the extent

required by applicable law and not previously provided by informal communications

between Philmont and the Debtor.  Philmont reserves all rights and arguments,

including the right to enforce the Mechanic's Lien, to amend the Mechanic's Lien and

/ / /

/ / /

/ / /

1

1   this Notice, and to record additional liens to the fullest extent permitted under

2   applicable law.

3   DATED:  April 29, 2020                    FINLAYSON TOFFER
                                              ROOSEVELT & LILLY LLP
4
                                              By:_____/s/ Jesse S. Finlayson_____
5                                                        Jesse S. Finlayson

6                                             Attorneys for Secured Creditor
                                              Philmont Management, Inc.
7

# EXHIBIT A

RECORDING REQUESTED BY

Philmont Management Inc.

WHEN RECORDED MAIL TO

Name: **Philmont Management, Inc**

Street Address: **3450 Wilshire Blvd. Suite 850**

City & State: **Los Angeles, CA 90010**

of Document Recorded

**20191418112**

Has not been compared with original
Original will be returned when
processing has been completed.
LOS ANGELES COUNTY REGISTRAR-RECORDER COUNTY CLERK

DEC 19 2019

(SPACE ABOVE THIS LINE FOR RECORDER'S USE)

# MECHANIC'S LIEN

The undersigned, claimant,

**Philmont Management Inc.**

(Name of person or firm claiming Mechanic's Lien.  Contractors use name exactly as it appears on contractor's license)

claims a Mechanic's Lien upon the following described real property:
City of Los Angeles, County of Los Angeles, California

450 S. Western Ave. Los Angeles, CA 90020,  Lot # 1-4&36-40, Track #1624

General description of property where the work or materials were furnished.  A street address is sufficient, but if possible, use both street address and legal description)

The sum of $ 2,361,878.40 together with interest thereon at the highest legal rate per annum

(Amount of claim due and unpaid)

from ,6/21/2017  is due claimant (after deducting all just credits and offsets) for the following work,

(Date when balance became due)

equipment and/or material furnished by claimant:
**All trades of General contractor's works including Materials, Labor and Equipments.**

(Insert general description of the work, equipment and/or materials furnished)

Claimant furnished the work, equipment and/or materials at the request of, or under contract, with:

450 Western LLC, Food Court,  Etude Salon and Kiosk

(Name of person or firm who ordered or contracted for the work or materials.)

The owners and reputed owners of the property are:

450 Western LLC  450 S. Western Ave.  Los Angeles, CA 90020

(Insert name/address of owner of real property, This can be obtained from the County Recorder or by checking the building permit application at the Building Department)

Firm Name **Philmont Management Inc**

I declare under penalty of perjury under the laws of the
State of California, that the foregoing is true and correct

By: X _____

(Signature of claimant or authorized agent)

## VERIFICATION

I, the undersigned, say: I am the claimant named in the foregoing Mechanic's Lien; I have read said claim of Mechanic's Lien
and know the contents thereof; the same is true of my own knowledge.  I am authorized to execute this Claim of Lien.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **December 17, 2019**, at **Los Angeles**,California.

(Date of signature)     (City where  signed)

X _____

Personal signature of individual who is swearing that the contents of the claim of Mechanic's Lien are true.

# **PROOF OF SERVICE**

I am over the age of eighteen years and am not a party to the within action. I am employed in the County of Orange, State of California, at the law offices of Finlayson Toffer Roosevelt & Lilly LLP, members of the bar of this Court. My business address is 15615 Alton Parkway, Suite 250, Irvine, California 92618. On April 29, 2020, I served ☑ a true copy / ☐ the original of the foregoing document(s) described as:

## **NOTICE OF PERFECTION OF MECHANIC'S LIEN**

✓  **BY CM/ECF NOTICE OF ELECTRONIC FILING**: Pursuant to controlling General Orders, a true copy will be served by the Court via Notice of Electronic Filing ("NEF") and hyperlink to the document. I checked the CM/ECF docket for this case and determined that the parties on the attached Service List are on the Electronic Mail Notice List to receive NEF transmission at the electronic mail addresses noted.

___  **BY UNITED STATES MAIL**: I enclosed the document(s) in a sealed envelope or package to the parties on the attached Service List and placed it for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

___  **BY OVERNIGHT DELIVERY**: I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the parties on the attached Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

___  **BY ELECTRONIC MAIL**: I caused the document(s) to be sent to the parties on the attached Service List at the electronic mail addresses listed.

___  **BY FACSIMILE**: I faxed the document(s) to the parties on the attached Service List at the fax numbers listed. No error was reported by the fax machine that I used. A fax transmission record was printed, a copy of which is maintained by this office.

___  **BY MESSENGER SERVICE**: I provided the document(s) to a professional messenger service for delivery to the parties on the attached Service List.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on April 29, 2020.

_____
*/s/ Barbara M. Mendoza*
Barbara M. Mendoza

*In re S. 450 WESTERN AVE., LLC*
U.S.B.C. C.D. Case No. 2:20-bk-10264-ER

## SERVICE LIST

<u>BY NEF</u>

- M Douglas Flahaut    flahaut.douglas@arentfox.com
- Jeffrey T Gwynn    jgwynn@vervelaw.com
- Mark S Horoupian    mhoroupian@sulmeyerlaw.com,
  dwalker@sulmeyerlaw.com, mhoroupian@ecf.inforuptcy.com,
  ccaldwell@sulmeyerlaw.com
- Christian T Kim    ckim@dumas-law.com, ckim@ecf.inforuptcy.com
- Richard J Laski (TR)    rlaski@wilshirellc.com
- John P Lee    jlee@kspllaw.com, admin@kspllaw.com
- Won Lee    dlee@metallawgroup.com
- David W. Meadows    david@davidwmeadowslaw.com
- Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com
- Aram Ordubegian    ordubegian.aram@arentfox.com
- Sagar Parikh    SP@BeverlyHillsLawCorp.com
- Dean G Rallis    drallis@afrct.com, msinclair@afrct.com,
  AFRCTECF@afrct.com, mpham@afrct.com, drallis@ecf.courtdrive.com
- Victor A Sahn    vsahn@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com,
  pdillamar@ecf.inforuptcy.com, vsahn@ecf.inforuptcy.com,
  cblair@sulmeyerlaw.com, cblair@ecf.inforuptcy.com,
  dlee@metallawgroup.com, dlee@ecf.inforuptcy.com
- Lovee D Sarenas    lovee.sarenas@lewisbrisbois.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Christopher K.S. Wong    christopher.wong@arentfox.com,
  yvonne.li@arentfox.com
- Hatty K Yip    hatty.yip@usdoj.gov
- Timothy J Yoo    tjy@lnbyb.com

**Philmont Management, Inc.**

3450 Wilshire Blvd
Suite 850
Los Angeles, CA 90010

Tel: 213-380-0159    Fax: 213-380-1459

| Revised Date | Estimate Date | Estimate No. |
|---|---|---|
| 3/13/2017 | 3/13/2017 | 450-212 |

| Project/Job | | **PT1702** |
|---|---|---|
| 450 S. Western Ave.<br>Retail #212 | General: | |
| | Electrician: | Jae K Kim |
| | Mechanical: | Jae Lee |
| | Entered By: | R.Yoo |

# ESTIMATE

| Description | Rate | Qty | Unit | Total: | Remarks |
|---|---|---|---|---|---|
| == 450 S Western Ave - Suite #212 == | | | | | |
| == Tenant Improvement == | | | | | |
| | | | | | |
| - - DEMOLITION & SITE PREPARATION - - | | | | | |
| Cleaning, protection & temporary facilities | 1,200.00 | 1 | SET | 1,200.00 | |
| Demo existing demising wall | 20.00 | 45 | LNFT | 900.00 | |
| Electrical demo | 28.00 | 16 | HOUR | 448.00 | |
| Demo existing ceiling | 1.00 | 411 | SQFT | 411.00 | |
| Demo existing metal ceiling frame | 600.00 | 1 | SET | 600.00 | |
| Subtotal | | | | 3,559.00 | |
| | | | | | |
| - - FRAMING/DRYWALL - - | | | | | |
| Full height drywall with metal stud frame | 65.00 | 64 | LNFT | 4,160.00 | |
| Taping, patching & sanding | 2,480.00 | 1 | SET | 2,480.00 | |
| Subtotal | | | | 6,640.00 | |
| | | | | | |
| - - CEILING - - | | | | | |
| Drywall ceiling | 15.00 | 903 | SQFT | 13,545.00 | |
| Perimeter ceiling soffit | 25.00 | 190 | SQFT | 4,750.00 | |
| Ceiling & soffit taping, patching & sanding | 1,740.00 | 1 | SET | 1,740.00 | |
| Subtotal | | | | 20,035.00 | |
| | | | | | |
| - - FINISHES - - | | | | | |
| Concrete floor finish | 5.00 | 3,075 | SQFT | 15,375.00 | |
| Painting wall (2 color, flat) | 1,380.00 | 1 | SET | 1,380.00 | |
| Painting drywall ceiling | 640.00 | 1 | SET | 640.00 | |
| Open ceiling paint, incl. ducts and utilities | 6,000.00 | 1 | SET | 6,000.00 | |
| Subtotal | | | | 23,395.00 | |
| | | | | | |
| - - MILLWORK - - | | | | | |
| 3' hgt. showcase | | 104 | LNFT | 0.00 | |
| Back showcase | | 133 | LNFT | 0.00 | |
| **MILLWORK EXCLUDED**, incl. business signage. Design to be completed for pricing. | | | | | |
| Subtotal | | | | 0.00 | |
| | | | | | |
| - - HVAC - - | | | | | |
| Metal round duct install | 4,000.00 | 1 | EACH | 4,000.00 | |
| 5-ton A/C Unit install | 18,000.00 | 1 | EACH | 18,000.00 | |
| Provide and install new diffuser | 250.00 | 12 | EACH | 3,000.00 | |
| Provide and install new thermostat | 180.00 | 3 | EACH | 540.00 | |
| Fresh air intake (T.B.D.) | | | | 0.00 | |

| Please have an authorized person sign below and fax back to us in order to commence work. | **Total:** |
|---|---|

Approved and Accepted By:

_____

Philmont Management, Inc.

Approved and Accepted By:

_____

Building Manager

**Philmont Management, Inc.**

3450 Wilshire Blvd
Suite 850
Los Angeles, CA 90010
Tel:  213-380-0159    Fax:  213-380-1459

| Revised Date | Estimate Date | Estimate No. |
|---|---|---|
| 3/13/2017 | 3/13/2017 | 450-212 |

| Project/Job | | PT1702 |
|---|---|---|
| 450 S. Western Ave.<br>Retail #212 | General: | |
| | Electrician: | Jae K Kim |
| | Mechanical: | Jae Lee |
| | Entered By: | R.Yoo |

# ESTIMATE

| Description | Rate | Qty | Unit | Total: | Remarks |
|---|---|---|---|---|---|
| Subtotal | | | | 25,540.00 | |
| | | | | | |
| - - FIRE PROTECTION - - | | | | | |
| Provide and install new fire sprinkler head | 200.00 | 78 | EACH | 15,600.00 | |
| Fire alarm (programming excluded) | 6,150.00 | 1 | SET | 6,150.00 | |
| Subtotal | | | | 21,750.00 | |
| | | | | | |
| - - ELECTRICAL - - | | | | | |
| LED strip light (8') | 700.00 | 21 | EACH | 14,700.00 | |
| LEd strip light (4') | 350.00 | 4 | EACH | 1,400.00 | |
| Track lights (8') - allowance (incl. tax, shipping & GC overhead) | 400.00 | 26 | EACH | 10,400.00 | |
| LED track lights (fixture & lamp) | 90.00 | 72 | EACH | 6,480.00 | |
| Install strip pendant light & wiring for power | 300.00 | 25 | EACH | 7,500.00 | |
| Install track lights | 400.00 | 26 | EACH | 10,400.00 | |
| Install track current limiter | 200.00 | 18 | EACH | 3,600.00 | |
| Install room controller w/ material | 750.00 | 3 | EACH | 2,250.00 | |
| install photo sensor | 250.00 | 2 | EACH | 500.00 | |
| Install program light control panel | 2,000.00 | 1 | EACH | 2,000.00 | |
| Install override s/w | 300.00 | 2 | EACH | 600.00 | |
| Install emg. shut-down device | 250.00 | 2 | EACH | 500.00 | |
| Install exit sign w/ emg. light | 200.00 | 6 | EACH | 1,200.00 | |
| Install emg. light | 160.00 | 8 | EACH | 1,280.00 | |
| Install wall station | 240.00 | 6 | EACH | 1,440.00 | |
| Install wall dimmer s/w | 190.00 | 7 | EACH | 1,330.00 | |
| Install power pack | 150.00 | 7 | EACH | 1,050.00 | |
| Install floor outlet for power | 1,200.00 | 2 | EACH | 2,400.00 | |
| Install floor outlet for voice/data | 1,000.00 | 2 | EACH | 2,000.00 | |
| Install wall outlet (DAD) | 300.00 | 9 | EACH | 2,700.00 | |
| Install wall data outlet | 60.00 | 8 | EACH | 480.00 | |
| Install TR | 6,000.00 | 1 | EACH | 6,000.00 | |
| Install panel 480V | 3,000.00 | 1 | EACH | 3,000.00 | |
| Install panel 208V | 3,000.00 | 1 | EACH | 3,000.00 | |
| Install disconnect box for A/C outdoor & indoor | 1,600.00 | 4 | EACH | 6,400.00 | |
| Install EMT & wiring for TR homerun | 3,000.00 | 1 | EACH | 3,000.00 | |
| New T-24 inspection | 1,500.00 | 1 | EACH | 1,500.00 | |
| Subtotal | | | | 97,110.00 | |

Please have an authorized person sign  below and fax back to us in order to commence work.

**Total:**

Approved and Accepted By:

_____
Philmont Management, Inc.

Approved and Accepted By:

_____
Building Manager

Page 2

**Philmont Management, Inc.**

3450 Wilshire Blvd
Suite 850
Los Angeles, CA 90010

Tel: 213-380-0159    Fax: 213-380-1459

| Revised Date | Estimate Date | Estimate No. |
|---|---|---|
| 3/13/2017 | 3/13/2017 | 450-212 |

| Project/Job | | PT1702 |
|---|---|---|
| 450 S. Western Ave.<br>Retail #212 | General: | |
| | Electrician: | Jae K Kim |
| | Mechanical: | Jae Lee |
| | Entered By: | R.Yoo |

# ESTIMATE

| Description | Rate | Qty | Unit | Total: | Remarks |
|---|---|---|---|---|---|
| Note:<br>- Job is limited to the work shown above.<br>- This estimate is priced w/o engineering plans.<br>- It is not possible to get price for Linear light fixture ALP-140 w/o engineering plan.<br>- It may be necessary to have electrical room for TR and electrical panels.<br><br>Exclusions:<br>- Design & engineering<br>- Plan check, permit and off-hour inspection fees<br>- VAV boxes<br>- Any building existing conditions<br>- Fire alarm work<br>- Fire alarm programming and duct smoke detectors<br>- Doors, windows & hardware<br>- Plumbing work<br>- Glass wall & door work<br>- Store front glass wall w/ frame demolition work<br>-1st floor working conditions | | | | | |

| Please have an authorized person sign below and fax back to us in order to commence work. | **Total:** | **$198,029.00** |
|---|---|---|

Approved and Accepted By:

Philmont Management, Inc.

Approved and Accepted By:

Building Manager

Page 3

**Philmont Management, Inc.**

3450 Wilshire Blvd. Suite 850
Los Angeles, CA 90010
Tel: (213) 380-0151 Fax: (213) 380-1459

| Project/Job | Kiosk |
|---|---|
| | 450 S Western Ave 2nd Flr |
| | Los Angeles, CA |
| Date | July 11, 2018 |

# Change Order #1

Location:
    2nd Floor

Response due: ASAP
Schedule change: None

Reason for the change:

Provide and install pendant light fixtures per revised design (received drawing from Corbel on 06-18-2018)

| | DESCRIPTION | Price | Unit | QTY | Price | Remarks |
|---|---|---|---|---|---|---|
| 0 | Division # 01 00 0 <br> General requirements and insurance (5%) | $ 691.00 | L/S | 1 | $ 691.00 | |
| 1 | Division # 01 00 00 <br> Demolition of wires & conduites ran per original plan - the work was already completed per orginal lighting plan | $ 1,320.00 | L/S | 1 | $ 1,320.00 | |
| 2 | Division # 01 00 00 <br> Install (50) pendant light & wiring for power (model # PD-52310 & PD-52313) | $ 250.00 | EA | 50 | $ 12,500.00 | |
| 3 | Install (25) strip pendant light & wiring for power | $ (300.00) | EA | 25 | $ (7,500.00) | CREDIT |

| | |
|---|---|
| Sub Total(Trade Cost) | $ 7,011.00 |
| Tax | $ - |
| General Contractor Fee     8% | $ 560.88 |
| Construction Cost | $ 7,571.88 |
| Architectural and Engineering fees | $ - |
| Plan Check and Permit Fees | $ - |
| Shipping and Delivery Fees | $ - |
| Lessor's Cost | $ - |
| Lessor's Overhead and Profit | $ - |
| GRAND TOTAL | $    7,571.88 |

Notes :     NON- CANCELLABLE NON- RETURNABLE LIGHT FIXTURE

Exclusions :

Attachment : 16043_A2.01 CMP Reflected Ceiling Plan, PD-523_SP_20180611

Brian Park    Date: 7/11/18
President, Philmont Management, Inc.

