Aram Ordubegian (SBN 185142)
M. Douglas Flahaut (SBN 245558)
Christopher K.S. Wong (SBN 308048)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone:    213.629.7400
Facsimile:    213.629.7401
Emails:    aram.ordubegian@arentfox.com
    douglas.flahaut@arentfox.com
    christopher.wong@arentfox.com

General Bankruptcy and Restructuring Counsel for
Debtor and Debtor-In-Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>**450 S. WESTERN, LLC, a California Limited Liability Company,**<br><br>    Debtor and Debtor-in-Possession. | Case No. 2:20-bk-10264-ER<br><br>Chapter 11<br><br>**STIPULATION BETWEEN THE DEBTOR-IN-POSSESSION AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO SET HEARING ON:**<br><br>*MOTION TO APPROVE STIPULATION REGARDING COMPENSATION OF CBRE, INC* **[Dkt. No. 185]**<br><br>*Proposed* Hearing<br>Date:    October 14, 2020<br>Time:    10:00 a.m.<br>Place:    Courtroom 1568<br>    255 E. Temple St.,<br>    Los Angeles, CA 90012 |

**TO THE HONORABLE ERNEST M. ROBLES, UNITED STATES BANKRUPTCY JUDGE; AND ALL INTERESTED PARTIES:**

This Stipulation is entered into by and between 450 S. Western, LLC, as debtor and debtor-in-possession in the above-captioned chapter 11 case ("450 S. Western" or "Debtor"), on the one hand, and the Official Committee of Unsecured Creditors (the "Committee"), on the other hand. The Debtor and the Committee shall hereinafter be referred to collectively as the "Parties". This

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS/22979801.1

Stipulation is made with reference to the following facts:

**RECITALS**

A. WHEREAS, the Debtor filed a voluntary petition on or about January 10, 2020.

B. WHEREAS, on February 4, 2020, the Office of the United States Trustee appointed the Committee in the above-captioned case pursuant to 11 U.S.C. § 1102(a) and (b).

C. WHEREAS, the Debtor's principal asset is that certain piece of real property commonly known as 450 S. Western, Los Angeles California (the "Property").

D. WHEREAS, on March 31, 2020, the Debtor filed its application to retain CBRE, Inc. as its real estate broker to assist the Debtor in marketing and selling the Property. [Dkt. No. 103] (the "Application"). An order approving the retention of CBRE was entered by this Court on April 21, 2020 as Docket No. 116. Among other things, the CBRE Application sought approval of that certain Exclusive Sales Listing Agreement attached to the application as Exhibit 1 thereto (the "Listing Agreement").

E. WHEREAS, on September 23, 2020, the Debtor filed a motion under Fed. R. Bankr. P. 9019 to approve a stipulation with CBRE to modify the terms of CBRE's compensation under the Listing Agreement [Dkt. No. 185] (the "9019 Motion"). The 9019 Motion was filed upon notice of opportunity to request hearing under Local Bankruptcy Rule 9013-1(o).

F. WHEREAS, on October 6, 2020, the Committee filed an opposition to the 9019 Motion [Dkt. No. 217] (the "Opposition").

G. WHEREAS, the hearing to approve the sale of the Property pursuant to that certain Purchase and Sale Agreement with Evergreen Capital Assets LP or its assignee, subject to overbids [Dkt. No. 188] (the "Sale Motion") is currently scheduled for October 14, 2020 at 10:00 a.m., and the Parties agree that the 9019 Motion should be heard in conjunction with the Sale Motion.

**NOW, THEREFORE, in exchange for the mutual promises set forth herein, which consideration the Parties agree is adequate, the Parties agree and stipulate as follows:**

///

///

///

## STIPULATION

1. The hearing on the 9019 Motion shall be held on October 14, 2020 at 10:00 a.m. at the United States Bankruptcy Court, Los Angeles Division, Courtroom 1568, 255 E. Temple St., Los Angeles, CA 90012.

2. The Debtor may reply to the Opposition orally at the hearing.

Dated: October 12, 2020

**ARENT FOX LLP**

By: */s/ Christopher K.S. Wong*
Aram Ordubegian
M. Douglas Flahaut
Christopher K.S. Wong
General Bankruptcy and Restructuring
Counsel for Debtor and Debtor-In-Possession

Dated: October 12, 2020

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: 
Amy L. Goldman
Maria L. Garcia
Attorneys for Official Committee of
Unsecured Creditors

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 3 -

AFDOCS/22979801.1

# 97PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Arent Fox LLP, Gas Company Tower, 555 West Fifth Street, 48th Floor, Los Angeles, CA 90013.

