| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Aram Ordubegian (SBN 185142)<br>M. Douglas Flahaut (SBN 245558)<br>Christopher K.S. Wong (SBN 308048)<br>**ARENT FOX LLP**<br>555 West Fifth Street, 48th Floor<br>Los Angeles, CA  90013-1065<br>Telephone:    213.629.7400<br>Facsimile:    213.629.7401<br>Email:    aram.ordubegian@arentfox.com<br>            douglas.flahaut@arentfox.com<br>            christopher.wong@arentfox.com<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorneys for Debtor and Debtor-in-Possession* | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re: | CASE NO.: Case No. 2:20-bk-10264-ER |
|---|---|
| **450 S. WESTERN, LLC, a California Limited Liability Company**,<br><br>Debtor and Debtor-in-Possession | CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br><br>*STIPULATION BETWEEN THE DEBTOR-IN-POSSESSION AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO SET HEARING ON: MOTION TO APPROVE STIPULATION REGARDING COMPENSATION OF CBRE, INC [Dkt. No. 185]* |

PLEASE TAKE NOTE that the order titled **ORDER GRANTING MOTION TO APPROVE STIPULATION REGARDING COMPENSATION OF CBRE, INC.**

was lodged on (*date*)  **10/15/2020**  and is attached. This order relates to the motion which is docket number **185**.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**
AFDOCS/21092544.1

# ATTACHMENT

Aram Ordubegian (SBN 185142)
M. Douglas Flahaut (SBN 245558)
Christopher K.S. Wong (SBN 308048)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone:    213.629.7400
Facsimile:    213.629.7401
Emails:    aram.ordubegian@arentfox.com
            douglas.flahaut@arentfox.com
            christopher.wong@arentfox.com

General Bankruptcy and Restructuring Counsel for
Debtor and Debtor-In-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>**450 S. WESTERN, LLC, a California Limited Liability Company,**<br><br>          Debtor and Debtor-in-Possession | Case No. 2:20-bk-10264-ER<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION TO APPROVE STIPULATION REGARDING COMPENSATION OF CBRE, INC.**<br><br>Hearing<br>Date: October 14, 2020<br>Time: 10:00 a.m.<br>Place: Courtroom 1568<br>       255 E. Temple St.<br>       Los Angeles, CA 90012 |

**IN THIS DISTRICT, AT LOS ANGELES, CALIFORNIA, ON THE DATE INDICATED BELOW:**

The Court has reviewed and considered the *Motion to Approve Stipulation Regarding Compensation of CBRE, Inc.* [Dkt. No. 185] (the "Motion") filed by 450 S. Western, LLC, as debtor and debtor-in-possession in the above-captioned chapter 11 case ("450 S. Western" or "Debtor"); the notice of the Motion [Dkt. No. 186]; the Declaration of Richard J. Laski annexed to the Motion (the "Laski Declaration"); the opposition to the Motion filed by the Official Committee of Unsecured Creditors [Dkt. No. 217] (the "Opposition"); the stipulation entered into by the Debtor and the Committee setting hearing on the Motion [Dkt. No. 222] and the order approving thereof

1  [Dkt. No. 224]; the statements of counsel made at the above-captioned hearing; and the entire record
2  in this case.
3       Based upon such review and consideration, the Court granted the Motion and adopted its
4  tentative ruling (the "Tentative Ruling"), and those findings and conclusions are incorporated into
5  this Order.  Having determined and found that the record establishes good, sufficient, and just cause
6  for granting the Motion,
7       **IT IS HEREBY ORDERED THAT:**
8       1.    The Motion is GRANTED in its entirety and the Opposition is overruled.
9       2.    The Stipulation, a copy of which is attached to the Laski Declaration as **Exhibit 1**,
10  is APPROVED as being in the best interest of the estate and an exercise of the Debtor's reasonable
11  business judgment.
12       3.    The Stipulation entered into by the parties is a good faith settlement and that the
13  order approving the same is binding on the estate and all creditors and parties-in-interest;
14       4.    The Debtor is authorized to execute any and all documents, make the payments
15  contemplated in the Stipulation, and take any and all actions necessary to effectuate the Stipulation.
16       # # #

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Arent Fox LLP, Gas Company Tower, 555 West Fifth Street, 48th Floor, Los Angeles, CA 90013.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) **10/15/2020** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/15/2020 | AYLIN SOOKASSIANS | /s/ Aylin Sookassians |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*      **F 9013-3.1.PROOF.SERVICE**

