Aram Ordubegian (SBN 185142)
M. Douglas Flahaut (SBN 245558)
Christopher K.S. Wong (SBN 308048)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone:    213.629.7400
Facsimile:    213.629.7401
Emails:         aram.ordubegian@arentfox.com
                    douglas.flahaut@arentfox.com
                    christopher.wong@arentfox.com

General Bankruptcy and Restructuring Counsel for
Debtor and Debtor-In-Possession

FILED & ENTERED

OCT 16 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez  DEPUTY CLERK

CHANGES MADE BY COURT

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>**450 S. WESTERN, LLC, a California Limited Liability Company,**<br><br>Debtor and Debtor-in-Possession | Case No. 2:20-bk-10264-ER<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION TO APPROVE STIPULATION REGARDING COMPENSATION OF CBRE, INC.**<br><br>Hearing<br>Date:  October 14, 2020<br>Time:  10:00 a.m.<br>Place:  Courtroom 1568<br>            255 E. Temple St.<br>            Los Angeles, CA 90012 |

**IN THIS DISTRICT, AT LOS ANGELES, CALIFORNIA, ON THE DATE INDICATED BELOW:**

The Court has reviewed and considered the *Motion to Approve Stipulation Regarding Compensation of CBRE, Inc.* [Dkt. No. 185] (the "Motion") filed by 450 S. Western, LLC, as debtor and debtor-in-possession in the above-captioned chapter 11 case ("450 S. Western" or "Debtor"); the notice of the Motion [Dkt. No. 186]; the Declaration of Richard J. Laski annexed to the Motion (the "Laski Declaration"); the opposition to the Motion filed by the Official Committee of Unsecured Creditors [Dkt. No. 217] (the "Opposition"); the stipulation entered into by the Debtor and the Committee setting hearing on the Motion [Dkt. No. 222] and the order approving thereof

[Dkt. No. 224]; the statements of counsel made at the above-captioned hearing; and the entire record in this case.

Based upon such review and consideration, the Court granted the Motion and adopted its tentative ruling [Doc. No. 228] (the "Tentative Ruling"), and those findings and conclusions are incorporated into this Order. Having determined and found that the record establishes good, sufficient, and just cause for granting the Motion,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED in its entirety and the Opposition is overruled.

2. The Stipulation, a copy of which is attached to the Laski Declaration as **Exhibit 1**, is APPROVED as being in the best interest of the estate and an exercise of the Debtor's reasonable business judgment.

3. The Stipulation entered into by the parties is a good faith settlement and that the order approving the same is binding on the estate and all creditors and parties-in-interest;

4. The Debtor is authorized to execute any and all documents, make the payments contemplated in the Stipulation, and take any and all actions necessary to effectuate the Stipulation.

### # #

Date: October 16, 2020

Ernest M. Robles
United States Bankruptcy Judge