Aram Ordubegian (SBN 185142)
M. Douglas Flahaut (SBN 245558)
Christopher K.S. Wong (SBN 308048)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone:    213.629.7400
Facsimile:    213.629.7401
Emails:    aram.ordubegian@arentfox.com
douglas.flahaut@arentfox.com
christopher.wong@arentfox.com

General Bankruptcy and Restructuring Counsel for Debtor and Debtor-In-Possession

FILED & ENTERED

OCT 22 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br>**450 S. WESTERN, LLC, a California Limited Liability Company,**<br><br>Debtor and Debtor-in-Possession | Case No. 2:20-bk-10264-ER<br><br>Chapter 11<br><br>**ORDER GRANTING THE FIRST INTERIM FEE APPLICATIONS OF: (1) ARENT FOX LLP; (2) LAW OFFICES OF DANIEL M. SHAPIRO; AND (3) LEWIS BRISBOIS BISGAARD & SMITH LLP**<br><br>Hearing<br>Date:    October 21, 2020<br>Time:    11:00 a.m.<br>Place:    Courtroom 1568<br>            255 E. Temple St.,<br>            Los Angeles, CA 90012 |

**IN THIS DISTRICT, AT LOS ANGELES, CALIFORNIA, ON THE DATE INDICATED BELOW:**

The Court has reviewed and considered the interim applications (collectively the "Applications") for compensation and reimbursement of expenses filed by estate professionals (collectively, the "Applicants"):

(a) *First Interim Fee Application of Arent Fox LLP, Chapter 11 General Bankruptcy Counsel to Debtor, for Allowance of Compensation and Reimbursement of Expenses for the Period From January 11, 2020 Through and Including September 18, 2020* [Dkt. No. 203] (the "Arent Fox Application");

(b) *Application for Payment of Interim Fees and/or Expenses (11 U.S.C. § 331)* filed by Law Offices of Daniel M. Shapiro [Dkt. No. 206] (the "Shapiro Application"); and

(c) *First Interim Application by Counsel for the Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses* filed by Lewis Brisbois Bisgaard & Smith LLP [Dkt. No. 201] (the "Lewis Brisbois Application").

The Court has also reviewed and considered the notice of the Applications [Dkt. No. 208]; the declarations filed in support of the Applications; and the entire record in this case.

Based upon such review and consideration, and with no person or entity having filed an opposition to any of the Applications, and finding that notice of the Applications was adequate and appropriate under the particular circumstances and no other notice need be given; the Court granted the Applications and waived appearance at the above-captioned hearing as reflected in the Court's adopted tentative rulings (the "Tentative Rulings") and those findings and conclusions are incorporated into this Order. Having determined and found that the record establishes good, sufficient, and just cause for granting the Applications,

**IT IS HEREBY ORDERED THAT:**

1. The Arent Fox Application is granted in its entirety. The following fees and expenses are allowed on an interim basis for the period from January 11, 2020 through and including September 18, 2020:

| Fees Allowed | Expenses Allowed | Total Allowed | Total Authorized to be Paid |
|---|---|---|---|
| $367,027.50 | $18,843.45 | $385,870.95 | $385,870.95 |

3. The Shapiro Application is granted in its entirety. The following fees and expenses are allowed on an interim basis for the period from January 10, 2020 through September 29, 2020:

| Fees Allowed | Expenses Allowed | Total Allowed | Total Authorized to be Paid |
|---|---|---|---|
| $28,794.50 | $1,146.68 | $29,941.18 | $29,941.18 |

4. The Lewis Brisbois Application is granted in its entirety. The following fees and expenses are allowed on an interim basis for the period from February 7, 2020 through September 30, 2020:

| Fees Allowed | Expenses Allowed | Total Allowed | Total Authorized to be Paid |
|---|---|---|---|
| $145,858.50 | $219.03 | $146,077.53 | $146,077.53 |

5. Arent Fox is authorized to apply and draw down on its pre-petition retainer in the amount of $385,870.95 as allowed herein.

6. Law Offices of Daniel M. Shapiro is authorized to apply and draw down on its pre-petition retainer in the amount of $29,941.18 as allowed herein.

7. Lewis Brisbois is authorized to apply and draw down on its post-petition retainer in the amount of $146,077.53 as allowed herein.

###

Date: October 22, 2020

*[signature]*

Ernest M. Robles
United States Bankruptcy Judge