

ORDER No. _____

# UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

CHAPTER __11__

APPEAL? ☐ Yes ☒ No
APPEAL No. _____
(if known)

(File this form on the related case docket)

Ordering Party's Name: M. Douglas Flahaut      Attorney Bar# 245558

Law Firm: Arent Fox LLP

Mailing Address: 555 West Fifth Street 48th Floor, Los Angeles, CA 90013

Person to Contact (**If Judge-ordered: Transcriber to contact Procurement****): Aylin Sookassians

Telephone: (213) 988-6682     E-mail: aylin.sookassians@arentfox.com

Bankruptcy Case #: 2:20-bk-10264-ER     Adversary Proceeding #/MP #: _____

Date of Hearing (**complete a SEPARATE form for EACH hearing date**): 10/14/2020     Time: 10:00 a.m.

Debtor: 450 S. WESTERN, LLC, a California Limited Liability Company

Adversary Proceeding Name: _____ vs. _____

Hearing Judge: E. Robles     Courtroom #: 1568

**TRANSCRIBER:** Ben Hyatt     **ALTERNATE:** BRIGGS REPORTING CO., INC.

(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM**. For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

**Transcript Type:**   **NOTE:** The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.

**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☐ Ordinary (30 days)   ☐ 3 Days        ☐ Entire Hearing
☐ 14 Days              ☒ Daily (24 hours)  ☐ Ruling/Opinion of Judge only
☐ 7 Days                                ☐ Testimony of Witness _____
                                        ☐ Other* _____ (name of witness)

*Special Instructions: _____

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment**.

### TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript****:** Clerk must **docket this form**; CM/ECF will automatically notify Procurement.

Date Request Filed: _____    Date Sent to Transcriber: _____    By ☐ FDS ☐ Mail ☐ Messenger

Digital Recording (or Analog Tape Recording)

(Tape #: ___) Time Start (Index #): ___ Time End (Index #): ___ Time Start: ___ Time End: ___

(Tape #: ___) Time Start (Index #): ___ Time End (Index #): ___ Time Start: ___ Time End: ___

Court Recorder: _____    Division: _____    Processed by: _____

### **TRANSCRIBER INSTRUCTIONS

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote prior to transcribing.

*Rev. November 2018. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*