Aram Ordubegian (SBN 185142)
M. Douglas Flahaut (SBN 245558)
Christopher K.S. Wong (SBN 308048)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone:    213.629.7400
Facsimile:    213.629.7401
Emails:    aram.ordubegian@arentfox.com
    douglas.flahaut@arentfox.com
    christopher.wong@arentfox.com

General Bankruptcy and Restructuring Counsel for
Debtor and Debtor-In-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br>**450 S. WESTERN, LLC, a California Limited Liability Company,**<br><br>    Debtor and Debtor-in-Possession | Case No. 2:20-bk-10264-ER<br>Chapter 11<br>**NOTICE OF FILING OF:**<br>**SECOND AMENDMENT TO THE PURCHASE AND SALE AGREEMENT**<br><br><u>Sale and Auction Date</u><br>Date:    October 14, 2020<br>Time:    10:00 a.m.<br>Place:    Courtroom 1568<br>    255 E. Temple St.,<br>    Los Angeles, CA 90012 |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS/22039771.1

1  **TO THE HONORABLE ERNEST M. ROBLES, UNITED STATES
2  BANKRUPTCY JUDGE; AND ALL INTERESTED PARTIES:**

3  **PLEASE TAKE NOTICE THAT** on November 13, 2020 the above-captioned debtor
4  filed a copy of the fully executed Purchase and Sale Agreement dated October 15, 2020 (the
5  "PSA") by and between 450 S. Western, LLC as debtor and debtor-in-possession and Jake Sharp
6  Capital as well as a first amendment thereto as Dkt. No. 250.

7  **PLEASE TAKE FURTHER NOTICE THAT** attached as **Exhibit 1** hereto is a fully
8  executed copy of the second amendment to the PSA dated November 20, 2020 which, among
9  other things, supersedes the first amendment to the PSA, provides that Buyer will increase its
10 deposit to $3,750,000.00, and permits Buyer to extend closing through and including December
11 4, 2020 as specifically provided therein.

12 Dated: November 20, 2020              **ARENT FOX LLP**

15                                       By:  */s/ M. Douglas Flahaut*
16                                            Aram Ordubegian
                                              M. Douglas Flahaut
17                                            Christopher K.S. Wong
                                              General Bankruptcy and Restructuring Counsel
18                                            for Debtor and Debtor-In-Possession

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

AFDOCS/22039771.1

# EXHIBIT 1

## *SECOND AMENDMENT TO* PURCHASE AND SALE AGREEMENT DATED OCTOBER 15, 2020

This second amendment (the "**Amendment**") is dated November 20, 2020 and is entered into by and between by and between 450 S. Western, LLC, a California limited liability company, in its capacity as debtor-in-possession in Bankruptcy Case No. 2:20-bk-10264-ER ("**Debtor**") (in such capacity, "**Seller**") and, JAKE SHARP CAPITAL ("**Buyer**").

### RECITALS

1. Whereas Seller and Buyer entered into that certain PURCHASE AND SALE AGREEMENT (the "**PSA**") dated October 15, 2020 with respect to that certain property commonly known as 450 S. Western, Los Angeles, California, Assessor's Parcel Number 5503-014-020 and more particularly described on Exhibit "A" to the PSA.

2. Whereas the Bankruptcy Court entered its *Order (1) Approving Bidding Procedures for the Sale of Estate Property; (2) Approving the Sale of Property Under 11 U.S.C. § 363 Free and Clear of Liens, Claims, and Encumbrances; and (3) Approving the Form and Manner of Notice* [Dkt. No. 241] (the "**Sale Order**") on October 23, 2020.

3. Whereas Seller and Buyer entered into that certain First Amendment to the PSA dated November 13, 2020.

4. Whereas the Buyer and Seller now wish to further amend the PSA as set forth herein with this Amendment superseding the First Amendment to the PSA dated November 13, 2020 and also superseding all previous iterations of this Amendment that may have been executed or circulated on or before 1:40 p.m. prevailing pacific time on this 20th day of November 2020.

