Aram Ordubegian (SBN 185142)
M. Douglas Flahaut (SBN 245558)
Christopher K.S. Wong (SBN 308048)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone:    213.629.7400
Facsimile:    213.629.7401
Emails:    aram.ordubegian@arentfox.com
  douglas.flahaut@arentfox.com
  christopher.wong@arentfox.com

General Bankruptcy and Restructuring Counsel for
Debtor and Debtor-In-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br>**450 S. WESTERN, LLC, a California Limited Liability Company,**<br><br>Debtor and Debtor-in-Possession. | Case No. 2:20-bk-10264-ER<br><br>Chapter 11<br><br>**NOTICE OF FILING OF:**<br><br>***STIPULATION RE DISTRIBUTION OF SALE PROCEEDS***<br><br><u>Sale Hearing and Auction</u><br>Date:    October 14, 2020<br>Time:    10:00 a.m. (Pacific standard time)<br>Place:    Courtroom 1568<br>    255 E. Temple St.,<br>    Los Angeles, CA 90012 |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS/22995358.1

**TO THE HONORABLE ERNEST M. ROBLES, UNITED STATES BANKRUPTCY JUDGE; AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE THAT** attached hereto as **Exhibit 1** is a copy of that certain *Stipulation Re Distribution of Sale Proceeds* entered into by and among 450 S. Western, LLC, as debtor and debtor-in-possession in the above-captioned chapter 11 case ("450 S. Western" or "Debtor"); the Official Committee of Unsecured Creditors (the "Committee"); G450, LLC ("G450"); Pontis Capital, LLC ("Pontis"); Five West Capital, LP ("Five West"); Evergreen Capital Assets LP ("Evergreen"); and Philmont Management Inc. ("Philmont"), by and through their respective counsel of record.

Dated: November 30, 2020        **ARENT FOX LLP**

By: */s/ M. Douglas Flahaut*
    Aram Ordubegian
    M. Douglas Flahaut
    Christopher K.S. Wong
    General Bankruptcy and Restructuring
    Counsel for Debtor and Debtor-In-Possession

# EXHIBIT 1

Aram Ordubegian (SBN 185142)
M. Douglas Flahaut (SBN 245558)
Christopher K.S. Wong (SBN 308048)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone:    213.629.7400
Facsimile:    213.629.7401
Emails:    aram.ordubegian@arentfox.com
    douglas.flahaut@arentfox.com
    christopher.wong@arentfox.com

General Bankruptcy and Restructuring Counsel for
Debtor and Debtor-In-Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>**450 S. WESTERN, LLC, a California Limited Liability Company,**<br><br>Debtor and Debtor-in-Possession. | Case No. 2:20-bk-10264-ER<br><br>Chapter 11<br><br>**STIPULATION RE DISTRIBUTION OF SALE PROCEEDS**<br><br><u>Sale Hearing and Auction</u><br>Date:    October 14, 2020<br>Time:    10:00 a.m. (Pacific standard time)<br>Place:    Courtroom 1568<br>    255 E. Temple St.,<br>    Los Angeles, CA 90012 |

**TO THE HONORABLE ERNEST M. ROBLES, UNITED STATES BANKRUPTCY JUDGE; AND ALL INTERESTED PARTIES:**

This Stipulation is made and entered into by and among 450 S. Western, LLC, as debtor and debtor-in-possession in the above-captioned chapter 11 case ("450 S. Western" or "Debtor"), the Official Committee of Unsecured Creditors (the "Committee"), G450, LLC ("G450"), Pontis Capital, LLC ("Pontis"), Five West Capital, LP ("Five West"), Evergreen Capital Assets LP ("Evergreen"), and Philmont Management Inc. ("Philmont"), by and through their respective counsel of record.  The foregoing parties shall hereinafter be referred to collectively as the "Parties".

Case 2:20-bk-10264-ER   Doc 253   Filed 11/30/20   Entered 11/30/20 16:51:42   Desc
Main Document    Page 5 of 15

This Stipulation is made with reference to the following facts:

**RECITALS**

A. WHEREAS, the Debtor filed a voluntary petition on or about January 10, 2020.

B. WHEREAS, on February 4, 2020, the Office of the United States Trustee appointed the Committee in the above-captioned case pursuant to 11 U.S.C. § 1102(a) and (b).

C. WHEREAS, the Debtor's principal asset is that certain piece of real property commonly known as 450 S. Western, Los Angeles California (the "Property").

