| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Aram Ordubegian (SBN 185142)<br>M. Douglas Flahaut (SBN 245558)<br>Christopher K.S. Wong (SBN 308048)<br>**ARENT FOX LLP**<br>555 West Fifth Street, 48th Floor<br>Los Angeles, CA  90013-1065<br>Telephone:    213.629.7400<br>Facsimile:    213.629.7401<br>Email:    aram.ordubegian@arentfox.com<br>douglas.flahaut@arentfox.com<br>christopher.wong@arentfox.com<br><br>☐ *Debtor(s) appearing without an attorney*<br>☒ *Attorney for: General Bankruptcy and Restructuring Counsel for Debtor and Debtor-In-Possession* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA -  LOS ANGELES DIVISION

| In re:<br><br>**450 S. WESTERN, LLC, a California Limited Liability Company,** | CASE NO.: 2:20-bk-10264-ER<br><br>CHAPTER: 11 |
|---|---|
| | ### NOTICE OF OPPORTUNITY TO REQUEST A HEARING ON MOTION<br><br>### [LBR 9013-1(o)] |
| Debtor and Debtor-in-Possession. | [No hearing unless requested in writing] |

**TO THE U.S. TRUSTEE AND ALL PARTIES ENTITLED TO NOTICE, PLEASE TAKE NOTICE THAT:**

1.  Movant(s) 450 S. WESTERN, LLC, a California Limited Liability Company ,
filed a motion or application (Motion) entitled MOTION TO CONFIRM ASSUMPTION AND ASSIGNMENT OF LEASES AND TO DETERMINE CURE AMOUNTS; DECLARATION OF RICHARD J. LASKI IN SUPPORT . THEREOF

2.  Movant(s) is requesting that the court grant the Motion without a hearing as provided for in LBR 9013-1(o), unless a party in interest timely files and serves a written opposition to the Motion and requests a hearing.

3.  The Motion is based upon the legal and factual grounds set forth in the Motion. (Check appropriate box below):

    ☒ The full Motion is attached to this notice; or
    ☐ The full Motion was filed with the court as docket entry # _____, and a detailed description of the relief sought is attached to this notice.

4.  **DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING:** Pursuant to LBR 9013-1(o), any party who opposes the Motion may request a hearing on the Motion. The deadline to file and serve a written opposition and request for a hearing is 14 days after the date of service of this notice, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                    Page 1                    **F 9013-1.2.OPPORTUNITY.HEARING.NOTICE**

AFDOCS/17972972.1


American LegalNet, Inc.
www.FormsWorkFlow.com

a.    If you timely file and serve a written opposition and request for a hearing, movant will file and serve a notice of hearing at least 14 days in advance of the hearing. [LBR 9013-1(o)(4)]

b     If you fail to comply with this deadline:

(1)    Movant will file a declaration to indicate: (1) the Motion was properly served, (2) the response period elapsed, and (3) no party filed and served a written opposition and request for a hearing within 14 days after the date of service of the notice [LBR 9013-1(o)(3)];

(2)    Movant will lodge an order that the court may use to grant the Motion; and

(3)    The court may treat your failure as a waiver of your right to oppose the Motion and may grant the Motion without further hearing and notice. [LBR 9013-1(h)]

Respectfully submitted,

Date: 12/03/2020                                      */s/ Christopher K.S. Wong*
                                                       Signature of Movant or attorney for Movant

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                    Page 2          **F 9013-1.2.OPPORTUNITY.HEARING.NOTICE**
AFDOCS/17972972.1

American LegalNet, Inc.
www.FormsWorkFlow.com

# MOTION

Aram Ordubegian (SBN 185142)
M. Douglas Flahaut (SBN 245558)
Christopher K.S. Wong (SBN 308048)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone:    213.629.7400
Facsimile:    213.629.7401
Emails:    aram.ordubegian@arentfox.com
            douglas.flahaut@arentfox.com
            christopher.wong@arentfox.com

General Bankruptcy and Restructuring Counsel for
Debtor and Debtor-In-Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:20-bk-10264-ER |
| **450 S. WESTERN, LLC, a California Limited Liability Company,** | Chapter 11 |
| Debtor and Debtor-in-Possession | **MOTION TO CONFIRM ASSUMPTION AND ASSIGNMENT OF LEASES AND TO DETERMINE CURE AMOUNTS; DECLARATION OF RICHARD J. LASKI IN SUPPORT THEREOF**<br><br>*[No Hearing Required Unless Requested under Local Bankr. R. 9013-1(o)]* |

TO THE HONORABLE ERNEST M. ROBLES, UNITED STATES BANKRUPTCY JUDGE; AND ALL INTERESTED PARTIES:

450 S. Western, LLC, as debtor and debtor-in-possession in the above-captioned chapter 11 case ("450 S. Western" or "Debtor") hereby files this Motion to confirm the assumption and assignment to Buyer of those certain unexpired leases listed in Exhibit B (the "Leases") to the *Purchase and Sale Agreement* [Dkt. No. 250] (as amended, the "PSA")[1] and to establish the cure amounts under the Leases, and respectfully represents as follows:

///

///

---

[1] The executed PSA and subsequent amendments are filed with the Court as Dkt. Nos. 250 and 252.

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS/23263447.1

3

# I.

## PRELIMINARY STATEMENT

The Debtor is preparing for closing the sale of the real property located at 450 S. Western Ave., Los Angeles, CA (the "Property"), which closing is projected to result in significant distributions to general unsecured creditors. One of the last remaining sale-related tasks is to confirm the assumption and assignment of the Leases and to determine whether any cure costs are outstanding that would be the responsibility of the Debtor. While the Debtor, as lessor, believes this Court has already approved the assumption and assignment of the Leases when it is approved the PSA the Debtor files this motion to confirm the assumption and assignment to Buyer of the Leases and, perhaps more importantly, to ensure it is fully current in its obligations under the Leases and that no outstanding cures must be paid by the Debtor to any counter party in connection with the Debtor's assumption and assignment of the Leases to Buyer.

