Aram Ordubegian (SBN 185142)
M. Douglas Flahaut (SBN 245558)
Christopher K.S. Wong (SBN 308048)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone:    213.629.7400
Facsimile:    213.629.7401
Emails:    aram.ordubegian@arentfox.com
douglas.flahaut@arentfox.com
christopher.wong@arentfox.com

General Bankruptcy and Restructuring Counsel for
Debtor and Debtor-In-Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>**450 S. WESTERN, LLC, a California Limited Liability Company,**<br><br>Debtor and Debtor-in-Possession. | Case No. 2:20-bk-10264-ER<br><br>Chapter 11<br><br>**STIPULATION RESOLVING THE SECURED CLAIM OF NEW CREATION ENGINEERING AND BUILDINGS, INC.** |

**TO THE HONORABLE ERNEST M. ROBLES, UNITED STATES BANKRUPTCY JUDGE; AND ALL INTERESTED PARTIES:**

This Stipulation is made and entered into by and between 450 S. Western, LLC, as debtor and debtor-in-possession in the above-captioned chapter 11 case ("450 S. Western" or "Debtor"), and New Creation Engineering and Builders, Inc. ("New Creation"), by and through their respective counsel of record.  The Debtor and New Creation shall hereinafter be referred to collectively as the "Parties".  This Stipulation is made with reference to the following facts:

///

**RECITALS**

A.    WHEREAS, the Debtor filed a voluntary petition on or about January 10, 2020.

B.    WHEREAS, on February 4, 2020, the Office of the United States Trustee appointed the Official Committee of Unsecured Creditors in the above-captioned case pursuant to 11 U.S.C. § 1102(a) and (b).

C.    WHEREAS, the Debtor's principal asset was that certain piece of real property commonly known as 450 S. Western Ave., Los Angeles California (the "Property").

D.    WHEREAS, on or about April 8, 2020, New Creation filed Proof of Claim No. 10-1 (the "POC") which asserts a secured claim in the amount of $665,452.69 against the estate, based upon the Debtor's purported obligation under that certain *Promissory Note* dated April 10, 2012 (the "Note") and a *Short Form Deed of Trust, Assignment of Rents* (the "DOT").[1]

E.    WHEREAS, on or about September 23, 2020, the Debtor filed a motion to approve the sale of the Property pursuant to that certain Purchase and Sale Agreement with Evergreen Capital Assets, LP or its assignee, subject to overbids [Dkt. No. 188] (the "Sale Motion").

F.    WHEREAS, as set forth in the Sale Motion, the Debtor contends the claim asserted by New Creation in the POC is in dispute. Particularly, the Debtor contents New Creation improperly calculated the amount of interest due and owing under the Note (the "Dispute").

G.    WHEREAS, after an auction held in open court on October 14, 2020 at 10:00 a.m. (Pacific standard time), Jake Sharp Capital (the "Buyer") was announced as the Successful Bidder for the Property at the final bid and purchase price of $57,500,000. On October 23, 2020, the Court entered its order approving the sale of the Property to the Buyer under 11 U.S.C. §§ 363(b) and (f) as Docket. No. 241.

H.    WHEREAS, on November 30, 2020, the Debtor filed the *Notice of Filing of Stipulation re: Distribution of Sale Proceeds* [Dkt. No. 253], which *inter alia*, provides that upon closing of the sale, $11,419,486.00 shall be held in a segregated debtor-in-possession account (the "Segregated Account") pending resolution of certain disputed claims, including the disputed POC asserted by New Creation.

---

[1] The Note and the DOT are attached as Exhibit 2 to the POC.

I.    WHEREAS, on December 8, 2020, the Debtor filed its *Notice of Closing of Real Property* [Dkt. No. 257] to inform the Court and all interested parties that the sale of the Property to the Buyer closed on December 4, 2020.

J.    WHEREAS, following arms-length negotiations, the Parties have reached an agreement to resolve the Dispute.

**NOW, THEREFORE**, in exchange for the mutual promises set forth herein, which consideration the Parties agree is adequate, the Parties agree and stipulate as follows:

**STIPULATION**

1.    The above Recitals are incorporated in full as if set forth herein.

2.    This Stipulation is binding on the Parties when fully executed and shall become effective upon entry of an order approving this Stipulation.

3.    Debtor agrees New Creation shall be entitled to an allowed secured claim in the reduced amount of $551,311.00.

4.    New Creation hereby agrees to amend the POC to reflect a claim of no more than $551,311.00 within seven (7) days of an order approving this Stipulation, provided that in the event New Creation fails to amend the POC, New Creation shall nevertheless be deemed to have a secured claim in the amount of $551,311.00 for all purposes in the bankruptcy case.

5.    Within seven (7) days of entry of an order approving this Stipulation, the Debtor agrees to distribute $551,311.00 from the Segregated Account to New Creation, with such payment constituting full satisfaction of the Debtor's pre- and post-petition obligations to New Creation under the Note and the DOT, whether asserted in the POC or otherwise.

6.    The Parties agree to execute any other and further documents or instructions and perform any other and further acts as may be necessary or appropriate to consummate this Stipulation. Specifically, and without limiting the foregoing, New Creation shall fully cooperate with the Debtor in good faith and shall prepare, record, and/or file any other appropriate documents reasonably necessary for the release of the subject lien.

7.    This Stipulation shall survive the dismissal or conversion of this chapter 11 case, and shall be binding on any (i) trustee appointed, (ii) following conversion to chapter 7 of the

1 | Bankruptcy Code, or (iii) any other successor of the Debtor.

2 |     8.    The Court shall retain jurisdiction, and the Parties consent to such retention of jurisdiction, to resolve any disputes or controversies arising from, or related to, this Stipulation.

