Aram Ordubegian (SBN 185142)
M. Douglas Flahaut (SBN 245558)
Christopher K.S. Wong (SBN 308048)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone:     213.629.7400
Facsimile:      213.629.7401
Emails:           aram.ordubegian@arentfox.com
                      douglas.flahaut@arentfox.com
                      christopher.wong@arentfox.com

General Bankruptcy and Restructuring Counsel for
Debtor and Debtor-In-Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br>**450 S. WESTERN, LLC, a California Limited Liability Company,**<br><br>Debtor and Debtor-in-Possession. | Case No. 2:20-bk-10264-ER<br><br>Chapter 11<br><br>**STIPULATION RE DISTRIBUTION OF FUNDS FROM SEGREGATED ACCOUNT TO SECURED CREDITOR NEW CREATION ENGINEERING AND BUILDERS, INC.** |

**TO THE HONORABLE ERNEST M. ROBLES, UNITED STATES BANKRUPTCY JUDGE; AND ALL INTERESTED PARTIES:**

This Stipulation is made and entered into by and among 450 S. Western, LLC, as debtor and debtor-in-possession in the above-captioned chapter 11 case ("450 S. Western" or "Debtor"), the Official Committee of Unsecured Creditors (the "Committee"), G450, LLC ("G450"), Evergreen Capital Assets LP ("Evergreen"), and Philmont Management Inc. ("Philmont"), by and through their respective counsel of record.  The foregoing parties shall hereinafter be referred to collectively as the "Parties".

**RECITALS**

A.    WHEREAS, the Debtor filed a voluntary petition on or about January 10, 2020.

B.    WHEREAS, on February 4, 2020, the Office of the United States Trustee appointed the Committee in the above-captioned case pursuant to 11 U.S.C. § 1102(a) and (b).

C.    WHEREAS, the Debtor's principal asset was that certain piece of real property commonly known as 450 S. Western Ave., Los Angeles California (the "Property").

D.    WHEREAS, on or about September 23, 2020, the Debtor filed a motion to approve the sale of the Property pursuant to that certain Purchase and Sale Agreement with Evergreen or its assignee, subject to overbids [Dkt. No. 188] (the "Sale Motion").

E.    WHEREAS, after an auction held in open Court on October 14, 2020 at 10:00 a.m. (Pacific standard time), Jake Sharp Capital (the "Buyer") was announced as the Successful Bidder for the Property at the final bid and purchase price of $57,500,000.  On October 23, 2020, the Court entered its order approving the sale of the Property to the Buyer under 11 U.S.C. §§ 363(b) and (f) as Docket. No. 241.

F.    WHEREAS, on November 30, 2020, the Debtor filed the *Notice of Filing of Stipulation re: Distribution of Sale Proceeds* [Dkt. No. 253] (the "Escrow Stipulation"), which *inter alia*, provides that upon closing of the sale, the proceeds of the sale after payment of certain agreed upon payments made from escrow would be held in a segregated debtor-in-possession account (the "Segregated Account") pending resolution of the remaining disputed secured claims.

G.    WHEREAS, on December 8, 2020, the Debtor filed its *Notice of Closing of Real Property* [Dkt. No. 257] to inform the Court and all interested parties that the sale of the Property to the Buyer closed on December 4, 2020.  Upon closing, the proceeds of the sale that remained after payment of all amounts authorized to be paid were deposited in the Segregated Account.  As of December 31, 2020, the Segregated Account held $11,173,744.91.

H.    WHEREAS, on January 8, 2021, the Debtor and New Creation Engineering and Builders, Inc. ("New Creation") entered into a stipulation by and through their counsel of record whereby the parties agree New Creation shall have an allowed secured claim in the reduced amount of $551,311.00 (the "New Creation Stipulation").  A copy of the New Creation Stipulation will be

filed concurrently with this Stipulation. The New Creation Stipulation provides, among other things, that within seven (7) days of the entry of an order approving it, the Debtor shall be authorized to disburse $551,311.00 from the Segregated Account to New Creation, with such payment constituting full satisfaction of the Debtor's pre-petition and post-petition obligations to New Creation.

