

**FILED & ENTERED**

**SEP 21 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez  DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:  450 S. Western, LLC, a California limited liability company, Debtor. | Case No.:  2:20-bk-10264-ER<br><br>Chapter:  11<br><br>**ORDER CONTINUING HEARING ON LIQUIDATING TRUSTEE'S OBJECTION TO THE CLAIM ASSERTED BY ADMIRE/BELMONT FROM SEPTEMBER 22, 2021 AT 11:00 A.M. TO OCTOBER 19, 2021 AT 10:00 A.M.**<br><br>**CONTINUED HEARING:**<br><br>Date:    October 19, 2021<br>Time:    10:00 a.m.<br>Location: Courtroom 1568<br>         Roybal Federal Building<br>         255 East Temple Street<br>         Los Angeles, CA 90012 |

    The Court has reviewed the *Ex-Parte Motion for Continuance of the Hearing on Motion to Disallow the Claim of Admire Capital Lending, LLC and Belmont Two Investment Holdings, LLC Filed as Proof of Claim No. 13-2 and Allow Supplemental Briefing* [Doc. No. 529] (the "Continuance Motion") filed by Admire Capital Lending LLC and Belmont Two Investment Holdings, LLC (collectively, "Admire/Belmont") and the corresponding application of Admire/Belmont for a hearing on the Continuance Motion on shortened notice [Doc. No. 530]. Admire/Belmont seek a two-week continuance of the hearing on the Liquidating Trustee's *Motion to Disallow the Claim of Admire Capital Lending and Belmont Two Investment Holdings,*

*LLC, Filed as Proof of Claim No. 13-2* [Doc. No. 381] (the "Claim Objection"). Admire/Belmont also seek the opportunity to submit supplemental briefing with respect to four issues that Admire/Belmont assert were raised for the first time in the Liquidating Trustee's reply papers on the Claim Objection.

Based upon the foregoing, and good cause appearing therefor, the Court **HEREBY FINDS AND ORDERS AS FOLLOWS:**

1) Admire/Belmont's requests (a) for the opportunity to submit supplemental briefing and (b) for a continuance of the hearing on the Claim Objection are both **GRANTED.** The Court notes that Admire/Belmont have asserted a claim of approximately $16 million. In view of the substantial amount of money at issue and the likelihood that this matter will be subject to an appeal, it is critical that the record on the Claim Objection be complete. In addition, due process requires that Admire/Belmont be afforded the opportunity to respond to the arguments made by the Liquidating Trustee in his reply papers.
2) The hearing on the Claim Objection is **CONTINUED** from September 22, 2021 at 11:00 a.m. to **October 19, 2021 at 10:00 a.m.** The following briefing schedule shall apply:
   a) Admire/Belmont shall submit a supplemental opposition to the Claim Objection no later than **October 5, 2021.**
   b) The Liquidating Trustee's supplemental reply to Admire/Belmont's supplemental opposition shall be submitted no later than **October 12, 2021**.
   c) Absent further order of the Court, no additional briefing other than as set forth above will be accepted.
3) Parties may appear at the October 19, 2021 hearing either in-person or by telephone. Parties electing to appear in-person shall comply with all requirements regarding social distancing, use of face masks, etc. which may be in effect at the time of the hearing. Parties electing to appear by telephone should contact CourtCall at 888-882-6878 no later than one hour before the hearing.

IT IS SO ORDERED.

###

Date: September 21, 2021

Ernest M. Robles
United States Bankruptcy Judge