Aram Ordubegian (SBN 185142)
M. Douglas Flahaut (SBN 245558)
Christopher K.S. Wong (SBN 308048)
**ARENTFOX SCHIFF LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone:    213.629.7400
Facsimile:    213.629.7401
Emails:    aram.ordubegian@afslaw.com
douglas.flahaut@afslaw.com
christopher.wong@afslaw.com

Attorneys for 450 S. Western LLC Liquidating Trust

**FILED & ENTERED**

**FEB 20 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY may    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>**450 S. WESTERN, LLC, a California Limited Liability Company,**<br><br>Debtor | Case No. 2:20-bk-10264-SK<br><br>Chapter 11<br><br>**ORDER AND FINAL DECREE CLOSING CHAPTER 11 CASE**<br><br>*[No Hearing Required Under Local Bankruptcy Rule 9013-1(o)]* |

**IN THIS DISTRICT, AT LOS ANGELES, CALIFORNIA, ON THE DATE INDICATED BELOW:**

The Court has reviewed and considered the *Motion for Entry of Final Decree Closing Chapter 11 Case* [Dkt. No. 670] (the "Motion"); the accompanying declarations of Richard J. Laski and Christopher K.S. Wong in support of the Motion; the notice of the Motion [Dkt. No. 671]; the *Declaration that No Party Requested a Hearing on the Motion* [Dkt. No. 672]; and the record in this case; and it appearing that the Court has jurisdiction over this matter; that notice of the Motion was sufficient and appropriate and no further notice must be given; that no opposition to the Motion was made; that the above-captioned estate has been fully administered and the Liquidating Trust has met the requirements necessary to obtain a final decree closing the above-captioned case; and

for other good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED;[1]

2. A final decree is hereby entered in the above-captioned case [2:20-bk-10264-SK] and the above-captioned case is hereby closed in accordance with Section 350(a) of the Bankruptcy Code and Rule 3022 of the Federal Rule of Bankruptcy Procedures, without prejudice to the rights of the Liquidating Trust to seek to reopen such case for good cause shown under Section 350(b) of the Bankruptcy Code; provided, however, that the Court shall retain jurisdiction as is provided for in the *Order Confirming the Debtor's First Amended Chapter 11 Plan of Liquidation, Dated February 26, 2021* [Dkt. No. 354].

**IT IS SO ORDERED.**

### # # #

Date: February 20, 2024

Sandra R. Klein
United States Bankruptcy Judge

---

[1] Capitalized terms not otherwise defined herein are defined in the Motion.

- 2 -

AFDOCS:199578812.1