California Market Place    Date: 7/16/18

**Philmont Management, Inc.**

3450 Wilshire Blvd
Suite 850
Los Angeles, CA 90010

Tel: 213-380-0159   Fax: 213-380-1459

| Revised Date | Estimate Date | Estimate No. |
|---|---|---|
| 4/12/2017 | 4/12/2017 | 3600-#901 |

| Project/Job | | PT-1701 |
|---|---|---|
| 450 S. Western Ave.<br>3RD floor Food Court | General: | Song |
| | Electrician: | Jaekyung Kim |
| | Mechanical: | Jaehong Lee |
| | Entered By: | John Lee |

# ESTIMATE

| Description | Rate | Qty | Unit | Total: | Remarks |
|---|---|---|---|---|---|
| 01000  CONSTRUCTION CLEANING AND PROTECTIONS | | | | | |
| 1. Temporary facility control | 4,000.00 | 1 | L/S | 4,000.00 | |
| 2. Cleaning, waste management, and protections | 6,000.00 | 1 | L/S | 6,000.00 | |
| Subtotal | | | | 10,000.00 | |
| | | | | | |
| 21000  DEMOLITION AND MOVING | | | | | |
| 1. Demo sure board (H=13.5') and haul away | 50.00 | 24 | LN.FT | 1,200.00 | |
| 2. Demo shear wall frame (H=13.5') and haul away | 50.00 | 24 | LN.FT | 1,200.00 | |
| Subtotal | | | | 2,400.00 | |
| | | | | | |
| 08100  DOOR, FRAME, AND HARDWARE INSTALLATION | | | | | |
| Interior door (Labor only) | | | | | |
| 1. Install pair door frame | 140.00 | 1 | EA | 140.00 | |
| 2. Install single door frame | 100.00 | 7 | EA | 700.00 | |
| 3. Install single door | 100.00 | 9 | EA | 900.00 | |
| 4. Install door lockset | 50.00 | 7 | EA | 350.00 | |
| 5. Install door closer | 50.00 | 9 | EA | 450.00 | |
| 6. Install door stop | 40.00 | 7 | EA | 280.00 | |
| 7. Install cordinator | 50.00 | 1 | | 50.00 | |
| Subtotal | | | | 2,870.00 | |
| | | | | | |
| 09210  DRYWALL AND METAL FRAME WORK | | | | | |
| 1. Install shear wall framing fabrication (H=14'-10") | 79.50 | 26 | LN.FT | 2,067.00 | |
| 2. Install sure board (H=14'-10") | 173.80 | 26 | LN.FT | 4,518.80 | |
| 3. Install 6" framing w/drywall on both side (H=14'-10") | 144.90 | 247 | LN.FT | 35,790.30 | |
| 4. Install 6" franing w/drywall on both side w/offset extension | 160.60 | 83 | LN.FT | 13,329.80 | |
| 5. Install drywall on existing frame  (H=14'-10") | 31.80 | 17 | LN.FT | 540.60 | |
| 6. Install column enclosure drywall w/20gauge 3 5/8" metal frame (H=14') | 99.40 | 77.8 | LN.FT | 7,733.32 | |
| Subtotal | | | | 63,979.82 | |
| | | | | | |
| 09500  SUSPENDED ACCOUSTIC CEILING | | | | | |
| 1. 2' X 4' 15/16" T-bar ceiling with 2' x 4' ceiling tile Armstrong dune #1774 | 4.14 | 1,632 | SQ.FT | 6,756.48 | |
| Subtotal | | | | 6,756.48 | |
| | | | | | |
| 09900  INTERIOR PAINT | | | | | |
| 1. Wall painting (MAX. 2 colors, Flat) | 0.45 | 9,969 | SQ.FT | 4,486.05 | |
| 2. Taping, patching, and sanding for new walls | 1.50 | 9,969 | SQ.FT | 14,953.50 | |
| 3. Patching, sanding, and repair for existing walls | 0.30 | 1,246 | SQ.FT | 373.80 | |
| 4. Ceiling spray cluding all pipes and ducts | 1.50 | 5,780 | SQ.FT | 8,670.00 | |
| Subtotal | | | | 28,483.35 | |

| Please have an authorized person sign  below and fax back to us in order to commence work. | **Total:** |
|---|---|

Approved and Accepted By:

_____
Philmont Management, Inc.

Approved and Accepted By:

_____
Building Manager

**Philmont Management, Inc.**

3450 Wilshire Blvd
Suite 850
Los Angeles, CA 90010

Tel:  213-380-0159   Fax:  213-380-1459

| | Revised Date | Estimate Date | Estimate No. |
|---|---|---|---|
| | 4/12/2017 | 4/12/2017 | 3600-#901 |

| Project/Job | | PT-1701 |
|---|---|---|
| 450 S. Western Ave.<br>3RD floor Food Court | General: | Song |
| | Electrician: | Jaekyung Kim |
| | Mechanical: | Jaehong Lee |
| | Entered By: | John Lee |

# ESTIMATE

| Description | Rate | Qty | Unit | Total: | Remarks |
|---|---|---|---|---|---|
| 23000  HVAC | | | | | |
| 1. Install new open ceiling rigid duct diffuser | 300.00 | 41 | EA | 12,300.00 | |
| 2. 16"-10" Metal duct work with fitting for A/C. | 1,100.00 | 4 | EA | 4,400.00 | |
| 3. 14"-8" Metal duct work with fitting for A/C. | 1,000.00 | 6 | EA | 6,000.00 | |
| 4. Fresh air duct (OSA) | 290.00 | 10 | EA | 2,900.00 | |
| 5. Relocate F/C unit (w/refrigerant) | 1,700.00 | 2 | EA | 3,400.00 | |
| 6. Condensate drain line | 320.00 | 10 | EA | 3,200.00 | |
| 7. Install thermostat | 180.00 | 10 | EA | 1,800.00 | |
| 8. 16" ducted return | 500.00 | 1 | EA | 500.00 | |
| 9. Install return screen | 70.00 | 2 | EA | 140.00 | |
| 10. Provide refrigerant 410A | 350.00 | 10 | EA | 3,500.00 | |
| Subtotal | | | | 38,140.00 | |
| | | | | | |
| 26000  ELECTRICAL | | | | | |
| LIGHTS | | | | | |
| 1. EMG. light 90 MIN. battery backup 25W | 150.00 | 10 | EA | 1,500.00 | |
| 2. Exit sign 90 MIN. BATTERY BACKUP 5W | 100.00 | 1 | EA | 100.00 | |
| 3. Exit & EMG. light combination battery 5W, 25W | 200.00 | 8 | EA | 1,600.00 | |
| CONTROLLER | | | | | |
| 1. Room controller | 300.00 | 2 | EA | 600.00 | |
| 2. Wall mounted DIM. S/W 0-10V | 80.00 | 1 | EA | 80.00 | |
| 3. Pre-programmable wall station #1 | 150.00 | 1 | EA | 150.00 | |
| 4. Pre-programmable wall station #2 | 150.00 | 2 | EA | 300.00 | |
| 5. Ceiling mounted occupancy sensor dual tech. | 150.00 | 7 | EA | 1,050.00 | |
| 6. Ceiling mounted day light sensor | 200.00 | 1 | EA | 200.00 | |
| 7. Programmable electric time clock w/relay, override S/W | 1,000.00 | 1 | EA | 1,000.00 | |
| INSTALL LIGHT AND CONTROL | | | | | |
| 1. Install EMG. lights | 250.00 | 10 | EA | 2,500.00 | |
| 2. Install exit sign | 150.00 | 1 | EA | 150.00 | |
| 3. Install EMG. exit COMBO | 150.00 | 8 | EA | 1,200.00 | |
| 4. Install room controller | 400.00 | 2 | EA | 800.00 | |
| 5. Install wall DIM. S/W | 100.00 | 1 | EA | 100.00 | |
| 6. Install wall station | 150.00 | 3 | EA | 450.00 | |
| 7. Install ceiling sensor w/relay pack | 150.00 | 7 | EA | 1,050.00 | |
| 8. Install day light sensor | 200.00 | 1 | EA | 200.00 | |
| 9. Install program control panel w/override | 700.00 | 1 | EA | 700.00 | |
| 10. Install outlet (DED) | 400.00 | 14 | EA | 5,600.00 | |
| 11. Install outlet | 250.00 | 11 | EA | 2,750.00 | |
| 12. Install S/W box & wiring for F/C 3 pole | 700.00 | 10 | EA | 7,000.00 | |
| 13. Install disconnect box & wiring for machine 3 pole | 900.00 | 1 | EA | 900.00 | |
| 14. Install disconnect box & wiring for machine 3P | 700.00 | 1 | EA | 700.00 | |

| Please have an authorized person sign  below and fax back to us in order to commence work. | **Total:** |
|---|---|

Approved and Accepted By:

_____

Philmont Management, Inc.

Approved and Accepted By:

_____

Building Manager

Page 2

**Philmont Management, Inc.**

| | Revised Date | Estimate Date | Estimate No. |
|---|---|---|---|
| | 4/12/2017 | 4/12/2017 | 3600-#901 |

3450 Wilshire Blvd
Suite 850
Los Angeles, CA 90010

Tel:   213-380-0159   Fax:   213-380-1459

| Project/Job | | **PT-1701** |
|---|---|---|
| 450 S. Western Ave.
3RD floor Food Court | General: | Song |
| | Electrician: | Jaekyung Kim |
| | Mechanical: | Jaehong Lee |
| | Entered By: | John Lee |

# ESTIMATE

| Description | Rate | Qty | Unit | Total: | Remarks |
|---|---|---|---|---|---|
| 15. Install disconnect box for A/C. unit 3P | 1,000.00 | 10 | EA | 10,000.00 | |
| 16. Install disconnect box & wiring for fan 2P | 700.00 | 2 | EA | 1,400.00 | |
| 17. Install 75KVA TR. | 6,000.00 | 1 | EA | 6,000.00 | |
| 18. Install 480V 3P, 200A panel | 3,500.00 | 1 | EA | 3,500.00 | |
| 19. Install 208V 3P, 200A panel | 2,000.00 | 1 | EA | 2,000.00 | |
| 20. Install 208V 3P, 100A panel | 2,000.00 | 1 | EA | 2,000.00 | |
| 21. Install 480V fuse and main panel work | 500.00 | 1 | EA | 500.00 | |
| 22. Install EMT. and cabling from main SWBD. panel (480FT.) | 9,000.00 | 1 | EA | 9,000.00 | |
| 23. Install pull box for homerun EMT. | 700.00 | 1 | EA | 700.00 | |
| 24. Install fire pad and caulking | 500.00 | 1 | EA | 500.00 | |
| 25. New title 24 inspection fee | 1,500.00 | 1 | L/S | 1,500.00 | |
| Subtotal | | | | 67,780.00 | |
| | | | | | |
| 1. General contractor fees (8%) | 17,633.00 | 1 | L/S | 17,633.00 | |
| 1. Insurance (0.6%) | 1,322.00 | 1 | L/S | 1,322.00 | |

Acknowledgement
1. This proposal is estimated based on the Architectural, Electrical,
and Mechanical plan-check approved drawings dated Nov. 2, 2016
including Structural set received on Mar. 29, 2017
2. Interior design drawing needs more information for pricing and on
site installation.

Exclusions;
1. Design, engineering, plan check, and permit fees.
2. Maintenance or repair of existing conditions.
3. After hour jobs.
4. Structural deputy inspection or any special inspections.
5. Interior jobs including decorative metal frame work, lights, and
glass windows.
6. Plumbing and fire sprinkler system.
7. Low voltage and security system.
8. Floor x-ray or radar scanning.
9. Materials for doors, frames, hardwares and door finishes.
10. Exterior perimeter windows and doors.
11. Air balance report.
12. Fire life and safety.
13. Structural work, modification of already built new wall and fire
proofing work on new shear wall
14. All light fixtures other than exit signs are excluded, because
spec. for lights are not specified.

| Please have an authorized person sign  below and fax back to us in order to commence work. | **Total:** | $239,364.65 |
|---|---|---|

Approved and Accepted By:

_(signature)_

Philmont Management, Inc.

Approved and Accepted By:

_(signature)_

Building Manager

Page 3

# PHILMONT MANAGEMENT, INC.

Address: 3450 Wilshire Blvd, #650 Los Angeles CA 90010   Tel: (213)380-0159

# PROPOSAL

**Project Name : Etude Salon**

Project Address : 450 S Western Ave, Los Angeles, CA

Date: April 14, 2017

Job # :

| CSI Div. | Job Description | Amount | Note |
|---|---|---|---|
| 01000 | GENERAL (5%, including afterhours and 2 phased jobs) | $42,931 | |
| 02100 | DEMOLITION | $- | |
| 05000 | METAL | $- | |
| 06000 | CASEWORK & MILLWORK | $- | |
| 07000 | THERMAL & MOISTURE PROTECTION | $3,504 | |
| 08100 | DOOR, FRAME AND HARDWARE INSTALLATION | $18,420 | |
| 08500 | WINDOWS AND GLASS WORK | $47,256 | |
| 09210 | DRYWALL & METAL FRAME WORK | $97,236 | |
| 09300 | CERAMIC TILE / PORCELAIN | $111,955 | |
| 09500 | SUSPENDED ACOUSTIC CEILING | $14,122 | |
| 09900 | INTERIOR PAINT | $30,000 | |
| 09900 | WALL GRAPHICS OR PAPER (ALLOWANCE) | $- | |
| 10000 | MISCELLANEOUS SPECIALITIES | $48,175 | |
| 11000 | APPLIANCE | $6,300 | |
| 12200 | WINDOW COVERINGS | $6,440 | |
| 21000 | FIRE SUPRESSION | $44,000 | |
| 22000 | PLUMBING | $92,340 | |
| 23000 | HVAC | $91,300 | |
| 26000 | ELECTRICAL *labor ons* | ~~$217,822~~ *120,000* | |
| 28000 | ELECTRONIC SAFETY (FIRE ALARM) | $- | |
| | *Electric Fixture* | | |
| | | | |
| **Sub Total** | ESTIMATED DIRECT COSTS | $901,550 | |
| | GENERAL CONTRACTOR FEES (8%) | $72,124 | |
| | INSURANCE (0.6%) | $54,093 | |
| **Total** | **Construction Cost** | **$1,027,767** | |

**Acknowledgments:**

1. Price based on the bid set ARCH & MEP drawings, including the updated ARCH sheets & lighting specs, provided on 4-23-2017.

**Terms and condition:**

1. This bid package is based on non-prevailing wage rate.
2. See attached tentative project schedule (refer to the attached tentative project schedule)
   This schedule may be shortened if electrical lighting control or long lead time materials are available earlier.
3. Minimal flooring preparation work prior to any flooring installation is included.
4. Lead time for lighting and control is 6-8 weeks.
5. We assume existing MEP is in good working condition.
6. Lighting, decorative metal and millwork prices will be updated due to pending info from vendors or more information required.
7. Graphic wall allowance : $5,000.00 each, total 3 locations included.
8. Light #16, allowance $50 per each bulb installation.
9. Vaccum power, pipe running routes, and effective pipe length should be verified. The estimated price is with simple vaccum pipe running under the floor with a vaccum unit per the information in the bid package.
10. It may need to provide break patterns in the tile floor to compensate level changes in the broad floor area.
11. Folding partition end jamb details should be developed.

**Exclusions:**

1. Design, engineering, plan check fees, deputy inspection and testing fees, special inspections and permit fees
   Except design-build items, such as fire sprinkler and fire alarm.
2. After hour inspections and jobs, except plumbing and electric jobs
3. Asbestos, hazardous material abatement and fees for test and report fees.
4. ADA improvements other than TI portion.
5. Any pre-existing conditions of the material to re-use.
6. Any Green Code compliance beyond TI scope of work, such as building air filter, indoor moisture control, Carbon dioxide monitoring, ozone depletion and any building shell conditions.
7. Repair or maintenance of pre-existing conditions or building shell.
8. HVAC- equipment pad, coring, framing and caulking, roofing, ceiling access, duct smoke detectors, permit and engineering.
9. Signs except the code required.
10. Fire alarm – hvac damper smoke detector & shutdown relay module, after hour inspection fees, main panel programing.
11. Cost for keying.
12. Radar or X-ray scanning.
13. Washing, buffing & waxing of all flooring.
14. Not used. ~~Window mini blinds or shade. (need more info)~~
16. Any signs or graphics, except code required signs.
17. Fire alarm - hvac damper smoke detector & shutdown relay module, after hour inspection fees, main panel programming.
18. Pedicure chairs, hair, color, shampoo station fixtures and chairs.
19. Retail item #3, 6/6W, furniture, except custom millwork or metal job per the bid set, built-in smart station.
20. Appliances, including washer & dryer, microwave oven, water dispenser.
21. AV & Security system, including beam projector and screen.
22. Locker and furniture in the break room.
23. Curtain and any upholstery.
24. Power not shown on the electric engineering plans, except noted on the estimate.
25. Light fixture #13, #17 & #18.
26. Floor drain other than shown on the plumbing plans.
27. Floating shelves on sheet A3.04.
28. Furniture other than custom/specified millwork and metal jobs.
29. Structural reinforcement for the folding door system and lockset
30. Smart station electric parts

One million five hundred ninety four thousands three hundred ninety dollars                $1,027,767

**Authorized Signature:**

Philmont Management, Inc.

Acceptance of Proposal:  The above prices specified are satisfactory and hereby accepted.  Authorization granted to do specified work.

**Signature Owner:**

| | Description | quantity | unit | unit cost | sub total | Total |
|---|---|---|---|---|---|---|
| 01.. | GENERAL (5%, including afterhours and 2 phased jobs) | | | | | |
| 0150 | Temporary facilities control | 1 | SET | $17,600.00 | $17,600 | |
| | Waste management and report | 1 | SET | $6,000.00 | $6,000 | |
| | Sub - total | | | | | $23,600 |
| | | | | | | |
| 02100 | DEMOLITION | | | | | |
| 0240 | Not included | | | | | |
| | | | | | | |
| 0500 | METAL | | | | | |
| 0570 | Metal fabrication | 1 | SET | $165,902.65 | $165,902.65 | |
| | Fixed window and door with custom LANAI door E3 system | | | | | |
| | Retail furniture item #1, 2, 4/4S, 7, 8, 9/9S, 10/10S & 11 (excluded item #3 and 6/6W) | | | | | |
| | Sub -total | | | | | $0 |
| | | | | | | |
| 06000 | CASEWORK & MILLWORK | | | | | |
| 1 | Millwork & counter top including item retail item #5 | 1 | SET | $91,885.00 | $91,885.00 | |
| | Wood molding on wall paper and painting | 1 | SET | $1,200.00 | $1,200.00 | |
| | Pedicure plumbing enclosure | 1 | SET | $1,200.00 | $1,200.00 | |
| 2 | Stone and quartz finish | 1 | SET | $41,055.00 | $41,055 | |
| | Sub -total | | | | | $0 |
| | | | | | | |
| 07000 | THERMAL & MOISTURE PROTECTION | | | | | |
| 0710 | Moisture protection | | | | | |
| | ~~Water proofing for vertical garden walls and planter drain box(stainless box and backing, and planting pell pocket hangers~~ | ~~$~~ | ~~SET~~ | ~~$11,400.00~~ | ~~$0~~ | |
| 0720 | Thermal/sound protection | | | | | |
| 1 | Sound insulation at new walls | 1 | SET | $3,504.00 | $3,504 | |
| | Sub - total | | | | | $3,504 |
| | | | | | | |
| 08100 | OPENING | | | | | |
| 08100 | DOOR, FRAME AND HARDWARE INSTALLATION | | | | | |
| 1 | Door type A #7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17 | 11 | EA | $1,150.00 | $12,650 | |
| | 3080 1 3/4" Aluminum frame, solid wood. | | | | | |
| | 4 1/2"x4 1/2" hinge 26D & 10" kick plate(one sided) Schlage ND lockset and half dome floor door stop w/ bronze oil rub finish | | | | | |
| | (Door closers are not included ) | | | | | |
| 2 | Door, door frame installation | 13 | EA | $200.00 | $2,600 | |
| 3 | Floor stop installation | 13 | EA | $45.00 | $585 | |
| 4 | Install kick plate, pushing side only | 11 | EA | $45.00 | $495 | |
| 5 | Install lock set and passage lever - Labor only | 11 | EA | $70.00 | $770 | |
| 6 | Door paint finish | 11 | EA | $120.00 | $1,320 | |
| | Sub - total | | | | | $18,420 |
| | | | | | | |
| 08500 | WINDOWS & GLASS WORK | | | | | |
| 1 | Window #1 and #2 side lites window 1/4" thk incl. Frames | 3 | SET | | | |
| 2 | Glass 1/2" thk Herculite door with 48" SSD grab bars | 2 | SET | | | |
| 3 | Window #3 office window 1/4" thk | 1 | SET | | | |
| 4 | Mirrors for make-up room, A7.03-01 | 3 | SET | | | |
| 5 | Glass backing coffee lounge counter shelve A7.02-E&H | 1 | SET | | | |
| 6 | Shampoo/Hairwash cabinet A7.03-02 | 4 | SET | | | |
| 7 | Hair station mirror, glass shelve & cart top A7.04-04 | 26 | SET | | | |
| 8 | Dresser at hood system mirror - A7.04-01 | 1 | SET | | $44,256 | |