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION BETWEEN THE DEBTOR-IN-POSSESSION AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO SET  HEARING ON: MOTION TO APPROVE STIPULATION REGARDING COMPENSATION OF CBRE, INC [Dkt. No. 185]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) **10/12/2020** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/12/2020 | AYLIN SOOKASSIANS | /s/ Aylin Sookassians |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                         **F 9013-3.1.PROOF.SERVICE**

AFDOCS/22633038.1

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Jesse S Finlayson on behalf of Creditor Philmont Management, Inc.
jfinlayson@ftrlfirm.com, bmendoza@ftrlfirm.com

M Douglas Flahaut on behalf of Attorney Arent Fox LLP
flahaut.douglas@arentfox.com

M Douglas Flahaut on behalf of Debtor 450 S. Western, LLC, a California limited liability company
flahaut.douglas@arentfox.com

Maria L Garcia on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF 450 S. WESTERN, LLC
Maria.L.Garcia@lewisbrisbois.com

Amy L Goldman on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF 450 S. WESTERN, LLC
Amy.Goldman@lewisbrisbois.com

Jeffrey T Gwynn on behalf of Creditor New Creation Engineering and Builders, Inc.
jgwynn@vervelaw.com

Mark S Horoupian on behalf of Interested Party Courtesy NEF
mhoroupian@sulmeyerlaw.com, mhoroupian@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com

Christian T Kim on behalf of Interested Party Christian Kim
ckim@dumas-law.com, ckim@ecf.inforuptcy.com

Richard J Laski (TR)
rlaski@wilshirellc.com

John P Lee on behalf of Creditor One Stop Financial Consulting, Inc.
jlee@kspllaw.com, admin@kspllaw.com

John P Lee on behalf of Creditor Richvest Asset Holdings, LLC.
jlee@kspllaw.com, admin@kspllaw.com

Won Lee on behalf of Attorney Square Mixx LA, Inc.
dlee@metallawgroup.com

Won Lee on behalf of Attorney Eunice Y. Tak
dlee@metallawgroup.com

Kenderton S Lynch on behalf of Creditor Evergreen Capital Assets, LP
kenlynchlaw@aol.com

Kenderton S Lynch on behalf of Interested Party Courtesy NEF
kenlynchlaw@aol.com

David W. Meadows on behalf of Creditor G 450 LLC
david@davidwmeadowslaw.com

David W. Meadows on behalf of Creditor G 450, LLC, Pontis Capital, LLC, and Five West Capital, LP
david@davidwmeadowslaw.com

David W. Meadows on behalf of Interested Party Courtesy NEF
david@davidwmeadowslaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

AFDOCS/22633038.1

Juliet Y Oh on behalf of Interested Party Admire Capital Lending, LLC
jyo@lnbrb.com, jyo@lnbrb.com

Juliet Y Oh on behalf of Interested Party Belmont Two Investment Holdings, LLC
jyo@lnbrb.com, jyo@lnbrb.com

Juliet Y Oh on behalf of Interested Party Courtesy NEF
jyo@lnbrb.com, jyo@lnbrb.com

Aram Ordubegian on behalf of Attorney Arent Fox LLP
ordubegian.aram@arentfox.com

Aram Ordubegian on behalf of Debtor 450 S. Western, LLC, a California limited liability company
ordubegian.aram@arentfox.com

Sagar Parikh on behalf of Creditor SoCal Lien Solutions, LLC
SP@BeverlyHillsLawCorp.com

Amelia Puertas-Samara on behalf of Debtor 450 S. Western, LLC, a California limited liability company
itcdbgc@edd.ca.gov, itcdgc@edd.ca.gov

Dean G Rallis, Jr on behalf of Interested Party Courtesy NEF
drallis@hahnlawyers.com,
marias@hahnlawyers.com;mpham@hahnlawyers.com;drallis@ecf.courtdrive.com;drallis@ecf.inforuptcy.com

Victor A Sahn on behalf of Interested Party Courtesy NEF
vsahn@sulmeyerlaw.com,
pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com;dlee@metallawgroup.com;dlee@ecf.inforuptcy.com

Lovee D Sarenas on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF 450 S. WESTERN, LLC
lsarenas@sklarkirsh.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Christopher K.S. Wong on behalf of Debtor 450 S. Western, LLC, a California limited liability company
christopher.wong@arentfox.com, yvonne.li@arentfox.com

Felix T Woo on behalf of Creditor SINO-US INVESTMENT AND MANAGEMENT CONSULTANT LIMITED
fwoo@ftwlawgroup.com, admin@ftwlawgroup.com

Hatty K Yip on behalf of U.S. Trustee United States Trustee (LA)
hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov

Timothy J Yoo on behalf of Interested Party Courtesy NEF
tjy@lnbyb.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                            F 9013-3.1.PROOF.SERVICE

AFDOCS/22633038.1