AFDOCS/21859689.1

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Jesse S Finlayson on behalf of Creditor Philmont Management, Inc.
jfinlayson@ftrlfirm.com, bmendoza@ftrlfirm.com

M Douglas Flahaut on behalf of Attorney Arent Fox LLP
flahaut.douglas@arentfox.com

M Douglas Flahaut on behalf of Debtor 450 S. Western, LLC, a California limited liability company
flahaut.douglas@arentfox.com

Maria L Garcia on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF 450 S. WESTERN, LLC
Maria.L.Garcia@lewisbrisbois.com

Amy L Goldman on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF 450 S. WESTERN, LLC
Amy.Goldman@lewisbrisbois.com

Jeffrey T Gwynn on behalf of Creditor New Creation Engineering and Builders, Inc.
jgwynn@vervelaw.com

Mark S Horoupian on behalf of Interested Party Courtesy NEF
mhoroupian@sulmeyerlaw.com, mhoroupian@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com

Christian T Kim on behalf of Interested Party Christian Kim
ckim@dumas-law.com, ckim@ecf.inforuptcy.com

Richard J Laski (TR)
rlaski@wilshirellc.com

John P Lee on behalf of Creditor One Stop Financial Consulting, Inc.
jlee@kspllaw.com, admin@kspllaw.com

John P Lee on behalf of Creditor Richvest Asset Holdings, LLC.
jlee@kspllaw.com, admin@kspllaw.com

Won Lee on behalf of Attorney Square Mixx LA, Inc.
dlee@metallawgroup.com

Won Lee on behalf of Attorney Eunice Y. Tak
dlee@metallawgroup.com

Kenderton S Lynch on behalf of Creditor Evergreen Capital Assets, LP
kenlynchlaw@aol.com

Kenderton S Lynch on behalf of Interested Party Courtesy NEF
kenlynchlaw@aol.com

David W. Meadows on behalf of Creditor G 450 LLC
david@davidwmeadowslaw.com

David W. Meadows on behalf of Creditor G 450, LLC, Pontis Capital, LLC, and Five West Capital, LP
david@davidwmeadowslaw.com

David W. Meadows on behalf of Interested Party Courtesy NEF
david@davidwmeadowslaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                        F 9013-3.1.PROOF.SERVICE

AFDOCS/21859689.1

Juliet Y Oh on behalf of Interested Party Admire Capital Lending, LLC
jyo@lnbrb.com, jyo@lnbrb.com

Juliet Y Oh on behalf of Interested Party Belmont Two Investment Holdings, LLC
jyo@lnbrb.com, jyo@lnbrb.com

Juliet Y Oh on behalf of Interested Party Courtesy NEF
jyo@lnbrb.com, jyo@lnbrb.com

Aram Ordubegian on behalf of Attorney Arent Fox LLP
ordubegian.aram@arentfox.com

Aram Ordubegian on behalf of Debtor 450 S. Western, LLC, a California limited liability company
ordubegian.aram@arentfox.com

Sagar Parikh on behalf of Creditor SoCal Lien Solutions, LLC
SP@BeverlyHillsLawCorp.com

Amelia Puertas-Samara on behalf of Debtor 450 S. Western, LLC, a California limited liability company
itcdbgc@edd.ca.gov, itcdgc@edd.ca.gov

Dean G Rallis, Jr on behalf of Interested Party Courtesy NEF
drallis@hahnlawyers.com,
marias@hahnlawyers.com;mpham@hahnlawyers.com;drallis@ecf.courtdrive.com;drallis@ecf.inforuptcy.com

Victor A Sahn on behalf of Interested Party Courtesy NEF
vsahn@sulmeyerlaw.com,
pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com;dlee@metallawgroup.com;dlee@ecf.inforuptcy.com

Lovee D Sarenas on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF 450 S. WESTERN, LLC
lsarenas@sklarkirsh.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Christopher K.S. Wong on behalf of Debtor 450 S. Western, LLC, a California limited liability company
christopher.wong@arentfox.com, yvonne.li@arentfox.com

Felix T Woo on behalf of Creditor SINO-US INVESTMENT AND MANAGEMENT CONSULTANT LIMITED
fwoo@ftwlawgroup.com, admin@ftwlawgroup.com

Hatty K Yip on behalf of U.S. Trustee United States Trustee (LA)
hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov

Timothy J Yoo on behalf of Interested Party Courtesy NEF
tjy@lnbyb.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                      F 9013-3.1.PROOF.SERVICE

AFDOCS/21859689.1