### AMENDMENTS TO THE PSA

**Now therefore in consideration of the mutual promises and covenants contained herein and other good and valuable consideration, the receipt and sufficiency of which are acknowledged by each of the parties hereto, the parties agree (for themselves and their successors and permitted assigns) as follows:**

1

3

RECITAL "F" of the PSA is amended to read as follows:

F.Seller and Buyer desire to consummate the proposed transaction on October 29, 2020; however, Buyer shall have the option to delay the closing to December 4, 2020 provided Buyer pays the additional property tax assessments and interest on the secured claims between October 30, 2020 and December 4, 2020 on the terms and conditions set forth herein.

SECTION 3.1.1 of the PSA is amended to read as follows:

3.1.1 On or before October 13, 2020, Buyer shall deposit the sum of One Million and No/100 Dollars ($1,000,000.00) which amount shall be increased to a total of Two Million and No/100 Dollars ($2,000,000.00) on or before November 13, 2020 and further increased to a total of Two Million Two Hundred Fifty Thousand and No/100 Dollars ($2,250,000.00) on or before November 20, 2020, and further increased to a total of Three Million Seven Hundred Fifty Thousand and No/100 Dollars ($3,750,000.00) on or before November 23, 2020 (collectively the "**Deposit**").  The Deposit shall be held as a deposit against the Purchase Price in accordance with the terms and provisions of this Agreement.  Subject to Section 10.2, in the event that the sale of the Property does not occur for any reason other than default by the Buyer, then the entire amount of the Deposit, plus any and all interest earned on the Deposit, shall be returned to Buyer.

SECTION 5 of the PSA is amended to read as follows:

5.Closing Procedure.  The sale and purchase herein provided shall be consummated (the "**Closing**") at a closing conference, which shall be held on the Closing Date held through Escrow.  Provided all closing conditions set forth in Section 4 have been satisfied or waived, the Closing shall take place on or before October 29, 2020. Buyer shall have the option, in its sole discretion, to Close prior to October 29, 2020 if it provides Seller with not less than five (5) days written notice of the new Closing Date.  If Buyer exercises its option to close prior to October 29, 2020 and provided Seller with the required notice, the purchase price shall be adjusted down to account for the decrease in interest on secured claims.  Buyer shall also have an option, in its sole discretion, to delay the closing to a date on or before December 4, 2020 provided Buyer (i.) increases its deposit to Three Million Seven Hundred Fifty Thousand and No/100 Dollars ($3,750,000.00) as provided in Section 3.1.1 of the PSA as amended above and (ii.) pays the additional property tax assessments and interest on the secured claims between October 30, 2020 and December 4, 2020 or such earlier date on which the transaction may close (the "Closing Date") on the terms and conditions set forth herein.

SECTION 9.1.2(a) of the PSA is amended to read as follows:

By either Seller or Buyer if:

      (a)    the Closing does not occur on or prior to October 29, 2020 (or December 4, 2020 if Buyer exercises its option), other than as a result of a material breach by the terminating party, as applicable, of any covenant or agreement contained herein;

IN WITNESS WHEREOF, the parties hereto have executed this Amendment as of the date first above written.

**SELLER:**

**450 S. Western, LLC,**
a California limited liability company

By: _____
Name: Richard J. Laski
Title: Chief Restructuring Officer

**BUYER:**

**JAKE SHARP CAPITAL**
a California corporation

By: _____
Name: Lafayette J. Sharp IV / Jake Sharp
Title: CEO

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Arent Fox LLP, Gas Company Tower, 555 West Fifth Street, 48th Floor, Los Angeles, CA 90013.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF FILING OF: SECOND AMENDMENT TO THE PURCHASE AND SALE AGREEMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **11/20/2020** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/20/2020 | AYLIN SOOKASSIANS | /s/ Aylin Sookassians |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                             **F 9013-3.1.PROOF.SERVICE**

AFDOCS/23246801.1

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Jesse S Finlayson on behalf of Creditor Philmont Management, Inc.
jfinlayson@ftrlfirm.com, bmendoza@ftrlfirm.com

M Douglas Flahaut on behalf of Attorney Arent Fox LLP
flahaut.douglas@arentfox.com