D. WHEREAS, on or about September 23, 2020, the Debtor filed a motion to approve the sale of the Property pursuant to that certain Purchase and Sale Agreement with Evergreen or its assignee, subject to overbids [Dkt. No. 188] (the "Sale Motion").[1]

E. WHEREAS, after an auction held in open court on October 14, 2020 at 10:00 a.m. (Pacific standard time), Jake Sharp Capital (the "Buyer") was announced as the Successful Bidder for the Property at the final bid and purchase price of $57,500,000 (the "Purchase Price"). On October 23, 2020, the Court entered its order approving the sale of the Property to the Buyer under 11 U.S.C. §§ 363(b) and (f) as Docket. No. 241.

F. WHEREAS, those secured claims held by the Los Angeles County Treasurer and Tax Collector ("LACTTC"), Pontis, Five West, and Evergreen are undisputed as to validity and amount. Though Philmont has asserted its lien is senior to Evergreen's lien, a contention that Evergreen disputes.

G. WHEREAS, with respect to the secured claim of G450, a potential dispute has arisen between G450, the Debtor, Evergreen, and the Committee regarding G450's calculation of interest and/or fees as well as G450's application of payments under the operative loan documents. Notwithstanding this dispute the Parties all agree G450 has a valid, first priority secured claim in the amount of at least $28,778,046.

H. WHEREAS, the Debtor, the Committee, and Evergreen dispute the secured claim of Philmont for the reasons set forth in the Sale Motion and related pleadings, among others. Philmont, for its part, disagrees with the Debtor, the Committee and Evergreen, and asserts it has a

---

[1] All capitalized terms not defined herein shall have the meanings ascribed to them in the Sale Motion.

Arent Fox LLP
Attorneys At Law
Los Angeles

- 2 -

AFDOCS/22995358.1

4

valid secured claim that is senior to that of Evergreen.

I.  WHEREAS, the Debtor also disputes the secured claims of New Creation Engineering and Builders, Inc. ("New Creation") and One Stop Financing Consulting ("One Stop") for the reasons set forth in the Sale Motion and related pleadings.

J.  WHEREAS, the Parties have reached an agreement governing distribution of the sale proceeds upon close of escrow and a process by which the disputed portion of the proceeds can be held in a segregated account by the Debtor, pending resolution of claims asserted by the competing claimants (including but not limited to interest and / or attorney's fees, costs and expenses that are owed to secured creditors) via a further stipulation between the appropriate parties and / or further order of this Court.

**NOW, THEREFORE**, in exchange for the mutual promises set forth herein, which consideration the Parties agree is adequate, the Parties agree and stipulate as follows:

**STIPULATION**

1. At closing, the Parties agree the Debtor and/or Escrow is authorized to distribute proceeds from the sale of the Property in accordance with the distribution schedule attached hereto as **Exhibit A**.

2. The remaining portion of the sale proceeds after the closing of escrow and the payment of the agreed upon amounts set forth in Exhibit A shall be transferred to a segregated debtor-in-possession account pending a further stipulation between the appropriate parties and / or further order of this Court authorizing distributions from such account. With respect to the segregated account all liens and claims in or to the Property (including but not limited to claims for interest and / or attorney's fees, costs and expenses) that remain unsatisfied after closing will attach to the proceeds of the sale in the same validity and amount as they had existed with respect to the Property prior to closing. Furthermore, all rights whatsoever of all Parties hereto are specifically reserved.

3. This Stipulation shall survive the dismissal or conversion of this chapter 11 case, and shall be binding on any (i) trustee appointed, (ii) following conversion to chapter 7 of the Bankruptcy Code, or (iii) any other successor of the Debtor.

4. The Court shall retain jurisdiction, and the Parties consent to such retention of jurisdiction, to resolve any disputes or controversies arising from, or related to, this Stipulation.

5. This Stipulation shall be effective immediately upon the entry of an Order approving it.

Dated: November 24, 2020      **ARENT FOX LLP**

By: *[signature]*
Aram Ordubegian
M. Douglas Flahaut
Christopher K.S. Wong
General Bankruptcy and Restructuring
Counsel for Debtor and Debtor-In-Possession

Dated: November 24, 2020      **LEWIS BRISBOIS BISGAARD & SMITH LLP**

By:
Amy L. Goldman
Maria L. Garcia
Attorneys for Official Committee of Unsecured Creditors

Dated: November 24, 2020      **LAW OFFICES OF DAVID W. MEADOWS**

By:
David W. Meadows
Counsel to G450 LLC, Pontis Capital, LLC and Five West Capital, LP

1    4.    The Court shall retain jurisdiction, and the Parties consent to such retention of jurisdiction, to resolve any disputes or controversies arising from, or related to, this Stipulation.