The Leases that are to be assumed and assigned to the Buyer are listed in Exhibit B to the PSA. Attached as **Exhibit A** hereto the Leases are specifically relisted along with the Debtor's proposed cure amounts required to be paid in connection with the assumption and assignment of the Leases to Buyer. While the Debtor does not believe any cure amounts will be required, this Motion provides an opportunity for any courter party that disagrees with the proposed cure amounts set forth in Exhibit A to raise such dispute by way of an opposition.

As such, confirming the assumption and assignment of the Leases to Buyer and finally determining the necessary cure costs associated therewith will ensure the Buyer can begin operating the Property promptly after the sale closes, with all Leases assigned and intact and no ongoing disputes regarding assumption and assignment or necessary cure amounts.

## II.

## BACKGROUND

### A.    The Debtor and the Bankruptcy Filing

450 S. Western is the owner and operator of the three-story, 80,316 sq. ft. shopping center located at the intersection of South Western Avenue and 5th Street in the heart of Los Angeles' Koreatown neighborhood. 450 S. Western has been a staple in the Los Angeles Korean

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

AFDOCS/23263447.1

4

1  community and is home to twenty-eight (28) thriving and popular stores, restaurants, and retail

2  shops.  Since the center's completion in 2015, 450 S. Western's mission has been to be more than

3  a shopping center, but to serve as an entertainment and shopping hub for the Korean community

4  in Los Angeles.  The California Marketplace has been referred to as the Korean community's

5  "Grove" or "Americana" projects in mid-Los Angeles and Glendale, respectively.  Presently, the

6  Debtor has approximately six (6) employees, and the Debtor has hired Richard J. Laski of

7  Wilshire Partners of CA, LLC as its Chief Restructuring Officer, who is running the affairs of the

8  Debtor's reorganization and business.[2]

9      Due to its prime location and tenants, 450 S. Western has historically been profitable and

10  continues to be profitable.  The first floor is occupied by its key tenant, "Gaju Market" (translated

11  as "California Market"), a high-end Korean grocery store which is also owned by the Rhee

12  family.

13      Notwithstanding the Debtor's operating strengths, the Debtor suffers from a heavy debt

14  load, owning to the following factors as detailed in the first day declaration of Richard J. Laski

15  [Dkt. No. 7] (the "First Day Declaration"), including (a) accruing legal expenses allocated to a the

16  Admire and Belmont Action (defined below) and related litigations, (b) the threat of foreclosure

17  by secured lenders and their recorded notices of default, (c) a pending application to appoint a

18  receiver, and (d) adversaries that continually shift the goal post in order to avoid receiving

19  payment so as to take title to the building.  As such, the Debtor decided it would commence this

20  chapter 11 case by filing its voluntary petition for relief under chapter 11 of the Bankruptcy Code

21  on January 10, 2020 (the "Petition Date").

22  **B.**    <u>**Sale of the Property**</u>

23      On or about September 23, 2020, the Debtor filed its motion to establish bidding

24  procedures and to sell the Property under 11 U.S.C. § 363, subject to overbids [Dkt. No. 188] (the

25  "Sale Motion").  After an auction held before this Court on October 14, 2020 at 10:00 a.m.

26

27  _____

[2] As discussed in greater detail in the *Motion for Order (1) Approving Engagement Agreement of Wilshire Partners of CA, LLC and (2) Authorizing Monthly Fee Statement Procedures and Payment* [Dkt. No. 3] (the "CRO Motion"),

28  Mr. Laski is a CPA and a financial and turnaround expert that is regularly appointed as an "off-panel" chapter 11 trustee in the Central District of California.

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 3 -

5

1  (Pacific Time), Jake Sharp Capital was announced as the winning bidder for the Property at the

2  purchase price of $57,500,000 (the "Purchase Price"). On or about October 23, 2020, the Court

3  entered the order approving the Sale Motion [Dkt. No. 241] (the "Sale Order"), which *inter alia*,

4  approved the sale and transfer of the Property to Jake Sharp Capital or its designee (the "Buyer")

5  and authorized the assumption and assignment of the Leases scheduled in Exhibit B to the PSA.

6  As reflected in **Exhibit A** to the Laski Declaration, the Debtor submits there are no defaults or

7  breaches which must be cured by the Debtor under each of the Leases.

8  **III.**

9  **JURISDICTION AND VENUE**

10  This Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334. This is a core

11  proceeding pursuant to 28 U.S.C. § 157(b)(2). The venue of this case is proper pursuant to 28

12  U.S.C. §§ 1408 and 1409. The statutory predicates for the relief sought herein are sections 105(a)

13  and 365 of the Bankruptcy Code.

14  **IV.**

15  **DISCUSSION**

16  A.    **The Debtor Exercised Proper Business Judgment in Assuming and Assigning the**

17  **Leases to the Buyer in Connection with the Sale of the Property.**

18  Under Section 365(a) of the Bankruptcy Code, a debtor, "subject to the court's approval,

19  may assume or reject any executory contract or unexpired lease of the debtor." 11 U.S.C. §

20  365(a). Courts generally "approve motions to assume, assume and assign, or reject executory

21  contracts or unexpired leases upon a showing that the debtor's decision to take such action will

22  benefit the debtor's estate and is an exercise of sound business judgment." *In re MF Glob.*

23  *Holdings Ltd*., 466 B.R. 239, 242 (Bankr. S.D.N.Y. 2012); *see also Durkin v. Benedor Corp. (In*

24  *re G.I. Indus.*, *Inc.)*, 204 F.3d 1276, 1282 (9th Cir. 2000). The "business judgment" standard is

25  not a strict standard; it requires only a showing that either assumption or rejection of the

26  unexpired lease will benefit the debtor's estate. S*ee Pac. Shores Dev., LLC v. At Home Corp. (In*

27  *re At Home Corp.)*, 292 B.R. 195, 199 (N.D. Cal. 2003), *aff'd*, 392 F.3d 1064 (9th Cir. 2004).