    9.    This Stipulation may not be modified, altered, or amended without written consent of both Parties.

    10.   Each Party to this Stipulation agrees to bear its own legal and other costs incurred to date.

Dated: ~~December 10, 2020~~ January 8, 2021

**ARENT FOX LLP**

By: _____
Aram Ordubegian
M. Douglas Flahaut
Christopher K.S. Wong
General Bankruptcy and Restructuring
Counsel for Debtor and Debtor-In-Possession

Dated:    December 10, 2020

**VERVE LAW GROUP, LLP**

By: _____
Jeffrey T. Gwynn
Counsel to New Creation Engineering and
Builders, Inc.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Arent Fox LLP, Gas Company Tower, 555 West Fifth Street, 48th Floor, Los Angeles, CA 90013.

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION RESOLVING THE SECURED CLAIM OF NEW CREATION ENGINEERING AND BUILDINGS, INC.** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) **1/21/2021** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On (*date*) **1/21/2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____**,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/21/2021 | AYLIN SOOKASSIANS | */s/ Aylin Sookassians* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                              **F 9013-3.1.PROOF.SERVICE**

AFDOCS/21859689.1

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Jesse S Finlayson on behalf of Creditor Philmont Management, Inc.
jfinlayson@ftrlfirm.com, bmendoza@ftrlfirm.com

M Douglas Flahaut on behalf of Attorney Arent Fox LLP
flahaut.douglas@arentfox.com

M Douglas Flahaut on behalf of Debtor 450 S. Western, LLC, a California limited liability company
flahaut.douglas@arentfox.com

Maria L Garcia on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF 450 S. WESTERN, LLC
Maria.L.Garcia@lewisbrisbois.com, Nancy.jasso@lewisbrisbois.com

Amy L Goldman on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF 450 S. WESTERN, LLC
Amy.Goldman@lewisbrisbois.com

Jeffrey T Gwynn on behalf of Creditor New Creation Engineering and Builders, Inc.
jgwynn@vervelaw.com

Mark S Horoupian on behalf of Interested Party Courtesy NEF
mhoroupian@sulmeyerlaw.com, mhoroupian@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com

Christian T Kim on behalf of Interested Party Christian Kim
ckim@dumas-law.com, ckim@ecf.inforuptcy.com

Richard J Laski (TR)
rlaski@wilshirellc.com

John P Lee on behalf of Creditor One Stop Financial Consulting, Inc.
jlee@kspllaw.com, admin@kspllaw.com

John P Lee on behalf of Creditor Richvest Asset Holdings, LLC.
jlee@kspllaw.com, admin@kspllaw.com

Won Lee on behalf of Attorney Square Mixx LA, Inc.
dlee@metallawgroup.com

Won Lee on behalf of Attorney Eunice Y. Tak
dlee@metallawgroup.com

Kenderton S Lynch on behalf of Creditor Evergreen Capital Assets, LP
kenlynchlaw@aol.com

Kenderton S Lynch on behalf of Interested Party Courtesy NEF
kenlynchlaw@aol.com

David W. Meadows on behalf of Creditor G 450 LLC
david@davidwmeadowslaw.com

David W. Meadows on behalf of Creditor G 450, LLC, Pontis Capital, LLC, and Five West Capital, LP
david@davidwmeadowslaw.com

David W. Meadows on behalf of Interested Party Courtesy NEF
david@davidwmeadowslaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    F 9013-3.1.PROOF.SERVICE

AFDOCS/21859689.1

Juliet Y Oh on behalf of Interested Party Admire Capital Lending, LLC
jyo@lnbrb.com, jyo@lnbrb.com

Juliet Y Oh on behalf of Interested Party Belmont Two Investment Holdings, LLC
jyo@lnbrb.com, jyo@lnbrb.com

Juliet Y Oh on behalf of Interested Party Courtesy NEF
jyo@lnbrb.com, jyo@lnbrb.com

Aram Ordubegian on behalf of Attorney Arent Fox LLP
ordubegian.aram@arentfox.com

Aram Ordubegian on behalf of Debtor 450 S. Western, LLC, a California limited liability company
ordubegian.aram@arentfox.com

Sagar Parikh on behalf of Creditor SoCal Lien Solutions, LLC
SP@BeverlyHillsLawCorp.com

Amelia Puertas-Samara on behalf of Debtor 450 S. Western, LLC, a California limited liability company
itcdbgc@edd.ca.gov, itcdgc@edd.ca.gov

Dean G Rallis, Jr on behalf of Interested Party Courtesy NEF
drallis@hahnlawyers.com,
marias@hahnlawyers.com;mpham@hahnlawyers.com;drallis@ecf.courtdrive.com;drallis@ecf.inforuptcy.com

Victor A Sahn on behalf of Interested Party Courtesy NEF
vsahn@sulmeyerlaw.com,
pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com;dlee@metallawgroup.com;dlee@ecf.inforuptcy.com

Lovee D Sarenas on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF 450 S. WESTERN, LLC
lsarenas@sklarkirsh.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Christopher K.S. Wong on behalf of Debtor 450 S. Western, LLC, a California limited liability company
christopher.wong@arentfox.com, yvonne.li@arentfox.com

Felix T Woo on behalf of Creditor SINO-US INVESTMENT AND MANAGEMENT CONSULTANT LIMITED
fwoo@ftwlawgroup.com, admin@ftwlawgroup.com

Hatty K Yip on behalf of U.S. Trustee United States Trustee (LA)
hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov

Timothy J Yoo on behalf of Interested Party Courtesy NEF
tjy@lnbyb.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    F 9013-3.1.PROOF.SERVICE

AFDOCS/21859689.1