I. WHEREAS, in accordance with the Escrow Stipulation which provides that the Debtor may disburse funds from the Segregated Account only upon "a further stipulation between the appropriate parties and /or further order of this Court authorizing from such account," the Parties hereby agree and stipulate as follows:

**STIPULATION**

1. The above Recitals are incorporated in full as if set forth herein.

2. This Stipulation is binding on the Parties when fully executed.

3. The Parties agree that within seven (7) days of entry of an order approving the New Creation Stipulation, the Debtor may disburse $551,311.00 from the Segregated Account to New Creation in full satisfaction of its secured claim.

4. This Stipulation shall survive the dismissal or conversion of this chapter 11 case, and shall be binding on any (i) trustee appointed, (ii) following conversion to chapter 7 of the Bankruptcy Code, or (iii) any other successor of the Debtor.

5. The Court shall retain jurisdiction, and the Parties consent to such retention of jurisdiction, to resolve any disputes or controversies arising from, or related to, this Stipulation.

6. This Stipulation may not be modified, altered, or amended without written consent of all Parties.

*[Signatures on the Following Pages]*

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 3 -

AFDOCS/23332351.1

| | | |
|---|---|---|
| Dated: | January 13, 2021 | **ARENT FOX LLP** |

By: ___/s/ M D. F_____
Aram Ordubegian
M. Douglas Flahaut
Christopher K.S. Wong
General Bankruptcy and Restructuring
Counsel for Debtor and Debtor-In-Possession

| | | |
|---|---|---|
| Dated: | January __, 2021 | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |

By: _____
Amy L. Goldman
Maria L. Garcia
Attorneys for Official Committee of
Unsecured Creditors

| | | |
|---|---|---|
| Dated: | January __, 2021 | **LAW OFFICES OF DAVID W. MEADOWS** |

By: _____
David W. Meadows
Counsel to G450 LLC

*[Signatures Continue on the Following Page]*

| | | |
|---|---|---|
| Dated: | January 13, 2021 | **ARENT FOX LLP** |

By:_____
    Aram Ordubegian
    M. Douglas Flahaut
    Christopher K.S. Wong
    General Bankruptcy and Restructuring
    Counsel for Debtor and Debtor-In-Possession

| | | |
|---|---|---|
| Dated: | January 14th, 2021 | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |

By: /s/ Amy L. Goldman
    Amy L. Goldman
    Maria L. Garcia
    Attorneys for Official Committee of
    Unsecured Creditors

| | | |
|---|---|---|
| Dated: | January __, 2021 | **LAW OFFICES OF DAVID W. MEADOWS** |

By:_____
    David W. Meadows
    Counsel to G450 LLC

*[Signatures Continue on the Following Page]*

| | | |
|---|---|---|
| Dated: | January 13, 2021 | **ARENT FOX LLP** |

By:_____
Aram Ordubegian
M. Douglas Flahaut
Christopher K.S. Wong
General Bankruptcy and Restructuring
Counsel for Debtor and Debtor-In-Possession

Dated: January \_\_, 2021   **LEWIS BRISBOIS BISGAARD & SMITH LLP**

By:_____
Amy L. Goldman
Maria L. Garcia
Attorneys for Official Committee of
Unsecured Creditors

Dated: January 14, 2021   **LAW OFFICES OF DAVID W. MEADOWS**

By: *David W. Meadows*
David W. Meadows
Counsel to G450 LLC

*[Signatures Continue on the Following Page]*

Dated: January 15, 2021

**FINLAYSON TOFFER
ROOSEVELT & LILLY LLP**

By: /s/ Jesse S. Finlayson
Jesse S. Finlayson
Counsel to Philmont Management, Inc.

Dated: January 14, 2021

**KRAFCHAK & LYNCH**

By: /s/ Stephanie Krafchak
Stephanie Krafchak
Counsel to Evergreen Capital Assets LP

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 5 -

AFDOCS/23332351.1

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Arent Fox LLP, Gas Company Tower, 555 West Fifth Street, 48th Floor, Los Angeles, CA 90013.