| | | Description | quantity | unit | unit cost | sub total | Total |
|---|---|---|---|---|---|---|---|
| | 9 | Window film | 1 | SET | | $3,000 | |
| | | Sub - total | | | | | |
| | | | | | | | $47,256 |
| **09** | | **FINISHES** | | | | | |
| | **09210** | **DRYWALL & METAL FRAME WORK** | | | | | |
| | 1 | Wall type #1 non bearing wall | 386 | LNFT | $75.00 | $28,950 | |
| | 2 | Wall type #2 restroom and misc furring walls | 52 | LNFT | $45.00 | $2,340 | |
| | 3 | Wall type #4 full height door and window opening | 16 | LNFT | $45.00 | $720 | |
| | 4 | Vertical garden wall furring for plumbing and backing | 43 | LNFT | $50.00 | $2,150 | |
| | 5 | Hard ceiling perimeter soffit frames and drywalls | 450 | LNFT | $45.00 | $20,250 | |
| | 6 | Canopy box frame with metal rods | 195 | SQFT | $35.00 | $6,825 | |
| | 7 | Taping, patching, sanding for new drywall and existing perimeter walls( Level 5) | 15,982 | SQFT | $1.60 | $25,571 | |
| | 8 | Taping, patching, sanding for hard ceiling & soffit (level 4 finish) | 3,520 | SQFT | $1.50 | $5,280 | |
| | 9 | Fire caulking, pad and repairs to maintain fire rating | 1 | SET | $1,800.00 | $1,800 | |
| | 10 | Pedicure raised floor | 1 | SET | $2,500.00 | $2,500 | |
| | 11 | Hair station HVAC hood backing plywood | 1 | SET | $850.00 | $850 | |
| | | Sub - total | | | | | |
| | | | | | | | $97,236 |
| | **09300** | **CERAMIC TILE / PORCELAIN** | | | | | |
| | 1 | T1 Wall tile | 97 | SQFT | | | |
| | 2 | TE Floor metal – 86 LNFT | 11 | SQFT | | | |
| | 3 | T2 Tile | 5826 | SQFT | | | |
| | 4 | T2 Base | 418 | SQFT | | | |
| | 5 | T4 | 334 | SQFT | | | |
| | 6 | Cove base metal – 112 LNFT | 14 | LNFT | | | |
| | 7 | T5 Wall tile | 516 | SQFT | | | |
| | 8 | Schluter metal trim – 112 LNFT | 14 | LNFT | | | |
| | 9 | T6 Tile | 930 | SQFT | | | |
| | 10 | T6 Base (Not included) | 337 | SQFT | | | |
| | 11 | T3 Herringbone patter tile in room #100 | 1 | SET | | | |
| | 12 | B-2 Wood wall base | 1 | SET | | | |
| | | | | | | | $111,955 |
| | **09500** | **SUSPENDED ACCOUSTIC CEILING** | | | | | |
| | 1 | New 2x2 15/16 grid armstrong 704 | 1,632 | SQFT | $3.80 | $6,202 | |
| | 2 | New suspended drywall ceiling metal channel carrier | 2,475 | SQFT | $3.20 | $7,920 | |
| | | Sub - total | | | | | |
| | | | | | | | $14,122 |
| | **09900** | **INTERIOR PAINT** | | | | | |
| | 1 | Painting new and existing walls, open ceiling, hard ceiling and columns (includes duct, wall base, wood molding, P1~P-11) | 1 | SET | $30,000.00 | $30,000 | |
| | 2 | Graphic/wall paper allowance $5,0000.00/each (3 locations) | 0 | | $- | $0 | |
| | | | | | | | $30,000 |
| **10000** | | **MISCELLANEOUS SPECIALITIES** | | | | | |
| | 1 | Provide and install vertical garden pelt pocket type installation | 1 | SET | $2,500.00 | $2,500 | |
| | 2 | Planter box stainless stl. backing and box fabircation | 1 | SET | $11,400.00 | $11,400 | |
| | 3 | Restroom accessories including RR signs | 1 | SET | $6,125.00 | $6,125 | |
| | 4 | Dyson Airblade installation | 2 | EA | $375.00 | $750 | |
| | 5 | Restroom partitions | 1 | SET | $4,750.00 | $4,750 | |
| | 6 | Curtain track Installation | 1 | SET | $- | $0 | |

| | | Description | quantity | unit | unit cost | sub total | Total |
|---|---|---|---|---|---|---|---|
| | 7 | Shampoo, pedicure & hair station installation(not assembling of the products, but power connection and secure them to furniture or floor) | 37 | EA | $350.00 | $12,950 | |
| | 8 | Kirei ceiling baffle installation (72"X11.5"X12mm baffles) | 1 | SET | $8,400.00 | $8,400 | |
| | 9 | ADA Bench Installation | 2 | SET | $650.00 | $1,300 | |
| | | **Sub - total** | | | | | $48,175 |
| 11000 | | **APPLIANCE** | | | | | |
| | 1 | Provide and Install vacuum system | 1 | EA | $6,300.00 | $6,300 | |
| | | **Sub - total** | | | | | $6,300 |
| 12200 | | **WINDOW COVERINGS** | | | | | |
| | 1 | Mariak. Manual roller shade 3%, 26 Exterior windows | 1 | SET | $6,440.20 | $6,440 | |
| | | **Sub - total** | | | | | $6,440 |
| 21000 | | **FIRE SUPRESSION** | | | | | |
| | 1 | Provide and install fire sprinkler head | 95 | EA | $260.00 | $35,000 | |
| | 2 | Fire sprinkler plan design fee | 1 | EA | $9,000.00 | $9,000 | |
| | | **Sub - total** | | | | | $44,000 |
| 22000 | | **PLUMBING** | | | | | |
| | 1 | Toilet | 4 | EA | | | |
| | 2 | Urinal | 1 | EA | | | |
| | 3 | Lavatory | 4 | EA | | | |
| | 4 | Sink (Rm #105, 114 & Coffee Lounge) | 3 | EA | | | |
| | 5 | Sink (#115 Laundry Rm) | 1 | EA | | | |
| | 6 | Hair shampoo sink | 8 | EA | | | |
| | 7 | Floor sink | 1 | EA | | | |
| | 8 | Floor drain | 2 | EA | | | |
| | 9 | Clothes dryer | 2 | EA | | | |
| | 10 | Clothes washer | 2 | EA | | | |
| | 11 | Water heater, 80 GAL, 125,000 BTU | 1 | EA | | | |
| | 12 | Vertical Garden Irrigation and drain system | 1 | EA | | | |
| | 13 | Pedicure station cold & hot water lines and drain | 3 | EA | | | |
| | 14 | Access panel | 6 | EA | $200.00 | $1,200 | |
| | | **Sub - total** | | | | | $92,340 |
| 23000 | | **HVAC** | | | | | |
| | 1 | Supply air diffuser | 44 | EA | | | |
| | 2 | Linear box & grill | 6 | EA | | | |
| | 3 | Vent Grill & ceiling box | 5 | EA | | | |
| | 4 | Exhaust fan (ceiling type) | 6 | EA | | | |
| | 5 | Exhaust fan (Roof type) | 2 | EA | | | |
| | 6 | Dryer vent up thru roof | 2 | EA | | | |
| | 7 | Thermostat | 9 | EA | | | |
| | 8 | Metal duct work w/ labor | 150 | LNFT | | | |
| | 9 | 60"x130" exhaust wall canopy hood(430 SS), 2000CFM exhaust fan on the roof top | 1 | SET | | $72,000.00 | |
| | 10 | Air Balancing | 1 | SET | | $7,800.00 | |
| | 15 | Access panel | 16 | EA | $200.00 | $3,200.00 | |
| | | **Sub - total** | | | | | $91,300 |
| 26000 | | **ELECTRICAL** | | | | | |
| | | **LIGHT FIXTURE MATERIAL COST** | | | | | |
| | | L1 (arch linear light) 32" unit | 25 | EA | $115.00 | $2,875.00 | |

| Description | quantity | unit | unit cost | sub total | Total |
|---|---|---|---|---|---|
| L2 (pendant light for reception) | 3 | EA | $5,505.00 | $16,515.00 | |
| L3 (4" rec. downlight) | 41 | EA | $33.00 | $1,353.00 | |
| L4 (4" rec. downlight) | 8 | EA | $47.00 | $376.00 | |
| L5 (2x4 led direct/indirect) | 17 | EA | $331.00 | $5,627.00 | |
| L6 | 21 | EA | $51.00 | $1,071.00 | |
| L7 (scope led light) | 47 | EA | $415.00 | $19,505.00 | |
| L7 Track | 1 | LS | $858.00 | $858.00 | |
| L8 (atlas led light) | 28 | EA | $704.00 | $19,712.00 | |
| L8 Track | 1 | LF | $706.00 | $706.00 | |
| L9 (wall sconce) | 5 | EA | $222.00 | $1,110.00 | |
| L10 (grow light on track) | 24 | EA | $50.90 | $1,221.60 | |
| L10 Track | 1 | LF | $175.00 | $175.00 | |
| L11 (pendant chandelier, 10 ea?) | 1 | EA | $613.00 | $613.00 | |
| L12 (wall sconce – restroom) | 3 | EA | $357.00 | $1,071.00 | |
| L14 (table lamp) | 6 | EA | $359.00 | $2,154.00 | |
| L15 (floor lamp) | 1 | EA | $799.00 | $767.00 | |
| L16 (makeup/vanity mirror) (allowance, need more info) | 1 | EA | $1,500.00 | $1,500.00 | $77,210 |
| | | | | | |
| Install 2x4 lights | 19 | EA | $120.00 | | |
| Install L2 pendant light | 1 | EA | $600.00 | | |
| Install LED linear lights | 15 | SET | $300.00 | | |
| Install LED track lights | 29 | SET | $450.00 | | |
| Install LED down lights | 17 | EA | $250.00 | | |
| Install LED emg lights | 8 | EA | $250.00 | | |
| Install make-up room mirror vanity lights | 72 | EA | $25.00 | | |
| Install lights | 6 | EA | $180.00 | | |
| Install exit sign & emg lights | 13 | EA | $250.00 | | |
| | | | | | |
| Room controller | 3 | EA | $292.00 | $876.00 | |
| Daylight sensor | 2 | EA | $97.00 | $194.00 | |
| Programmable wall station | 1 | EA | $80.00 | $80.00 | |
| Dimmer switch | 9 | EA | $140.00 | $1,260.00 | |
| Occupancy sensor dual tech | 1 | EA | $161.00 | $161.00 | |
| Lite Keeper panel | 1 | EA | $2,166.00 | $2,166.00 | |
| Power dimmer | 7 | EA | $385.00 | $2,695.00 | |
| Wall sensor switch | 6 | EA | $75.00 | $450.00 | |
| Emg control device | 5 | EA | $250.00 | $1,250.00 | |
| | | | | $0.00 | |
| Install room controller & J-box | 3 | EA | $160.00 | $480.00 | |
| Install daylight sensor & wiring | 2 | EA | $120.00 | $240.00 | |
| Install program station | 1 | EA | $130.00 | $130.00 | |
| Install dimmer switch | 9 | EA | $100.00 | $900.00 | |
| Install occupancy sensor | 1 | EA | $120.00 | $120.00 | |
| Install Lite Keeper panel & override s/w | 1 | EA | $1,800.00 | $1,800.00 | |
| Install power dimmer | 7 | EA | $180.00 | $1,260.00 | |
| Install wall sensor | 6 | EA | $100.00 | $600.00 | |
| Install emg control device | 5 | EA | $200.00 | $1,000.00 | |
| Install L/V wiring for device | 1 | SET | $2,000.00 | $2,000.00 | |
| | | | | | $17,662 |
| Install 200A 480V meter | 1 | EA | $700.00 | | |
| Install 100A 480V meter | 2 | EA | $600.00 | | |
| Install 100A 480V fuse box | 2 | EA | $900.00 | | |
| Install 480V 100A panel w/ main breaker | 1 | EA | $3,500.00 | | |
| Install 120/208V 300A panel w/ main breaker | 1 | EA | $3,500.00 | | |
| Install 120/208V 200A panel w/ main breaker | 5 | EA | $2,500.00 | | |
| Install TR. 480V/208V 112.5KVA | 1 | EA | $9,000.00 | | |

# CHANGE ORDER LOG

**Contractor** Philmont Management, Inc.
**Architect** Corled Architects
CM

**Project/Job : Etude Hair Salon**
450 S. Western AVE.
LA, CA

Date : 5/2/2018

| CO # | Description | Class # | CSI Division # | Issued date | Status | Response due | Date of response | Time Ext. (#date) | CO amount | Accu. of Change orders |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Wall Soffit | | | 6/22/2017 | Approved | | 8/18/2017 | | $ 5,852.89 | $ 5,852.89 |
| 2 | Diffuser | | | 5/31/2017 | Approved | | 6/8/2017 | | $ 2,721.60 | $ 8,574.49 |
| 3 | Light fixture | | | 6/8/2017 | Approved | | 6/14/2017 | | $ 44,747.38 | $ 53,321.87 |
| 4 | Duct & Roofing | | | 6/13/2017 | Approved | | 6/14/2017 | | $ 11,566.80 | $ 64,888.67 |
| 5 | Additional outlet & J-box (Revised 7-10-17) | | | 7/11/2017 | Approved | | 7/20/2017 | | $ 32,730.48 | $ 97,619.15 |
| 6-a | Metal Fabrication | | | 7/3/2017 | Approved | | 7/26/2017 | | $ 51,205.77 | $ 148,824.92 |
| 7 | Drain Pump (AC) | | | 6/20/2017 | Approved | | 6/20/2017 | | $ 3,674.16 | $ 152,499.08 |
| 8 | Mill work | | | 6/20/2017 | Approved | | 6/20/2017 | | $ 95,709.60 | $ 248,208.68 |
| 9 | Make up mirror - Bulb | | | 9/28/2017 | Approved | | 9/29/2017 | | $ 1,337.78 | $ 249,546.46 |
| 10 | Gas line & floor drain | | | 8/9/2017 | Approved | | 8/9/2017 | | $ 11,901.22 | $ 261,447.68 |
| 11 | AC Drain | | | 8/21/2017 | Approved | | 8/21/2017 | | $ 547.72 | $ 261,995.40 |
| 12A | Powder room - tile | | | 9/19/2017 | Approved | | 9/19/2017 | | $ 1,499.60 | $ 263,495.00 |
| 12B | Powder room - light / sink / paint | | | 10/4/2017 | Approved | | 10/4/2017 | | $ 2,734.77 | $ 266,229.77 |
| 13 | Laundry room Modification | | | 9/12/2017 | Approved | | 9/12/2017 | | $ 5,993.70 | $ 272,223.47 |
| 14 | Vacuum machine installation | | | 9/21/2017 | Approved | | 10/25/2017 | | $ 1,823.47 | $ 274,046.94 |
| 15 | Tile grout | | | 9/14/2017 | Approved | | 9/15/2017 | | $ 4,590.43 | $ 278,637.37 |
| 16 | Additional tile material | | | 9/21/2017 | Approved | | 9/23/2017 | | $ 8,018.35 | $ 286,655.72 |
| 17 | Access panel | | | 9/26/2017 | Approved | | 9/27/2017 | | $ 1,340.72 | $ 287,996.44 |

| | | Date | Status | Date | | Amount | | Running Total |
|---|---|---|---|---|---|---|---|---|
| 18 | Additional millwork | 8/18/2018 | Approved | 1/15/2018 | $ | 10,041.57 | $ | 298,038.01 |
| 19 | Additional track material | 10/5/2017 | Approved | 10/5/2017 | $ | 1,631.08 | $ | 299,669.09 |
| 20 | Additional water-line (reception area) | 10/16/2017 | Approved | 10/16/2017 | $ | 1,210.91 | $ | 300,880.00 |
| 21 | Waterproofing work for planter box | 10/16/2017 | Approved | 10/16/2017 | $ | 3,129.84 | $ | 304,009.84 |
| 22 | ADA Bench | 10/26/2017 | Approved | 10/30/2017 | $ | 333.99 | $ | 304,343.83 |
| 23 | Glass door & wall (make-up room) | 10/26/2017 | Approved | 10/30/2017 | $ | (1,183.52) | $ | 303,160.31 |
| 24 | Dressing RM & Phone board | 10/30/2017 | Approved | 10/30/2017 | $ | 1,865.52 | $ | 305,025.83 |
| 25 | Additional elec. work | 12/1/2017 | Approved | 1/7/2018 | $ | 4,101.71 | $ | 309,127.54 |
| 26 | Additional paint work | 11/28/2017 | Pending | | $ | 2,449.44 | $ | 311,576.98 |
| 27 | Paint work - Metal beam (locker room) | 12/1/2017 | Disregard | | | | $ | 311,576.98 |
| 28 | Trap Primer installation | 12/5/2017 | Approved | 12/5/2017 | $ | 6,294.98 | $ | 317,871.96 |
| 29 | Additional Stone work | 12/22/2017 | Approved | 1/9/2018 | $ | 3,129.84 | $ | 321,001.80 |
| 30 | Additional glass & acrylic panels | 9/3/2018 | Approved | 1/7/2018 | $ | 4,649.40 | $ | 325,651.20 |
| 31 | Vertical garden | 1/9/2018 | Approved | 1/10/2018 | $ | 10,957.52 | $ | 336,608.72 |
| 32 | Restroom - Mirror | 1/12/2018 | Approved | 1/15/2018 | $ | 1,595.54 | $ | 338,204.26 |
| 33 | Flush valve & faucet | 1/12/2018 | Approved | 1/15/2018 | $ | 1,530.90 | $ | 339,735.16 |
| 34 | Waterheater closet & mirror w/ frame | 1/19/2018 | Approved | 1/19/2018 | $ | 6,708.74 | $ | 346,443.90 |
| 35 | Window film & additional acrylic panel installation | 2/2/2018 | Approved | 3/6/2018 | $ | 1,634.23 | $ | 348,078.13 |
| 36 | Elec work for final inspection & additional outlet for sign and logo | 4/4/2018 | Approved | 4/4/2018 | $ | 2,585.52 | $ | 350,663.65 |
| 37 | ADA sink replacement | 4/10/2018 | Approved | 4/10/2018 | $ | 1,558.12 | $ | 352,221.77 |
| 38 | Cabinet well | 4/21/2018 | Disregard | | | | $ | 352,221.77 |
| 39 | Removal & re-install vertical garden | 5/3/2018 | | | $ | 1,020.60 | $ | 353,242.37 |

**Change Class:**
4.0 Error
4.1 Omission
4.2 Unforeseen Site Conditions
4.3 Regulatory Requirements
4.4 LAC Requested Changes
4.5 Materials or Equipment Unavailable

|  |  |
|---|---|
| APPROVED | $ 349,772.33 |
| PENDING | $ 2,449.44 |
| ADDITION | $ 1,020.60 |
|  | $ 353,242.37 |

**Philmont Management, Inc.**

3450 Wilshire Blvd. Suite 850
Los Angeles, CA 90010
Tel: (213) 380-0151 Fax: (213) 380-1459

| Project/Job | Etude Salon |
| --- | --- |
| | 450 S Western Ave 2nd Fl |
| | Los Angeles, CA |
| Date | June 22, 2017 |

## Change Order #1

Location:

2nd Floor

Response due: ASAP
Schedule change: None

Reason for the change:

Due to revised floor plan, locker room wall has to demo and reframed.
Due to existing plumbing and fire sprinkler lines along with soffit, it was decided to rebuild soffit as attached soffit drawing.

| | DESCRIPTION | Price | Unit | QTY | Price | Remarks |
| --- | --- | --- | --- | --- | --- | --- |
| 0 | Division # 01 00 00<br>General requirements and insurance (5%) | $ 258.06 | L/S | 1 | $ 258.06 | |
| 1 | Division # 01 00 00<br>Demolition of full height wall and reframing | $ 705.60 | L/S | 1 | $ 705.60 | |
| 2 | Framing, patching and taping work for soffit, surround the hard ceiling area. | $ 4,455.68 | L/S | 1 | $ 4,455.68 | |

| | | |
| --- | --- | --- |
| Sub Total(Trade Cost) | $ | 5,419.34 |
| Tax | $ | - |
| General Contractor Fee 8% | $ | 433.55 |
| Construction Cost | $ | 5,852.89 |
| Architectural and Engineering fees | $ | - |
| Plan Check and Permit Fees | $ | - |
| Shipping and Delivery Fees | $ | - |
| Lessor's Cost | $ | - |
| Lessor's Overhead and Profit | $ | - |
| GRAND TOTAL | $ | 5,852.89 |

Notes :

Exclusions :

Attachment : "Etude_Soffit_Final" confirmed on 6/13/2017

Brian Park     Date: 6/22/17
President, Philmont Management, Inc.