M Douglas Flahaut on behalf of Debtor 450 S. Western, LLC, a California limited liability company
flahaut.douglas@arentfox.com

Maria L Garcia on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF 450 S. WESTERN, LLC
Maria.L.Garcia@lewisbrisbois.com

Amy L Goldman on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF 450 S. WESTERN, LLC
Amy.Goldman@lewisbrisbois.com

Jeffrey T Gwynn on behalf of Creditor New Creation Engineering and Builders, Inc.
jgwynn@vervelaw.com

Mark S Horoupian on behalf of Interested Party Courtesy NEF
mhoroupian@sulmeyerlaw.com, mhoroupian@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com

Christian T Kim on behalf of Interested Party Christian Kim
ckim@dumas-law.com, ckim@ecf.inforuptcy.com

Richard J Laski (TR)
rlaski@wilshirellc.com

John P Lee on behalf of Creditor One Stop Financial Consulting, Inc.
jlee@kspllaw.com, admin@kspllaw.com

John P Lee on behalf of Creditor Richvest Asset Holdings, LLC.
jlee@kspllaw.com, admin@kspllaw.com

Won Lee on behalf of Attorney Square Mixx LA, Inc.
dlee@metallawgroup.com

Won Lee on behalf of Attorney Eunice Y. Tak
dlee@metallawgroup.com

Kenderton S Lynch on behalf of Creditor Evergreen Capital Assets, LP
kenlynchlaw@aol.com

Kenderton S Lynch on behalf of Interested Party Courtesy NEF
kenlynchlaw@aol.com

David W. Meadows on behalf of Creditor G 450 LLC
david@davidwmeadowslaw.com

David W. Meadows on behalf of Creditor G 450, LLC, Pontis Capital, LLC, and Five West Capital, LP
david@davidwmeadowslaw.com

David W. Meadows on behalf of Interested Party Courtesy NEF
david@davidwmeadowslaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

AFDOCS/23246801.1

Juliet Y Oh on behalf of Interested Party Admire Capital Lending, LLC
jyo@lnbrb.com, jyo@lnbrb.com

Juliet Y Oh on behalf of Interested Party Belmont Two Investment Holdings, LLC
jyo@lnbrb.com, jyo@lnbrb.com

Juliet Y Oh on behalf of Interested Party Courtesy NEF
jyo@lnbrb.com, jyo@lnbrb.com

Aram Ordubegian on behalf of Attorney Arent Fox LLP
ordubegian.aram@arentfox.com

Aram Ordubegian on behalf of Debtor 450 S. Western, LLC, a California limited liability company
ordubegian.aram@arentfox.com

Sagar Parikh on behalf of Creditor SoCal Lien Solutions, LLC
SP@BeverlyHillsLawCorp.com

Amelia Puertas-Samara on behalf of Debtor 450 S. Western, LLC, a California limited liability company
itcdbgc@edd.ca.gov, itcdgc@edd.ca.gov

Dean G Rallis, Jr on behalf of Interested Party Courtesy NEF
drallis@hahnlawyers.com,
marias@hahnlawyers.com;mpham@hahnlawyers.com;drallis@ecf.courtdrive.com;drallis@ecf.inforuptcy.com

Victor A Sahn on behalf of Interested Party Courtesy NEF
vsahn@sulmeyerlaw.com,
pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com;dlee@metallawgroup.com;dlee@ecf.inforuptcy.com

Lovee D Sarenas on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF 450 S. WESTERN, LLC
lsarenas@sklarkirsh.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Christopher K.S. Wong on behalf of Debtor 450 S. Western, LLC, a California limited liability company
christopher.wong@arentfox.com, yvonne.li@arentfox.com

Felix T Woo on behalf of Creditor SINO-US INVESTMENT AND MANAGEMENT CONSULTANT LIMITED
fwoo@ftwlawgroup.com, admin@ftwlawgroup.com

Hatty K Yip on behalf of U.S. Trustee United States Trustee (LA)
hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov

Timothy J Yoo on behalf of Interested Party Courtesy NEF
tjy@lnbyb.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                          F 9013-3.1.PROOF.SERVICE

AFDOCS/23246801.1