5.    This Stipulation shall be effective immediately upon the entry of an Order approving it.

Dated:    November 24, 2020    **ARENT FOX LLP**

By:_____
Aram Ordubegian
M. Douglas Flahaut
Christopher K.S. Wong
General Bankruptcy and Restructuring
Counsel for Debtor and Debtor-In-Possession

Dated:    November 30, 2020    **LEWIS BRISBOIS BISGAARD & SMITH LLP**

By:_____
Amy L. Goldman
Maria L. Garcia
Attorneys for Official Committee of
Unsecured Creditors

Dated:    November 24, 2020    **LAW OFFICES OF DAVID W. MEADOWS**

By:_____
David W. Meadows
Counsel to G450 LLC, Pontis Capital, LLC
and Five West Capital, LP

4. The Court shall retain jurisdiction, and the Parties consent to such retention of jurisdiction, to resolve any disputes or controversies arising from, or related to, this Stipulation.

5. This Stipulation shall be effective immediately upon the entry of an Order approving it.

Dated:   November 24, 2020          **ARENT FOX LLP**

By:_____
Aram Ordubegian
M. Douglas Flahaut
Christopher K.S. Wong
General Bankruptcy and Restructuring
Counsel for Debtor and Debtor-In-Possession

Dated:   November 24, 2020          **LEWIS BRISBOIS BISGAARD & SMITH LLP**

By:_____
Amy L. Goldman
Maria L. Garcia
Attorneys for Official Committee of
Unsecured Creditors

Dated:   November 20, 2020          **LAW OFFICES OF DAVID W. MEADOWS**

By: *David W. Meadows*
David W. Meadows
Counsel to G450 LLC, Pontis Capital, LLC
and Five West Capital, LP

| | | | |
|---|---|---|---|
| 1 | Dated: | November 24, 2020 | **FINLAYSON TOFFER** |
| 2 | | | **ROOSEVELT & LILLY LLP** |

By: _/s/ Jesse S. Finlayson_
Jesse S. Finlayson
Counsel to Philmont Management, Inc.

Dated: November 24, 2020

**KRAFCHAK & LYNCH**

By:_____
Stephanie Krafchak
Counsel to Evergreen Capital Assets LP

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 5 -

AFDOCS/22995358.1

9

| | | | |
|---|---|---|---|
| 1 | Dated: | November 24, 2020 | **FINLAYSON TOFFER** |
| 2 | | | **ROOSEVELT & LILLY LLP** |
| 3 | | | |
| 4 | | | By: _____ |
| 5 | | | Jesse S. Finlayson |
| | | | Counsel to Philmont Management, Inc. |
| 6 | Dated: | November 30, 2020 | **KRAFCHAK & LYNCH** |
| 7 | | | |
| 8 | | | By: _____ |
| 9 | | | Stephanie Krafchak |
| | | | Counsel to Evergreen Capital Assets LP |

# 450 S. Western, LLC
# Sale Proceeds Allocation at Closing
## as of December 2, 2020

| | Allocation of Proceeds at 12/2/20 | | | |
|---|---|---|---|---|
| **Creditor** | **Total Cash Proceeds at Sale** | **Disputed Portion Held in Segregated Trust Account** | **Proposed Payment at Closing** | **Early/Late Close Daily Reduction/Increase** |
| Los Angeles County Treasurer and Tax Collector (2019-2020 and prior) | 2,180,487 | - | 2,180,487 | |
| Los Angeles County Treasurer and Tax Collector (2020-2021 tax year) | 218,011 | - | 218,011 | 1,406.52 |
| 1 G450 LLC | 30,778,046 | 2,000,000 | 28,778,046 | 3,898.21 |
| 2 Pontis Capital, LLC | 5,100,293 | - | 5,100,293 | 1,111.11 |
| 3 Five West Capital, LP | 6,380,166 | - | 6,380,166 | 1,388.89 |
| 4 New Creation Engineering and Builders, Inc. | 706,425 | 706,425 | - | 194.50 |
| 5 Evergreen Capital Assets LP | 1,384,215 | - | 1,384,215 | 375.74 |
| Evergreen - Break-up Fee | 500,000 | - | 500,000 | |
| 6 One Stop Financial Consulting | - | - | - | |
| 7 Philmont Management Inc. | 2,361,878 | 2,361,878 | - | |
| Estimated Closing Costs | 360,515 | | 360,515 | |
| Listing Broker Fees - CBRE (50%) | 1,078,125 | | 1,078,125 | |
| Selling Broker Fees - Jake Sharp Group (50%) | 1,078,125 | 646,875 | 431,250 | |
| Claims of secured creditors for attorney's fees, interest, costs, and expenses; US Trustee Fees; Administrative claims; and all other creditors | 5,704,308 | 5,704,308 | - | |
| **Totals** | **57,830,594** | **11,419,486** | **46,411,108** | **8,374.97** |
| | - | | - | |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Arent Fox LLP, Gas Company Tower, 555 West Fifth Street, 48th Floor, Los Angeles, CA 90013.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF FILING OF: STIPULATION RE DISTRIBUTION OF SALE PROCEEDS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) **11/30/2020** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/30/2020 | AYLIN SOOKASSIANS | /s/ Aylin Sookassians |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                    **F 9013-3.1.PROOF.SERVICE**