28  The sale of the Property was approved by this Court on October 23, 2020. The Sale Order

provides, among other things, that the Leases attached as Exhibit B to the PSA are assumed and assigned to the Buyer.  *See* Sale Order, ¶ 17 (references the Leases which are to be rejected, with the remaining assumed); *see id* at ¶ 4 ("The Agreement . .. and all of the terms and conditions thereof, are hereby approved."); *see id* at ¶ 6 ("The Debtor is authorized and directed to take any and all actions necessary or appropriate to […] fully perform and implement the Agreement and consummate the closing (the "Closing") of the transactions contemplated in the Motion, the Agreement, and this Order.").

Notwithstanding this and for the avoidance of doubt, the Debtor seeks confirmation that the Leases will be assumed and assigned to the Buyer on closing.  By this Motion, the Debtor reiterates that its decision to assume and assign the Leases meets the business judgment standard and satisfies the requirements of 11 U.S.C. § 365, because with the consummation of the sale, the Debtor will no longer own the Property and will therefore have no use for the Leases.  Further, the assumption and assignment of the Leases is a necessary for closing the sale to Buyer as they are a key component of what Buyer is acquiring.  As such, the assignment of the Leases represents a negotiated components of the PSA for the Buyer's benefit.

Based on the foregoing, the Debtor respectfully requests that the Court confirm the assumption and assignment of the Leases to the Buyer.

**B.**     **Establishing the Cure Amounts for the Leases Will Facilitate Closing of the Sale and Transfer of the Property to the Buyer.**

Section 365 of the Bankruptcy Code governs assumption and assignment of executory contracts and unexpired leases, and subsection (b)(1) codifies the requirements for the debtor, providing in relevant part that:

> (b)(1) If there has been a default in an executory contract or unexpired lease of the debtor, the trustee may not assume such contract or lease unless, at the time of assumption of such contract or lease, the trustee—
>
> (A) cures, or provides adequate assurance that the trustee will promptly cure, such default . . . ;
>
> (B) compensates, or provides adequate assurance that the trustee will promptly compensate, a party other than the debtor to such contract or lease, for any actual pecuniary loss to such party resulting from such default; and

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 5 -

1

2

(C) provides adequate assurance of future performance under such contract or lease.

3

11 U.S.C. § 365(b)(1).

4

This Court has expansive equitable powers to fashion any orders or decree that is in the

5

interest of preserving or protecting the value of the estate. *Eskanos & Adler, P.C. v. Roman (In re*

6

*Roman)*, 283 B.R. 1, 13 (B.A.P. 9th Cir. 2002) ("Section 105 provides a bankruptcy court with

7

broad equitable powers").

8

As reflected in the Debtor's proposed cure schedule attached as **Exhibit A** to the Laski

9

Declaration, the Debtor submits it has performed all of its obligations under each of the Leases,

10

and that no cure payment is owed from the Debtor to any the counterparties.[3]  Yet out of the

11

abundance of caution, the Debtor files this Motion to ensure that all counterparties to the Leases

12

are provided with the opportunity to contest this assertion and to respond if appropriate.

13

Based on the foregoing, the Debtor requests that the Court approve the proposed cure

14

amounts for the Leases as set forth in **Exhibit A** to the Laski Declaration.

15

**V.**

16

**MANNER AND FORM**

17

The Debtor has given notice of this Motion to all known creditors, parties-in-interest,

18

including each counterparty to the Leases, and the Official Committee of Unsecured Creditors

19

(the "Committee") in this bankruptcy case pursuant to Rules 9019(a), 6004(a), and 2002(a)(3) of

20

the Federal Rules of Bankruptcy Procedure and Rules 9013-1, 9019-1, and 6004-1 of the Local

21

Bankruptcy Rules.  The Debtor believes that such notice constitutes adequate notice and requests

22

that such notice be approved by this Court as being adequate under all of the circumstances.

23

**VI.**

24

**CONCLUSION**

25

**WHEREFORE**, the Debtor respectfully requests this Court to enter an order:

26

1.      Granting the Motion in its entirety;

27

28

[3] For purposes of determining cure amounts the Debtor's obligations under the Leases are the only relevant obligations and nothing herein shall be an admission that any counterparty is current or otherwise in compliance under any of the Lease.  As such, all rights of the Debtor and Buyer as assignee against such counterparties under the Leases are reserved.

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 6 -

AFDOCS/23263447.1

8

2.      Confirming the assumption and assignment of the Leases to the Buyer upon closing of the sale of the Property;

3.      Establishing the cure amounts set forth in **Exhibit A** to the Laski Declaration, as the final and accurate cure amounts with respect to each of the Leases; and

4.      Granting any and other further relief as may be just and proper.

Dated:  December 2, 2020                    **ARENT FOX LLP**

By:    */s/ Christopher K.S. Wong*
        Christopher K.S. Wong
        General Bankruptcy and Restructuring Counsel
        for Debtor and Debtor-In-Possession

AFDOCS/23263447.1

9

## DECLARATION OF RICHARD J. LASKI

I, Richard J. Laski, declare that:

1.    I am over 18 years of age.  If called as a witness, I could and would competently testify with respect to the matters set forth in this declaration (the "Declaration") from my own personal knowledge or from knowledge gathered from others within the Debtor's organization and the Debtor's advisors, my review of relevant documents, or my opinion based upon my experience concerning the Debtor's operations.