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION RE DISTRIBUTION OF FUNDS FROM SEGREGATED ACCOUNT TO SECURED CREDITOR NEW CREATION ENGINEERING AND BUILDERS, INC.** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **1/21/2021** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **1/21/2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____ , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/21/2021 | AYLIN SOOKASSIANS | /s/ Aylin Sookassians |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

AFDOCS/21859689.1

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Jesse S Finlayson on behalf of Creditor Philmont Management, Inc.
jfinlayson@ftrlfirm.com, bmendoza@ftrlfirm.com

M Douglas Flahaut on behalf of Attorney Arent Fox LLP
flahaut.douglas@arentfox.com

M Douglas Flahaut on behalf of Debtor 450 S. Western, LLC, a California limited liability company
flahaut.douglas@arentfox.com

Maria L Garcia on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF 450 S. WESTERN, LLC
Maria.L.Garcia@lewisbrisbois.com, Nancy.jasso@lewisbrisbois.com

Amy L Goldman on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF 450 S. WESTERN, LLC
Amy.Goldman@lewisbrisbois.com

Jeffrey T Gwynn on behalf of Creditor New Creation Engineering and Builders, Inc.
jgwynn@vervelaw.com

Mark S Horoupian on behalf of Interested Party Courtesy NEF
mhoroupian@sulmeyerlaw.com, mhoroupian@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com

Christian T Kim on behalf of Interested Party Christian Kim
ckim@dumas-law.com, ckim@ecf.inforuptcy.com

Richard J Laski (TR)
rlaski@wilshirellc.com

John P Lee on behalf of Creditor One Stop Financial Consulting, Inc.
jlee@kspllaw.com, admin@kspllaw.com

John P Lee on behalf of Creditor Richvest Asset Holdings, LLC.
jlee@kspllaw.com, admin@kspllaw.com

Won Lee on behalf of Attorney Square Mixx LA, Inc.
dlee@metallawgroup.com

Won Lee on behalf of Attorney Eunice Y. Tak
dlee@metallawgroup.com

Kenderton S Lynch on behalf of Creditor Evergreen Capital Assets, LP
kenlynchlaw@aol.com

Kenderton S Lynch on behalf of Interested Party Courtesy NEF
kenlynchlaw@aol.com

David W. Meadows on behalf of Creditor G 450 LLC
david@davidwmeadowslaw.com

David W. Meadows on behalf of Creditor G 450, LLC, Pontis Capital, LLC, and Five West Capital, LP
david@davidwmeadowslaw.com

David W. Meadows on behalf of Interested Party Courtesy NEF
david@davidwmeadowslaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

AFDOCS/21859689.1

Juliet Y Oh on behalf of Interested Party Admire Capital Lending, LLC
jyo@lnbrb.com, jyo@lnbrb.com

Juliet Y Oh on behalf of Interested Party Belmont Two Investment Holdings, LLC
jyo@lnbrb.com, jyo@lnbrb.com

Juliet Y Oh on behalf of Interested Party Courtesy NEF
jyo@lnbrb.com, jyo@lnbrb.com

Aram Ordubegian on behalf of Attorney Arent Fox LLP
ordubegian.aram@arentfox.com

Aram Ordubegian on behalf of Debtor 450 S. Western, LLC, a California limited liability company
ordubegian.aram@arentfox.com

Sagar Parikh on behalf of Creditor SoCal Lien Solutions, LLC
SP@BeverlyHillsLawCorp.com

Amelia Puertas-Samara on behalf of Debtor 450 S. Western, LLC, a California limited liability company
itcdbgc@edd.ca.gov, itcdgc@edd.ca.gov

Dean G Rallis, Jr on behalf of Interested Party Courtesy NEF
drallis@hahnlawyers.com,
marias@hahnlawyers.com;mpham@hahnlawyers.com;drallis@ecf.courtdrive.com;drallis@ecf.inforuptcy.com

Victor A Sahn on behalf of Interested Party Courtesy NEF
vsahn@sulmeyerlaw.com,
pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com;dlee@metallawgroup.com;dlee@ecf.inforuptcy.com

Lovee D Sarenas on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF 450 S. WESTERN, LLC
lsarenas@sklarkirsh.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Christopher K.S. Wong on behalf of Debtor 450 S. Western, LLC, a California limited liability company
christopher.wong@arentfox.com, yvonne.li@arentfox.com

Felix T Woo on behalf of Creditor SINO-US INVESTMENT AND MANAGEMENT CONSULTANT LIMITED
fwoo@ftwlawgroup.com, admin@ftwlawgroup.com

Hatty K Yip on behalf of U.S. Trustee United States Trustee (LA)
hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov

Timothy J Yoo on behalf of Interested Party Courtesy NEF
tjy@lnbyb.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE

AFDOCS/21859689.1