California Market Place     Date: 8/18/17

**Philmont Management, Inc.**

3450 Wilshire Blvd. Suite 850
Los Angeles, CA 90010
Tel: (213) 380-0159 Fax: (213) 380-1459

| Project/Job | **Etude Salon** |
|---|---|
| | 450 S Western Ave 2nd Fl |
| | Los Angeles, CA |
| Date | May 31, 2017 |

# Change Order #2

**Location:**
    2nd Floor

**Reason for the change:**

    Change rectangular diffuser to round grilles

| | Response due: | ASAP |
|---|---|---|
| | Schedule change: | None |

| | D E S C R I P T I O N | Price | Unit | QTY | Price | Remarks |
|---|---|---|---|---|---|---|
| | Division # **01 00 00** | | | | | |
| 0 | **General requirements and Insurance (5%)** | $ 120.00 | L/S | 1 | $ 120.00 | |
| | Division # **01 00 00** | | | | | |
| 1 | Additional cost for chaging rectangular diffusers to round grilles | $ 2,400.00 | L/S | 1 | $ 2,400.00 | |

| | | | |
|---|---|---|---|
| Sub Total(Trade Cost) | | $ | 2,520.00 |
| Tax | | $ | - |
| General Contractor Fee | 8% | $ | 201.60 |
| **Construction Cost** | | $ | 2,721.60 |
| Architectural and Engineering fees | | $ | - |
| Plan Check and Permit Fees | | $ | - |
| Shipping and Delivery Fees | | $ | - |
| Lessor's Cost | | $ | - |
| Lessor's Overhead and Profit | | $ | - |
| **GRAND TOTAL** | | $ | **2,721.60** |

Notes :

Exclusions :

Attachment :

Brian Park      Date:
President, Philmont Management, Inc.

California Market Place    Date:    6/8/17

**Philmont Management, Inc.**

3450 Wilshire Blvd. Suite 850
Los Angeles, CA 90010
Tel: (213) 380-0151 Fax: (213) 380-1459

| | |
|---|---|
| Project/Job | **Etude Salon** |
| | 450 S Western Ave 2nd Flr |
| | Los Angeles, CA |
| Date | July 11, 2017 |

## Change Order #5 (Revised 7-10-17)

Location:
2nd Floor

Response due: ASAP
Schedule change: None

Reason for the change:

Additional outlets and J box installation at retail& hair station areas as per request. Showing on attached mark-up plan(see attached "Etude_Elec_05252017"). Removal and relocation of panels and transformers per revised plan(see attached "170616 PC ENG. Comments").

| | D E S C R I P T I O N | Price | Unit | QTY | Price | Remarks |
|---|---|---|---|---|---|---|
| 0 | Division # 01 00 00<br>General requirements and insurance (5%) | $ 1,686.00 | L/S | 1 | $ 1,686.00 | |
| 1 | Division # 01 00 00<br>Provide and install floor J box (3) & floor outlet (5)<br>Core drill 3" (8) for floor box (8)<br>Provide the power to (3)new outlet location | $ 4,080.00 | L/S | 1 | $ 4,080.00 | Attachment<br>"Etude_Elec_05252017"<br>(marked up by Corbel on<br>6-2-17 onsite meeting) |
| 2 | a. Provide and install (1) 400A 480V panel and (1) 200A, (1) 100A, (1) 50A main breaker as per plan.<br>b. Provide and install 100A 480V panel and (1) 45KVA transformer as per plan.<br>c. Run 100' x 3' C and (3) 320'x 350 MCM abd 320' x 2/0G as per plan.<br>d. Remove all the panel and transformer and relocate to new location as per plan<br>e. Remove (2) 1 1/2" x 130' and reinstall (2) 20' as per plan<br>f. Divide homerun conduits between unit 221 and future leasing unit (A/C, light and receptacles)<br>g. Provide and install (2) 8 channels light control box<br>h. (4) new outlet for water pump at FC. | $ 29,640.00 | L/S | 1 | $ 29,640.00 | Attachment "170616<br>PC ENG. Comments"<br>revised by Mr.Chon on<br>6-16-17 |
| 3 | (3) 320' 3/0 and (1) 2/0G and (3) 200' x #1 and (1) #6G run | $ (3,400.00) | L/S | 1 | $ (3,400.00) | Credit |
| 4 | Light control box for 16 channels | $ (1,700.00) | L/S | 1 | $ (1,700.00) | Credit |

| | | |
|---|---|---|
| **Sub Total(Trade Cost)** | | $ 30,306.00 |
| Tax | | $ - |
| General Contractor Fee | 8% | $ 2,424.48 |
| **Construction Cost** | | $ 32,730.48 |
| Architectural and Engineering fees | | $ - |
| Plan Check and Permit Fees | | $ - |
| Shipping and Delivery Fees | | $ - |
| Lessor's Cost | | $ - |
| Lessor's Overhead and Profit | | $ - |

| | |
|---|---|
| **GRAND TOTAL** | **$ 32,730.48** |

Notes :

Exclusions :

Attachment : Etude_Elec_05252017, 170616 PC ENG. Comments

_Brian Park_  Date: 7/11/17
Brian Park
President, Philmont Management, Inc.

_signature_  7/20/17

California Market Place    Date:

**Philmont Management, Inc.**

3450 Wilshire Blvd. Suite 850
Los Angeles, CA 90010
Tel:   (213) 380-0155 Fax: (213) 380-1459

| Project/Job | Etude Salon |
|---|---|
| | 450 S Western Ave 2nd Fl |
| | Los Angeles, CA |
| Date | June 8, 2017 |

## Change Order #3

Location:

2nd Floor

| | |
|---|---|
| Response due: | ASAP |
| Schedule change: | None |

Reason for the change:

Original bid was not including light fixture materials for entire Etude hair salon space

| | DESCRIPTION | Price | Unit | QTY | Price | Remarks |
|---|---|---|---|---|---|---|
| | Division # 01 00 00 | | | | | |
| 0 | General requirements and insurance (5%) | $  1,972.99 | L/S | 1 | $  1,972.99 | |
| | Division # 01 00 00 | | | | | |
| 1 | Light fixture material cost | $  39,059.77 | L/S | 1 | $  39,059.77 | |
| 2 | Carry in light fixtures from loading dock to premises (357 each) | $  400.00 | L/S | 1 | $  400.00 | |

| | | |
|---|---|---|
| Sub Total(Trade Cost) | | $  41,432.76 |
| Tax | | $  - |
| General Contractor Fee          8% | | $  3,314.62 |
| **Construction Cost** | | $  44,747.38 |
| Architectural and Engineering fees | | $  - |
| Plan Check and Permit Fees | | $  - |
| Shipping and Delivery Fees | | $  - |
| Lessor's Cost | | $  - |
| Lessor's Overhead and Profit | | $  - |
| **GRAND TOTAL** | | $      44,747.38 |

Notes :

Exclusions :

Attachment : Quote # Q-17234 from Buffalo, dated 4/7/2017

Brian Park                                                      Date:
President, Philmont Management, Inc.

California Market Place                                 Date:

**Philmont Management, Inc.**

3450 Wilshire Blvd. Suite 850
Los Angeles, CA 90010
Tel: (213) 380-0159 Fax: (213) 380-1459

| | |
|---|---|
| Project/Job | **Etude Salon** |
| | 450 S Western Ave 2nd Fl |
| | Los Angeles, CA |
| Date | June 13, 2017 |

# Change Order #4

**Location:**
2nd Floor

**Response due:** ASAP
**Schedule change:** None

**Reason for the change:**

Floor and roof penetration and additional materials for duct lines. Due to 3rd floor layout, the multiple HVAC ducts and plumbing vent line need to be rerouted.

| | DESCRIPTION | Price | Unit | QTY | Price | Remarks |
|---|---|---|---|---|---|---|
| 0 | Division # 01 00 00<br>**General requirements and insurance (5%)** | $ 510.00 | L/S | 1 | $ 510.00 | |
| 1 | Division # 01 00 00<br>Demo and replace insulation and roofing. (2 trips, labor + material) | $ 3,600.00 | L/S | 1 | $ 3,600.00 | |
| 2 | (13) Floor penetration and install additional exhaust fan duct materials (labor +material) | $ 6,000.00 | L/S | 1 | $ 6,000.00 | |
| 3 | Wall opening and repair on the 3rd floor, build duct encloseres | $ 600.00 | L/S | 1 | $ 600.00 | |

| | | |
|---|---|---|
| **Sub Total(Trade Cost)** | | $  10,710.00 |
| Tax | | $  - |
| General Contractor Fee | 8% | $  856.80 |
| **Construction Cost** | | $  11,566.80 |
| Architectural and Engineering fees | | $  - |
| Plan Check and Permit Fees | | $  - |
| Shipping and Delivery Fees | | $  - |
| Lessor's Cost | | $  - |
| Lessor's Overhead and Profit | | $  - |
| **GRAND TOTAL** | | $   **11,566.80** |

**Notes :**

**Exclusions :**

**Attachment :**

Brian Park            Date: 6/13/17

Brian Park
President, Philmont Management, Inc.

California Market Place            Date:            6/14/17

**Philmont Management, Inc.**

3450 Wilshire Blvd. Suite 850
Los Angeles, CA 90010
Tel: (213) 380-0159 Fax: (213) 380-1459

| Project/Job | **Etude Salon** |
|---|---|
| | 450 S Western Ave 2nd Flr |
| | Los Angeles, CA |
| Date | June 15, 2017 |

## Change Order #6

**Location:**
  2nd Floor

Response due: ASAP
Schedule change: None

**Reason for the change:**

  Metal fabrication work, scope of work cleared by Corbel.

| | DESCRIPTION | Price | Unit | QTY | Price | Remarks |
|---|---|---|---|---|---|---|
| 0 | Division # 01 00 00<br>General requirements and insurance (5%) | $ 2,227.50 | L/S | 1 | $ 2,227.50 | |
| 1 | Division # 01 00 00<br>Counter divider<br>Wall to wall metal tubing cabinet<br>(4) Shampoo hair wash cabinet<br>(3) Metal Frame with 30 holes for light with mirror | $ 44,550.00 | L/S | 1 | $ 44,550.00 | |

| | | |
|---|---|---|
| Sub Total(Trade Cost) | | $ 46,777.50 |
| Tax | | $ - |
| General Contractor Fee 8% | | $ 3,742.20 |
| **Construction Cost** | | **$ 50,519.70** |
| Architectural and Engineering fees | | $ - |
| Plan Check and Permit Fees | | $ - |
| Shipping and Delivery Fees | | $ - |
| Lessor's Cost | | $ - |
| Lessor's Overhead and Profit | | $ - |
| **GRAND TOTAL** | | **$ 50,519.70** |

**Notes :**

**Exclusions :**

**Attachment :** PRO060117ETU-R4, dated 6/1/2017

_____
Brian Park          Date:
President, Philmont Management, Inc.

_____
California Market Place          Date:

# Philmont Management, Inc.

3450 Wilshire Blvd. Suite 850
Los Angeles, CA 90010
Tel:  (213) 380-0155 Fax: (213) 380-1459

| Project/Job | Etude Salon |
| --- | --- |
| | 450 S Western Ave 2nd Flr |
| | Los Angeles, CA |
| Date | July 3, 2017 |

## Change Order #6-a

Location:

2nd Floor

Response due: ASAP

Schedule change: None

Reason for the change:

Metal fabrication work, scope of work cleared by Corbel.

| | DESCRIPTION | Price | Unit | QTY | Price | Remarks |
| --- | --- | --- | --- | --- | --- | --- |
| 0 | Division # 01 00 00<br>General requirements and insurance (5%) | $  2,257.75 | L/S | 1 | $  2,257.75 | |
| 1 | Division # 01 00 00<br>Counter divider<br>Wall to wall metal tubing cabinet with 1/4" regular clear resin panel<br>(4) Shampoo hair wash cabinet<br>(3) Metal Frame with 23 holes for light with mirror<br>3 metal & resin shelves (24"x9") for shoes | $  45,155.00 | L/S | 1 | $ 46,155.00 | |

| | | |
| --- | --- | --- |
| Sub Total(Trade Cost) | | $ 47,412.75 |
| Tax | | $  - |
| General Contractor Fee        8% | | $  3,793.02 |
| Construction Cost | | $ 51,205.77 |
| Architectural and Engineering fees | | $  - |
| Plan Check and Permit Fees | | $  - |
| Shipping and Delivery Fees | | $  - |
| Lessor's Cost | | $  - |
| Lessor's Overhead and Profit | | $  - |
| GRAND TOTAL | | $    51,205.77 |

Notes :

Exclusions :

Attachment : PR063017ETU-R7, dated 6/30/2017

Brian Park          Date: 7/3/17
President, Philmont Management, Inc.

California Market Place          Date: 7/26/17

# Philmont Management, Inc.

3450 Wilshire Blvd. Suite 850
Los Angeles, CA 90010
Tel: (213) 380-0159 Fax: (213) 380-1459

| Project/Job | **Etude Salon** |
|---|---|
| | 450 S Western Ave 2nd Fl |
| | Los Angeles, CA |
| Date | June 16, 2017 |

## Change Order #7

Location:
    2nd Floor

Response due: ASAP
Schedule change: None

Reason for the change:

    Due to the lowest AC drain lever is lower than ceiling level, installation of condensate drain pumps needed to avoid water flow from the drain.

| | DESCRIPTION | Price | Unit | QTY | Price | Remarks |
|---|---|---|---|---|---|---|
| 0 | Division # 01 00 00<br>General requirements and insurance (6%) | $ 162.00 | L/S | 1 | $ 162.00 | |
| 1 | Division # 01 00 00<br>Provid and install (4) condensate drain pump, (4) hager&support and (4) 120V electrical outlet | $ 3,240.00 | L/S | 1 | $ 3,240.00 | |

| Sub Total(Trade Cost) | | $ | 3,402.00 |
|---|---|---|---|
| Tax | | $ | - |
| General Contractor Fee | 8% | $ | 272.16 |
| **Construction Cost** | | **$** | **3,674.16** |
| Architectural and Engineering fees | | $ | - |
| Plan Check and Permit Fees | | $ | - |
| Shipping and Delivery Fees | | $ | - |
| Lessor's Cost | | $ | - |
| Lessor's Overhead and Profit | | $ | - |
| **GRAND TOTAL** | | **$** | **3,674.16** |

Notes :

Exclusions :

Attachment :

Brian Park                6/20/17
Brian Park            Date:
President, Philmont Management, Inc.

California Market Place            Date:

**Philmont Management, Inc.**

3450 Wilshire Blvd. Suite 850
Los Angeles, CA 90010
Tel:   (213) 380-0159 Fax: (213) 380-1459

| Project/Job | Etude Salon |
|---|---|
| | 450 S Western Ave 2nd Flr |
| | Los Angeles, CA |
| Date | June 19, 2017 |

# Change Order #8

**Location:**
2nd Floor

**Response due:** ASAP
**Schedule change:** None

**Reason for the change:**

Original and additional millwork, scope of work cleared by Corbel.

| | DESCRIPTION | Price | Unit | QTY | Price | Remarks |
|---|---|---|---|---|---|---|
| 0 | Division # 01 00 00<br>General requirements and Insurance (5%) | $  4,220.00 | L/S | 1 | $  4,220.00 | |
| 1 | Division # 01 00 00<br>Mill work of :<br>Reception<br>Coffee bar & nail counter<br>Color station sink counter & back side sliding door<br>dresser at make-up room<br>Dresser at make-up room<br>Dresser hood system<br>Locker storage/ lock<br>Counter sink, locker & laundry room<br>Hair station / Accessory cart<br>Base cabinet<br>Jewerly display case | $ 78,900.00 | L/S | 1 | $ 78,900.00 | |
| 2 | Mill work of :<br>Reception counter<br>Back side counter<br>Hair station base anchor<br>Shampoo station upper cabinet<br>Jewelry display case with metal frame | $  5,500.00 | L/S | 1 | $  5,500.00 | |

| | | |
|---|---|---|
| **Sub Total(Trade Cost)** | | $ 88,620.00 |
| Tax | | $            - |
| General Contractor Fee          8% | | $  7,089.60 |
| **Construction Cost** | | $ 95,709.60 |
| Architectural and Engineering fees | | $            - |
| Plan Check and Permit Fees | | $            - |
| Shipping and Delivery Fees | | $            - |
| Lessor's Cost | | $            - |
| Lessor's Overhead and Profit | | $            - |
| **GRAND TOTAL** | | **$   95,709.60** |

**Notes :**

**Exclusions :**

**Attachment :"March 22" dated 03/22/2017 & "Zion_Estimate_Additional" dated 06/02/2017**

Brian Park                          Date: 6/20/17
President, Philmont Management, Inc.

California Market Place          Date:

**Philmont Management, Inc.**

3450 Wilshire Blvd. Suite 850
Los Angeles, CA 90010
Tel: (213) 380-0155 Fax: (213) 380-1459

| Project/Job | Etude Salon |
| --- | --- |
| | 450 S Western Ave 2nd Flr |
| | Los Angeles, CA |
| Date | September 28, 2017 |

## Change Order #9

Location:

2nd Floor

Response due: ASAP

Schedule change: None

Reason for the change:

Standard medium bulb & base for make-up mirror(Original bid was not including light fixture materials for entire Etude hair salon space).

| | DESCRIPTION | Price | Unit | QTY | Price | Remarks |
| --- | --- | --- | --- | --- | --- | --- |
| 0 | Division # 01 00 00<br>General requirements and insurance (5%) | $ 58.99 | L/S | 1 | $ 58.99 | |
| 1 | Division # 01 00 00<br>Light fixtures for Make up mirror | $ 269.70 | L/S | 1 | $ 269.70 | |
| 2 | (23) LED light bulbs and sockets installation for Make-up mirror lighting frame | $ 910.00 | L/S | 1 | $ 910.00 | |

| | | | |
| --- | --- | --- | --- |
| Sub Total(Trade Cost) | | $ | 1,238.69 |
| Tax | | $ | - |
| General Contractor Fee | 8% | $ | 99.09 |
| Construction Cost | | $ | 1,337.78 |
| Architectural and Engineering fees | | $ | - |
| Plan Check and Permit Fees | | $ | - |
| Shipping and Delivery Fees | | $ | - |
| Lessor's Cost | | $ | - |
| Lessor's Overhead and Profit | | $ | - |
| GRAND TOTAL | | $ | 1,337.78 |

Notes :

Exclusions :

Attachment : "make-up mirror - 1 long mirror & standard bulb" from Corbel

Brian Park     Date:
President, Philmont Management, Inc.