AFDOCS/23269931.1

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Jesse S Finlayson on behalf of Creditor Philmont Management, Inc.
jfinlayson@ftrlfirm.com, bmendoza@ftrlfirm.com

M Douglas Flahaut on behalf of Attorney Arent Fox LLP
flahaut.douglas@arentfox.com

M Douglas Flahaut on behalf of Debtor 450 S. Western, LLC, a California limited liability company
flahaut.douglas@arentfox.com

Maria L Garcia on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF 450 S. WESTERN, LLC
Maria.L.Garcia@lewisbrisbois.com

Amy L Goldman on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF 450 S. WESTERN, LLC
Amy.Goldman@lewisbrisbois.com

Jeffrey T Gwynn on behalf of Creditor New Creation Engineering and Builders, Inc.
jgwynn@vervelaw.com

Mark S Horoupian on behalf of Interested Party Courtesy NEF
mhoroupian@sulmeyerlaw.com, mhoroupian@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com

Christian T Kim on behalf of Interested Party Christian Kim
ckim@dumas-law.com, ckim@ecf.inforuptcy.com

Richard J Laski (TR)
rlaski@wilshirellc.com

John P Lee on behalf of Creditor One Stop Financial Consulting, Inc.
jlee@kspllaw.com, admin@kspllaw.com

John P Lee on behalf of Creditor Richvest Asset Holdings, LLC.
jlee@kspllaw.com, admin@kspllaw.com

Won Lee on behalf of Attorney Square Mixx LA, Inc.
dlee@metallawgroup.com

Won Lee on behalf of Attorney Eunice Y. Tak
dlee@metallawgroup.com

Kenderton S Lynch on behalf of Creditor Evergreen Capital Assets, LP
kenlynchlaw@aol.com

Kenderton S Lynch on behalf of Interested Party Courtesy NEF
kenlynchlaw@aol.com

David W. Meadows on behalf of Creditor G 450 LLC
david@davidwmeadowslaw.com

David W. Meadows on behalf of Creditor G 450, LLC, Pontis Capital, LLC, and Five West Capital, LP
david@davidwmeadowslaw.com

David W. Meadows on behalf of Interested Party Courtesy NEF
david@davidwmeadowslaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                          **F 9013-3.1.PROOF.SERVICE**

AFDOCS/23269931.1

Juliet Y Oh on behalf of Interested Party Admire Capital Lending, LLC
jyo@lnbrb.com, jyo@lnbrb.com

Juliet Y Oh on behalf of Interested Party Belmont Two Investment Holdings, LLC
jyo@lnbrb.com, jyo@lnbrb.com

Juliet Y Oh on behalf of Interested Party Courtesy NEF
jyo@lnbrb.com, jyo@lnbrb.com

Aram Ordubegian on behalf of Attorney Arent Fox LLP
ordubegian.aram@arentfox.com

Aram Ordubegian on behalf of Debtor 450 S. Western, LLC, a California limited liability company
ordubegian.aram@arentfox.com

Sagar Parikh on behalf of Creditor SoCal Lien Solutions, LLC
SP@BeverlyHillsLawCorp.com

Amelia Puertas-Samara on behalf of Debtor 450 S. Western, LLC, a California limited liability company
itcdbgc@edd.ca.gov, itcdgc@edd.ca.gov

Dean G Rallis, Jr on behalf of Interested Party Courtesy NEF
drallis@hahnlawyers.com,
marias@hahnlawyers.com;mpham@hahnlawyers.com;drallis@ecf.courtdrive.com;drallis@ecf.inforuptcy.com

Victor A Sahn on behalf of Interested Party Courtesy NEF
vsahn@sulmeyerlaw.com,
pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com;dlee@metallawgroup.com;dlee@ecf.inforuptcy.com

Lovee D Sarenas on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF 450 S. WESTERN, LLC
lsarenas@sklarkirsh.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Christopher K.S. Wong on behalf of Debtor 450 S. Western, LLC, a California limited liability company
christopher.wong@arentfox.com, yvonne.li@arentfox.com

Felix T Woo on behalf of Creditor SINO-US INVESTMENT AND MANAGEMENT CONSULTANT LIMITED
fwoo@ftwlawgroup.com, admin@ftwlawgroup.com

Hatty K Yip on behalf of U.S. Trustee United States Trustee (LA)
hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov

Timothy J Yoo on behalf of Interested Party Courtesy NEF
tjy@lnbyb.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                F 9013-3.1.PROOF.SERVICE

AFDOCS/23269931.1