2.    I am the Chief Restructuring Officer of 450 S. Western, LLC, I submit this Declaration in support of the foregoing *Motion to Confirm Assumption and Assignment of Leases and to Determine Cure Amounts* (the "Motion").   Capitalized terms not defined in this Declaration are defined in the foregoing Motion.

3.    I have reviewed the Motion and except for those matters stated upon information and belief, I know the facts represented therein, which are known to me to be true.  If called as a witness, I could and would competently testify thereto.

4.    I believe the Debtor's assumption and assignment of the Leases to the Buyer meets the business judgment standard for the reasons set forth in the Motion.

5.    Based on information available to me at this time, I do not believe there are any outstanding obligations which the Debtor must cure with respect to the Leases upon assumption and assignment to the Buyer.  Attached hereto as **Exhibit A** is the schedule of the Debtor's proposed cure amounts identifying each Assumed Lease by counterparty and unit number.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2ND day of DECEMBER 2020, at Pasadena, California.

_____
Richard J. Laski

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

# EXHIBIT A

**EXHIBIT A**

*Debtor's Cure Schedule for Assumed Leases*

| Counterpart(ies) | Description | Debtor's Cure Amount[4] |
|---|---|---|
| Gaju Market Corporation | #101 | $0.00 |
| Gaju Market Corporation | #201 | $0.00 |
| BMB Nail Salon | #204 | $0.00 |
| BMB Medical Group | # 205 and 206 | $0.00 |
| Ultimate Telecom, Inc. & Seok Won Choi | #207 | $0.00 |
| Eden Beauty LLC | #208 | $0.00 |
| E Young Collection, Se Woon Park | #209 | $0.00 |
| Clemente, Jiyoung Park | #212-A | $0.00 |
| Pacific City Bank | #213 | $0.00 |
| Elsis, Myeong Ho Hwang | #214 | $0.00 |
| Lee's Orchid Inc. | #215A | $0.00 |
| Guardian Computer, Myeong Ho Hwang | #215B | $0.00 |
| Tae Ub Yoon | #215C | $0.00 |
| Donginbi, Jay Hyung | #216 | $0.00 |
| Kreation Enterprise Corp | #217 | $0.00 |
| Kreation Enterprise Corp | #218 | $0.00 |
| Kreation Enterprise Corp | Units #219 and 221 | $0.00 |
| Pink Gulliver, Inc | #202 and 220 | $0.00 |
| Gaju #1, Inc. and Dong Hun Yoo | #305_FC1 CNP | $0.00 |
| Gaju #1, Inc. and Dong Hun Yoo | #305_FC2 CNP | $0.00 |
| King Donkatsu | #305_FC4 | $0.00 |

---

[4] The proposed cure amounts set forth herein reflect the Debtor's monetary obligations under the Assumed Leases in its capacity as lessor.  Nothing contained herein is an admission or representation whatsoever regarding the status of the tenant's obligations under the Assumed Leases.

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 9 -

| Jungabok | Unit #305_FC5 | $0.00 |
|---|---|---|
| Mealtop USA | #307 | $0.00 |
| PPS-Capital Inc. and Dong Hun Yoo | #313 | $0.00 |
| Fodariche Inc. | #314 | $0.00 |
| Ye Teahouse | Units #315 and #316 | $0.00 |
| T-Mobile West, LLC | #Roof | $0.00 |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 10 -

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Arent Fox LLP, Gas Company Tower, 555 West Fifth Street, 48th Floor, Los Angeles, CA 90013.

A true and correct copy of the foregoing document entitled (*specify*): **MOTION TO CONFIRM ASSUMPTION AND ASSIGNMENT OF LEASES AND TO DETERMINE CURE AMOUNTS; DECLARATION OF RICHARD J. LASKI IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) **12/03/2020** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **12/03/2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**JUDGE**

Honorable Ernest M. Robles
United States Bankruptcy Court
255 E. Temple Street, Suite 1560
Los Angeles, CA 90012

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/03/2020 | AYLIN SOOKASSIANS | /s/ Aylin Sookassians |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                    **F 9013-3.1.PROOF.SERVICE**

AFDOCS/22065190.1

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Jesse S Finlayson on behalf of Creditor Philmont Management, Inc.
jfinlayson@ftrlfirm.com, bmendoza@ftrlfirm.com

M Douglas Flahaut on behalf of Attorney Arent Fox LLP
flahaut.douglas@arentfox.com

M Douglas Flahaut on behalf of Debtor 450 S. Western, LLC, a California limited liability company
flahaut.douglas@arentfox.com

Maria L Garcia on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF 450 S.
WESTERN, LLC
Maria.L.Garcia@lewisbrisbois.com

Amy L Goldman on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF 450 S.
WESTERN, LLC
Amy.Goldman@lewisbrisbois.com

Jeffrey T Gwynn on behalf of Creditor New Creation Engineering and Builders, Inc.
jgwynn@vervelaw.com

Mark S Horoupian on behalf of Interested Party Courtesy NEF
mhoroupian@sulmeyerlaw.com, mhoroupian@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com

Christian T Kim on behalf of Interested Party Christian Kim
ckim@dumas-law.com, ckim@ecf.inforuptcy.com

Richard J Laski (TR)
rlaski@wilshirellc.com

John P Lee on behalf of Creditor One Stop Financial Consulting, Inc.
jlee@kspllaw.com, admin@kspllaw.com