California Market Place     Date:

# Philmont Management, Inc.

3450 Wilshire Blvd. Suite 850
Los Angeles, CA 90010
Tel: (213) 380-0155 Fax: (213) 380-1459

| Project/Job | Etude Salon |
|---|---|
| | 450 S Western Ave 2nd Flr |
| | Los Angeles, CA |
| Date | August 9, 2017 |

## Change Order #10

Location:

2nd Floor

**Response due:** ASAP
Schedule change: None

Reason for the change:

Main gas piping work for #221
Floor drain Installation work, due to the inspector's correction.

| | DESCRIPTION | Price | Unit | QTY | Price | Remarks |
|---|---|---|---|---|---|---|
| 0 | Division # 01 00 00 General requirements and insurance (5%) | $ 524.75 | L/S | 1 | $ 524.75 | |
| 1 | Division # 01 00 00 Provide and install main gas pipe from meter to premises | $ 7,590.00 | L/S | 1 | $ 7,590.00 | |
| 2 | Provide and install (1) floor drain in Laundry room with trap primer | $ 2,904.90 | L/S | 1 | $ 2,904.90 | |

| | | |
|---|---|---|
| **Sub Total(Trade Cost)** | | $ 11,019.65 |
| Tax | | $ - |
| General Contractor Fee 8% | | $ 881.57 |
| **Construction Cost** | | $ 11,901.22 |
| Architectural and Engineering fees | | $ - |
| Plan Check and Permit Fees | | $ - |
| Shipping and Delivery Fees | | $ - |
| Lessor's Cost | | $ - |
| Lessor's Overhead and Profit | | $ - |
| **GRAND TOTAL** | | $ 11,901.22 |

Notes :

Exclusions :

Attachment :

Brian Park                Date: 8/9/17
President, Philmont Management, Inc.

California Market Place    Date: 8/9/17

# Philmont Management, Inc.

3450 Wilshire Blvd. Suite 850
Los Angeles, CA 90010
Tel: (213) 380-0159 Fax: (213) 380-1459

| Project/Job | Etude Salon |
| --- | --- |
| | 450 S Western Ave 2nd Flr |
| | Los Angeles, CA |
| Date | August 21, 2017 |

## Change Order #11

Location:

2nd Floor

Reason for the change:

Installation of condensate drain line for next unit

| | DESCRIPTION | Price | Unit | QTY | Price | Remarks |
| --- | --- | --- | --- | --- | --- | --- |
| 0 | Division # 01 00 00<br>General requirements and insurance (5%) | $ 24.15 | L/S | 1 | $ 24.15 | |
| 1 | Division # 01 00 00<br>Provide and install condensate drain line with copper type "M". Connecting drain pipe from suite #216 to #221 main line. | $ 483.00 | L/S | 1 | $ 483.00 | |
| | | | | | | |

| | | |
| --- | --- | --- |
| Sub Total(Trade Cost) | $ | 507.15 |
| Tax | $ | - |
| General Contractor Fee          8% | $ | 40.57 |
| Construction Cost | $ | 547.72 |
| Architectural and Engineering fees | $ | - |
| Plan Check and Permit Fees | $ | - |
| Shipping and Delivery Fees | $ | - |
| Lessor's Cost | $ | - |
| Lessor's Overhead and Profit | $ | - |
| GRAND TOTAL. | $ | 547.72 |

Response due: ASAP
Schedule change: None

Notes :

Exclusions :

Attachment :

_Brian Park_  Date: 8/21/17
Brian Park
President, Philmont Management, Inc.

_____ 8/21/17
California Market Place          Date:

**Philmont Management, Inc.**

3450 Wilshire Blvd. Suite 850
Los Angeles, CA 90010
Tel: (213) 380-0155 Fax: (213) 380-1459

| Project/Job | Etude Salon |
|---|---|
| | 450 S Western Ave 2nd Flr |
| | Los Angeles, CA |
| Date | October 4, 2017 |

## Change Order #12_b(REVISED)

Location:
   2nd Floor

Response due: ASAP
Schedule change: None

Reason for the change:

   Change order and additional work for the Powder room per tenant's request.

| | DESCRIPTION | Price | Unit | QTY | Price | Remarks |
|---|---|---|---|---|---|---|
| 0 | Division # 01 00 00<br>General requirements and insurance (5%) | $ 120.58 | L/S | 1 | $ 120.58 | |
| 1 | Division # 01 00 00<br>Install additional pendant light in frot of vanity mirror with "Ceder&Moss Pendat 8 in" (Labor only, including J-box installation) | $ 150.00 | L/S | 1 | $ 150.00 | |
| 2 | Replace lavatory in poweder room including sink, faucet and P-trap with "WS bath collection Plain 45w, Kohler K-14402-4A (BGD: Brushed Gold) and WS bath collection #53922" | $ 2,021.61 | L/S | 1 | $ 2,021.61 | |
| 3 | Apply different color of peint (DE6325 or DE5821) | $ 240.00 | L/S | 1 | $ 240.00 | |

NOTE: No credit back for any materials, non-refundable / shipping rate is higher than material cost.
This Change Order is an addtion to Change Order #12_a

| | | |
|---|---|---|
| Sub Total(Trade Cost) | $ | 2,532.19 |
| Tax | $ | - |
| General Contractor Fee    8% | $ | 202.68 |
| Construction Cost | $ | 2,734.77 |
| Architectural and Engineering fees | $ | - |
| Plan Check and Permit Fees | $ | - |
| Shipping and Delivery Fees | $ | - |
| Lessor's Cost | $ | - |
| Lessor's Overhead and Profit | $ | - |
| | | |
| GRAND TOTAL | $ | 2,734.77 |

Notes :

Exclusions :

Attachment :

_Brian Park_     Date: 10/4/17
Brian Park
President, Philmont Management, Inc.

_[signature]_     10/4/17
California Market Place     Date:

## Philmont Management, Inc.

3450 Wilshire Blvd. Suite 850
Los Angeles, CA 90010
Tel:   (213) 380-0155 Fax: (213) 380-1459

| | |
|---|---|
| Project/Job | **Etude Salon** |
| | 450 S Western Ave 2nd Flr |
| | Los Angeles, CA |
| Date | September 19, 2017 |

# Change Order #12_a(REVISED)

**Location:**

2nd Floor

**Reason for the change:**

Change order of tile material for the Powder room per tenant's request.

| | DESCRIPTION | Price | Unit | QTY | Price | Remarks |
|---|---|---|---|---|---|---|
| D | Division # 01 00 00<br>General requirements and Insurance (5%) | $ 66.12 | L/S | 1 | $ 66.12 | |
| 1 | Division # 01 00 00<br>Replace floor tile with "Avalion Navy" cement tile | $ 1,322.40 | L/S | 1 | $ 1,322.40 | |

NOTE: No credit back for any materials, non-refundable / shipping rate is higher than material cost.

| | | | |
|---|---|---|---|
| **Sub Total(Trade Cost)** | | $ | **1,388.52** |
| Tax | | $ | - |
| General Contractor Fee | 8% | $ | 111.08 |
| **Construction Cost** | | $ | **1,499.60** |
| Architectural and Engineering fees | | $ | - |
| Plan Check and Permit Fees | | $ | - |
| Shipping and Delivery Fees | | $ | - |
| Lessor's Cost | | $ | - |
| Lessor's Overhead and Profit | | $ | - |
| **GRAND TOTAL** | | **$** | **1,499.60** |

Notes :

Exclusions :

Attachment :

_Brian Park_   Date: 9/19/17
Brian Park
President, Philmont Management, Inc.

_California Market Place_   Date: 9/19/17

Rev. due to pending by owner
& the Tenant.

9/19/17

**Philmont Management, Inc.**

3450 Wilshire Blvd. Suite 850
Los Angeles, CA 90010
Tel:  (213) 380-0155 Fax:  (213) 380-1459

| Project/Job | Etude Salon |
|---|---|
| | 450 S Western Ave 2nd Flr |
| | Los Angeles, CA |
| Date | September 9, 2017 |

## Change Order #13

Location:

2nd Floor

Response due: ASAP

Schedule change: None

Reason for the change:

Change order of plumbing & electrical work per laundry room modification, due to electrical panel clearance requirment (please see attached "170807_LaundryRoom_Modification").
Additional gas pipe connection to laundry room for laundry machines, was not included in original plumbing plan (please see attached gas diagram, "ETU-P32B", received from Corbel on 8/31/2017).

| | DESCRIPTION | Price | Unit | QTY | Price | Remarks |
|---|---|---|---|---|---|---|
| | Division # 01 00 00 | | | | | |
| 0 | General requirements and insurance (5%) | $ 264.27 | L/S | 1 | $ 264.27 | |
| | Division # 01 00 00 | | | | | |
| 1 | Demo existing plumbing pipe and repiping in laundry room per modification drawing (material + labor, overnight work) | $ 2,270.10 | L/S | 1 | $ 2,270.10 | |
| 2 | Demo existing electrical outlets and reinstall (5) outlets in laundry room per modification drawing | $ 600.00 | L/S | 1 | $ 600.00 | |
| 3 | Provide and run 1" gas pipe from water heater to laundry room (material +labor, inspection) | $ 2,415.35 | L/S | 1 | $ 2,415.35 | |

| | | | |
|---|---|---|---|
| Sub Total(Trade Cost) | | $ | 5,549.72 |
| Tax | | $ | - |
| General Contractor Fee | 8% | $ | 443.98 |
| **Construction Cost** | | $ | 5,993.70 |
| Architectural and Engineering fees | | $ | - |
| Plan Check and Permit Fees | | $ | - |
| Shipping and Delivery Fees | | $ | - |
| Lessor's Cost | | $ | - |
| Lessor's Overhead and Profit | | $ | - |
| **GRAND TOTAL** | | **$** | **5,993.70** |

Notes :

Exclusions :

Attachment : 170807_LaundryRoom_Modification , ETU-P32B

Brian Park                    Date: 9/12/17
President, Philmont Management, Inc.

California Market Place        Date: 9/14/17

**Philmont Management, Inc.**

3450 Wilshire Blvd. Suite 850
Los Angeles, CA 90010
Tel: (213) 380-0155 Fax: (213) 380-1459

Project/Job   **Etude Salon**
450 S Western Ave 2nd Flr
Los Angeles, CA

Date   September 20, 2017

# Change Order #14

Location:

2nd Floor

Response due: ASAP
Schedule change: None

Reason for the change:

Provide and install low voltage for central vacuum system. Original bid was not including low voltage work.

| | DESCRIPTION | Price | Unit | QTY | Price | Remarks |
|---|---|---|---|---|---|---|
| 0 | Division # 01 00 00<br>General requirements and Insurance (5%) | $ 80.40 | L/S | 1 | $ 80.40 | |
| 1 | Division # 01 00 00<br>Low voltage wiring run along the PVC pipe and provide and install (1) additional outlet | $ 960.00 | L/S | 1 | $ 960.00 | |
| 2 | Open (4) column wall for central vacuum installation and repair drwall and patching | $ 648.00 | L/S | 1 | $ 648.00 | |

| | | |
|---|---|---|
| Sub Total(Trade Cost) | $ | 1,688.40 |
| Tax | $ | - |
| General Contractor Fee          8% | $ | 135.07 |
| Construction Cost | $ | 1,823.47 |
| Architectural and Engineering fees | $ | - |
| Plan Check and Permit Fees | $ | - |
| Shipping and Delivery Fees | $ | - |
| Lessor's Cost | $ | - |
| Lessor's Overhead and Profit | $ | - |
| GRAND TOTAL | $ | 1,823.47 |

Notes :

Exclusions :

Attachment :

_Brian Park_ 9/21/17

Brian Park                                              Date:
President, Philmont Management, Inc.

_(signature)_ 10/25/17

California Market Place                      Date:

**Philmont Management, Inc.**

3450 Wilshire Blvd. Suite 850
Los Angeles, CA 90010
Tel: (213) 380-0159 Fax: (213) 380-1459

| Project/Job | Etude Salon |
|---|---|
| | 450 S Western Ave 2nd Flr |
| | Los Angeles, CA |
| Date | September 14, 2017 |

# Change Order #15

Location:

2nd Floor

Response due: ASAP
Schedule change: None

Reason for the change:

Provide and install with Bostik, Quartzlock2 urethan grout for tile installation per tenant's request,
additonal charge of using non-staining grout.

| | DESCRIPTION | Price | Unit | QTY | Price | Remarks |
|---|---|---|---|---|---|---|
| 0 | Division # 01 00 00<br>General requirements and Insurance (5%) | $ 202.40 | L/S | 1 | $ 202.40 | |
| 1 | Division # 01 00 00<br>Use of Quartzlock2 grout for tile installation | $ 4,048.00 | L/S | 1 | $ 4,048.00 | |

| | | |
|---|---|---|
| Sub Total(Trade Cost) | | $ 4,250.40 |
| Tax | | $ - |
| General Contractor Fee | 8% | $ 340.03 |
| Construction Cost | | $ 4,590.43 |
| Architectural and Engineering fees | | $ - |
| Plan Check and Permit Fees | | $ - |
| Shipping and Delivery Fees | | $ - |
| Lessor's Cost | | $ - |
| Lessor's Overhead and Profit | | $ - |
| GRAND TOTAL | | $ 4,590.43 |

Notes :

Exclusions :

Attachment :

Brian Park                                    9/14/17
Brian Park                    Date:
President, Philmont Management, Inc.

                              9/15/17
California Market Place          Date:

**Philmont Management, Inc.**

3450 Wilshire Blvd. Suite 850
Los Angeles, CA 90010
Tel:   (213) 380-0151 Fax: (213) 380-1459

| Project/Job | Etude Salon |
| --- | --- |
| | 450 S Western Ave 2nd Flr |
| | Los Angeles, CA |
| Date | September 20, 2017 |

## Change Order #16

Location:

2nd Floor

Reason for the change:

Provide floor tile material for Multi-Shop area, which was not included in original estimate.

Response due: ASAP

Schedule change: None

| | DESCRIPTION | Price | Unit | QTY | Price | Remarks |
| --- | --- | --- | --- | --- | --- | --- |
| 0 | Division # 01 00 00<br>General requirements and insurance (5%) | $ 202.40 | L/S | 1 | $ 202.40 | |
| 1 | Division # 01 00 00<br>Additional 800 S/F floor tile material with "Englewood wite wash" | $ 4,048.00 | L/S | 1 | $ 7,222.00 | |

| | | |
| --- | --- | --- |
| Sub Total(Trade Cost) | $ | 7,424.40 |
| Tax | $ | - |
| General Contractor Fee        8% | $ | 593.95 |
| Construction Cost | $ | 8,018.35 |
| Architectural and Engineering fees | $ | - |
| Plan Check and Permit Fees | $ | - |
| Shipping and Delivery Fees | $ | - |
| Lessor's Cost | $ | - |
| Lessor's Overhead and Profit | $ | - |
| GRAND TOTAL | $ | 8,018.35 |

Notes :

Exclusions :

Attachment :

_Brian Park_   9/21/17
Brian Park   Date:
President, Philmont Management, Inc.

_(signature)_   9/23/17
California Market Place   Date

**Philmont Management, Inc.**

3450 Wilshire Blvd. Suite 850
Los Angeles, CA 90010
Tel: (213) 380-0155 Fax: (213) 380-1459

| Project/Job | **Etude Salon** |
|---|---|
| | 450 S Western Ave 2nd Flr |
| | Los Angeles, CA |
| Date | September 23, 2017 |

## Change Order #17

Location:

2nd Floor

Response due: ASAP
Schedule change: None

Reason for the change:

Provide and install special ceiling Access panels for hard ceiling area per tenant's request.

| | DESCRIPTION | Price | Unit | QTY | Price | Remarks |
|---|---|---|---|---|---|---|
| 0 | Division # 01 00 00 <br> General requirements and Insurance (5%) | $ 59.11 | L/S | 1 | $ 59.11 | |
| 1 | Division # 01 00 00 <br> Special order of (8) 24"x24" Bauco II concealed ceiling access panels | $ 1,495.14 | L/S | 1 | $ 1,495.14 | |
| 2 | (8) 24"x24" ragular ceiling access panels | $ (312.85) | L/S | 1 | $ (312.85) | CREDIT |

| | | | |
|---|---|---|---|
| Sub Total(Trade Cost) | | $ | 1,241.40 |
| Tax | | $ | - |
| General Contractor Fee | 8% | $ | 99.31 |
| Construction Cost | | $ | 1,340.72 |
| Architectural and Engineering fees | | $ | - |
| Plan Check and Permit Fees | | $ | - |
| Shipping and Delivery Fees | | $ | - |
| Lessor's Cost | | $ | - |
| Lessor's Overhead and Profit | | $ | - |
| GRAND TOTAL | | $ | **1,340.72** |

Notes :

Exclusions :

Attachment :

_Brian Park_   9/26/17
Brian Park                    Date:
President, Philmont Management, Inc.

_(signature)_   9/29/17
California Market Place        Date:

**Philmont Management, Inc.**

3450 Wilshire Blvd. Suite 850
Los Angeles, CA 90010
Tel:   (213) 380-0159 Fax: (213) 380-1459

| Project/Job | **Etude Salon** |
|---|---|
| | 450 S Western Ave 2nd Flr |
| | Los Angeles, CA |
| Date | August 18, 2017 |

# Change Order #18

Location:
    2nd Floor

Response due: ASAP
Schedule change: None

Reason for the change:

    Additional millwork, scope of work cleared by Corbel

| | DESCRIPTION | Price | Unit | QTY | Price | Remarks |
|---|---|---|---|---|---|---|
| 0 | Division # 01 00 00<br>General requirements and insurance (5%) | $ 442.75 | L/S | 1 | $ 442.75 | |
| 1 | Division # 01 00 00<br>Mill work of :<br>Make up room<br>(lighting frame & clear Mirror 185"x60")<br>Hair station<br>(Change from 1/2" glass shelf, (27)1" plastic cast white)<br>Shelving<br>(Change from metal frames, Plastic laminated wood frame)<br>Retail counter | $ 8,855.00 | L/S | 1 | $ 8,855.00 | |

| | | | |
|---|---|---|---|
| Sub Total(Trade Cost) | | $ | 9,297.75 |
| Tax | | $ | - |
| General Contractor Fee | 8% | $ | 743.82 |
| Construction Cost | | $ | 10,041.57 |
| Architectural and Engineering fees | | $ | - |
| Plan Check and Permit Fees | | $ | - |
| Shipping and Delivery Fees | | $ | - |
| Lessor's Cost | | $ | - |
| Lessor's Overhead and Profit | | $ | - |
| GRAND TOTAL | | $ | 10,041.57 |

Notes :

Exclusions :

Attachment :

Brian Park        Date: 8/18/17
President, Philmont Management, Inc.

California Market Place      Date: 1/15/18

**Philmont Management, Inc.**

3450 Wilshire Blvd. Suite 850
Los Angeles, CA 90010
Tel:  (213) 380-0155 Fax:  (213) 380-1459

| Project/Job | Etude Salon |
|---|---|
| | 450 S Western Ave 2nd Flr |
| | Los Angeles, CA |
| Date | October 5, 2017 |

# Change Order #19

**Location:**

2nd Floor

**Reason for the change:**

Additional track materials due to wastage. Exchage current limiter to different AMPs.

**Response due:** ASAP
**Schedule change:** None

| | DESCRIPTION | Price | Unit | QTY | Price | Remarks |
|---|---|---|---|---|---|---|
| 0 | Division # 01 00 00 **General requirements and insurance (5%)** | $ 71.92 | L/S | 1 | $ 71.92 | |
| 1 | Division # 01 00 00 (11)2A &5A WAC Track Limiter (16) Connector (5) WAC lighting 4ft H Track (5) WAC lighting 8ft H Track | $ 1,438.34 | L/S | 1 | $ 1,438.34 | |

| | | |
|---|---|---|
| Sub Total(Trade Cost) | $ | 1,510.26 |
| Tax | $ | - |
| General Contractor Fee        8% | $ | 120.82 |
| **Construction Cost** | $ | 1,631.08 |
| Architectural and Engineering fees | $ | - |
| Plan Check and Permit Fees | $ | - |
| Shipping and Delivery Fees | $ | - |
| Lessor's Cost | $ | - |
| Lessor's Overhead and Profit | $ | - |
| **GRAND TOTAL** | **$** | **1,631.08** |

Notes : RESTOCKING CHARGE IS TBD

Exclusions :

Attachment :

Brian Park                      Date: 10/5/17
President, Philmont Management, Inc.