John P Lee on behalf of Creditor Richvest Asset Holdings, LLC.
jlee@kspllaw.com, admin@kspllaw.com

Won Lee on behalf of Attorney Square Mixx LA, Inc.
dlee@metallawgroup.com

Won Lee on behalf of Attorney Eunice Y. Tak
dlee@metallawgroup.com

Kenderton S Lynch on behalf of Creditor Evergreen Capital Assets, LP
kenlynchlaw@aol.com

Kenderton S Lynch on behalf of Interested Party Courtesy NEF
kenlynchlaw@aol.com

David W. Meadows on behalf of Creditor G 450 LLC
david@davidwmeadowslaw.com

David W. Meadows on behalf of Creditor G 450, LLC, Pontis Capital, LLC, and Five West Capital, LP
david@davidwmeadowslaw.com

David W. Meadows on behalf of Interested Party Courtesy NEF
david@davidwmeadowslaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                **F 9013-3.1.PROOF.SERVICE**

AFDOCS/22065190.1

15

Juliet Y Oh on behalf of Interested Party Admire Capital Lending, LLC
jyo@lnbrb.com, jyo@lnbrb.com

Juliet Y Oh on behalf of Interested Party Belmont Two Investment Holdings, LLC
jyo@lnbrb.com, jyo@lnbrb.com

Juliet Y Oh on behalf of Interested Party Courtesy NEF
jyo@lnbrb.com, jyo@lnbrb.com

Aram Ordubegian on behalf of Attorney Arent Fox LLP
ordubegian.aram@arentfox.com

Aram Ordubegian on behalf of Debtor 450 S. Western, LLC, a California limited liability company
ordubegian.aram@arentfox.com

Sagar Parikh on behalf of Creditor SoCal Lien Solutions, LLC
SP@BeverlyHillsLawCorp.com

Amelia Puertas-Samara on behalf of Debtor 450 S. Western, LLC, a California limited liability company
itcdbgc@edd.ca.gov, itcdgc@edd.ca.gov

Dean G Rallis, Jr on behalf of Interested Party Courtesy NEF
drallis@hahnlawyers.com,
marias@hahnlawyers.com;mpham@hahnlawyers.com;drallis@ecf.courtdrive.com;drallis@ecf.inforuptcy.com

Victor A Sahn on behalf of Interested Party Courtesy NEF
vsahn@sulmeyerlaw.com,
pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@e
cf.inforuptcy.com;dlee@metallawgroup.com;dlee@ecf.inforuptcy.com

Lovee D Sarenas on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF 450 S.
WESTERN, LLC
lsarenas@sklarkirsh.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Christopher K.S. Wong on behalf of Debtor 450 S. Western, LLC, a California limited liability company
christopher.wong@arentfox.com, yvonne.li@arentfox.com

Felix T Woo on behalf of Creditor SINO-US INVESTMENT AND MANAGEMENT CONSULTANT LIMITED
fwoo@ftwlawgroup.com, admin@ftwlawgroup.com

Hatty K Yip on behalf of U.S. Trustee United States Trustee (LA)
hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov

Timothy J Yoo on behalf of Interested Party Courtesy NEF
tjy@lnbyb.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                   **F 9013-3.1.PROOF.SERVICE**

AFDOCS/22065190.1

16

12/3/2020                                CM/ECF - U.S. Bankruptcy Court (v5.2.1 - LIVE)

**File a Motion:**

2:20-bk-10264-ER 450 S. Western, LLC, a California limited liabilit

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Los Angeles) |
| Assets: y | Judge: ER | Case Flag: PlnDue, DsclsDue |

**U.S. Bankruptcy Court**

**Central District of California**

Notice of Electronic Filing

The following transaction was received from Christopher K.S. Wong entered on 12/3/2020 at 9:48 AM PST and filed on 12/3/2020
**Case Name:**       450 S. Western, LLC, a California limited liabilit
**Case Number:**    2:20-bk-10264-ER
**Document Number:** 255

**Docket Text:**
Motion to Assume Lease or Executory Contract -- *Motion To Confirm Assumption And Assignment Of Leases And To Determine Cure Amounts; Declaration Of Richard J. Laski In Support Thereof, With Proof Of Service* Filed by Debtor 450 S. Western, LLC, a California limited liability company (Wong, Christopher K.S.)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 2020 1202 - 450 S Western - Motion to Confirm Assumption and Assignment of Leases and Determine Cure Amounts.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=12/3/2020] [FileNumber=99394575-
0] [8d3bfc4c206dc7fcc5bdd04235bb770c05c8096558aae232001872e48f19414a21
3f56772fbaf122ce44dcdea0f87f0c2c10bf008edf3f1635f422e9d87c392df]]

**2:20-bk-10264-ER Notice will be electronically mailed to:**

Jesse S Finlayson on behalf of Creditor Philmont Management, Inc.
jfinlayson@ftrlfirm.com, bmendoza@ftrlfirm.com

M Douglas Flahaut on behalf of Attorney Arent Fox LLP
flahaut.douglas@arentfox.com

M Douglas Flahaut on behalf of Debtor 450 S. Western, LLC, a California limited liability company
flahaut.douglas@arentfox.com

Maria L Garcia on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF 450 S. WESTERN, LLC
Maria.L.Garcia@lewisbrisbois.com

Amy L Goldman on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF 450 S. WESTERN, LLC
Amy.Goldman@lewisbrisbois.com

Jeffrey T Gwynn on behalf of Creditor New Creation Engineering and Builders, Inc.
jgwynn@vervelaw.com

Mark S Horoupian on behalf of Interested Party Courtesy NEF
mhoroupian@sulmeyerlaw.com, mhoroupian@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com