California Market Place          Date: 10/5/17

## Philmont Management, Inc.

3450 Wilshire Blvd. Suite 850
Los Angeles, CA 90010
Tel: (213) 380-0155 Fax: (213) 380-1459

| | |
|---|---|
| Project/Job | **Etude Salon**<br>450 S Western Ave 2nd Flr<br>Los Angeles, CA |
| Date | October 15, 2017 |

## Change Order #20

**Location:**
2nd Floor

**Response due:** ASAP
**Schedule change:** None

**Reason for the change:**

Additional water line work in reception area per tenant's request.

| | DESCRIPTION | Price | Unit | QTY | Price | Remarks |
|---|---|---|---|---|---|---|
| 0 | Division # 01 60 00<br>General requirements and Insurance (5%) | $ 53.39 | L/S | 1 | $ 53.39 | |
| 1 | Division # 01 00 00<br>Provide and run (1) 1/2" copper pipe from water main (material + labor) | $ 1,067.82 | L/S | 1 | $ 1,067.82 | |
| | | | | | | |

| | |
|---|---|
| **Sub Total(Trade Cost)** | $ 1,121.21 |
| Tax | $ - |
| General Contractor Fee          8% | $ 89.70 |
| **Construction Cost** | $ 1,210.91 |
| Architectural and Engineering fees | $ - |
| Plan Check and Permit Fees | $ - |
| Shipping and Delivery Fees | $ - |
| Lessor's Cost | $ - |
| Lessor's Overhead and Profit | $ - |
| **GRAND TOTAL** | **$        1,210.91** |

**Notes :** Additional change order for  water line work in waiting area will follow after inspection.

**Exclusions :**

**Attachment :** 450_ETUDE_PLBG_02 - Revised DK

Brian Park                    Date: 10/16/17
President, Philmont Management, Inc.

California Market Place                    Date: 10/16/17

**Philmont Management, Inc.**

3450 Wilshire Blvd. Suite 850
Los Angeles, CA 90010
Tel: (213) 380-015! Fax: (213) 380-1459

| | |
|---|---|
| Project/Job | **Etude Salon** |
| | 450 S Western Ave 2nd Flr |
| | Los Angeles, CA |
| Date | October 16, 2017 |

## Change Order #21

**Location:**

    2nd Floor

**Response due:** ASAP
**Schedule change:** None

**Reason for the change:**

    Waterproofing work for planter box area per tenan's request.

| | DESCRIPTION | Price | Unit | QTY | Price | Remarks |
|---|---|---|---|---|---|---|
| 0 | Division # 01 00 00<br>General requirements and insurance (5%) | $ 138.00 | L/S | 1 | $ 138.00 | |
| 1 | Division # 01 00 00<br>(3) Planter boxes waterproofing | $ 2,160.00 | L/S | 1 | $ 2,160.00 | |
| 2 | Stainless steel schluter for planter boxes | $ 600.00 | L/S | 1 | $ 600.00 | |

| | | |
|---|---|---|
| Sub Total(Trade Cost) | $ | 2,898.00 |
| Tax | $ | - |
| General Contractor Fee    8% | $ | 231.84 |
| **Construction Cost** | $ | 3,129.84 |
| Architectural and Engineering fees | $ | - |
| Plan Check and Permit Fees | $ | - |
| Shipping and Delivery Fees | $ | - |
| Lessor's Cost | $ | - |
| Lessor's Overhead and Profit | $ | - |
| **GRAND TOTAL** | $ | **3,129.84** |

**Notes :**

**Exclusions :**

**Attachment :**

| | |
|---|---|
| _signature_ 10/16/17 | _signature_ 10/16/17 |
| Bean Park    Date: | California Market Place    Date: |
| President, Philmont Management, Inc. | |

**Philmont Management, Inc.**

3450 Wilshire Blvd. Suite 850
Los Angeles, CA 90010
Tel: (213) 380-0155 Fax: (213) 380-1459

| Project/Job | Etude Salon |
|---|---|
| | 450 S Western Ave 2nd Flr |
| | Los Angeles, CA |
| Date | October 26, 2017 |

# Change Order #22

Location:
    2nd Floor

Response due: ASAP
Schedule change: None

Reason for the change:

    Additional matrial cost for ADA bench, due to high cost product selection per tenan's request (please see attached).

| | DESCRIPTION | Price | Unit | QTY | Price | Remarks |
|---|---|---|---|---|---|---|
| 0 | Division # 01 00 00<br>General requirements and insurance (5%) | $ 14.73 | L/S | 1 | $ 14.73 | |
| 1 | Division # 01 00 00<br>The cost difference between original product and selected product, "ASI plastic Bench" with (2 Bases) steel tube pedestal bases (Original product price was $167.99/ea) | $ 294.52 | L/S | 1 | $ 294.52 | |
| | | | | | | |

| | | | |
|---|---|---|---|
| Sub Total(Trade Cost) | | $ | 309.25 |
| Tax | | $ | - |
| General Contractor Fee      8% | | $ | 24.74 |
| **Construction Cost** | | $ | 333.99 |
|     Architectural and Engineering fees | | $ | - |
|     Plan Check and Permit Fees | | $ | - |
|     Shipping and Delivery Fees | | $ | - |
|     Lessor's Cost | | $ | - |
|     Lessor's Overhead and Profit | | $ | - |
| **GRAND TOTAL** | | **$** | **333.99** |

Notes :

Exclusions :

Attachment : "HCS_ASI_PlasticBench"

Brian Park      10/26/17      Date:
President, Philmont Management, Inc.

                                                               10/30/17      Date:
                                               California Market Place

**Philmont Management, Inc.**

3450 Wilshire Blvd. Suite 850
Los Angeles, CA 90010
Tel: (213) 380-0155 Fax: (213) 380-1459

| Project/Job | Etude Salon |
|---|---|
| | 450 S Western Ave 2nd Flr |
| | Los Angeles, CA |
| Date | October 26, 2017 |

## Change Order #23

**Location:**
   2nd Floor

**Response due:** ASAP
**Schedule change:** None

**Reason for the change:**

Change order of glass wall and door for Make-up and Tattoo room area per tenant's request.

| | DESCRIPTION | Price | Unit | QTY | Price | Remarks |
|---|---|---|---|---|---|---|
| 0 | Division # 01 00 00 General requirements and insurance (5%) | $ 36.00 | L/S | 1 | $ 36.00 | |
| 1 | Division # 01 00 00 Revised glass wall size of 56" x 96" for Tattoo room (was 36" x 96") | $ 720.00 | L/S | 1 | $ 720.00 | |
| 2 | Remove door in tattoo room area | $ (2,000.00) | L/S | 1 | $ (2,000.00) | CREDIT |

| | | | |
|---|---|---|---|
| **Sub Total(Trade Cost)** | | $ | **(1,244.00)** |
| Tax | | $ | - |
| General Contractor Fee | 8% | $ | 60.48 |
| **Construction Cost** | | $ | **(1,183.52)** |
| Architectural and Engineering fees | | $ | - |
| Plan Check and Permit Fees | | $ | - |
| Shipping and Delivery Fees | | $ | - |
| Lessor's Cost | | $ | - |
| Lessor's Overhead and Profit | | $ | - |
| **GRAND TOTAL** | | **$** | **(1,183.52)** |

Notes :

Exclusions :

Attachment :

_____  10/26/17
Brian Park    Date:
President, Philmont Management, Inc.

_____  10/30/17
California Market Place    Date:

**Philmont Management, Inc.**

3450 Wilshire Blvd. Suite 850
Los Angeles, CA 90010
Tel: (213) 380-0159 Fax: (213) 380-1459

| Project/Job | **Etude Salon** |
| --- | --- |
| | 450 S Western Ave 2nd Flr |
| | Los Angeles, CA |
| Date | October 30, 2017 |

# Change Order #24

Location:
    2nd Floor

Response due: ASAP
Schedule change: None

Reason for the change:

    Build a dressing room (was not included in original bid set), phone board and (1) outlet in office per tenant's request.

| | DESCRIPTION | Price | Unit | QTY | Price | Remarks |
| --- | --- | --- | --- | --- | --- | --- |
| 0 | Division # 01 00 00<br>General requirements and insurance (5%) | $ 82.25 | L/S | 1 | $ 82.25 | |
| 1 | Division # 01 00 00<br>Installation of metal stud wall and ceilig frame for dressing room (include patching, taping and painting) | $ 1,123.68 | L/S | 1 | $ 1,123.68 | |
| 2 | Provide and install 1/2" fire rated plywood and (1)Dedicated outlet | $ 521.40 | L/S | 1 | $ 521.40 | |

| Sub Total(Trade Cost) | | $ | 1,727.33 |
| --- | --- | --- | --- |
| | Tax | $ | - |
| | General Contractor Fee    8% | $ | 138.19 |
| Construction Cost | | $ | 1,865.52 |
| | Architectural and Engineering fees | $ | - |
| | Plan Check and Permit Fees | $ | - |
| | Shipping and Delivery Fees | $ | - |
| | Lessor's Cost | $ | - |
| | Lessor's Overhead and Profit | $ | - |
| GRAND TOTAL | | $ | 1,865.52 |

Notes :

Exclusions :

Attachment :

_Brian Park_ 10/30/17

Brian Park    Date:
President, Philmont Management, Inc.

12/30/17

California Market Place    Date:

**Philmont Management, Inc.**

3450 Wilshire Blvd. Suite 850
Los Angeles, CA 90010
Tel: (213) 380-0155 Fax: (213) 380-1459

| Project/Job | Etude Salon |
|---|---|
| | 450 S Western Ave 2nd Flr |
| | Los Angeles, CA |
| Date | December 1, 2017 |

## Change Order #25

Location:

2nd Floor

Response due: ASAP

Schedule change: None

Reason for the change:

Additional outlet installation in tattoo room and recess light installation in counter divider area per tenant's request. Additional power installation for hand dryers, not showing on the original electrical plan. Original bid was not including exit sign and emergency light materials.

| | DESCRIPTION | Price | Unit | QTY | Price | Remarks |
|---|---|---|---|---|---|---|
| 0 | Division # 01 00 00 General requirements and insurance (5%) | $ 180.85 | L/S | 1 | $ 180.85 | |
| 1 | Division # 01 00 00 Install (3) power for hand dryers Install (2) new outlet in tattoo room Install (6) new WAC recessed light or equal | $ 3,105.00 | L/S | 1 | $ 3,105.00 | |
| 2 | (2) Exit sign, (9) Emergency light and (4) Combo unit (material only) | $ 512.03 | L/S | 1 | $ 512.03 | |

| | | | |
|---|---|---|---|
| Sub Total(Trade Cost) | | $ | 3,797.88 |
| Tax | | $ | - |
| General Contractor Fee | 8% | $ | 303.83 |
| Construction Cost | | $ | 4,101.71 |
| Architectural and Engineering fees | | $ | - |
| Plan Check and Permit Fees | | $ | - |
| Shipping and Delivery Fees | | $ | - |
| Lessor's Cost | | $ | - |
| Lessor's Overhead and Profit | | $ | - |
| GRAND TOTAL | | $ | 4,101.71 |

Notes :

Exclusions :

Attachment :

Brian Park                Date: 12/01/17
President, Philmont Management, Inc.

California Market Place      Date: 1/1/18

**Philmont Management, Inc.**

3450 Wilshire Blvd. Suite 850
Los Angeles, CA 90010
Tel:   (213) 380-0151 Fax: (213) 380-1459

| Project/Job | Etude Salon |
| --- | --- |
| | 450 S Western Ave 2nd Flr |
| | Los Angeles, CA |
| Date | December 5, 2017 |

## Change Order #28

Location:
   2nd Floor

Response due: ASAP

Schedule change: None

Reason for the change:

   Trap primer installation per inspector's request.

| | DESCRIPTION | Price | Unit | QTY | Price | Remarks |
| --- | --- | --- | --- | --- | --- | --- |
| 0 | Division # 01 00 00<br>General requirements and insurance (5%) | $   277.56 | L/S | 1 | $   277.56 | |
| 1 | Division # 01 00 00<br>Provide and install (8) trap primer with relate piping Include core drilling (material + labor) | $  5,551.13 | L/S | 1 | $  5,551.13 | |

| | | |
| --- | --- | --- |
| Sub Total(Trade Cost) | | $   5,828.69 |
| Tax | | $        - |
| General Contractor Fee          8% | | $     466.29 |
| **Construction Cost** | | $   6,294.98 |
| Architectural and Engineering fees | | $        - |
| Plan Check and Permit Fees | | $        - |
| Shipping and Delivery Fees | | $        - |
| Lessor's Cost | | $        - |
| Lessor's Overhead and Profit | | $        - |
| **GRAND TOTAL** | | $    6,294.98 |

Notes :

Exclusions :

Attachment :

_Brian Park_      Date: 12/5/17
Brian Park
President, Philmont Management, Inc.

_(signature)_      12/5/17
California Market Place      Date

**Philmont Management, Inc.**

3450 Wilshire Blvd. Suite 850
Los Angeles, CA 90010
Tel: (213) 380-0155 Fax: (213) 380-1459

| Project/Job | Etude Salon |
|---|---|
| | 450 S Western Ave 2nd Flr |
| | Los Angeles, CA |
| Date | December 21, 2017 |

## Change Order #29

Location:

    2nd Floor

Response due: ASAP

Schedule change: None

Reason for the change:

    Additional stone countertop installation per tenant's request in retail shop area. Refer to email from Corbel on 12/12/2017 "reception table in retail area - Stone work".

| | DESCRIPTION | Price | Unit | QTY | Price | Remarks |
|---|---|---|---|---|---|---|
| | Division # 01 00 00 | | | | | |
| 0 | General requirements and insurance (5%) | $ 138.00 | L/S | 1 | $ 138.00 | |
| | Division # 01 80 00 | | | | | |
| 1 | Stone countertop installation (material + labor) | $ 2,760.00 | L/S | 1 | $ 2,760.00 | |

| Sub Total(Trade Cost) | | $ 2,898.00 |
|---|---|---|
| Tax | | $ - |
| General Contractor Fee | 8% | $ 231.84 |
| **Construction Cost** | | **$ 3,129.84** |
| Architectural and Engineering fees | | $ - |
| Plan Check and Permit Fees | | $ - |
| Shipping and Delivery Fees | | $ - |
| Lessor's Cost | | $ - |
| Lessor's Overhead and Profit | | $ - |
| **GRAND TOTAL** | | **$ 3,129.84** |

Notes :

Exclusions :

Attachment :

Brian Park    Date: 12/21/17
President, Philmont Management, Inc.

California Market Place    Date: 1/4/18

**Philmont Management, Inc.**

3450 Wilshire Blvd. Suite 850
Los Angeles, CA 90010
Tel: (213) 380-0151 Fax: (213) 380-1459

| Project/Job | Etude Salon |
|---|---|
| | 450 S Western Ave 2nd Flr |
| | Los Angeles, CA |
| Date | December 26, 2017 |

## Change Order #30

Location:
    2nd Floor

Response due: ASAP
Schedule change: None

Reason for the change:

    Additional glass & acrylic resin panels installation per tenant's request.
    Refer to email from Corbel on 12.12.2017 "glass & acrylic resin panels.

| | DESCRIPTION | Price | Unit | QTY | Price | Remarks |
|---|---|---|---|---|---|---|
| 0 | Division # 01 00 00<br>General requirements and insurance (5%) | $ 205.00 | L/S | 1 | $ 205.00 | |
| 1 | Division # 01 00 00<br>Regular acrylic panel installation at metal work area.<br>- 20 of 4' x8' acrylic panel | $ 1,520.00 | L/S | 1 | $ 1,520.00 | |
| 2 | (50) Clear temperd glass installation for bookcases | $ 2,040.00 | L/S | 1 | $ 2,040.00 | |
| 3 | Clear temperd glass installation for clothing shelves | $ 540.00 | L/S | 1 | $ 540.00 | |

| Sub Total(Trade Cost) | | | $ | 4,305.00 |
|---|---|---|---|---|
| Tax | | | $ | - |
| General Contractor Fee | 8% | | $ | 344.40 |
| Construction Cost | | | $ | 4,649.40 |
| Architectural and Engineering fees | | | $ | - |
| Plan Check and Permit Fees | | | $ | - |
| Shipping and Delivery Fees | | | $ | - |
| Lessor's Cost | | | $ | - |
| Lessor's Overhead and Profit | | | $ | - |
| GRAND TOTAL | | | $ | 4,649.40 |

Notes :

Exclusions :

Attachment :

_Brian Park_    2/3/18

Brian Park    Date:
President, Philmont Management, Inc.

_California Market Place_   1/1/18.

California Market Place    Date:

**Philmont Management, Inc.**

3450 Wilshire Blvd. Suite 850
Los Angeles, CA 90010
Tel:   (213) 380-0159 Fax: (213) 380-1459

| Project/Job | Etude Salon |
|---|---|
| | 450 S Western Ave 2nd Flr |
| | Los Angeles, CA |
| Date | January 9, 2018 |

## Change Order #31

Location:
    2nd Floor

Response due: ASAP
Schedule change: None

Reason for the change:

Additional matrial and installation cost for vertical garden planter, due to product size, QTY and installation method. Original product cannot be used due to the item can only be used as water holding system. "Worth Garden olive Green Self-Watering" can be used with automatic drip irrigation system.

| | DESCRIPTION | Price | Unit | QTY | Price | Remarks |
|---|---|---|---|---|---|---|
| 0 | Division # 01 00 00<br>General requirements and insurance (6%) | $ 602.18 | L/S | 1 | $ 602.18 | |
| 1 | Division # 01 00 00<br>Provide and Install vertical garden pelt pocket type installation (Indoor Waterproof 12 Pocket vertical living green wall planter Price : $39.95, QTY:46, 29" W x 33" H) | $ (2,500.00) | L/S | 1 | $ (2,500.00) | CREDIT |
| 2 | 3 Pockets Vertical Wall Garden Planters (Worth Garden olive Green Self-Watering, Price: $18.35, QTY:391, 19" L x 7"W x 6.7"H)- Material only | $ 8,993.67 | L/S | 1 | $ 8,993.67 | |
| 3 | 3 Pockets Vertical Wall Garden Planters Installation - Labor (Planter need to be installed layerby layer against wall, screwed by keel each 3-5 layer). | $ 3,050.00 | L/S | 1 | $ 3,050.00 | |

| | | |
|---|---|---|
| Sub Total(Trade Cost) | | $ 10,146.85 |
| Tax | | $ - |
| General Contractor Fee       8% | | $ 811.67 |
| Construction Cost | | $ 10,957.52 |
| Architectural and Engineering fees | | $ - |
| Plan Check and Permit Fees | | $ - |
| Shipping and Delivery Fees | | $ - |
| Lessor's Cost | | $ - |
| Lessor's Overhead and Profit | | $ - |
| GRAND TOTAL | $ | 10,957.52 |

Notes :

Exclusions :

Attachment :

_Brian Park_      Date: 1/9/18
Brian Park
President, Philmont Management, Inc.