Christian T Kim on behalf of Interested Party Christian Kim
ckim@dumas-law.com, ckim@ecf.inforuptcy.com

Richard J Laski (TR)
rlaski@wilshirellc.com

John P Lee on behalf of Creditor One Stop Financial Consulting, Inc.
jlee@kspllaw.com, admin@kspllaw.com

John P Lee on behalf of Creditor Richvest Asset Holdings, LLC.
jlee@kspllaw.com, admin@kspllaw.com

Won Lee on behalf of Attorney Square Mixx LA, Inc.
dlee@metallawgroup.com

Won Lee on behalf of Attorney Eunice Y. Tak
dlee@metallawgroup.com

Kenderton S Lynch on behalf of Creditor Evergreen Capital Assets, LP
kenlynchlaw@aol.com

Kenderton S Lynch on behalf of Interested Party Courtesy NEF
kenlynchlaw@aol.com

David W. Meadows on behalf of Creditor G 450 LLC
david@davidwmeadowslaw.com

David W. Meadows on behalf of Creditor G 450, LLC, Pontis Capital, LLC, and Five West Capital, LP

david@davidwmeadowslaw.com

David W. Meadows on behalf of Interested Party Courtesy NEF
david@davidwmeadowslaw.com

Juliet Y Oh on behalf of Interested Party Admire Capital Lending, LLC
jyo@lnbrb.com, jyo@lnbrb.com

Juliet Y Oh on behalf of Interested Party Belmont Two Investment Holdings, LLC
jyo@lnbrb.com, jyo@lnbrb.com

Juliet Y Oh on behalf of Interested Party Courtesy NEF
jyo@lnbrb.com, jyo@lnbrb.com

Aram Ordubegian on behalf of Attorney Arent Fox LLP
ordubegian.aram@arentfox.com

Aram Ordubegian on behalf of Debtor 450 S. Western, LLC, a California limited liability company
ordubegian.aram@arentfox.com

Sagar Parikh on behalf of Creditor SoCal Lien Solutions, LLC
SP@BeverlyHillsLawCorp.com

Amelia Puertas-Samara on behalf of Debtor 450 S. Western, LLC, a California limited liability company
itcdbgc@edd.ca.gov, itcdgc@edd.ca.gov

Dean G Rallis, Jr on behalf of Interested Party Courtesy NEF
drallis@hahnlawyers.com, marias@hahnlawyers.com;mpham@hahnlawyers.com;drallis@ecf.courtdrive.com;drallis@ecf.inforuptcy.com

Victor A Sahn on behalf of Interested Party Courtesy NEF
vsahn@sulmeyerlaw.com,
pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com;dlee@metallawgroup.com;dlee

Lovee D Sarenas on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF 450 S. WESTERN, LLC
lsarenas@sklarkirsh.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Christopher K.S. Wong on behalf of Debtor 450 S. Western, LLC, a California limited liability company
christopher.wong@arentfox.com, yvonne.li@arentfox.com

Felix T Woo on behalf of Creditor SINO-US INVESTMENT AND MANAGEMENT CONSULTANT LIMITED
fwoo@ftwlawgroup.com, admin@ftwlawgroup.com

Hatty K Yip on behalf of U.S. Trustee United States Trustee (LA)
hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov

Timothy J Yoo on behalf of Interested Party Courtesy NEF
tjy@lnbyb.com

**2:20-bk-10264-ER Notice will not be electronically mailed to:**

CBRE Inc
,

Law Offices of Daniel M Shapiro
,

Lewis Brisbois Bisgaard & Smith
633 W 5th Street, Ste 4000
Los Angeles, CA 90071

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Arent Fox LLP, Gas Company Tower, 555 West Fifth Street, 48th Floor, Los Angeles, CA 90013.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF OPPORTUNITY TO REQUEST A HEARING ON MOTION [LBR 9013-1(o)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) **12/03/2020** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.   SERVED BY UNITED STATES MAIL**:  On (*date*) **12/03/2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**JUDGE**

Honorable Ernest M. Robles
United States Bankruptcy Court
255 E. Temple Street, Suite 1560
Los Angeles, CA 90012

☒ Service information continued on attached page

**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **_____,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 12/03/2020 | AYLIN SOOKASSIANS | /s/ Aylin Sookassians |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                      **F 9013-3.1.PROOF.SERVICE**

AFDOCS/22065190.1

**1.  <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>:**

Jesse S Finlayson on behalf of Creditor Philmont Management, Inc.
jfinlayson@ftrlfirm.com, bmendoza@ftrlfirm.com

M Douglas Flahaut on behalf of Attorney Arent Fox LLP
flahaut.douglas@arentfox.com

M Douglas Flahaut on behalf of Debtor 450 S. Western, LLC, a California limited liability company
flahaut.douglas@arentfox.com

Maria L Garcia on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF 450 S.
WESTERN, LLC
Maria.L.Garcia@lewisbrisbois.com

Amy L Goldman on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF 450 S.
WESTERN, LLC
Amy.Goldman@lewisbrisbois.com

Jeffrey T Gwynn on behalf of Creditor New Creation Engineering and Builders, Inc.
jgwynn@vervelaw.com

Mark S Horoupian on behalf of Interested Party Courtesy NEF
mhoroupian@sulmeyerlaw.com, mhoroupian@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com

Christian T Kim on behalf of Interested Party Christian Kim
ckim@dumas-law.com, ckim@ecf.inforuptcy.com

Richard J Laski (TR)
rlaski@wilshirellc.com

John P Lee on behalf of Creditor One Stop Financial Consulting, Inc.
jlee@kspllaw.com, admin@kspllaw.com

John P Lee on behalf of Creditor Richvest Asset Holdings, LLC.
jlee@kspllaw.com, admin@kspllaw.com