_signature_      1/9/18
California Market Place      Date:

# Philmont Management, Inc.

3450 Wilshire Blvd. Suite 850
Los Angeles, CA 90010
Tel: (213) 380-0151 Fax: (213) 380-1450

| Project/Job | Etude Salon |
|---|---|
| | 450 S Western Ave 2nd Flr |
| | Los Angeles, CA |
| Date | January 12, 2018 |

## Change Order #32

**Location:**
2nd Floor

**Response due:** ASAP
**Schedule change:** None

**Reason for the change:**

Restroom Mirror size changes and additional LED strip light installation per tenant's request

| | DESCRIPTION | Price | Unit | QTY | Price | Remarks |
|---|---|---|---|---|---|---|
| 0 | Division # 01 00 00 | | | | | |
| | General requirements and insurance (5%) | $ 70.35 | L/S | 1 | $ 70.35 | |
| 1 | Division # 01 00 00 | | | | | |
| | Provide and install 1/4" clear mirror with 1" bevel polished, 2 of 22" X 67 3/4" 1 of 22" x 67 3/8" $855.50 (Cost difference with 3 of 22" x 46" mirror $448.50, that was shown is original drawing) | $ 207.00 | L/S | 1 | $ 207.00 | |
| 2 | Provide and install LED strip light back side of mirror install (3) 16' LED strip light install (3) 70W LED driver | $ 1,200.00 | L/S | 1 | $ 1,200.00 | |

| | | | |
|---|---|---|---|
| **Sub Total(Trade Cost)** | | $ | 1,477.35 |
| Tax | | $ | - |
| General Contractor Fee | 8% | $ | 118.19 |
| **Construction Cost** | | $ | 1,695.54 |
| Architectural and Engineering fees | | $ | - |
| Plan Check and Permit Fees | | $ | - |
| Shipping and Delivery Fees | | $ | - |
| Lessor's Cost | | $ | - |
| Lessor's Overhead and Profit | | $ | - |
| **GRAND TOTAL** | | **$** | **1,595.54** |

Notes :

Exclusions :

Attachment : RESTROOM ELEVATION

_Brian Park_ Date: 1/12/18
Brian Park
President, Philmont Management, Inc.

_signature_ 1/15/18
California Market Place Date:

**Philmont Management, Inc.**

3450 Wilshire Blvd. Suite 850
Los Angeles, CA 90010
Tel:  (213) 380-0155 Fax: (213) 380-1459

| Project/Job | Etude Salon |
|---|---|
| | 450 S Western Ave 2nd Flr |
| | Los Angeles, CA |
| Date | January 12, 2018 |

# Change Order #33

Location:

2nd Floor

Reason for the change:

Toilet flush valves and faucet in powder room need to be changed per inspector's request.

Response due: ASAP
Schedule change: None

| # | DESCRIPTION | Price | Unit | QTY | Price | Remarks |
|---|---|---|---|---|---|---|
| | Division # 01 00 00 | | | | | |
| 0 | General requirements and insurance (5%) | $ 67.50 | L/S | 1 | $ 67.50 | |
| | Division # 01 00 00 | | | | | |
| 1 | Change of toilet flush valve vacuum breakers | $ 280.00 | EACH | 3 | $ 840.00 | |
| 2 | Provide and install faucet and mixing valve in powder room per inspection's request | $ 510.00 | L/S | 1 | $ 510.00 | |

| | | |
|---|---|---|
| Sub Total(Trade Cost) | $ | 1,417.50 |
| Tax | $ | - |
| General Contractor Fee    8% | $ | 113.40 |
| Construction Cost | $ | 1,530.90 |
| Architectural and Engineering fees | $ | - |
| Plan Check and Permit Fees | $ | - |
| Shipping and Delivery Fees | $ | - |
| Lessor's Cost | $ | - |
| Lessor's Overhead and Profit | $ | - |
| GRAND TOTAL | $ | 1,530.90 |

Notes :

Exclusions :

Attachment :

_(signature)_  1/14/18
Brian Park                        Date:
President, Philmont Management, Inc.

_(signature)_  1/15/18
California Market Place        Date:

**Philmont Management, Inc.**

3450 Wilshire Blvd. Suite 850
Los Angeles, CA 90010
Tel:  (213) 380-0151 Fax: (213) 380 1459

| Project/Job | **Etude Salon** |
| --- | --- |
| | 450 S Western Ave 2nd Flr |
| | Los Angeles, CA |
| Date | January 19, 2018 |

## Change Order #34

Location:

    2nd Floor

Response due:  ASAP

Schedule change:  None

Reason for the change:

    Additional closet for water heater area and mirror and mirror frame for hood system area per tenant's request.

| | DESCRIPTION | Price | Unit | QTY | Price | Remarks |
| --- | --- | --- | --- | --- | --- | --- |
| 0 | Division # 01 00 00<br>General requirements and insurance (5%) | $ 295.80 | L/S | 1 | $ 295.80 | |
| 1 | Division # 01 00 00<br>Water heater cover cabinet<br>Mirror framing with custom metal finish | $ 4,260.00 | L/S | 1 | $ 4,260.00 | |
| 2 | Mirror installation for Hood system area | $ 1,656.00 | L/S | 1 | $ 1,656.00 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | |
| --- | --- | --- |
| **Sub Total(Trade Cost)** | $ | 6,211.80 |
| Tax | $ | |
| General Contractor Fee          8% | $ | 496.94 |
| **Construction Cost** | $ | 6,708.74 |
| Architectural and Engineering fees | $ | - |
| Plan Check and Permit Fees | $ | - |
| Shipping and Delivery Fees | $ | - |
| Lessor's Cost | $ | - |
| Lessor's Overhead and Profit | $ | - |

| **GRAND TOTAL** | $ | **6,708.74** |
| --- | --- | --- |

Notes :

Exclusions :

Attachment : ELEV.WATER HEATER CLOSET - MILLWORK, A7.04 - MILLWORKS DETAILS

Brian Park          Date:
President, Philmont Management, Inc.

California Market Place          Date:  1/19/18.

**Philmont Management, Inc.**

3450 Wilshire Blvd. Suite 850
Los Angeles, CA 90010
Tel:   (213) 380-015! Fax: (213) 380-1459

| Project/Job | **Etude Salon** |
| --- | --- |
| | 450 S Western Ave 2nd Flr |
| | Los Angeles, CA |
| Date | February 2, 2018 |

## Change Order #35

**Location:**

2nd Floor

| Response due: | ASAP |
| --- | --- |
| Schedule change: | None |

**Reason for the change:**

Additional window film installation and acrylic panel installation per tenant's request.
Acrylic panels for 2 doors were not included in CO#30.

| DESCRIPTION | Price | Unit | QTY | Price | Remarks |
| --- | --- | --- | --- | --- | --- |
| Division # 01 00 00 | | | | | |
| 0   General requirements and insurance (5%) | $ 72.06 | L/S | 1 | $ 72.06 | |
| Division # 01 00 00 | | | | | |
| 1   Window film installation at Make-up room and Tattoo room window panels | $ 582.12 | L/S | 1 | $ 582.12 | |
| 2   Regular acrylic panel installatin for two metal doors | $ 859.00 | L/S | 1 | $ 859.00 | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | |
| --- | --- | --- |
| Sub Total(Trade Cost) | $ | 1,513.18 |
| Tax | $ | - |
| General Contractor Fee          8% | $ | 121.05 |
| Construction Cost | $ | 1,634.23 |
| Architectural and Engineering fees | $ | - |
| Plan Check and Permit Fees | $ | - |
| Shipping and Delivery Fees | $ | - |
| Lessor's Cost | $ | - |
| Lessor's Overhead and Profit | $ | - |
| GRAND TOTAL | $ | 1,634.23 |

Notes :

Exclusions :

Attachment :

Brian Park                     Date: 2/2/18
President, Philmont Management, Inc.

California Market Place          Date: 2/6/18

**Philmont Management, Inc.**

3450 Wilshire Blvd. Suite 850
Los Angeles, CA 90010
Tel: (213) 380-0155 Fax: (213) 380-1459

| Project/Job | Etude Salon |
|---|---|
| | 450 S Western Ave 2nd Flr |
| | Los Angeles, CA |
| Date | April 4, 2018 |

## Change Order #36

Location:

2nd Floor

Response due: ASAP
Schedule change: None

Reason for the change:

Additional electrical work for final inspection and additional outlets for store sign & logo.

| | DESCRIPTION | Price | Unit | QTY | Price | Remarks |
|---|---|---|---|---|---|---|
| | Division # 01 00 00 | | | | | |
| 0 | General requirements and insurance (5%) | $ 114.00 | L/S | 1 | $ 114.00 | |
| | Division # 01 00 00 | | | | | |
| 1 | Provide and install (4) GFI breaker and rewire to make gound fault outlet<br>Provide (2) new outlet for store sign and and (1) new outlet for store logo<br>Provide and install (2) Monumental electrical outlet | $ 2,280.00 | L/S | 1 | $ 2,280.00 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Sub Total(Trade Cost) | | $ 2,394.00 |
|---|---|---|
| Tax | | $ - |
| General Contractor Fee | 8% | $ 191.52 |
| **Construction Cost** | | $ 2,585.52 |
| Architectural and Engineering fees | | $ - |
| Plan Check and Permit Fees | | $ - |
| Shipping and Delivery Fees | | $ - |
| Lessor's Cost | | $ - |
| Lessor's Overhead and Profit | | $ - |
| **GRAND TOTAL** | | $ 2,585.52 |

Notes : If there are any alteration or deviation to the plans that has been provided for the original proposal, the price is subject to be changed.

Exclusions :

Attachment :

_Brian Park_ 4/5/18
Brian Park    Date:
President, Philmont Management, Inc.

_____ 4/4/18
California Market Place    Date:

**Philmont Management, Inc.**

3450 Wilshire Blvd. Suite 850
Los Angeles, CA 90010
Tel: (213) 380-0159 Fax: (213) 380-1459

| Project/Job | Etude Salon |
|---|---|
| | 450 S Western Ave 2nd Flr |
| | Los Angeles, CA |
| Date | April 10, 2018 |

# Change Order #37

Location:

    2nd Floor

Reason for the change:

    ADA sink replacement in lunch room for plumbing final inspection.

Response due: ASAP
Schedule change: None

| | DESCRIPTION | Price | Unit | QTY | Price | Remarks |
|---|---|---|---|---|---|---|
| 0 | Division # 01 00 00<br>General requirements and insurance (5%) | $ 68.70 | L/S | 1 | $ 68.70 | |
| 1 | Division # 01 00 00<br>Provide and re-install kitching sink (ELUHAD281650PD) and faucet to meet ADA requirement. | $ 1,374.00 | L/S | 1 | $ 1,374.00 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | |
|---|---|---|
| Sub Total(Trade Cost) | $ | 1,442.70 |
| Tax | $ | - |
| General Contractor Fee    8% | $ | 115.42 |
| Construction Cost | $ | 1,558.12 |
| Architectural and Engineering fees | $ | - |
| Plan Check and Permit Fees | $ | - |
| Shipping and Delivery Fees | $ | - |
| Lessor's Cost | $ | - |
| Lessor's Overhead and Profit | $ | - |
| GRAND TOTAL | $ | 1,558.12 |

Notes :

Exclusions :

Attachment :

Brian Park    Date: 4/10/18
President, Philmont Management, Inc.

California Market Place    Date: 4/10/18

# APPLICATION FOR PAYMENT

TO OWNER :

Etude
450 Western Ave #221
Los Angeles, Ca 90010

PROJECT :

Etude
450 Western Ave #221
Los Angeles, Ca 90010

INVOICE #          450-221

Date          6/30/2018

FROM CONTRACTOR: Phimont Management, Inc.
3540 Wilshire Blvd., # 850
Los Angeles, Ca 90010

## ANALYSIS OF CONTRACT AMOUNT TO DATE

| | |
|---|---|
| 1. Total Contract Amount | 900,196.00 |
| 2. Net Amount of Change Orders | 354,399.05 |
| 3. Total Amount of Soft Cost | 49,477.07 |
| 4. Contract Sum to Date ( Line 1+2+3 ) | 1,304,072.12 |

## ANALYSIS OF WORK PERFORMED

| | |
|---|---|
| 5. Total Complete & Stored to Date | 1,304,072.12 |
| 6. Past Due Invoice for payment | 1,304,072.12 |
| 7. Interest Charges | 110,563.97 |
| 8. Current Payment Due & Interest Charges (Line 6+7) | 1,414,636.09 |
| 9. Balance to Finish | 0.00 |

The undersigned Contractor certifies that to the best of Contractor's knowledge, information and belief the Work covered by this Application for payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which Certificates for payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR :

By :

Date :

CONTINUATION SHEET

PROJECT NAME : Etude 450-221
INVOICE PERIOD TO : 6/30/2018

| A ITEM # | B DESCRIPTION OF WORK | C SCHEDULED VALUE | F WORK COMPLETED PREVIOUS COMPLETED | G NET AMOUNT THIS PERIOD | H TOTAL COMPLETED TO DATE | J % | K BALANCE TO FINISH (C-H) |
|---|---|---|---|---|---|---|---|
| 1000 | General conditions | 42,931.00 | 42,931.00 | | 42,931.00 | 100% | 0.00 |
| 2100 | Demolition | 0.00 | 0.00 | | 0.00 | | |
| 5000 | Metal | 0.00 | 0.00 | | 0.00 | | |
| 6000 | Casework & Millwork | 0.00 | 0.00 | | 0.00 | | |
| 70000 | Thermal & Moisture Protection | 3,504.00 | 3,504.00 | | 3,504.00 | 100% | 0.00 |
| 8100 | Door & Frame and Hardware installation | 18,420.00 | 18,420.00 | | 18,420.00 | 100% | 0.00 |
| 8500 | Windows and Glass work | 47,256.00 | 47,256.00 | | 47,256.00 | 100% | 0.00 |
| 9210 | Drywall & Metal Frame Work | 97,236.00 | 97,236.00 | | 97,236.00 | 100% | 0.00 |
| 9300 | Ceramic Tile/Porcelain | 111,955.00 | 111,955.00 | | 111,955.00 | 100% | 0.00 |
| 9500 | Suspended Acoustic Ceiling | 14,122.00 | 14,122.00 | | 14,122.00 | 100% | 0.00 |
| 9900 | Interior Paint | 30,000.00 | 30,000.00 | | 30,000.00 | 100% | 0.00 |
| 9900 | Wall Graphics or Paper (Allowance) | 0.00 | 0.00 | | 0.00 | | 0.00 |
| 10000 | Miscellaneous Specialties | 48,175.00 | 48,175.00 | | 48,175.00 | 100% | 0.00 |
| 11000 | Appliance | 6,300.00 | 6,300.00 | | 6,300.00 | 100% | 0.00 |
| 12200 | Window Coverings | 6,440.00 | 6,440.00 | | 6,440.00 | 100% | 0.00 |
| 21000 | Fire Suppression | 44,000.00 | 44,000.00 | | 44,000.00 | 100% | 0.00 |
| 22000 | Plumbing | 92,340.00 | 92,340.00 | | 92,340.00 | 100% | 0.00 |
| 23000 | HVAC | 91,300.00 | 91,300.00 | | 91,300.00 | 100% | 0.00 |
| 26000 | Electrical | 120,000.00 | 120,000.00 | | 120,000.00 | 100% | 0.00 |
| 28000 | Electronic Safety(fire Alarm) | 0.00 | 0.00 | | 0.00 | | 0.00 |
| 99998 | General Contractor's fee | 72,124.00 | 72,124.00 | | 72,124.00 | 100% | 0.00 |
| 99999 | Insurance | 54,093.00 | 54,093.00 | | 54,093.00 | 100% | 0.00 |
| | Total Amount | 900,196.00 | 900,196.00 | 0.00 | 900,196.00 | 100% | 0.00 |
| CO #1 | Wall Soffit | 5,852.89 | 5,852.89 | | 5,852.89 | 100% | 0.00 |
| CO #2 | Diffuser | 2,721.60 | 2,721.60 | | 2,721.60 | 100% | 0.00 |
| CO #3 | Light Fixture | 44,747.38 | 44,747.38 | | 44,747.38 | 100% | 0.00 |
| CO #4 | Duck & Roofing | 11,566.80 | 11,566.80 | | 11,566.80 | 100% | 0.00 |
| CO #5 | Additional outlet & J-box | 32,730.48 | 32,730.48 | | 32,730.48 | 100% | 0.00 |
| CO #6 | Metal Fabrication | 51,205.77 | 51,205.77 | | 51,205.77 | 100% | 0.00 |
| CO #7 | Drain pump | 3,674.16 | 3,674.16 | | 3,674.16 | 100% | 0.00 |
| CO #8 | Mill Work | 95,709.60 | 95,709.60 | | 95,709.60 | 100% | 0.00 |
| CO #9 | Make up mirror~Bulb | 1,337.78 | 1,337.78 | | 1,337.78 | 100% | 0.00 |
| CO #10 | Gas line & Floor Drain | 11,901.22 | 11,901.22 | | 11,901.22 | 100% | 0.00 |
| CO #11 | AC Drain | 547.72 | 547.72 | | 547.72 | 100% | 0.00 |
| CO #12A | Powder Room~Tile | 1,499.60 | 1,499.60 | | 1,499.60 | 100% | 0.00 |
| CO#12B | Powder Room~light/sink/paint | 2,734.77 | 2,734.77 | | 2,734.77 | 100% | 0.00 |
| CO #13 | Laundry room modification | 5,993.70 | 5,993.70 | | 5,993.70 | 100% | 0.00 |
| CO #14 | Vacuum machine installation | 1,823.47 | 1,823.47 | | 1,823.47 | 100% | 0.00 |
| CO #15 | Tile grout | 4,590.43 | 4,590.43 | | 4,590.43 | 100% | 0.00 |
| CO #16 | Additional Tile materials | 8,018.35 | 8,018.35 | | 8,018.35 | 100% | 0.00 |