Won Lee on behalf of Attorney Square Mixx LA, Inc.
dlee@metallawgroup.com

Won Lee on behalf of Attorney Eunice Y. Tak
dlee@metallawgroup.com

Kenderton S Lynch on behalf of Creditor Evergreen Capital Assets, LP
kenlynchlaw@aol.com

Kenderton S Lynch on behalf of Interested Party Courtesy NEF
kenlynchlaw@aol.com

David W. Meadows on behalf of Creditor G 450 LLC
david@davidwmeadowslaw.com

David W. Meadows on behalf of Creditor G 450, LLC, Pontis Capital, LLC, and Five West Capital, LP
david@davidwmeadowslaw.com

David W. Meadows on behalf of Interested Party Courtesy NEF
david@davidwmeadowslaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

AFDOCS/22065190.1

Juliet Y Oh on behalf of Interested Party Admire Capital Lending, LLC
jyo@lnbrb.com, jyo@lnbrb.com

Juliet Y Oh on behalf of Interested Party Belmont Two Investment Holdings, LLC
jyo@lnbrb.com, jyo@lnbrb.com

Juliet Y Oh on behalf of Interested Party Courtesy NEF
jyo@lnbrb.com, jyo@lnbrb.com

Aram Ordubegian on behalf of Attorney Arent Fox LLP
ordubegian.aram@arentfox.com

Aram Ordubegian on behalf of Debtor 450 S. Western, LLC, a California limited liability company
ordubegian.aram@arentfox.com

Sagar Parikh on behalf of Creditor SoCal Lien Solutions, LLC
SP@BeverlyHillsLawCorp.com

Amelia Puertas-Samara on behalf of Debtor 450 S. Western, LLC, a California limited liability company
itcdbgc@edd.ca.gov, itcdgc@edd.ca.gov

Dean G Rallis, Jr on behalf of Interested Party Courtesy NEF
drallis@hahnlawyers.com,
marias@hahnlawyers.com;mpham@hahnlawyers.com;drallis@ecf.courtdrive.com;drallis@ecf.inforuptcy.com

Victor A Sahn on behalf of Interested Party Courtesy NEF
vsahn@sulmeyerlaw.com,
pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com;dlee@metallawgroup.com;dlee@ecf.inforuptcy.com

Lovee D Sarenas on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF 450 S. WESTERN, LLC
lsarenas@sklarkirsh.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Christopher K.S. Wong on behalf of Debtor 450 S. Western, LLC, a California limited liability company
christopher.wong@arentfox.com, yvonne.li@arentfox.com

Felix T Woo on behalf of Creditor SINO-US INVESTMENT AND MANAGEMENT CONSULTANT LIMITED
fwoo@ftwlawgroup.com, admin@ftwlawgroup.com

Hatty K Yip on behalf of U.S. Trustee United States Trustee (LA)
hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov

Timothy J Yoo on behalf of Interested Party Courtesy NEF
tjy@lnbyb.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                      **F 9013-3.1.PROOF.SERVICE**

AFDOCS/22065190.1

**2.  SERVED BY UNITED STATES MAIL**:

**SECURED CREDITORS**

Evergreen Capital Assets LP
c/o Kevin Hughes
Foundation Law Group LLP
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067

G450 LLC and Pontis Capital, LLC
c/o Jason S. Kim, Esq
Blank Rome LLP
2029 Century Park East, 6th Floor
Los Angeles, CA 90067

Five West Capital, LP
440 S. Vermont #301
Los Angeles, CA 90020

Internal Revenue Services
P.O. Box 7346
Philadelphia, PA 19101-7346

Five West Capital, LP
c/o Jason S. Kim, Esq
Blank Rome LLP
2029 Century Park East, 6th
Los Angeles, CA 90067-2907

Los Angeles County Treasurer And
Tax Collector
Attn: Bankruptcy Unit
P.O. Box 54110
Los Angeles, CA 90054-0110

**CREDITOR MATRIX**

Admire Capital Lending, LLC
c/o S. Young Lim, Esq
3530 Wilshire Blvd., Suite 1300
Los Angeles, CA 90010-2318

Bornga
450 S Western Ave. #308-312
Los Angeles, CA 90020-4120

Alice Kang
dba King Donkatsu
450 South Western Ave., #305 FC4
Los Angeles, CA 90020-4120

Buet
450 S Western Ave. #305 FC3
Los Angeles, CA 90020-4120

Aritaum
450 S Western Ave. #208
Los Angeles, CA 90020-4199

CNP Gaju #1, Inc. and Dong Hun Yoo
dba Hyunghoon Tendon
450 South Western Ave., #305 FC1
Los Angeles, CA 90020-4120

BMB Medical
450 S Western Ave. #205
Los Angeles, CA 90020-4199

CNP Gaju #2, Inc. and Dong Hun Yoo
dba Seoul Pho
450 South Western Ave., #305 FC2
Los Angeles, CA 90020-4120

BMB Nail & Spa
450 South Western Ave., #204
Los Angeles, CA 90020-4199

DF Security, Inc.
2975 Wilshire Blvd., #512
Los Angeles, CA 90010-1113

Belmont Two Investments Holdings
LLC and Admire Capital Lending, LLC
c/o Kevin D. Hughes, Esq.
1999 Avenue of the Stars, Ste 1100
Los Angeles, CA 90067-4618

Dadream, Inc.
dba Bornga
450 South Western Ave., #308-312
Los Angeles, CA 90020-4120

Belmont Two Investments Holdings LLC
c/o S. Young Lim, Esq
3530 Wilshire Blvd., Suite 1300
Los Angeles, CA 90010-2318