| Item | Description | | | | | | |
|---|---|---|---|---|---|---|---|
| CO #17 | Access panel | 1,340.72 | | 1,340.72 | 1,340.72 | 100% | 0.00 |
| CO #18 | Additional Mill work | 10,041.57 | | 10,041.57 | 10,041.57 | 100% | 0.00 |
| CO #19 | Additional track material | 1,631.08 | | 1,631.08 | 1,631.08 | 100% | 0.00 |
| CO #20 | Additional water-line(reception area) | 1,210.91 | | 1,210.91 | 1,210.91 | 100% | 0.00 |
| CO #21 | Waterproofing work for planer box | 3,129.84 | | 3,129.84 | 3,129.84 | 100% | 0.00 |
| CO #22 | ADA Bench | 333.99 | | 333.99 | 333.99 | 100% | 0.00 |
| CO #23 | Glass door & wall (maker-up room) | -1,183.52 | | -1,183.52 | -1,183.52 | 100% | 0.00 |
| CO #24 | Dressing Room & Phone board | 1,865.52 | | 1,865.52 | 1,865.52 | 100% | 0.00 |
| CO #25 | Additional elec. Work | 4,101.71 | | 4,101.71 | 4,101.71 | 100% | 0.00 |
| CO #26 | Additional paint work | 2,449.44 | | 2,449.44 | 2,449.44 | 100% | 0.00 |
| CO #27 | omit | 0.00 | | 0.00 | 0.00 | #DIV/0! | 0.00 |
| CO #28 | 1 rap Primer installation | 6,294.98 | | 6,294.98 | 6,294.98 | 100% | 0.00 |
| CO #29 | Additional Stone work | 3,129.84 | | 3,129.84 | 3,129.84 | 100% | 0.00 |
| CO #30 | Additional glass & acrylic panels | 4,649.40 | | 4,649.40 | 4,649.40 | 100% | 0.00 |
| CO #31 | Vertical Garden | 10,957.52 | | 10,957.52 | 10,957.52 | 100% | 0.00 |
| CO #32 | Restroom-Mirror | 1,595.54 | | 1,595.54 | 1,595.54 | 100% | 0.00 |
| CO #33 | Flush valve & faucet | 1,530.90 | | 1,530.90 | 1,530.90 | 100% | 0.00 |
| CO #34 | Water heater closet & mirror w/frame | 6,708.74 | | 6,708.74 | 6,708.74 | 100% | 0.00 |
| CO #35 | Window film & additional aircylic panel installation | 1,634.23 | | 1,634.23 | 1,634.23 | 100% | 0.00 |
| CO #36 | Elec. Work for final insp. And adding outlets for sign & logo | 2,585.52 | | 2,585.52 | 2,585.52 | 100% | 0.00 |
| CO #37 | ADA sink replacement | 1,558.12 | | 1,558.12 | 1,558.12 | 100% | 0.00 |
| CO #38 | Void | 0.00 | | 0.00 | 0.00 | 100% | 0.00 |
| CO #39 | Removal & re-install vertical garden | 1,020.60 | | 1,020.60 | 1,020.60 | 100% | 0.00 |
| CO #40 | Hand dryer in powder room | 1,156.68 | | 1,156.68 | 1,156.68 | 100% | 0.00 |
| | **Total Change Order** | 354,399.05 | 354,399.05 | | 354,399.05 | 100% | 0.00 |
| | **Total Amount For Hard Cost** | 1,254,595.05 | 1,254,595.05 | 0.00 | 1,254,595.05 | 100% | 0.00 |
| S-1 | Cobel Architect(Design fee) | 49,430.20 | | 49,430.20 | 49,430.20 | 100% | 0.00 |
| S-2 | City of LA (Supplimental permit fee ) | 46.87 | | 46.87 | 46.87 | 100% | 0.00 |
| | **Total Amount of Soft Cost** | 49,477.07 | 49,477.07 | | 49,477.07 | 100% | 0.00 |
| | **GRAND TOTAL (HARD & SOFT)** | 1,304,072.12 | 1,304,072.12 | 1,304,072.12 | 1,304,072.12 | 100% | 0.00 |
| Interest | 7/6/2017-6/30/2017 | 2,168.04 | | 2,168.04 | 2,168.04 | 100% | 0.00 |
| Interest | 7/1/2017-7/31/2017 | 5,141.49 | | 5,141.49 | 5,141.49 | 100% | 0.00 |
| Interest | 8/1/2017-8/31/2017 | 7,077.65 | | 7,077.65 | 7,077.65 | 100% | 0.00 |
| Interest | 9/1/2017-9/30/2017 | 7,256.16 | | 7,256.16 | 7,256.16 | 100% | 0.00 |
| Interest | 10/1/2017-10/31/2017 | 8,700.91 | | 8,700.91 | 8,700.91 | 100% | 0.00 |
| Interest | 11/1/2017-11/30/2017 | 9,018.07 | | 9,018.07 | 9,018.07 | 100% | 0.00 |
| Interest | 12/1/2017-12/31/2017 | 9,408.14 | | 9,408.14 | 9,408.14 | 100% | 0.00 |
| Interest | 1/1/2018-1/31/2018 | 10,411.30 | | 10,411.30 | 10,411.30 | 100% | 0.00 |
| Interest | 2/1/2018-2/28/2018 | 9,563.26 | | 9,563.26 | 9,563.26 | 100% | 0.00 |
| Interest | 3/1/2018-3/31/2018 | 10,601.78 | | 10,601.78 | 10,601.78 | 100% | 0.00 |
| Interest | 4/1/2018-4/30/2018 | 10,259.79 | | 10,259.79 | 10,259.79 | 100% | 0.00 |
| Interest | 5/1/2018-5/31/2018 | 10,645.64 | | 10,645.64 | 10,645.64 | 100% | 0.00 |
| Interest | 6/1/2018-6/30/2018 | 10,311.74 | | 10,311.74 | 10,311.74 | 100% | 0.00 |
| | **Total Amount of Interest charges** | 110,563.97 | 110,563.97 | 0.00 | 110,563.97 | 100% | 0.00 |
| | **GRAND TOTAL** | 1,414,636.09 | 1,304,072.12 | 110,563.97 | 1,414,636.09 | 100% | 0.00 |

# APPLICATION FOR PAYMENT

TO OWNER :

Food Court
450 Western Ave 3rd Floor
Los Angeles, Ca 90010

FROM CONTRACTOR: Phimont Management, Inc.
3540 Wilshire Blvd., # 850
Los Angeles, Ca 90010

PROJECT :

Food Court
450 Western Ave 3rd Floor
Los Angeles, Ca 90010

INVOICE NO :   450-Food Court

Date    6/30/2018

## ANALYSIS OF CONTRACT AMOUNT TO DATE

| | |
|---|---|
| 1. Total Contract Amount | 239,364.65 |
| 2. Net Amount of Change Orders | 70,881.15 |
| 3. Total Amount of Soft Cost | 23,214.40 |
| 4. Contract Sum to Date ( Line 1+2+3 ) | 333,460.20 |

## ANALYSIS OF WO̵

| | |
|---|---|
| 5. Total Complete & Stored to Date | 333,460.20 |
| 6. Past Due Invoice for payment | 333,460.20 |
| 7. Total Interest Charges | 29,020.56 |
| 8. Past  Due Invoice & Interest Charges (Line 6+7) | 362,480.76 |
| 9. Balance to Finish | 0.00 |

The undersigned Contractor certifies that to the best of Contractor's knowledge, information and belief the Work covered by this Application for payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which Certificates for payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR :

By :                          Date :

CONTINUATION SHEET

**PROJECT NAME** : 3rd Fl Food Court
**INVOICE #:** 450-Food Court
**PERIOD TO** : 6/30/2018

| ITEM # | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED PREVIOUS COMPLETED | NET AMOUNT THIS PERIOD | TOTAL COMPLETED TO DATE | % | BALANCE TO FINISH (C-H) |
|---|---|---|---|---|---|---|---|
| A | B | C | F | G | H | J | K |
| 1000 | Construction Cleaning and Protections | 10,000.00 | 10,000.00 | | 10,000.00 | 100% | 0.00 |
| 2100 | Demolition | 2,400.00 | 2,400.00 | | 2,400.00 | 100% | 0.00 |
| 8100 | Door & Frame and Hardware Installation | 2,870.00 | 2,870.00 | | 2,870.00 | 100% | 0.00 |
| 9210 | Drywall & Metal Frame Work | 63,979.82 | 63,979.82 | | 63,979.82 | 100% | 0.00 |
| 9500 | Suspended Acoustic Ceiling | 6,756.48 | 6,756.48 | | 6,756.48 | 100% | 0.00 |
| 9900 | Interior Paint | 28,483.35 | 28,483.35 | | 28,483.35 | 100% | 0.00 |
| 23000 | HVAC | 38,140.00 | 38,140.00 | | 38,140.00 | 100% | 0.00 |
| 26000 | Electrical | 67,780.00 | 67,780.00 | | 67,780.00 | 100% | 0.00 |
| 99998 | General Contractor's fee(8%) | 17,633.00 | 17,633.00 | | 17,633.00 | 100% | 0.00 |
| 99999 | Insurance | 1,322.00 | 1,322.00 | | 1,322.00 | 100% | 0.00 |
| | **Total Amount** | 239,364.65 | 239,364.65 | 0.00 | 239,364.65 | 100% | 0.00 |
| | | | | | | | |
| CO #1 | Concrete Floow finish | 25,169.13 | 25,169.13 | | 25,169.13 | 100% | 0.00 |
| CO #2 | Additional LED Light Fixtures and LV converter | 23,238.93 | 23,238.93 | | 23,238.93 | 100% | 0.00 |
| CO #3 | Additional of 6" Stain less cove base in the hallway | 2,778.30 | 2,778.30 | | 2,778.30 | 100% | 0.00 |
| CO #4 | Additional of 6" Stain less cove base in the hallway | 680.40 | 680.40 | | 680.40 | 100% | 0.00 |
| CO #5 | one double door and nie single doors | 7,186.77 | 7,186.77 | | 7,186.77 | 100% | 0.00 |
| CO #6 | added painting of doors and frames | 1,451.52 | 1,451.52 | | 1,451.52 | 100% | 0.00 |
| CO #7 | Added insulation on air duct and condensing lines | 10,376.10 | 10,376.10 | | 10,376.10 | 100% | 0.00 |
| | | | | | | | |
| | **Total Change Order** | 70,881.15 | 70,881.15 | 0.00 | 70,881.15 | 100% | 0.00 |
| | | | | | | | |
| | **Total Amount For Hard Cost** | 310,245.80 | 310,245.80 | 0.00 | 310,245.80 | 100% | 0.00 |
| | | | | | | | |
| | **SOFT COST** | | | | | | |
| S1 | Architect fee | 18,836.77 | 18,836.77 | | 18,836.77 | 100% | 0.00 |
| S2 | Building Permit Fee | 1,099.28 | 1,099.28 | | 1,099.28 | 100% | 0.00 |
| S3 | Electrical Permit Fee | 1,085.42 | 1,085.42 | | 1,085.42 | 100% | 0.00 |
| S4 | HVAC Permit Fee | 575.59 | 575.59 | | 575.59 | 100% | 0.00 |
| S5 | HVAC Inspection fee, Supplimental fee and Service fee | 511.89 | 511.89 | | 511.89 | 100% | 0.00 |
| S6 | Contractor's Fee | 1,105.45 | 1,105.45 | | 1,105.45 | 100% | 0.00 |
| | **Total Soft Cost** | 23,214.40 | 23,214.40 | 0.00 | 23,214.40 | 100% | 0.00 |
| | | | | | | | |
| | **Grand Total(Hard & Soft)** | 333,460.20 | 333,460.20 | 0.00 | 333,460.20 | 100% | 0.00 |
| | Burdling final signed off on 6/20/2017 | | | | | | |
| Interest | 6/21-6/30/2017 | 730.87 | | 730.87 | 730.87 | 100% | 0.00 |
| Interest | 7/1/2017-7/31/2017 | 2,270.67 | | 2,270.67 | 2,270.67 | 100% | 0.00 |
| Interest | 8/1/2017-8/31/2017 | 2,286.10 | | 2,286.10 | 2,286.10 | 100% | 0.00 |
| Interest | 9/1-9/30/2017 | 2,301.63 | | 2,301.63 | 2,301.63 | 100% | 0.00 |
| Interest | 10/1/2017-10/31/2017 | 2,317.27 | | 2,317.27 | 2,317.27 | 100% | 0.00 |
| Interest | 11/1/2017-11/30/2017 | 2,333.01 | | 2,333.01 | 2,333.01 | 100% | 0.00 |
| Interest | 12/1/2017-12/31/2017 | 2,348.86 | | 2,348.86 | 2,348.86 | 100% | 0.00 |
| Interest | 1/1/2018-1/31/2018 | 2,364.82 | | 2,364.82 | 2,364.82 | 100% | 0.00 |
| Interest | 2/1/2018-2/28/2018 | 2,380.89 | | 2,380.89 | 2,380.89 | 100% | 0.00 |

| Interest | 3/1/2018-3/31/2018 | | 2,397.07 | | 2,397.07 | 2,397.07 | 100% | 0.00 |
|---|---|---|---|---|---|---|---|---|
| Interest | 4/1/2018-4/30/2018 | | 2,413.36 | | 2,413.36 | 2,413.36 | 100% | 0.00 |
| Interest | 5/1/2018-5/31/2018 | | 2,429.75 | | 2,429.75 | 2,429.75 | 100% | 0.00 |
| Interest | 6/1/2018-6/30/2018 | | 2,446.26 | | 2,446.26 | 2,446.26 | 100% | 0.00 |
| Total Interest charges | | 0.00 | 29,020.56 | | 29,020.56 | 29,020.56 | 100% | 0.00 |
| Grand total Hard+Soft+ Interest) | | | 362,480.76 | | 29,020.56 | 362,480.76 | 100% | 0.00 |

# Philmont Management, Inc.

3450 Wilshire Blvd
Suite 850
Los Angeles, CA 90010

# Invoice

| Bill To |
|---|
| 450 S. Western Ave.<br>Retail #212 (Kiosk) |

| Invoice Number | Invoice Date | Terms |
|---|---|---|
| 18287 | 6/29/2018 | Due on Receipt |

| Description | Rate | Qty | Unit | Amount |
|---|---|---|---|---|
| Install track lights | 400.00 | 26 | EACH | 10,400.00 |
| Install track current limiter | 200.00 | 18 | EACH | 3,600.00 |
| Install room controller w/ material | 750.00 | 3 | EACH | 2,250.00 |
| Install photo sensor | 250.00 | 2 | EACH | 500.00 |
| Install program light control panel | 2,000.00 | 1 | EACH | 2,000.00 |
| Install override s/w | 300.00 | 2 | EACH | 600.00 |
| Install emg. shut-down device | 250.00 | 2 | EACH | 500.00 |
| Install exit sign w/ emg. light | 200.00 | 6 | EACH | 1,200.00 |
| Install emg. light | 160.00 | 8 | EACH | 1,280.00 |
| Install wall station | 240.00 | 6 | EACH | 1,440.00 |
| Install wall dimmer s/w | 190.00 | 7 | EACH | 1,330.00 |
| Install power pack | 150.00 | 7 | EACH | 1,050.00 |
| Install floor outlet for power | 1,200.00 | 2 | EACH | 2,400.00 |
| Install floor outlet for voice/data | 1,000.00 | 2 | EACH | 2,000.00 |
| Install wall outlet (DAD) | 300.00 | 9 | EACH | 2,700.00 |
| Install wall data outlet | 60.00 | 8 | EACH | 480.00 |
| Install TR | 6,000.00 | 1 | EACH | 6,000.00 |
| Install panel 480V | 3,000.00 | 1 | EACH | 3,000.00 |
| Install panel 208V | 3,000.00 | 1 | EACH | 3,000.00 |
| Install disconnect box for A/C outdoor & indoor | 1,600.00 | 4 | EACH | 6,400.00 |
| Install EMT & wiring for TR homerun | 3,000.00 | 1 | EACH | 3,000.00 |
| New T-24 inspection | 1,500.00 | 1 | EACH | 1,500.00 |
| Subtotal | | | | 97,110.00 |

Note:
- Job is limited to the work shown above.
- This estimate is priced w/o engineering plans.
- It is not possible to get price for Linear light fixture
ALP-140 w/o engineering plan.
- It may be necessary to have electrical room for TR and
electrical panels.

| For any questions regarding this Invoice, Please contact us on the number listed below. We appreciate your prompt payment, Thank you. | | **Total** | |
|---|---|---|---|
| Telephone | Fax | **Payments/Credits** | |
| 213-380-0159 x 208 | 213-380-1459 | **Balance Due** | |

# Philmont Management, Inc.

3450 Wilshire Blvd
Suite 850
Los Angeles, CA 90010

# Invoice

| Bill To |
|---|
| 450 S. Western Ave.<br>Retail #212 (Kiosk) |

| Invoice Number | Invoice Date | Terms |
|---|---|---|
| 18287 | 6/29/2018 | Due on Receipt |

| Description | Rate | Qty | Unit | Amount |
|---|---|---|---|---|
| Exclusions:<br>- Design & engineering<br>- Plan check, permit and off-hour inspection fees<br>- VAV boxes<br>- Any building existing conditions<br>- Fire alarm work<br>- Fire alarm programming and duct smoke detectors<br>- Doors, windows & hardware<br>- Plumbing work<br>- Glass wall & door work<br>- Store front glass wall w/ frame demolition work<br>- Ceiling work<br>- Millwork<br>- Fire proofing<br>-1st floor working conditions | | | | |

| | |
|---|---|
| For any questions regarding this Invoice, Please contact us on the number listed below.We appreciate your prompt payment, Thank you. | **Total**     $198,029.00 |

| Telephone | Fax |
|---|---|
| 213-380-0159 x 208 | 213-380-1459 |

| | |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $198,029.00 |

Page 3

## PROOF OF SERVICE

      I am over the age of eighteen years and am not a party to the within action.  I am employed in the County of Orange, State of California, at the law offices of Finlayson Toffer Roosevelt & Lilly LLP, members of the bar of this Court.  My business address is 15615 Alton Parkway, Suite 250, Irvine, California 92618.  On September 30, 2020, I served ☑ a true copy / ☐ the original of the foregoing document(s) described as:

**LIMITED OPPOSITION AND RESERVATION OF RIGHTS RE THE DEBTOR'S  MOTION FOR AN ORDER: (1) AUTHORIZING BIDDING PROCEDURES FOR THE SALE OF ESTATE PROPERTY; (2) APPROVING THE SALE OF PROPERTY UNDER 11 U.S.C. § 363 FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES, SUBJECT TO HIGHER AND BETTER OFFERS; AND (3) APPROVING THE FORM AND MANNER OF NOTICE; DECLARATION OF BRIAN PARK**

✓ **BY CM/ECF NOTICE OF ELECTRONIC FILING**:  Pursuant to controlling General Orders, a true copy will be served by the Court via Notice of Electronic Filing ("NEF") and hyperlink to the document.  I checked the CM/ECF docket for this case and determined that the parties on the attached Service List are on the Electronic Mail Notice List to receive NEF transmission at the electronic mail addresses noted.

___ **BY UNITED STATES MAIL**:  I enclosed the document(s) in a sealed envelope or package to the parties on the attached Service List and placed it for collection and mailing, following our ordinary business practices.  I am readily familiar with the firm's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

___ **BY OVERNIGHT DELIVERY**:  I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the parties on the attached Service List.  I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

___ **BY ELECTRONIC MAIL**:  I caused the document(s) to be sent to the parties on the attached Service List at the electronic mail addresses listed.

___ **BY FACSIMILE**:  I faxed the document(s) to the parties on the attached Service List at the fax numbers listed.  No error was reported by the fax machine that I used.  A fax transmission record was printed, a copy of which is maintained by this office.

___ **BY MESSENGER SERVICE**:  I provided the document(s) to a professional messenger service for delivery to the parties on the attached Service List.

      I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

      Executed on September 30, 2020.

                        */s/ Barbara M. Mendoza*
                         Barbara M. Mendoza

*In re S. 450 WESTERN AVE., LLC*
U.S.B.C. C.D. Case No. 2:20-bk-10264-ER

## SERVICE LIST

<u>BY NEF</u>

- M Douglas Flahaut    flahaut.douglas@arentfox.com
- Jeffrey T Gwynn    jgwynn@vervelaw.com
- Mark S Horoupian    mhoroupian@sulmeyerlaw.com,
  dwalker@sulmeyerlaw.com, mhoroupian@ecf.inforuptcy.com,
  ccaldwell@sulmeyerlaw.com
- Christian T Kim    ckim@dumas-law.com, ckim@ecf.inforuptcy.com
- Richard J Laski (TR)    rlaski@wilshirellc.com
- John P Lee    jlee@kspllaw.com, admin@kspllaw.com
- Won Lee    dlee@metallawgroup.com
- David W. Meadows    david@davidwmeadowslaw.com
- Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com
- Aram Ordubegian    ordubegian.aram@arentfox.com
- Sagar Parikh    SP@BeverlyHillsLawCorp.com
- Dean G Rallis    drallis@afrct.com, msinclair@afrct.com,
  AFRCTECF@afrct.com, mpham@afrct.com, drallis@ecf.courtdrive.com
- Victor A Sahn    vsahn@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com,
  pdillamar@ecf.inforuptcy.com, vsahn@ecf.inforuptcy.com,
  cblair@sulmeyerlaw.com, cblair@ecf.inforuptcy.com,
  dlee@metallawgroup.com, dlee@ecf.inforuptcy.com
- Lovee D Sarenas    lovee.sarenas@lewisbrisbois.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Christopher K.S. Wong    christopher.wong@arentfox.com,
  yvonne.li@arentfox.com
- Hatty K Yip    hatty.yip@usdoj.gov
- Timothy J Yoo    tjy@lnbyb.com