David Rhee
450 South Western Ave., #201
Los Angeles, CA 90020-4199

David S. Kim & Associates
3731 Wilshire Blvd. #910
Los Angeles, CA 90010-2827

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

AFDOCS/22065190.1

Dong Hyuk Lee
dba Beut
450 South Western Ave., #305 FC3
Los Angeles, CA 90020-4120

Eden Beauty LLC
dba Aritaum
450 South Western Ave., #208
Los Angeles, CA 90020-4199

Eunice Y. Tak
c/o Dan Lee
METAL Law Group, LLP
725 S. Figueroa St., Suite 3065
Los Angeles, CA 90017-5430

Fodariche Inc.
dba Mimimyunga
450 South Western Ave., #314
Los Angeles, CA 90020-4240

Gaju Market Corporation
450 South Western Ave., #201
Los Angeles, CA 90020-4199

Gaju Nail
450 S. Western Ave. #201
Los Angeles, CA 90020-4199

Hyun Rhee the Trustee of the
Richard Rhee Testamentary Trust
450 South Western Ave., #201
Los Angeles, CA 90020-4199

Hyun Soon Rhee
450 S. Western Ave. #101
Los Angeles, CA 90020-4199

Hyun Soon Rhee
450 South Western Ave., #201
Los Angeles, CA 90020-4199

Hyung Hoon
450 S Western Ave. #305 FC1
Los Angeles, CA 90020-4120

JD Plumbing Development, Inc.
6705 Waring Ave. #1
Los Angeles, CA 90038-3425

Jahyun Judy Hong
dba Happy Family 2.0, Jungabok
450 South Western Ave., #305 FC5
Los Angeles, CA 90020-4120

Jay Hyung
dba Donginbi
450 South Western Ave., #216
Los Angeles, CA 90020-4239

King Donkatsu
450 S Western Ave. #305 FC4
Los Angeles, CA 90020-4120

Kirsch Kohn & Bridge LLP
21550 W Oxnard St #200
Woodland Hills, CA 91367-7108

Kreation Enterprise Corp
450 S Western Ave #221
Los Angeles, CA 90020-4239

Lee's Orchid Inc.
dba Gaju Flower
450 South Western Ave., #215-A
Los Angeles, CA 90020-4239

Mealtop USA
dba Mealtop
450 S Western Ave. #307
Los Angeles, CA 90020-4240

Myeong Ho Hwang
dba Elsis
450 South Western Ave., #214
Los Angeles, CA 90020-4239

Myeong Ho Hwang
dba Guardian Computer
450 South Western Ave., #215-B
Los Angeles, CA 90020-4239

Myungrang Hotdog
450 S Western Ave. #313
Los Angeles, CA 90020-4240

New Creation Engineering and
Builders, Inc.
c/o Brian Chun
17809 Clark Ave
Bellflower, CA 90706-6504

One Stop Financial Consulting, Inc.
c/o Kim, Shapiro, Park & Lee APLC
3435 Wilshire Blvd. #2050
Los Angeles, CA 90010-1981

PPS-Capital Inc. and Dong Hun Yoo
dba Myungrang Hotdog
450 South Western Ave., #313
Los Angeles, CA 90020-4240

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

AFDOCS/22065190.1

Pacific City Bank
450 South Western Ave., #213
Los Angeles, CA 90020-4239

Partner Engineering and Science, Inc.
505 East Huntland Dr., Suite 510
Austin, TX 78752-3743

Philmont Management Inc.
3450 Wilshire Blvd #850
Los Angeles, CA 90010-2211

Pink Gulliver, Inc.
dba Bella Vita
450 South Western Ave., #222
Los Angeles, CA 90020-4120

Se Woon Park
dba E Young Collection
450 South Western Ave., #209
Los Angeles, CA 90020-4199

Seol Pho
450 S Western Ave. #305 FC2
Los Angeles, CA 90020-4120

Sino-US Investment and Management
Consultant Limited
c/o Felix Woo, FTW Law Group
601 South Figueroa Street, Ste. 4050
Los Angeles, CA 90017-5879

SoCal Lien Solution, LLC
c/o Sagar Parikh Beverly Hills Law Corp.
433 N. Camden Drive, 6th Floor
Beverly Hills, CA 90210-4416

Square Mixx LA, Inc.
c/o Dan Lee
METAL Law group, LLP
725 S. Figueroa St., Suite 3065
Los Angeles, CA 90017-5430

Steffany Rhee
450 South Western Ave., #201
Los Angeles, CA 90020-4199

T-Mobile West, LLC
450 South Western Ave., #(P5-A)
Los Angeles, CA 90020-4120

Tae Ub Yoon
dba Yoons Watch Co.
450 South Western Ave., #215-C
Los Angeles, CA 90020-4239

Vanilla (E Young Collection)
450 S Western Ave . #209
Los Angeles, CA 90020-4199

Verizon
450 South Western Ave., #207
Los Angeles, CA 90020-4199

Walter Kim
dba BMB Medical Group
450 South Western Ave., #205
Los Angeles, CA 90020-4199

Warren Wi Kim
dba Ye Teahouse
450 South Western Ave., #315
Los Angeles, CA 90020-4240

## GOVERNMENT AGENCIES

City of Los Angeles, Office of Finance
Los Angeles City Attorney's Office
200 N. Main Street, Ste. 920
Los Angeles, CA 90012-4128

Employment Development Department
Bankruptcy Group MIC92E
P.O. Box 826880
Sacramento, CA 95814

Franchise Tax Board
Bankruptcy Section MS A340
P.O. Box 2952
Sacramento, CA 95812-2952

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                      **F 9013-3.1.PROOF.SERVICE**

AFDOCS/22065190.1